| OWNER | MOTION PICTURE | Certificate Number |
|---|---|---|
| Millennium Funding, Inc. | *Automata* | PA0001923090, PAu003712705 |
| Millennium Funding, Inc. | *Survivor* | PA0001956191, PAu003749574 |
| Hunter Killer Productions, Inc. | *Hunter Killer* | PA0002147752, PAu003868948 |
| Voltage Holdings, LLC | *I Feel Pretty* | PAu003896491, PAu003886973 |
| Voltage Holdings, LLC | *Shock and Awe* | PAu003925891, TXu002030507 |

**Exhibit "1"**