| NO | IP | PORT | Torrent Hash |
|---:|---|---:|---|
| 171 | 108.61.128.241 | 54423 | 38D78C235D05CDE7517358889274EAF0495F984E |
| 172 | 108.61.128.241 | 65504 | 38D78C235D05CDE7517358889274EAF0495F984E |
| 173 | 108.61.128.241 | 62306 | 38D78C235D05CDE7517358889274EAF0495F984E |
| 328 | 108.61.128.241 | 50038 | 63DD5F284697CA9B5D4E644DD89793A1E0DA3560 |
| 329 | 108.61.128.241 | 50239 | 63DD5F284697CA9B5D4E644DD89793A1E0DA3560 |
| 403 | 108.61.128.241 | 56458 | 68FA685439672F031E1BAEF23A19DAE984C1B44B |
| 411 | 108.61.128.241 | 49986 | 896B438F8D8F7C433F4B88A24322B8763A3E9885 |
| 573 | 108.61.128.241 | 53788 | 88FD136FB57D5813BF7E20900FC213E2EB1431E4 |
| 574 | 108.61.128.241 | 59242 | 88FD136FB57D5813BF7E20900FC213E2EB1431E4 |
| 1227 | 108.61.128.241 | 52285 | 88FD136FB57D5813BF7E20900FC213E2EB1431E4 |
| 1228 | 108.61.128.241 | 52678 | 88FD136FB57D5813BF7E20900FC213E2EB1431E4 |
| 1294 | 108.61.128.241 | 49611 | 88FD136FB57D5813BF7E20900FC213E2EB1431E4 |
| 1296 | 108.61.128.241 | 50360 | 88FD136FB57D5813BF7E20900FC213E2EB1431E4 |
| 1451 | 108.61.128.241 | 56413 | 88FD136FB57D5813BF7E20900FC213E2EB1431E4 |
| 1611 | 108.61.128.241 | 62323 | B37F20638A9A8ACA5BF32E3B55694386A7640AD9 |
| 1612 | 108.61.128.241 | 52219 | B37F20638A9A8ACA5BF32E3B55694386A7640AD9 |
| 1646 | 108.61.128.241 | 62485 | 7C7FF788E6DB46AC7E12373284CD4B991326B5FD |
| 1706 | 108.61.128.241 | 57826 | DE2558DD6D663815C577FC75D760803BBFDA83C1 |
| 1707 | 108.61.128.241 | 56392 | 896B438F8D8F7C433F4B88A24322B8763A3E9885 |
| 1708 | 108.61.128.241 | 57004 | 68FA685439672F031E1BAEF23A19DAE984C1B44B |
| 1735 | 108.61.128.241 | 58821 | 88FD136FB57D5813BF7E20900FC213E2EB1431E4 |
| 1736 | 108.61.128.241 | 59063 | 88FD136FB57D5813BF7E20900FC213E2EB1431E4 |
| 1739 | 108.61.128.241 | 64958 | 88FD136FB57D5813BF7E20900FC213E2EB1431E4 |
| 1740 | 108.61.128.241 | 50559 | 88FD136FB57D5813BF7E20900FC213E2EB1431E4 |
| 1743 | 108.61.128.241 | 54891 | 88FD136FB57D5813BF7E20900FC213E2EB1431E4 |
| 1745 | 108.61.128.241 | 55476 | 88FD136FB57D5813BF7E20900FC213E2EB1431E4 |
| 1748 | 108.61.128.241 | 61951 | 88FD136FB57D5813BF7E20900FC213E2EB1431E4 |
| 1749 | 108.61.128.241 | 63637 | 88FD136FB57D5813BF7E20900FC213E2EB1431E4 |
| 1939 | 108.61.128.241 | 55435 | 896B438F8D8F7C433F4B88A24322B8763A3E9885 |
| 2402 | 108.61.128.241 | 55546 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 2403 | 108.61.128.241 | 56601 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 2406 | 108.61.128.241 | 57161 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 2407 | 108.61.128.241 | 57417 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 2410 | 108.61.128.241 | 63231 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 2411 | 108.61.128.241 | 63230 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 2469 | 108.61.128.241 | 61561 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 2470 | 108.61.128.241 | 61697 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 2473 | 108.61.128.241 | 63042 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 2474 | 108.61.128.241 | 63838 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 2479 | 108.61.128.241 | 49442 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 2480 | 108.61.128.241 | 51607 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 2576 | 108.61.128.241 | 65202 | BFFA03D953957F34505853342BF560381ED7CE62 |
