AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

MILLENNIUM FUNDING, INC., HUNTER KILLER PRODUCTIONS,INC., and VOLTAGE HOLDINGS, LLC,

)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*

v.

1701 MANAGEMENT LLC, CHARLES MUSZYNSKI, and DOES 1-100

*Defendant(s)*

Civil Action No.

1:21-cv-20862-BB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CHARLES MUSZYNSKI
237 S WESTMONTE DR STE 305
ALTAMONTE SPRINGS, FL 32714-4264

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joycelyn S. Brown,
Florida Bar No. 0058277
IPS Legal Group, P.A.
1951 NW 7th Ave, Suite 600
Miami, Florida 33136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   Mar 4, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

| | |
|---|---|
| MILLENNIUM FUNDING, INC., HUNTER KILLER PRODUCTIONS,INC., and VOLTAGE HOLDINGS, LLC, | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No. |
| 1701 MANAGEMENT LLC, CHARLES MUSZYNSKI, and DOES 1-100 | ) ) 1:21-cv-20862-BB ) |
| _Defendant(s)_ | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Stolberg Law, LLC, Agent for 1701 Management LLC
151 San Francisco Street
Suite 201
SAN JUAN, PR 00901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Joycelyn S. Brown,
Florida Bar No. 0058277
IPS Legal Group, P.A.
1951 NW 7th Ave, Suite 600
Miami, Florida 33136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:   Mar 4, 2021



Angela E. Noble
Clerk of Court

SUMMONS

_s/ Ketly Pierre_

Deputy Clerk
U.S. District Courts