AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-20862-BLOOM/Otazo-Reyes

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **1701 MANAGEMENT, LLC**
was received by me on *(date)* **03/10/2021**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **MANGIE SAM**, who is
designated by law to accept service of process on behalf of *(name of organization)*
**1701 MANAGEMENT, LLC** on *(date)* **03/15/2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ **225**.

I declare under penalty of perjury that this information is true.

Date: **03/25/2021**

*Server's signature*

**SILVIA MARIA ARIAS**
*Printed name and title*

**POINDEXTER GLOBAL INTELLIGENCE**
**PO BOX 16451**
**SAN JUAN, PR  00908**
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: _ 21-cv-20862-BLOOM/Otazo-Reyes___

MILLENNIUM FUNDING, INC.,
a Nevada corporation, HUNTER
KILLER PRODUCTIONS, INC.,
a Nevada corporation, and VOLTAGE
HOLDINGS, LLC, a Nevada
corporation,

    Plaintiffs,

vs.

1701 MANAGEMENT LLC, a Puerto
Rico limited liability company,
CHARLES MUSZYNSKI ,
individually, and DOES 1-100,

    Defendants.

## AFFIDAVIT

I, Silvia María Arias, being first duly sworn, depose and say the following.

I am over the age of 18 years of age, a resident of San Juan, Puerto Rico, and not a party to this action. I am giving this affidavit under my own free will for the purpose of describing the successful serve of Defendant 1701 MANAGEMENT LLC.

C. Constantin Poindexter Salcedo, principal of Poindexter Global Intelligence, gave me a copy of the Summons to Defendant 1701 MANAGEMENT LLC [Doc. #4], Complaint [Doc. #1] with Exhibits ("Legal Documents") and instructed me to personally serve the legal documents on the agent for Defendant 1701 MANAGEMENT LLC at the address in the summons.

I went to the address on the summons on March 15, 2021 at 14:45 local time and personally handed the legal documents to a Ms. Mangie Sam of Stolberg Law.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

DATED: San Juan, Puerto Rico, March 26, 2021.

Silvia María Arias
Poindexter Global Intelligence
404 ave. de la Constitución, Suite 708
San Juan, PR 00901