# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

Case No.: _ 21-cv-20862-BLOOM/Otazo-Reyes___

MILLENNIUM FUNDING, INC.,
a Nevada corporation, HUNTER
KILLER PRODUCTIONS,INC.,
a Nevada corporation, and VOLTAGE
HOLDINGS, LLC, a Nevada
corporation,

    Plaintiffs,

vs.

1701 MANAGEMENT LLC, a Puerto
Rico limited liability company,
CHARLES MUSZYNSKI ,
individually, and DOES 1-100,

    Defendants.

## AFFIDAVIT OF JANIE KESSLER

I, JANIE KESSLER, being first duly sworn, depose and say the following.

I am over the age of 18 years of age, a resident of Livingston, Texas, and not a party to this action. I am giving this affidavit under my own free will for the purpose of describing the successful serve of Defendant CHARLES MUSZYNSKI.

I am a licensed to work as a process server in the state of Texas. I have worked as a process server in Texas for over 15 years.

Kerry S. Culpepper sent me a copy of the Summons to Defendant CHARLES MUSZYNSKI [Doc. #19] and Complaint [Doc. #1] with Exhibits ("Legal Documents") and instructed me to personally serve the Legal Documents on CHARLES MUSZYNSKI at the address in the summons.

I investigated and determined that 204 Rainbow Dr is a private mailbox service center and 10485 is the mailbox number for CHARLES MUSZYNSKI.

20-023DBa

I further investigated and determined that there was no other address for CHARLES MUSZYNSKI in public records.

This address in the summons is the address CHARLES MUSZYNSKI put on his Texas driver's license.

Pursuant to Fla. Statute 48.031(6), I went to the mailbox center address 204 Rainbow Dr on the summons on April 23, 2021 at 13:04 local time and personally handed the legal documents to Meghan Murphy, an adult at the address of suitable age and in charge of the mailboxes who indicated she will provide the legal documents to CHARLES MUSZYNSKI.

I mailed a copy of the legal documents to CHARLES MUSZYNSKI at the address on April 26, 2021.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

DATED: Livingston, TX, April 26, 2021.

*[signature]*
Janie Kessler
615 N. Washington Avenue
Livingston, Texas 77351
tel:1-936-327-8447