UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC.,
a Nevada corporation, HUNTER
KILLER PRODUCTIONS,INC.,
a Nevada corporation, and VOLTAGE
HOLDINGS, LLC, a Nevada
corporation,

    Plaintiffs,

    vs.

1701 MANAGEMENT LLC, a Puerto
Rico limited liability company,
CHARLES MUSZYNSKI ,
individually, and DOES 1-100,

    Defendants.

_____/

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR DEFAULT JUDGEMENT

Pursuant to Local Rule 7.1 (a)(1)(J), Plaintiffs MILLENNIUM FUNDING, INC., HUNTER KILLER PRODUCTIONS, INC. and VOLTAGE HOLDINGS, INC., by and through undersigned counsel, hereby request an extension of time of 60 days to file the Response required in the Order on Default Judgment Procedure (the "Order"). *See* ECF No. 20.

Default was entered against Defendant 1701 Management LLC ("1701") on April 21, 2021. As alleged in the Complaint, Charles Muszynski ("Muszynski") is the sole shareholder and member in 1701 Management, LLC. Defendant Muszynski was served on April 23, 2021. *See* Affidavit of Janie Kessner, attached as Exhibit A. In an effort to adjudicate this case with all proper parties, Plaintiffs intend to seek leave to file an Amended Complaint before May 5, 2021.

20-023DBa

The intended Amended Complaint will join additional Plaintiffs and Defendants who serve as alter egos of Muszynski, including a data center that provided the Internet services used by Muszynski.

Plaintiffs respectfully submit that it will be a more effective and efficient use of this Court's resources to allow Plaintiffs an opportunity to amend the Complaint and allow the served Defendants an opportunity to answer the amended complaint before proceeding to file a Motion for Default Judgment. Otherwise, this Court may have to entertain different motions for default judgment at different times (one now for 1701 and another later for Muszynski and other Defendants). *See* Complaint at ¶¶18-19, ECF No. 1. If the Defendants in the intended Amended Complaint execute a waiver of service, Defendants will have 60 days to answer or otherwise respond to the intended Amended Complaint. Accordingly, good cause exists to extend the deadline to respond to the Order by at least 60 days.

**WHEREFORE**, Plaintiffs respectfully request that the Court extend the deadline to file the Response set forth in the Order on Default Judgment Procedure by 60 days, up to and including July 6, 2021.

DATED: April 27, 2021

Respectfully submitted,

/s/ Joycelyn S. Brown
Joycelyn S. Brown,
Florida Bar No. 0058277
IPS Legal Group, P.A.
1951 NW 7th Ave, Suite 600
Miami, Florida 33136
Tel: 786-539-5098
Fax: 786-627-4146
Email: jbrown@ipslegalgroup.com

20-023DBa

CULPEPPER IP, LLLC

Kerry S. Culpepper*, pro hac vice*
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:     (808) 464-4047
kculpepper@culpepperip.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2021, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all those identified on the Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Electronic Filing.

                                                 Joycelyn S. Brown,
Florida Bar No. 0058277

20-023DBa