**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC. et al.,

> Plaintiffs,

> vs.

1701 MANAGEMENT LLC, et al.,

> Defendants.

_____/

**<u>AFFIDAVIT OF JOSHUA J. LEE</u>**

JOSHUA J. LEE, hereby declares under penalty of law that the following is true and correct:

1.      I am employed as an associate attorney for Plaintiffs' counsel. I have personal knowledge of the matters stated herein.

2.      I have a Bachelor of Arts in Biological Sciences from Vanderbilt University, and a Master of Science in Food Science and Technology from Virginia Tech.

3.      I graduated from University of Washington School of Law in June of 2020.

4.      I have been a member of the Washington State Bar since September of 2020.

5.      I am licensed to practice before the United States Patent and Trademark Office since 2020.

6.      On or about October 14, 2020, I reviewed Defendant's website at liquidvpn.com. I understand the website was taken down on March 1, 2021.

20-023DBa

7.    Below are true and accurate screenshots of portions of how the website appeared between October 14, 2020 and February 26, 2021.

8.    Liquidvpn.com



9.    https://www.liquidvpn.com/best-vpn-for-torrenting/



2

10.        https://www.liquidvpn.com/popcorn-time-vpn/



11.        https://www.liquidvpn.com/popcorn-time-vpn/



12.        https://www.liquidvpn.com/popcorn-time-vpn/

3



*Magnified Version showing "Survivor*



20-023DBa

13.    https://www.liquidvpn.com/popcorn-time-vpn/



14.    https://www.liquidvpn.com/popcorn-time-vpn/



## Unblock Kickass Torrents & Extratorrents

Stream Popcorn Time videos from BitTorrents found on blocked websites like Kickass Torrents (KAT) and Extratorrents. LiquidVPN opens up the whole Internet and unblocks torrent sites for faster Popcorn Time streams.

VPN for BitTorrenting

20-023DBa

15.    https://my.liquidvpn.com/knowledgebase/605/Can-I-use-Bittorrent-and-P2P.html



16.    https://www.liquidvpn.com/best-vpn-for-torrenting/



17.    https://my.liquidvpn.com/knowledgebase...

20-023DBa



18. liquidvpn.com/terms-of-service





DO NOT send payments to this address. Payments sent to th

LiquidVPN, Inc.
1603 Capitol Ave.
Suite 310 A284
Cheyenne, Wyoming 82001

19. liquidvpn.com/terms-of-service

20-023DBa

## LiquidVPN Terms of Services

These Terms of Service "Terms" govern your use of the www.liquidvpn.com website "(the) Site" and the LiquidVPN privacy service "(the) Services" Throughout this Agreement, the terms "We", "Us" or "Our" represents LiquidVPN, its agents, employees, owners, and assets. The term "You" represents the User/Subscriber.

### Effective Date 2/21/2014, Updated 12/4/2016:

These are LiquidVPN's updated terms of service. By accessing the Site or registering for or using the Services, you agree to these Terms in their entirety. These terms form a binding legal agreement between you and LiquidVPN. If you do not agree to ALL of these terms do not use the site or services. Your use of our site and services requires your acceptance of these terms as they may be amended from time to time.

20.    Below is a true and accurate screenshot of portions of how the website

https://www.liquidvpn.com/popcorn-time-vpn/ appeared on April 22, 2021.



21.    I investigated the relationship between QuadraNet, Inc. and QuadraNet Enterprises, LLC by reviewing the public records in Lexis, California Secretary of State website and Delaware Secretary of State website.

22.    The address of QuadraNet, Inc. and QuadraNet Enterprises, LLC is the same.

23.    The CEO of QuadraNet, Inc. and QuadraNet Enterprises, LLC is the same person.

20-023DBa

24.     I also reviewed the publicly available information in LinkedIn for QuadraNet

Enterprises, LLC.  It shows that QuadraNet Enterprises, LLC has the same links, emails and

directors as QuadraNet, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, May 3, 2021.


CULPEPPER IP, LLLC


Joshua J. Lee

CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:     (808) 464-4047

9

20-023DBa