UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., a Nevada corporation, et al.,

    Plaintiffs,

vs.

1701 MANAGEMENT LLC, a Puerto Rico limited liability company, et al.,

    Defendants.

_____/

STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND
FINANCIAL INTEREST

    Plaintiffs, through the undersigned, counsel of record, hereby make their corporate disclosure statement required by Rule 7.1 of the *Federal Rule of Civil Procedure*.

    HUNTER KILLER PRODUCTIONS, INC., 211 PRODUCTIONS, INC., LF2 PRODUCTIONS, INC., DAY OF THE DEAD PRODUCTIONS, INC., LHF PRODUCTIONS, INC., and BODYGUARD PRODUCTIONS, INC. are owned by MILLENNIUM FUNDING, INC.

    OUTPOST PRODUCTIONS, INC. NIKOLA PRODUCTIONS, INC., and RAMBO V PRODUCTIONS, INC. are owned by MILLENNIUM IP, INC.

    VENICE PI, LLC is owned by Lost Dog Productions, LLC and Lost Dog Productions, LLC is owned by Voltage Productions, LLC.

    EVE NEVADA, LLC is owned by Voltage Holdings, LLC.

    Plaintiffs are not a subsidiary or affiliate of a publicly owned corporation.

There is no publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation.

DATED: May 5, 2021.

Respectfully submitted,

Joycelyn S. Brown,
Florida Bar No. 0058277
IPS Legal Group, P.A.
1951 NW 7th Ave, Suite 600
Miami, Florida 33136
Tel: 786-539-5098
Fax: 786-627-4146
Email: jbrown@ipslegalgroup.com

CULPEPPER IP, LLLC

Kerry S. Culpepper, *pro hac vice*
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:   (808) 464-4047
kculpepper@culpepperip.com

20-023DBa