## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 21-CV-20862-BLOOM/OTAZO-REYES

Plaintiff:
**MILLENNIUM FUNDING, INC, HUNTER KILLER PRODUCTIONS, INC, VOLTAGE HOLDINGS, LLC, et al**

vs.

Defendant:
**1701 MANAGEMENT LLC, CHARLES MUSZYNSKI, et al**

For:
Culpepper Ip, Llc
75-170 Hualalai Rd
Suite B204
Kailua-Kona, HI 96740

Received by Imperial Legal Solutions LLC on the 12th day of May, 2021 at 7:34 am to be served on **Marci Babione co trustee of 120@53 Trust, 10340 Windermere Chase Blvd, Gotha, FL 34734**.

I, Anna Procter, being duly sworn, depose and say that on the **14th day of May, 2021** at **1:15 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Marci Babione co trustee of 120@53 Trust** at the address of: **4060 Edgwater Drive, Orlando, FL 32804**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the ___ day of _____ _____ by the affiant who is personally known to me.

NOTARY PUBLIC

**Anna Procter**
0180

**Imperial Legal Solutions LLC**
8815 Conroy Windermere Rd
Ste 607
Orlando, FL 32835
(407) 906-5917

Our Job Serial Number: IMP-2021000022

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b