## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 21-CV-20862-BLOOM/OTAZO-REYES

Plaintiff:
**Millennium Funding, Inc., et al**

vs.

Defendant:
**1701 Management LLC, et al**

For:
Kerry S. Culpepper, Esquire
Culpepper IP, LLC
75-170 Hualalai Road
Suite B204
Kailua-Kona, HI 96740

Received by Investigative Process Service, Inc. on the 6th day of May, 2021 at 2:52 pm to be served on **Michael Joseph Gamache, 2365 Mulbry Drive, Winter Park, FL 32789**.

I, Ed Young, being duly sworn, depose and say that on the **21st day of May, 2021** at **11:38 am, I:**

INDIVIDUALLY SERVED: Served the within named person by delivering a true copy of this **Summons in A Civil Action and First Amended Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me at **2365 Mulbry Drive, Winter Park, FL 32789**, pursuant to F.S. 48.031(1).

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 260, Hair: Brown/Gray, Glasses: Y



## AFFIDAVIT OF SERVICE For 21-CV-20862-BLOOM/OTAZO-REYES

I certify that I am over the age of eighteen, and I have no interest in the above action.

Subscribed and Sworn to before me on the 21st day of May, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

JENSEN M ZANNINI
Commission # GG 916759
Expires September 25, 2023
Bonded Thru Budget Notary Services

Ed Young
9th Judicial Circuit-CPS #0178

Investigative Process Service, Inc.
P. O. Box 3551
Orlando, FL 32802-3551
(407) 426-7433

Our Job Serial Number: ILS-2021001044
Ref: RUSH

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a