UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

vs.

1701 MANAGEMENT LLC, et al.,

    Defendants.

### AFFIDAVIT OF SERVICE BY C. JOHN ARTHURTON II

I, **C. John Arthurton II**, of Malcolm Hill Housing Development, Prospect Estate, in the Island of Nevis, Federation of St. Christopher and Nevis, Senior Bailiff of the Eastern Caribbean Supreme Court, Nevis Circuit make oath under the penalty of laws of United States that the foregoing is true and correct and say as follows.

I am the deponent herein and I am not a party to these proceedings. I am an authorized process server in Nevis.

I am the deponent herein and I am not a party to these proceedings. I am an authorized process server in Nevis.

On Thursday June 3, 2021 at or about 11:14 a.m., on behalf of Kerry S. Culpepper, Attorney on record for the Plaintiffs, whose office is situated at 75-170 Hualalai Road, Suite B204, Kailua Kona, HI 96740 USA and Joycelyn S. Brown, local counsel on record for the Plaintiffs, whose office is situated at IPS Legal Group, P.A. 1951 NW 7th Ave, Suite 600, Miami, Florida 33136, USA, I personally served a true copy of the following documents in this matter on AUH20, LLC: (i) Summons [Doc. #27]; (ii) First Amended Complaint [Docs. ##24-25]; AND (iii) cover letter.

20-023DBa

Mr. Elridge Glasford, Administrator to and a person who I know is authorized to accept service for and on behalf of AUH20, LLC, accepted the documents and signed a copy of the cover letter to acknowledge receipt. Attached to this Affidavit is a true and accurate copy of the signed cover letter. According to the laws of Nevis, personal service on AUH20, LLC on the registered address for the company is deemed as valid personal service on the company.

I make this affidavit honestly and sincerely knowing the contents thereof to be true in every respect.

**AFFIRMED** by the within named )
**C. John Arthurton II** at the )
Registrar's office, Charlestown )
Nevis this 4th day of June, 2021 )

**C. JOHN ARTHURTON II**

Before me:

Commissioner of Oaths

4/6/21

NEVIS





June 3, 2021

Southpac Trust Nevis Limited
Hunkins Plaza, P.O. Box 681
Main Street, Charlestown
NEVIS

Dear Sir/Madam,

<u>Re: Service of Court Documents on AUH20, LLC</u>

Please find the following court documents enclosed by way of service on the entity AUH20, LLC with company number L 18590:

- Summons
- Complaint

Kindly acknowledge receipt of the documents by endorsing the copy of this letter. Thank you.

Yours truly,

*Falanda Lloyd*
Client Services Manager
**JOSEPH ROWE**

Attorneys-at-Law
Notaries Public

DAHLIA JOSEPH ROWE, TEP
LL.B. (Hons), U.W.I.,
LL.M. (Merit), Lond.

EMILY PRENTICE-BLACKETT
LL.B., U.W.I.

ASHA E. JOSEPH
LL.B. (HONS), U.W.I.

Unit #5, Long Stone House
Main Street
Charlestown
Nevis W.I.

+1 (869) 469-1015 (T)
+1 (869) 762-1015 (M)
info@josephrowelaw.com

josephrowelaw.com



RECEIVED JUNE 3, 2021  11:14AM