# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

vs.

1701 MANAGEMENT LLC, et al.,

    Defendants.

_____/

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Pursuant to Fed R. Civ. P. 55(a), Plaintiffs by and through their counsel, hereby files this Motion for Entry of Clerk's Default against Defendant CHARLES MUSZYNSKI ("Defendant") and in support thereof states as follows:

On April 26, 2021, Defendant was duly served a copy of the original Complaint. *See* ECF No. 21, Affidavit of Service. Pursuant to Rule 12(a)(A)(i) of the *Federal Rules of Civil Procedure*, Defendant's responsive pleading to the Complaint was due on or before May 17, 2021. Defendant has failed to respond or answer the Complaint through counsel as required by law.

On May 5, 2021, Defendant was duly served a copy of the First Amended Complaint ("FAC") pursuant to Rules 4(e)(1), 5(b)(2)(C) and/or 5(b)(2)(B)(i) of the *Federal Rules of Civil Procedure*. *See* ECF No. 34, Affidavit of Service. Pursuant to Rule 15(a)(3) of the *Federal Rules of Civil Procedure*, Defendant's responsive pleading to the FAC was due on or before May 19, 2021.

Defendant has failed to respond or answer the Complaint or FAC through counsel as required by law. Defendant has failed to appear or otherwise defend itself in this lawsuit.

WHEREFORE, Plaintiffs respectfully request that the Clerk of this Court enter default against Defendant CHARLES MUSZYNSKI and for such other and further relief as the Court may deem just and proper.

DATED: June 9, 2021

Respectfully submitted,

_____
Joycelyn S. Brown,
Florida Bar No. 0058277
IPS Legal Group, P.A.
1951 NW 7th Ave, Suite 600
Miami, Florida 33136
Tel: 786-539-5098
Fax: 786-627-4146
Email: jbrown@ipslegalgroup.com

CULPEPPER IP, LLLC

_____
Kerry S. Culpepper, pro hac vice
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:    (808) 464-4047
kculpepper@culpepperip.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2021, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all those identified on the Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Electronic Filing.

                                        Joycelyn S. Brown,
                                        Florida Bar No. 0058277