**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

vs.

1701 MANAGEMENT LLC, et al.,

    Defendants.

_____/

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MARCI BABIONE, co-trustee of 120@53 Trust**

Plaintiffs provide notice of their voluntary dismissal under Rule 41(a) of Defendant MARCI BABIONE, co-trustee of 120@53 Trust without prejudice. This dismissal is pursuant to Rule 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed by Defendant MARCI BABIONE.

Defendant MARCI BABIONE is named as a Defendant in this matter only in her capacity as co-trustee of 120@53 Trust. Defendant MARCI BABIONE's counsel has provided evidence of her resignation as co-trustee of the 120@53 Trust effective February 12, 2018.

Note that this dismissal does not terminate the matter as claims remain against defendants other than MARCI BABIONE. Further, Plaintiffs continue to assert claims against the 120@53 Trust.

DATED: June 9, 2021

Respectfully Submitted,

Joycelyn S. Brown,
Florida Bar No. 0058277
IPS Legal Group, P.A.
1951 NW 7th Ave, Suite 600
Miami, Florida 33136
Tel: 786-539-5098
Fax: 786-627-4146
Email: jbrown@ipslegalgroup.com

CULPEPPER IP, LLLC

Kerry S. Culpepper, *pro hac vice*
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:    (808) 464-4047
kculpepper@culpepperip.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2021, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all those identified on the Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Electronic Filing.

Joycelyn S. Brown,
Florida Bar No. 0058277