UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20862-BB

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

v.

1701 MANAGEMENT, LLC DBA LIQUIDVPN, et al.,

    Defendants.

## NOTICE OF STRIKING

Plaintiffs, by and through their undersigned counsel, hereby strikes the Stipulation of Dismissal filed this 29th day of July at docket entry 79, which was filed in error.

Dated: July 29, 2021      Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

The undersigned does hereby certify that on July 29, 2021, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

>/s/*Joel B. Rothman*
> Joel B. Rothman

## SERVICE LIST

Ms. Gennifer Bridges Powell
Mr. Douglas K. Gartenlaub
Burr & Forman LLP
200 South Orange Avenue
Suite 800
Orlando, FL 32801
gbridges@burr.com
Attorney for Waste Professionals, LLC and Michael Gamache Jaime Castro

Mr. Johnathan R. Woodard
Malloy & Malloy, PL
2800 SW 3rd Ave
Miami, FL 33129-2317
info@malloylaw.com
jwoodard@malloylaw.com
Attorney for QuadraNet, Inc. and QuadraNet Enterprises, LLC