UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC.,
a Nevada corporation, HUNTER
KILLER PRODUCTIONS, INC.,
a Nevada corporation, and VOLTAGE
HOLDINGS, LLC, a Nevada corporation,

      Plaintiffs,

v.

1701 MANAGEMENT LLC, a Puerto
Rico limited liability company,
CHARLES MUSZYNSKI, individually,
and DOES 1-100,

      Defendants.
_____/

## ORDER ON SUBSTITUTION OF COUNSEL

**THIS CAUSE** is before the Court upon Plaintiffs' Substitution of Counsel, ECF No. [80] ("Notice"), filed on July 29, 2021. The Notice seeks to substitute Joel B. Rothman and Craig A. Wirth of SRIPLAW as counsel of record for Plaintiffs in this matter, and to permit Joycelyn S. Brown of IPS Legal Group, P.A. to withdraw as Plaintiffs' counsel. The Court has carefully reviewed the Motion and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [80]**, is **APPROVED**.

2. Joycelyn S. Brown of IPS Legal Group, P.A. shall be substituted by Joel B. Rothman and Craig A. Wirth of SRIPLAW as counsel of record for Plaintiffs.

3. Joycelyn S. Brown of IPS Legal Group, P.A. is **TERMINATED** and shall no longer serve as counsel of record for Plaintiffs.

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

4. Joel B. Rothman and Craig A. Wirth of SRIPLAW shall now receive service of all pleadings, notices, and other papers in this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 29, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record