UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-20862-BLOOM/Otazo-Reyes**

MILLENNIUM FUNDING, INC.,
a Nevada corporation, HUNTER
KILLER PRODUCTIONS, INC.,
a Nevada corporation, and VOLTAGE
HOLDINGS, LLC, a Nevada corporation,

     Plaintiffs,

v.

1701 MANAGEMENT LLC, a Puerto
Rico limited liability company,
CHARLES MUSZYNSKI, individually,
and DOES 1-100,

     Defendants.
_____/

## ORDER UPON SETTLEMENT

**THIS CAUSE** is before the Court upon the Joint Notice of Settlement Between Plaintiffs and Defendants Waste Professionals LLC d/b/a Talismark and Michael Gamache and Stipulation to Vacate Plaintiffs' Deadlines to Respond to Motions, ECF No. [82] ("Notice"), filed on July 29, 2021. The Notice indicates that Plaintiffs and Defendants Waste Professionals LLC d/b/a Talismark and Michael Gamache have reached a settlement of the claims asserted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties are ordered to file the appropriate dismissal documentation within forty-five (45) days of this Order.

2. The Motion to Dismiss First Amended Complaint (Doc. 24) by Defendant, Waste Professionals, LLC d/b/a Talismark, **ECF No. [61]**, is **DENIED AS MOOT**.

3. Defendant, Michael Gamache a/k/a Jamie Castro's Motion to Dismiss First Amended

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

Complaint (Doc. 24), **ECF No. [62]**, is **DENIED AS MOOT**.

4. The deadlines for Plaintiffs to respond to the above Motions, ECF Nos. [61] & [62], are **TERMINATED**.

5. This case shall proceed against all remaining Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 29, 2021.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record