**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., *et al.*

    Plaintiffs,

    vs.

1701 MANAGEMENT LLC, *et al*,

    Defendants.

_____/

**<u>JOINT STIPULATED DISMISSAL WITHOUT PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs MILLENNIUM FUNDING, INC., HUNTER KILLER PRODUCTIONS, INC., VOLTAGE HOLDINGS, LLC, 211 PRODUCTIONS, INC., AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., EVE NEVADA, LLC, BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, DAY OF DEAD PRODUCTIONS, INC., YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., MILLENNIUM SPVH, INC., OUTPOST PRODUCTIONS, INC., DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION

20-023DBa

DISTRIBUTION AND COLLECTIONS, LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, SCREEN MEDIA VENTURES, LLC and 42 VENTURES, LLC ("Plaintiffs") and Defendant WASTE PROFESSIONALS LLC d/b/a TALISMARK ("Defendant WASTE") (jointly "parties"), through their respective attorneys, that pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action and all claims asserted herein by Plaintiffs against Defendant WASTE be and are hereby dismissed <u>without</u> prejudice, each party to bear its own costs and attorneys' fees. No answer or motion for summary judgment has been filed. This Stipulation has been executed by Plaintiffs' counsel and Defendant WASTE's counsel.

Notwithstanding Plaintiffs' allegations of joint and several liability, this dismissal of Defendant WASTE shall not in any way constitute a release of claims against Defendants 1701 MANAGEMENT LLC d/b/a LIQUIDVPN, AUH2O LLC, 120@53 Trust, CHARLES MUSZYNSKI a/k/a FREDERICK DOUGLAS, QUADRANET INC., and QUADRANET ENTERPRISES LLC.

DATED: August 16, 2021                    Respectfully submitted,

| | |
|---|---|
| */s/ Joel B. Rothman* | /s/ Douglas K. Gartenlaub |
| JOEL B. ROTHMAN | DOUGLAS K. GARTENLAUB, ESQUIRE |
| Florida Bar Number: 98220 | Florida Bar No.: 0010420 |
| joel.rothman@sriplaw.com | Email: dgartenlaub@burr.com |
| **SRIPLAW** | Secondary Email: lloving@burr.com |
| 21301 Powerline Road | GENNIFER L. BRIDGES |
| Suite 100 | Florida Bar No.: 72333 |
| Boca Raton, FL 33433 | Email: gbridges@burr.com |
| 561.404.4350 – Telephone | Secondary Email: nwmosley@burr.com |
| 561.404.4353 – Facsimile | 200 South Orange Avenue, Suite 800 |
| *Attorney for Plaintiffs* | Orlando, FL 32801 |
| | Telephone: (407) 540-6600 |
| -and- | Facsimile: (407) 540-6601 |
| | *ATTORNEYS FOR DEFENDANTS* |
| CULPEPPER IP, LLLC | *WASTE PROFESSIONALS, LLC, a* |
| Kerry S. Culpepper*, pro hac vice* | *Florida limited liability company d/b/a* |
| Hawaii Bar No. 9837 | *TALISMARK and MICHAEL GAMACHE* |

20-023DBa

CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:     (808) 464-4047
kculpepper@culpepperip.com
*Attorney for Plaintiffs*

3

20-023DBa

## CERTIFICATE OF SERVICE

I hereby certify that on Aug. 12, 2021, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all those identified on the Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Electronic Filing.

*s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

20-023DBa