UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC.,
a Nevada corporation, HUNTER
KILLER PRODUCTIONS, INC.,
a Nevada corporation, and VOLTAGE
HOLDINGS, LLC, a Nevada corporation,

    Plaintiffs,

v.

1701 MANAGEMENT LLC, a Puerto
Rico limited liability company,
CHARLES MUSZYNSKI, individually,
and DOES 1-100,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO DEFENDANT WASTE PROFESSIONALS LLC d/b/a TALISMARK

**THIS CAUSE** is before the Court upon Plaintiffs' and Defendant Waste Professionals LLC d/b/a Talismark's ("Defendant") Joint Stipulated Dismissal Without Prejudice, ECF No. [94] ("Stipulation"), filed on August 16, 2021. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [94]**, is **APPROVED**.

2. The claims asserted against Defendant Waste Professionals LLC d/b/a Talismark are **DISMISSED WITHOUT PREJUDICE**.

3. Each party shall bear its own attorneys' fees and costs.

4. This case shall proceed against all remaining defendants.

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 16, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record