# Exhibit

# 7



CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HAWAII 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I AND BEFORE THE USPTO

October 27, 2020

Via Certified Mail
Charles Muszynski
1701 Management, LLC
151 Calle San Francisco, Suite 200
San Juan, Puerto Rico 00901

Via First Class Mail
Burr & Forman LLP
Attn.: Douglas K. Gartenlaub, Esq.
200 S. Orange Avenue, Suite 800
Orlando, FL 32801

Re: Copyright Infringement at Internet Protocol ("IP") addresses including but not limited to 108.61.128.241

My Reference: 20-023DBa
Case Number: 19cv169-LEK-KJM (District of Hawaii)

Dear Sir or Madam,

As explained below, I am writing to you regarding the Internet service LiquidVPN, Inc. ("Liquid") provides to subscribers, such as the one at IP address 108.61.128.241 ("subscribers"). My law firm represents the owners of the copyright protected motion pictures including but not limited to those shown below:

| NO. | OWNER | MOTION PICTURE |
|---|---|---|
| 1 | QOTD Film Investment Ltd./Benaroya | *Queen of the Desert* |

Exhibit "7"

| | | |
|---|---|---|
| 2 | Automata Productions, Inc./Millennium Funding, Inc. | *Automata* |
| 3 | TBV Productions, Inc./Voltage Holdings, LLC | *I Feel Pretty* |
| 4 | Hunter Killer Productions, Inc. | *Hunter Killer* |

Each of the motion pictures is an original work of art that was produced and marketed at great effort and expense of the owner.

On behalf of Hunter Killer Productions, Inc., my law firm filed a lawsuit here in Hawaii (1:19-cv-169) against operators of movie piracy websites under the name "YTS" for copyright infringement, contributory copyright infringement and intentional inducement.

We have determined that many of your subscribers has repeatedly infringed the copyrights of my clients' motion pictures via the YTS website, among other means. Moreover, we have determined that our owners' agents have sent numerous notices styled per the Digital Millennium Copyright Action ("DMCA") concerning confirmed infringed activity to Choopa, LLC, who forwarded them to ReliableSite.Net, LLC ("Reliable"), who subsequently forwarded the notices to Liquid. However, it appears that Liquid has failed to terminate any repeat infringer or take any meaningful actions despite Liquid receiving numerous, consistent DMCA notices.

To illustrate a concrete example of the damage done to our clients, in the month of May, 2019 alone, the owners' agent sent 40 notices regarding confirmed infringement of the motion pictures *Automata*, *Queen of the Desert*, and *I Feel Pretty* at this IP address. However, Liquid failed to terminate this account or take any meaningful steps to prevent continuing infringing activity.

Nearly all of the file titles of the infringing copies have had the copyright management information ("CMI") such as the title of the Work modified or altered to falsely include a reference to a piracy website. For example, the infringing file my clients' agent told Choopa (who subsequently told Reliable, who then told you) about in the Notice shown in Exhibit "1" has the title: "I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM]". Similarly, the infringing file my clients' agent told you about in the Notice shown in Exhibit "2" has the title: "Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO". The CMI has been modified/altered to falsely refer to the notorious piracy websites YTS and the piracy group EVO in violation of 17 U.S.C. §1202 ("DMCA violations"). My clients did not provide file titles that promote movie piracy websites or piracy groups.

***Liquid has no safe harbor from liability for Copyright Infringement***

The DMCA provides a safe harbor for qualified service providers from liability from copyright infringement. A requirement for this safe harbor is that the service provider reasonably implement, and inform subscribers and account holders of the service provider's system or network of, a policy that provides for the termination in appropriate circumstances of subscribers and account holders of the service provider's system or network who are repeat infringers. See 17 U.S.C. § 512(i)(1)(A). Accordingly, Liquid fails to qualify for the safe harbor because Liquid has not terminated the subscriber account despite the multiple notifications sent by my clients' agents.

Accordingly, my clients and I believe that Liquid may be liable for these infringements of my clients' copyrights in violation of federal law under the Copyright Act, 17 U.S.C. § 501. Remedies available to my clients include: an injunction against further infringement; actual and statutory damages of up to $150,000/motion picture; and costs and attorney's fees.

Further, my clients and I also believe that Liquid may be secondarily liable for its subscribers' DMCA violations under 17 U.S.C. §1202. Remedies provided by 17 U.S.C. § 1203(c) include statutory damages up to $25,000 per DMCA violation. For example, above I illustrated at least two DMCA violations (YTS and EVO).

Nonetheless, my clients would like to resolve this issue outside of litigation if possible. To do so, we request that: (1) Liquid agrees to immediately terminate all Internet service to the accounts for which my clients' agents have sent more than six notices including the account discussed in this letter; (2) Liquid agrees to take the appropriate action to terminate subscriber accounts in response to all further copyright notifications of more than a predetermined number received from my clients' agents; (3) Liquid agrees to pay a portion of my clients' damages; and (4) Liquid agrees to provide subscriber identification information for IP addresses including but not limited to that shown above and others for which my clients' rights have been infringed.

