# Exhibit 8

| Email | IP Address | Hit Date | City | State | ISP | Movie |
|---|---|---|---|---|---|---|
| bad.aussie@hotmail.com | 104.129.18.28 | 2/5/2019 9:08 | Atlanta | GA | QuadraNet | Mechanic Resurrection |
| pennycolorado@gmail.com | 104.238.46.212 | 2/25/2019 5:56 | Los Angeles | CA | QuadraNet | Mechanic Resurrection |
| bngrow@yahoo.com | 104.129.18.156 | 1/10/2019 1:24 | Atlanta | GA | QuadraNet | Mechanic Resurrection |
| pviaschi@gmail.com | 96.44.147.98 | 3/26/2019 0:28 | Dallas | TX | QuadraNet | I Feel Pretty |
| jamorte@mailinator.com | 104.129.18.227 | 1/19/2019 20:12 | Atlanta | GA | QuadraNet | I Feel Pretty |
| jblekaitis@mac.com | 96.47.238.100 | 1/19/2019 3:45 | Miami | FL | QuadraNet | Hunter Killer |
| lucaskeith311@hotmail.com | 67.215.227.122 | 1/21/2019 6:22 | Los Angeles | CA | QuadraNet | Hunter Killer |
| basiccon@gmail.com | 96.44.145.114 | 1/27/2019 23:42 | Dallas | TX | QuadraNet | Hunter Killer |
| jt.forosyotros@gmail.com | 173.44.48.38 | 1/22/2019 20:44 | Miami | FL | QuadraNet | Hunter Killer |
| pviaschi@gmail.com | 96.44.147.98 | 7/22/2019 8:31 | Dallas | TX | QuadraNet | Hellboy |
| ayshtoad@gmail.com | 155.94.250.60 | 7/19/2019 4:50 | Dallas | TX | QuadraNet | Hellboy |
| jblekaitis@mac.com | 96.47.238.100 | 2019-07-07 16:42:25 | Miami | FL | QuadraNet | Extremely Wicked Shockingly Evil |
| petesuciu@yahoo.com | 173.44.34.2 | 8/20/2019 16:34 | Miami | FL | QuadraNet | Extremely Wicked Shockingly Evil |
| bbay1977@yahoo.com | 104.223.94.50 | 2019-07-10 05:44:38 | Atlanta | GA | QuadraNet | Extremely Wicked Shockingly Evil |
| nick3200@gmail.com | 198.55.125.227 | 7/29/2019 22:21 | Dallas | TX | QuadraNet | Extremely Wicked Shockingly Evil |
| dirk_@shaw.ca | 96.47.237.138 | 7/7/2019 2:50 | Miami | FL | QuadraNet | Extremely Wicked Shockingly Evil |
| ajslmcculloch@bigpond.com | 173.44.49.74 | 7/26/2019 4:10 | Miami | FL | QuadraNet | Extremely Wicked Shockingly Evil |
| terrelldavis2001@gmail.com | 72.11.136.10 | 7/8/2019 17:15 | Elk Grove Village | IL | QuadraNet | Extremely Wicked Shockingly Evil |
| andrewmanzione@gmx.com | 104.223.92.238 | 8/16/2019 14:52 | Atlanta | GA | QuadraNet | Extremely Wicked Shockingly Evil |
| prk8873@yahoo.com | 104.129.18.11 | 7/8/2019 1:45 | Atlanta | GA | QuadraNet | Extremely Wicked Shockingly Evil |
| narangrishi1122.rn@gmail.com | 161.129.70.92 | 7/27/2019 1:24 | Atlanta | GA | QuadraNet | Extremely Wicked Shockingly Evil |
| jackmeat@gmail.com | 67.215.235.2 | 11/30/2019 1:05 | Los Angeles | CA | QuadraNet | Rambo V: Last Blood |
| tag818@gmail.com | 104.223.94.122 | 11/30/2019 1:08 | Atlanta | GA | QuadraNet | Rambo V: Last Blood |
| dooglecs@yahoo.com | 104.223.93.58 | 11/30/2019 1:11 | Atlanta | GA | QuadraNet | Rambo V: Last Blood |
| ashleigh005@gmail.com | 173.254.254.82 | 11/30/2019 1:22 | Dallas | TX | QuadraNet | Rambo V: Last Blood |
| jarhead1969@gmail.com | 104.129.18.207 | 11/27/2019 3:12 | Atlanta | GA | QuadraNet | Angel Has Fallen |
| dfwtexanatheart@gmail.com | 198.55.125.242 | 11/26/2019 21:11 | Dallas | TX | QuadraNet | Angel Has Fallen |
| buffel70@gmail.com | 155.94.250.69 | 11/26/2019 18:49 | Dallas | TX | QuadraNet | Angel Has Fallen |
| cmckeown54@gmail.com | 173.44.48.43 | 11/26/2019 15:06 | Miami | FL | QuadraNet | Angel Has Fallen |
| joseph.ly@yahoo.ca | 173.205.92.100 | 11/26/2019 7:27 | Kent | WA | QuadraNet | Angel Has Fallen |
| xuxoyicad@net8mail.com | 23.226.131.236 | 11/25/2019 18:43 | Secaucus | NJ | QuadraNet | Angel Has Fallen |
| dougharley10@yahoo.com | 104.129.19.27 | 11/25/2019 6:19 | Atlanta | GA | QuadraNet | Angel Has Fallen |
| majevil47@gmail.com | 23.226.129.2 | 11/25/2019 6:01 | Secaucus | NJ | QuadraNet | Angel Has Fallen |