| 2577 | 108.61.128.241 | 50354 | BFFA03D953957F34505853342BF560381ED7CE62 |
| 2898 | 108.61.128.241 | 57678 | 896B438F8D8F7C433F4B88A24322B8763A3E9885 |

**Exhibit "2"**

| NO | IP | Torrent Name |
|---|---|---|
| 171 | 108.61.128.241 | I Feel Pretty (2018) [WEBRip] [720p] [YTS.AM] |
| 172 | 108.61.128.241 | I Feel Pretty (2018) [WEBRip] [720p] [YTS.AM] |
| 173 | 108.61.128.241 | I Feel Pretty (2018) [WEBRip] [720p] [YTS.AM] |
| 328 | 108.61.128.241 | The Expendables 1 2  3 - Sylvester Stallone Action 2010-2014 Eng Sub 720p [H264 |
| 329 | 108.61.128.241 | The Expendables 1 2  3 - Sylvester Stallone Action 2010-2014 Eng Sub 720p [H264 |
| 403 | 108.61.128.241 | Queen.of.the.Desert.2015.720p.BluRay.999MB.ShAaNiG.mkv |
| 411 | 108.61.128.241 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO |
| 573 | 108.61.128.241 | Shock.and.Awe.2017.1080p.WEB-DL.DD5.1.H264-FGT |
| 574 | 108.61.128.241 | Shock.and.Awe.2017.1080p.WEB-DL.DD5.1.H264-FGT |
| 1227 | 108.61.128.241 | Shock.and.Awe.2017.1080p.WEB-DL.DD5.1.H264-FGT |
| 1228 | 108.61.128.241 | Shock.and.Awe.2017.1080p.WEB-DL.DD5.1.H264-FGT |
| 1294 | 108.61.128.241 | Shock.and.Awe.2017.1080p.WEB-DL.DD5.1.H264-FGT |
| 1296 | 108.61.128.241 | Shock.and.Awe.2017.1080p.WEB-DL.DD5.1.H264-FGT |
| 1451 | 108.61.128.241 | Shock.and.Awe.2017.1080p.WEB-DL.DD5.1.H264-FGT |
| 1611 | 108.61.128.241 | Hunter.Killer.2018.1080p.WEB-DL.DD5.1.H264-FGT |
| 1612 | 108.61.128.241 | Hunter.Killer.2018.1080p.WEB-DL.DD5.1.H264-FGT |
| 1646 | 108.61.128.241 | Hunter Killer 2018.UHD.BluRay.2160p.x265.Atmos.7.1-DTOne |
| 1706 | 108.61.128.241 | Finding Steve McQueen.2019.HDRip.XviD.AC3-EVO |
| 1707 | 108.61.128.241 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO |
| 1708 | 108.61.128.241 | Queen.of.the.Desert.2015.720p.BluRay.999MB.ShAaNiG.mkv |
| 1735 | 108.61.128.241 | Shock.and.Awe.2017.1080p.WEB-DL.DD5.1.H264-FGT |
| 1736 | 108.61.128.241 | Shock.and.Awe.2017.1080p.WEB-DL.DD5.1.H264-FGT |
| 1739 | 108.61.128.241 | Shock.and.Awe.2017.1080p.WEB-DL.DD5.1.H264-FGT |
| 1740 | 108.61.128.241 | Shock.and.Awe.2017.1080p.WEB-DL.DD5.1.H264-FGT |
| 1743 | 108.61.128.241 | Shock.and.Awe.2017.1080p.WEB-DL.DD5.1.H264-FGT |
| 1745 | 108.61.128.241 | Shock.and.Awe.2017.1080p.WEB-DL.DD5.1.H264-FGT |
| 1748 | 108.61.128.241 | Shock.and.Awe.2017.1080p.WEB-DL.DD5.1.H264-FGT |
| 1749 | 108.61.128.241 | Shock.and.Awe.2017.1080p.WEB-DL.DD5.1.H264-FGT |
| 1939 | 108.61.128.241 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO |
| 2402 | 108.61.128.241 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] |
| 2403 | 108.61.128.241 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] |