I look forward to receiving your response by November 27, 2020 so that we can discuss this issue further. My clients would like to resolve this matter amicably but will consider any and all legal action necessary to protect their valuable intellectual property rights under federal and state law. This letter is written without prejudice to the rights and remedies of our client, all of which are expressly reserved.

Sincerely,
/ksc/
Kerry S. Culpepper
kculpepper@culpepperip.com
Attachment: Exhibits "1" and "2"

**Kerry Culpepper**

**From:** notice@notice.copyrightmanagementservicesltd.com
**Sent:** Saturday, May 18, 2019 12:32 AM
**To:** dmca@choopa.com
**Cc:** ccbk@notice.copyrightmanagementservicesltd.com
**Subject:** Notice of Claimed Infringement [Case No. 30029495850]

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Notice of Claimed Infringement

Notice ID: 30029495850
Notice Date: 2019-05-18 10:31:40

Dear Sir or Madam:

This message is sent on behalf of TBV Productions, LLC.

Under penalty of perjury, I assert that Copyright Management Services, Ltd. (CMS) is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

TBV Productions, LLC owns the copyrights to the movie I Feel Pretty. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: I Feel Pretty
Infringing FileName: I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] Infringing FileSize: 1895499662
Infringer's IP Address: 108.61.128.241 Infringer's Port: 61561 Initial Infringement Timestamp: 2019-05-17 13:43:08

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing TBV Productions, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of TBV Productions, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of TBV Productions, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Exhibit "1"

Respectfully,

Anna Reiter
Copyright Management Services Ltd.
notice@notice.copyrightmanagementservicesltd.com
Address:
43 Berkeley Square
London W1J 5AP
United Kingdom

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>30029495850</ID>
</Case>
<Complainant>
<Entity>TBV Productions, LLC</Entity>
<Contact>Anna Reiter</Contact>
<Address>43 Berkeley Square London W1J 5AP United Kingdom</Address>
<Email>notice@notice.copyrightmanagementservicesltd.com</Email>

</Complainant>
<Service_Provider>
<Entity>Choopa, LLC</Entity>
<Contact>David Gucker, DMCA Agent</Contact>
<Address>14 Cliffwood Ave Suite 300, Metropark South, Matawan, NJ 07747</Address>
<Phone>732-566-1268 (fax)</Phone>
<Email>dmca@choopa.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2019-05-17T13:43:08Z</TimeStamp>
<IP_Address>108.61.128.241</IP_Address>
<Port>61561</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>I Feel Pretty</Title>
<FileName>I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM]</FileName>
<FileSize>1895499662</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">F710F541641A56DC4DB98685A176C7B4B5A2D651</Hash>
</Item>
</Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----

iQFcBAEBAgBGBQJc398MPxxBbm5hIFJlaXRlciA8bm90aWNlQG5vdGljZS5jb3B5

**Kerry Culpepper**

| | |
|---|---|
| **From:** | notice@notice.copyrightmanagementservicesltd.com |
| **Sent:** | Monday, June 10, 2019 10:10 PM |
| **To:** | dmca@choopa.com |
| **Cc:** | ccbk@notice.copyrightmanagementservicesltd.com |
| **Subject:** | Notice of Claimed Infringement [Case No. 31410242948] |

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Notice of Claimed Infringement

Notice ID: 31410242948
Notice Date: 2019-06-11 08:09:47

Dear Sir or Madam:

This message is sent on behalf of QOTD Film Investment Ltd..

Under penalty of perjury, I assert that Copyright Management Services, Ltd. (CMS) is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

QOTD Film Investment Ltd. owns the copyrights to the movie Queen of the Desert. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Queen of the Desert
Infringing FileName: Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO
Infringing FileSize: 1509743899
Infringer's IP Address: 108.61.128.241
Infringer's Port: 49207
Initial Infringement Timestamp: 2019-06-10 02:07:01

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing QOTD Film Investment Ltd. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of QOTD Film Investment Ltd.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied

Exhibit "2"

wavier of any rights or remedies of QOTD Film Investment Ltd. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Anna Reiter
Copyright Management Services Ltd.
notice@notice.copyrightmanagementservicesltd.com
Address:
43 Berkeley Square
London W1J 5AP
United Kingdom

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>31410242948</ID>
</Case>
<Complainant>
<Entity>QOTD Film Investment Ltd.</Entity>
<Contact>Anna Reiter</Contact>
<Address>43 Berkeley Square London W1J 5AP United Kingdom</Address>
<Email>notice@notice.copyrightmanagementservicesltd.com</Email>

</Complainant>
<Service_Provider>
<Entity>Choopa, LLC</Entity>
<Contact>David Gucker, DMCA Agent</Contact>
<Address>14 Cliffwood Ave Suite 300, Metropark South, Matawan, NJ 07747</Address>
<Phone>732-566-1268 (fax)</Phone>
<Email>dmca@choopa.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2019-06-10T02:07:01Z</TimeStamp>
<IP_Address>108.61.128.241</IP_Address>
<Port>49207</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>Queen of the Desert</Title>
<FileName>Queen.of.the.Desert.2016.HDRip.XviD.AC3-EVO</FileName>
<FileSize>1509743899</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">896B438F8D8F7C433F4B88A24322B8763A3E9885</Hash>
</Item>
</Content>