**Exhibit "8"**

Mechanic: Resurrection (2016), hash 15D0FFD08EA199E877886437DDCBC9A36C4EB026, 720p, 742.02 MB



✗ 3. ------------------------------

email: bad.aussie@hotmail.com
last used ip: 104.129.18.28
date downloaded: 2019-02-05 09:08:49
IP Address city: Atlanta, state: Georgia, zip code: 30303



✗ 6. ------------------------------

email: pennycolorado@yahoo.com

last used ip: 104.238.46.212
date downloaded: 2019-02-25 05:56:36
IP Address city: Los Angeles, state: California, zip code: 90009



⭐ 29. ------------------------------

```
email: bngrow@yahoo.com
last used ip: 104.129.18.156
date downloaded: 2019-01-10 01:24:35
IP Address city: Atlanta, state: Georgia, zip code: 30303
```



Once Upon a Time in Venice (2017), hash 0DAE755156B5443042CCEF362948D363E0EABAC9, 720p, 694.67 MB



I Feel Pretty (2018), hash F63F5737AA36AC1D23B92B4E14957F3B79E507C1, 720p, 934.61 MB



5. ------------------------------

email: pviaschi@gmail.com
last used ip: 96.44.147.98
date downloaded: 2019-03-26 00:28:12
IP Address city: Dallas, state: Texas, zip code: 75247



✿ 27. ------------------------------

email: jamorte@mailinator.com
last used ip: 104.129.18.227
date downloaded: 2019-01-19 20:12:23
IP Address city: Atlanta, state: Georgia, zip code: 30303

Hunter Killer (2018), hash C6F7C26601FAA47C9BB50A99BB18606C0F960DB5, 720p, 1.03 GB





18. ------------------------------

```
email: jblekaitis@mac.com
last used ip: 96.47.238.100
date downloaded: 2019-01-19 03:45:11
IP Address city: Miami, state: Florida, zip code: 33132
```



✱ 44. -----------------------------

    email: lucaskeith311@hotmail.com
    last used ip: 67.215.227.122
    date downloaded: 2019-01-21 06:22:05
    IP Address city: Los Angeles, state: California, zip code: 90014

✱ 45. -----------------------------

    email: basiccon@gmail.com
    last used ip: 96.44.145.114
    date downloaded: 2019-01-27 23:42:48
    IP Address city: Dallas, state: Texas, zip code: 75247





53. ------------------------------

email: jt.forosyotros@gmail.com
last used ip: 173.44.48.38
date downloaded: 2019-01-22 20:44:11
IP Address city: Miami, state: Florida, zip code: 33132



Hellboy (2019), hash 16CE26D6CDDCA3ED073D1EB410E5F32151E23137, 1080p, 1.94 GB





45. ------------------------------

email: pviaschi@gmail.com
last used ip: 96.44.147.98
date downloaded: 2019-07-22 08:31:34
IP Address city: Dallas, state: Texas, zip code: 75247





119. ------------------------------

email: ayshtoad@gmail.com
last used ip: 155.94.250.60
date downloaded: 2019-07-19 04:50:58
IP Address city: Dallas, state: Texas, zip code: 75247

Extremely Wicked, Shockingly Evil and Vile (2019), hash
D99EBAEB280D6EE6101C2DC31EDA68F8C54DB4F5, 720p, 936.98 MB



☆ 3. -----------------------------

email: jblekaitis@mac.com
last used ip: 96.47.238.100
date downloaded: 2019-07-07 16:42:25
IP Address city: Miami, state: Florida, zip code: 33132





✗ 25. ------------------------------

email: petesuciu@yahoo.com
last used ip: 173.44.34.2
date downloaded: 2019-08-20 16:34:00
IP Address city: Miami, state: Florida, zip code: 33132



☆ 61. -----------------------------

email: bbay1977@yahoo.com
last used ip: 104.223.94.50
date downloaded: 2019-07-10 05:44:38
IP Address city: Atlanta, state: Georgia, zip code: 30303

☆ 62. -----------------------------

email: nick3200@gmail.com
last used ip: 198.55.125.227
date downloaded: 2019-07-29 22:21:11
IP Address city: Dallas, state: Texas, zip code: 75247