| 2406 | 108.61.128.241 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] |
| 2407 | 108.61.128.241 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] |
| 2410 | 108.61.128.241 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] |
| 2411 | 108.61.128.241 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] |
| 2469 | 108.61.128.241 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] |
| 2470 | 108.61.128.241 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] |
| 2473 | 108.61.128.241 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] |
| 2474 | 108.61.128.241 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] |
| 2479 | 108.61.128.241 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] |
| 2480 | 108.61.128.241 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] |
| 2576 | 108.61.128.241 | Autómata (2014) |
| 2577 | 108.61.128.241 | Autómata (2014) |
| 2898 | 108.61.128.241 | Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO |

| NO | IP | Transfer End |
|---:|---|---:|
| 171 | 108.61.128.241 | 7/1/2018 2:51:11 |
| 172 | 108.61.128.241 | 7/1/2018 3:40:39 |
| 173 | 108.61.128.241 | 7/1/2018 4:41:19 |
| 328 | 108.61.128.241 | 10/7/2018 18:13:40 |
| 329 | 108.61.128.241 | 10/7/2018 18:47:35 |
| 403 | 108.61.128.241 | 10/27/2018 8:59:22 |
| 411 | 108.61.128.241 | 11/1/2018 5:36:30 |
| 573 | 108.61.128.241 | 12/21/2018 8:22:04 |
| 574 | 108.61.128.241 | 12/21/2018 9:16:41 |
| 1227 | 108.61.128.241 | 1/5/2019 21:46:46 |
| 1228 | 108.61.128.241 | 1/5/2019 21:50:32 |
| 1294 | 108.61.128.241 | 1/6/2019 8:03:33 |
| 1296 | 108.61.128.241 | 1/6/2019 8:11:01 |
| 1451 | 108.61.128.241 | 1/12/2019 13:00:19 |
| 1611 | 108.61.128.241 | 1/16/2019 2:51:26 |
| 1612 | 108.61.128.241 | 1/16/2019 3:52:50 |
| 1646 | 108.61.128.241 | 1/23/2019 19:19:27 |
| 1706 | 108.61.128.241 | 3/17/2019 23:36:42 |
| 1707 | 108.61.128.241 | 3/21/2019 4:56:14 |
| 1708 | 108.61.128.241 | 3/21/2019 5:06:45 |
| 1735 | 108.61.128.241 | 4/1/2019 6:25:46 |
| 1736 | 108.61.128.241 | 4/1/2019 6:28:14 |
| 1739 | 108.61.128.241 | 4/1/2019 7:26:14 |
| 1740 | 108.61.128.241 | 4/1/2019 7:44:33 |
| 1743 | 108.61.128.241 | 4/1/2019 8:27:45 |
| 1745 | 108.61.128.241 | 4/1/2019 8:33:28 |
| 1748 | 108.61.128.241 | 4/1/2019 9:36:11 |
| 1749 | 108.61.128.241 | 4/1/2019 9:53:22 |
| 1939 | 108.61.128.241 | 4/5/2019 17:25:04 |
| 2402 | 108.61.128.241 | 5/10/2019 18:47:15 |
| 2403 | 108.61.128.241 | 5/10/2019 18:50:32 |
| 2406 | 108.61.128.241 | 5/10/2019 19:50:17 |
| 2407 | 108.61.128.241 | 5/10/2019 19:51:20 |
| 2410 | 108.61.128.241 | 5/13/2019 12:55:17 |
| 2411 | 108.61.128.241 | 5/13/2019 12:55:17 |
| 2469 | 108.61.128.241 | 5/17/2019 13:43:08 |
| 2470 | 108.61.128.241 | 5/17/2019 13:43:53 |
| 2473 | 108.61.128.241 | 5/17/2019 14:47:51 |
| 2474 | 108.61.128.241 | 5/17/2019 14:50:23 |
| 2479 | 108.61.128.241 | 5/17/2019 15:49:57 |
| 2480 | 108.61.128.241 | 5/17/2019 15:57:21 |
| 2576 | 108.61.128.241 | 5/24/2019 21:54:01 |
| 2577 | 108.61.128.241 | 5/24/2019 22:00:22 |
| 2898 | 108.61.128.241 | 6/10/2019 20:54:48 |