🔖 91. ------------------------------

email: dirk_@shaw.ca
last used ip: 96.47.237.138
date downloaded: 2019-07-07 02:50:51
IP Address city: Miami, state: Florida, zip code: 33132



111. -------------------------------

```
email: ajslmcculloch@bigpond.com
last used ip: 173.44.49.74
date downloaded: 2019-07-26 04:10:16
IP Address city: Miami, state: Florida, zip code: 33132
```



✈ 127. ------------------------------

email: terrelldavis2001@gmail.com
last used ip: 72.11.136.10
date downloaded: 2019-07-08 17:15:17
IP Address city: Elk Grove Village, state: Illinois, zip code: 60007



151. ------------------------------

```
email: andrewmanzione@gmx.com
last used ip: 104.223.92.238
date downloaded: 2019-08-16 14:52:01
IP Address city: Atlanta, state: Georgia, zip code: 30303
```





✈ 181. ------------------------------

```
email: prk8873@yahoo.com
last used ip: 104.129.18.11
date downloaded: 2019-07-08 01:45:26
IP Address city: Atlanta, state: Georgia, zip code: 30303
```





✳ 220. -----------------------------

email: narangrishi1122.rn@gmail.com
last used ip: 161.129.70.92
date downloaded: 2019-07-27 01:24:26

IP Address city: Atlanta, state: Georgia, zip code: 30303



Rambo: Last Blood (2019), hash E14966740CF1587CC3910280BC44984D5D9D4D71, 720p, 909.41 MB



☆ 17. ------------------------------

```
email: jackmeat@gmail.com
last used ip: 67.215.235.2
date downloaded: 2019-11-30 01:05:50
IP Address city: Los Angeles, state: California, zip code: 90014
```



36. -----------------------------

```
email: tag818@gmail.com
last used ip: 104.223.94.122
date downloaded: 2019-11-30 01:08:50
IP Address city: Atlanta, state: Georgia, zip code: 30303
```



✶ 52. ------------------------------

```
email: dooglecs@yahoo.com
last used ip: 104.223.93.58
date downloaded: 2019-11-30 01:11:43
IP Address city: Atlanta, state: Georgia, zip code: 30303
```



114. ------------------------------

email: ashleigh005@gmail.com
last used ip: 173.254.254.82
date downloaded: 2019-11-30 01:22:12
IP Address city: Dallas, state: Texas, zip code: 75247

Angel Has Fallen, hash B7330F69794B69D7BD009FEFE4035F4D4F833B6C, 720p, 1.06 GB





☆ 14. ------------------------------

```
email: jarhead1969@gmail.com
last used ip: 104.129.18.207
date downloaded: 2019-11-27 03:12:32
IP Address city: Atlanta, state: Georgia, zip code: 30303
```

50. ------------------------------

email: buffel70@gmail.com
last used ip: 155.94.250.69
date downloaded: 2019-11-26 18:49:24
IP Address city: Dallas, state: Texas, zip code: 75247



61. ------------------------------

```
email: cmckeown54@gmail.com
last used ip: 173.44.48.43
date downloaded: 2019-11-26 15:06:33
IP Address city: Miami, state: Florida, zip code: 33132
```



☆ 80. -----------------------------

```
email: joseph.ly@yahoo.ca
last used ip: 173.205.92.100
date downloaded: 2019-11-26 07:27:54
IP Address city: Kent, state: Washington, zip code: 98032
```



153. ------------------------------

email: xuxoyicad@net8mail.com
last used ip: 23.226.131.236
date downloaded: 2019-11-25 18:43:52
IP Address city: Secaucus, state: New Jersey, zip code: 07094



202. -----------------------------

    email: dougharley10@yahoo.com
    last used ip: 104.129.19.27
    date downloaded: 2019-11-25 06:19:47
    IP Address city: Atlanta, state: Georgia, zip code: 30303



206. -----------------------------

    email: majevil47@gmail.com
    last used ip: 23.226.129.2
    date downloaded: 2019-11-25 06:01:16
    IP Address city: Secaucus, state: New Jersey, zip code: 07094

## CERTIFICATE OF AUTHENTICITY

Senthil Segaran hereby declares under penalty of laws of the United States, India and the United Kingdom that the following is true and correct.

1.     I am the sole shareholder, sole director and custodian of the records for Techmodo Limited.  Each of the records attached hereto is the original or duplicate of an original record in the custody of Techmodo Limited.

2.     Such records were made at or near the time by — or from information transmitted by — someone with knowledge of these matters.

3.     Such records are kept in the course of a regularly conducted activity of business.

I declare under the penalty of perjury of the laws of India and the United Kingdom that the foregoing is true and correct.


DATED: London, England, September __1__, 2020.


_____
Senthil Segaran


Certificate of Authenticity - Segaran