# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC. et al.,

     Plaintiffs,

     vs.

1701 MANAGEMENT LLC, et al.,

     Defendants.

_____/

## AFFIDAVIT OF DAVID COX

DAVID COX, hereby declares under penalty of law that the following is true and correct:

1.     I am an adult male residing in Wayne County, Michigan.  I am the owner of SMR Hosting, LLC ("SMR"), a Michigan limited liability company.

2.     I founded the Virtual Private Network (VPN) service doing business as LiquidVPN in 2013 and owned it through Feb. 12, 2019.  I owned LiquidVPN through SMR and a Wyoming corporation LiquidVPN, Inc. for which I was the sole shareholder.  I dissolved the corporation LiquidVPN, Inc. in March of 2018.

3.     LiquidVPN used IP addresses assigned from QuadraNet while I owned it. Sometimes I would receive abuse notices from QuadraNet.  The abuse notices would include the following language, "Per our policies, we require that all our clients respond to abuse notices as they come in. Failure to do so within a timely manner (within 24 hours) will result in a suspension of services until the server administrator has time to resolve the issue. Repeated unresolved or high priority issues may result in a filter being applied to your uplink."  Below is a true and accurate screenshot of one abuse notice I received on April 27, 2018.

20-023DBa

-----Original Message-----
From: abuse-ticket@quadranet.com <abuse-ticket@quadranet.com>
Sent: Friday, April 27, 2018 12:06 PM
To: David Cox <dave@liquidvpn.com>
Subject: Re: [#6004304] QuadraNet Contact Form - Abuse Reports - legal@iobit-team.ru

There has been a report of abuse on your server.

Per our policies, we require that all our clients respond to abuse notices as they come in. Failure to do so within a timely manner (within 24 hours) will result in a suspension of services until the server administrator has time to resolve the issue. Repeated unresolved or high priority issues may result in a filter being applied to your uplink.

The initial complaint is attached to this ticket. If you don't see it under my signature, please log in to your billing interface and view the ticket there.

We will await your response indicating that you have complied with the order, dispute it, or require a reasonable extension of time to resolve the issue.

Awaiting your timely response,

QuadraNet Abuse Department
abuse@quadranet.com
1-888-5-QUADRA | www.QuadraNet.com

4.     However, I don't remember QuadraNet ever following up to any of these abuse notices.  My impression was that these abuse notices were automatically generated by QuadraNet from an unmonitored email address.  For example, the above abuse notice included the complaint from iobit that apparently triggered the notice, but it was a completely unreadable garbled message.  Below is a true and complete partial screenshot of the complaint.  I sent an email back to abuse@quadranet.com asking "What is this abuse", but never received a reply.

QuadraNet Abuse Department
abuse@quadranet.com
1-888-5-QUADRA | www.QuadraNet.com

From: IObit
Email: legal@iobit-team.ru
Phone: 8002030230202

IP: 46.216.128.8
Host: 46.216.128.8

Category: Abuse Reports

[garbled/unreadable text]

"IObit".

2

20-023DBa

5.      I sold LiquidVPN to Charles Muszynski ("Muszynski") via his alter ego 1701

Management LLC effective October 9, 2018 which is the date of the "Letter of Intent for the

Acquisition of assets of LiquidVPN" ("LOI") executed by Muszynski and me.  Muszynski and I

executed an asset purchase agreement that formalized the transaction on Feb. 12, 2019 per the

LOI.  I have attached a copy of the LOI to this declaration as Exhibit "A".  I have attached a

copy of the assert purchase agreement without its accompanying exhibits as Exhibit "B".

6.      SMR and I were named defendants in a civil action filed in the Eastern District of

Michigan (4:21-cv-10490-SDD-RSW) by Plaintiffs Millennium Funding, Inc., Hunter Killer

Productions, Inc. and Voltage Holdings, LLC.  I entered into a stipulated judgment with the

Plaintiffs in the ED MI action on behalf of SMR and myself resolving this action.

*Background of selling LiquidVPN to Muszynski*

7.      In 2018 I listed LiquidVPN for sale on the website flippa.com.  On August 1,

2018, Muszynski sent me a message via flippa.com expressing interest in my listing.  Below is a

true and accurate copy of the message.

20-023DBa

Hi David James Cox,

You've been sent a message from Online investor regarding listing #9779204 (liquidvpn.com).

Reply to this message

Here's the message:

Would you be available for a call late Thursday or Friday afternoon? It'd be me (Charles Muszynski) and Mike Gamache (the IT portion of the duo). Thanks, cm

Click here to reply to this message

Kind Regards,
The Flippa Team

8.      In a later communication Muszynski introduced himself as the chief executive officer of the waste management company Talismark.  Many of his emails came from the domain wasteprofessionals.com and included a signature that identified himself as the CEO of Talismark.  Below is an example of a signature of an email I received from him in September of 2018.

**Charles Muszynski**
*Chief Executive Officer*

Talismark, North America's leading waste utility outsourcing company, is recognized by *Inc. Magazine* as one of the nation's fastest-growing companies.

1000 Primera Boulevard
Lake Mary, FL 32746

Phone:      407.478.8800 Ext: 159
Facsimile:  407.478.8801
Web:        Talismark.com
vCard:

9.      I understood that Talismark is a successful waste management company.  Public records show that Muszynski was a manager of Waste Professionals, LLC which I understood does business as Talismark.  I believed and still believe that Muszynski was acting as an authorized agent of Talismark when evaluating, purchasing and operating LiquidVPN.

10.      Up until we executed the LOI, I was led to believe that Talismark was purchasing LiquidVPN directly or indirectly through a subsidiary.  For the most part, Muszynski almost exclusively emailed me from his wasteprofessionals email address during negotiations.  In an email of Aug. 16, 2018, he even said he was involving the CFO to evaluate the purchase.  When he said CFO, I assumed he was referring to the CFO of Talismark since the email came from the wasteprofessionals email address and was signed as CEO of Talismark.  Below is a true and accurate copy of the Aug. 16, 2018 email.

20-023DBa

**From:** Charles Muszynski <cmuszynski@wasteprofessionals.com>
**Sent:** Thursday, August 16, 2018 11:03 AM
**To:** David Cox <dave@liquidvpn.com>
**Cc:** mikeygamache@gmail.com
**Subject:** FW: The listing for liquidvpn.com has ended.

Dave:

I just tried calling your cell but the vmail said it's not set up yet. Mike and I have a 4:00 meeting set today with our CFO to determine a valuation prior to an offer. I was checking correspondence before heading to lunch and saw the notice of sale of Flippa below.

Is this accurate or have you simply removed the listing from Flippa?

Please let us know either way so we're not expending time and money to compose a deal if there's no longer an asset to be sold?

Thank you.

      11.     During the negotiation period, I communicated with Muszynski and Micheal Gamache ("Gamache") concerning details of the LiquidVPN business such as financial data and technical infrastructure. Muszynski and Gamache requested that I come to Orlando, Florida on December 15, 2018 at the Orlando Airport Hyatt Regency to meet with them personally before we completed the asset purchase and the first payment was made to me. The emails from Muszynski requesting me to come to Orlando also came from his email address <cmuszynski@wasteprofessionals.com>. Below is a true and accurate copy of an email from Muszynski dated November 14, 2018 discussing meeting and one dated Dec. 24, 2018 in which he sent me a copy of the proposed asset purchase agreement.

20-023DBa

**From:** Charles Muszynski <cmuszynski@wasteprofessionals.com>
**Sent:** Wednesday, November 14, 2018 9:58 AM
**To:** Dave Cox <dave@smrhosting.com>
**Cc:** mikeygamache@gmail.com
**Subject:** RE: Follow up for in person meeting

Yes, fly in, fly out, same weekend day. Would a Saturday work for you?

*Charles Muszynski*
*Chief Executive Officer*

---

**From:** Charles Muszynski <cmuszynski@wasteprofessionals.com>
**Sent:** Monday, December 24, 2018 6:52 AM
**To:** Michael Gamache <mikeygamache@gmail.com>
**Cc:** Dave Cox <dave@smrhosting.com>
**Subject:** RE: Finally

Corrected copy attached per error Mike found.

*Charles Muszynski*
*Chief Executive Officer*

Talismark, North America's leading waste utility outsourcing company, is recognized by *Inc. Magazine* as one of the nation's fastest-growing companies.

1000 Primera Boulevard

12.     In one email on Dec. 23, 2018, Muszynski stated that he was altering the purchase entity from 1701 Management LLC to AUH2O, LLC.  He referred to both companies as "a

20-023DBa

different shelf company into which the assets are placed." I found this statement consistent with

my impression that Muszynski controlled Talismark, 1701 Management, LLC and AUH2O, LLC

as his personal entities to do as he pleased. In the end, the purchase agreement was executed in

the name of 1701 Management, LLC. Below is a true and accurate copy of the relevant portion

of that email.

> On Sun, Dec 23, 2018 at 5:41 PM Charles Muszynski <cmuszynski@wasteprofessionals.com> wrote:
>
> Gentlemen:
>
> My apologies for the lengthy delay in providing the revised agreement reflective of our discussion. The main part of alteration was including the schedule and amounts for "Earn out" reflecting the following:
>
> Closing date: 1/1/19
> Total purchase price: $215,000.00
> Payment due at closing: $150,000.00 with continuing cooperation based on following schedule:
> Payment due 60 days after closing: $15,000.00
> Payment due 120 days after closing: $20,000.00
> Payment due 180 days after closing: $30,000.00
>
> I altered the purchasing entity from 1701 Management, LLC to AUH2O, LLC due to changes in corporate structure occurring over the last few months that were unavoidable – this has no material affect on the agreement, payment, or terms – it's simply a different shelf company into which the assets are placed.

13.     Muszynski and I executed the asset purchase agreement on Feb. 12, 2019. The

assert purchase agreement required me to provide "…during the term of the six (6) months Earn-

Out [after the purchase date]…seventy-seven (77) hours of personal assistance as required by the

[Muszynski and Gamache] to complete and finalize details of the technical aspects related to

transferring, operating, and marketing the VPN service."

*Post Asset sale period*

8

20-023DBa

14.     After the asset sale, Muszynski continued to send me emails concerning certain Earn-Out work that needed to be completed from the wasteprofessionals domain of Talismark with his signature as CEO of Talismark until at least April of 2019.  Therefore, I believed Talismark was the effective owner of LiquidVPN.  Below is a true and accurate screenshot of an email he sent to me on March 13, 2019 concerning a double-billing issue Gamache and him wanted me to resolve.

| | |
|---|---|
| **From:** | Charles Muszynski |
| **To:** | Michael Gamache; Dave Cox |
| **Subject:** | RE: Double Billing |
| **Date:** | Wednesday, March 13, 2019 8:17:12 AM |

Guys, I'm travelling today and will get into the details on this later today. Thank you,

*Charles Muszynski*
*Chief Executive Officer*



Talismark, North America's leading waste utility outsourcing company, is recognized by *Inc. Magazine* as one of the nation's fastest-growing companies.

15.     Later from the second half of 2019, Muszynski also begin emailing me from the email address "charles@4equity.co" while continuing to also use the wasteprofessionals email adddress.  Below is a true and accurate screenshot of a portion of an exemplary email I received from him on Jan. 20, 2020.

20-023DBa

| | |
|---|---|
| **From:** | charles@4equity.co |
| **To:** | Dave Cox |
| **Cc:** | "Michael Gamache" |
| **Subject:** | Re: LiquidVPN Project |
| **Date:** | Monday, January 20, 2020 12:23:08 PM |

Agree, zero (unless mike has some i'm unaware of). And with, now, 400 subscribers, we need to know does it make sense to subscribe in hopes of scaling when TrustHub starts, or does it make sense to go "as is" (assuming that's even possible with the new site requirements) and do it all manually (mike) until we can justify the expense. This time a year ago we'd planned to have 2,000 subscribers. The marketing folks will put us in a network with 6,000 businesses that MAY have a need for us. The BIG target is latin america, and having EASY apps to use in both MS and Ios.

Lot's to discuss, in addition to maintenance, Orchid, development, costs with Russ and approach to Orchid.

16.     After completing the Earn-Out work required by the assert purchase agreement, Muszynski and Gamache requested me to perform further infrastructure support services for which I was paid $18,000.

17.     Muszynski and Gamache then hired me again to provide infrastructure sufficient to permit LiquidVPN to provide services to Orchid VPN, implement new VPN protocols, automate networking task and perform technical support ("post earn-out work") at my hourly rate.  Attached to this Affidavit as Exhibit "F" is a true and correct email exchange I had with Muszynski concerning the Orchid VPN post earn-out work.   Note that in the Nov. 7, 2019 email shown in Exhibit "F" he was continuing to cc his wasteprofessionals.com email address even when he sent emails from the "4equity.co" email address.

18.     Attached to this Affidavit as Exhibit "G" is a true and correct copy of the agreement between AUH2O and Orchid Labs, Inc. I received from Muszynski in connection with the Orchid VPN post earn-out work.   Note that AUH2O is indicated as being organized under the laws of Nevis and is signed by Muszynski as manager.

10

19.     Muszynski made payments of $5000 and $6365 to SMR via his American Express ("Amex") card as a deposit towards costs and services for the post earn-out work Gamache and him requested me to perform.

20.     I timely completed the post earn-out work and invoiced Muszynski $55,790.

21.     Muszynski immediately executed chargebacks on his Amex card to reverse the deposits and any other payments he made to SMR for my work and ignored my demands for payment.  Below is a true and correct image of the Amex charges Muszynski reversed.

| | | | | | |
|---|---|---|---|---|---|
| $6,365.00 | USD | Disputed ❶ | Orchid Labor for Russ | charles@4equity.com | Mar 3, 2020, 10:37 AM |
| $5,000.00 | USD | Disputed ❶ | Orchid DevOps Services | charles@4equity.com | Feb 20, 2020, 4:22 PM |
| $6,000.00 | USD | Disputed ❶ | LiquidVPN Infrastructure Project | charles@4equity.com | Jan 24, 2020, 4:20 PM |
| $12,000.00 | USD | Disputed ❶ | Mikrotik Server Automation Services | charles@4equity.com | Dec 18, 2019, 10:05 PM |

22.     I instituted a dispute with Amex and was able to get the $6000 chargeback reversed.  However, I am still owed $46,540 for this work not including interest.

23.     I originally registered the domain liquidVPN.com with my account with the domain registrar Enom.  I turned this account over to Muszynski and Gamache per the asset sale. However, this account also included my registration for the domain smrhosting.com.  Although Muszynski and Gamache agreed to allow me to transfer the domain smrhosting.com to a new account, they changed the password of the account and have refused to transfer the domain and hosting service to me.

24.     It has come to my attention that Muszynski and Gamache have refused to change the registration records for this Enom account from the name of my dissolved company LiquidVPN, Inc. to their name or entities.  Below is a screenshot of the current registration

20-023DBa

records for liquidvnp.com.  If someone was investigating who was the registrant for the

LiquidVPN website they would mistakenly think my dissolved company liquidvpn, Inc. is the

registrant.

| reseller contact: | | |
|---|---|---|
| Organization: | LiquidVPN, Inc. | |
| Name: | Castro, Jamie | |
| Address: | 151 calle san drancisco ste 200 | |
| | san juan, PR 00901 | |
| | US | |
| Phone: | 1.3073165413 | |
| Fax: | | |
| WhoIs Email: | jamiec@liquidvpn.com | |
| Account Email: | jamiec@liquidvpn.com | |

25.     When Muszynski and Gamache refused to pay for my invoices and revoke the

chargebacks, I filed a civil action in Michigan state court (Third Judicial Circuit -Wayne County)

against Muszysnki for breach of contract and unjust enrichment.  I had no choice but to dismiss

the lawsuit because I was unable to serve Muszynski.  Based upon my prior conversations with

Muszynski in which he bragged about renouncing his citizenship to avoid paying alimony to his

ex-wife and taxes as discussed below, I believed it would be impossible to find him and serve

him.

26.     During this period of negotiations and performing the earn-out and post earn-out

work, I spent lots of time talking with Muszynski and Gamache concerning business issues as

well as personal issues.  Muszynski shared with me his frustrations with the US government and

Florida Courts concerning an alimony award his ex-wife obtained against him and tax liability.

27.     Muszynski shared with me various strategies he had come up with to avoid

paying alimony to his ex-wife and taxes.  For example, he brought up the benefits of setting up

20-023DBa

companies in foreign jurisdictions such as he did with AUH2O LLC which he formed in Nevis.

I also remember him telling me that he had renounced his US citizenship to avoid paying US

taxes and alimony to his ex-wife the very first time Gamache, he and I met in person.

28.     Muszynski even asked me to help him build up his website business "Legal

Shame" for selling strategies for avoiding alimony and protecting assets and promoting

LiquidVPN as a means to hide communications.  The website is currently accessible at

https://legalshame.co/ as of April 22, 2021.  Below is a true and accurate copy of a portion of

how the website appears today.



29.     Muszynski posts articles on Legal Shame under the name "Frederick Douglas" in

forums.  I have attached a print out of a portion of the website (legalshame.co/forum) to this

declaration as Exhibit "C'. Most of his articles are about his perceived injustices in the Florida

20-023DBa

family law legal system.  For example, on Feb. 25, 2021 he posted an article concerning a female lawyer taking custody of her children from her ex-husband which he characterized as "Kidnapping" and invited all his readers to watch the legal proceedings on Zoom with the benefit of his VPN service to mask the user identity.   He characterized family law legal proceedings in Florida as "rape".

## Kidnapping of Assistant State's Attorney children; brainwashing, extortion

Almost TWO YEARS ago, a Florida ex-wife took delivery of two children from their father. She refused to return them. She's a FAMILY LAW ATTORNEY and admits to unilaterally medicated the children on PROZAC and conditioning them with the aid of 'behavioral consultants'.

fred douglass - Feb 25, 2021

Florida's 'court' system is at it again. This time extorting one of its own by using his children to get him to cough up cash under threat of life-long loss of his children. Just when one hopes it's be impossible for 'jurists' to subvert morality further, yet another 'judge' asks for a jackhammer, a shovel, and three government agents to dig deeper, faster.

Despite multiple hearings and multiple appeals, the children's fate remains in the hands of an 'honorable', black-dress- wearing guy named Fred Pollack.

He replaces the former 'judge' who had to recuse herself. Seems the ex-wife, a 'family' 'law' 'attorney', worked on and contributed to the judge's campaign.

YOU HEARD THAT RIGHT. Seems Florida is the only State in the country where members of the Bar (actually a "guild", but legally a trade association - the only one in that State capable of writing law, charging suspects, and prosecuting felonies) to  contribute to "judges'" election campaigns. Now THAT'S impartiality!

ALL ARE INVITED TO WATCH THIS 'JUDGE' DO HIS DUTY TO THE BAR.

To be held on May 26, 2021 at 1:30 p.m., 'honorable'  Circuit Judge Frederick Pollack will perform for the public in a three hour, one-act play titled: "Courts of Equity at Work".

Unlike years past where one had to scrub up, physically travel to the courthouse, be scanned and searched, locate the room where the rapes take place, and HOPE BEYOND ALL HOPE that the 'judge' didn't again lock the door, TODAY we can log in and watch American 'justice' be administered on-line. No worries either - if you want to mask your ID, we will again provide VPN linkage to permit public viewing without attribution - no comments, noises, or postings permitted.

30.    I understand that Muszynski purchased the domain "legalshame.co" and registered the domain liquidvpn.com with the Registrar Namecheap under the name "Jamie Castro".  Below is a copy of records Namecheap provide concerning the true owners of these domains.



User Info

| Username<br>User ID<br>Account Locked | First Name<br>Last Name<br>Email | Support Pin<br>Pin Expiry | Signup Date<br>Signup IP | Account Balance<br>Available Balance<br>Earned Amount | Organization<br>Street Address<br>City, State | Phone<br>Fax<br>Country, Zip | Latest Transaction<br>Latest Login<br>Login IP |
|---|---|---|---|---|---|---|---|
| hermiestglitz<br>4804915<br>No | jamie<br>castro<br>jamiec@liquidvpn.com | Reset | 9/4/2018 11:22:10 AM<br>75.112.73.4 | 0.6500<br>0.6500<br>0.0000 | liquidvpn<br>151 calle san francisco<br>San Juan, PR | +1.4073833463<br>NA<br>US, 00902 | 8/5/2020 2:59:09 AM<br>3/22/2021 11:59:30 AM<br>142.196.19.132 |

Exported on Apr/02/2021

31.     Jamie Castro is an alias Gamache uses to conceal his identity.  Below are portions of an email chain between him and I concerning updating affiliates and promotions. Gamache wished to post discount codes for the VPN service on Facebook under his fake identity Jamie Castro.

## DarkManXL@hotmail.com

| | |
|---|---|
| **From:** | Michael Gamache <mikeygamache@gmail.com> |
| **Sent:** | Saturday, March 9, 2019 10:11 AM |
| **To:** | Dave Cox |
| **Subject:** | Re: Good Morning |

facebook won't let me register jamie castro..
Guess I'll just use my personal

https://www.facebook.com/michael.gamache1

M

As for getting a posting done, etc..

3

Do we have any existing discount codes, etc.. that are live that we can do a quick tweet or fb posting?(guess still waiting on FB to "verify" my picture on the Jamie Castro account)..

32.     On January 20, 2020 Gamache forwarded me emails concerning problems he was having with his WHMCS.COM account for renewing a service.  As shown below, Gamache was using the alias Jamie Castro

20-023DBa

On Jan 29, 2020, at 8:38 AM, Michael Gamache <mikeygamache@gmail.com> wrote:

Dave sorry to bug you but I received this and I can't find where the domain account is
My whmcs accounts show the services but not the domain

Thx
M

--------- Forwarded message ---------
From: <jamiec@liquidvpn.com>
Date: Wed, Jan 29, 2020, 7:36 AM
Subject: Fwd: 2nd Notice: Unable to process your renewal order due to insufficient
funds
To: <mikeygamache@gmail.com>

1

--------- Forwarded message ---------
From: domains@whmcs.com
Date: Jan 29, 2020 3:55 AM
Subject: 2nd Notice: Unable to process your renewal order due to insufficient funds
To: jamiec@liquidvpn.com
Cc:

Dear Jamie Castro,

This is a reminder that we were unable to renew the following services under your
account 'SMRHosting':

Service         Expire Date   Description
-------------------------------------------------------
Registration        Feb 12, 2020  liquiddns.net

33.     The LiquidVPN website includes a "Warrant Canary" to warn users if a law
enforcement warrant had been served.  Gamache requested confirmation from me on how to sign
the Warrant Canary.   He indicated that he would sign the Warrant Canary as Jamie Castro.  The
liquidvpn website to this day has the Warrant Canary signed by Jamie Castro.

34.     As discussed above, Muszynski and Gamache continue to use my dissolved
corporation LiquidVPN, Inc. as the organization name of the registrant for the domain

17

liquidvnp.com without my permission. Gamache uses his alias "Jamie Castro" as the contact name.

| reseller contact: | | |
|---|---|---|
| Organization: | LiquidVPN, Inc. | |
| Name: | Castro, Jamie | |
| Address: | 151 calle san drancisco ste 200 | |
| | san juan, PR 00901 | |
| | US | |
| Phone: | 1.3073165413 | |
| Fax: | | |
| WhoIs Email: | jamiec@liquidvpn.com | |
| Account Email: | jamiec@liquidvpn.com | |

35.     Gamache was also extensively involved in the negotiation process and the management of LiquidVPN after Muszynski purchased LiquidVPN.  As discussed above, Gamache maintains the Warrant Canary through his alias Jamie Castro.  He also maintains the servers and infrastructure.  I know this because he often contacted me for assistance with problems he was having with maintenance during the Earn-out period.  As shown above, when Muszynski first contacted me expressing interest in purchasing LiquidVPN he cc'd Gamache.

36.     As instructed by Muszynski, I introduced Gamache to key people necessary for the maintenance of the LiquidVPN infrastructure such as Michael Sebastian.  Below is a true and correct copy of an email dated Jan. 8, 2020 where I made this introduction.

18

> On Wed, Jan 8, 2020 at 4:18 PM Dave Cox <dave@smrhosting.com
> <mailto:dave@smrhosting.com> > wrote:
>
> Hi Sebastian,
>
>
>
> I hope everything is going well for you. The last time we spoke I
> told you I was selling LiquidVPN and once the new owners were ready
> to start working on the web software I would make the introductions.
> I have CCed Michael on this email. He is responsible for the
> operations of LiquidVPN going forward.
>
>
>
>
>
> Michael, Sebastian is a very talented sr. LAMP stack developer from
> Spain. He is responsible for rewriting our WHMCS plugin, KillBill
> integration and DNS leak test application.
>
>
>
> Thanks,
>
> Dave

37.     Below are portions of an email Gamache sent to Sebastian and with detailed

technical questions concerning operations of the infrastructure to illustrate Gamache's extensive

involvement with LiquidVPN.

> From: Michael Gamache <mikeygamache@gmail.com
> <mailto:mikeygamache@gmail.com> >
> Sent: Saturday, January 18, 2020 9:27 AM
> To: Dave Cox <dave@smrhosting.com <mailto:dave@smrhosting.com> >
> Cc: Sebastian Rabaea <sebastian@infiniteonlinesolutions.com
> <mailto:sebastian@infiniteonlinesolutions.com> >; charles@4equity.co
> <mailto:charles@4equity.co>
> Subject: Re: LiquidVPN Project
>
>
>
> Dave/Sebastian:
>
> Wanted to ask if you may be able to answer a couple of questions
> before I start trying to find a needle in a haystack.
>

>
>
> Firstly, is the API Documentation that is on Confluence
> valid/working? (see sample screenshot)

20-023DBa

```
> Next question has to do with scripts/api's and above info/location
> of these, etc..
>
>
>
> I will try to be as clear as I can so I don't waste anyone's time.
>
>
>
> From beginning, we have been (and I believe still are) under the
> impression that while WHMCS works for creating users, billing, etc
> it is not as flexible for what we need (not really built for this
> type of business).  Given that, Dave and Sebastian started deploying
> KillBill.io in order to transition to that, precluded a new IO/UX
> was built for it.
>
> If I am correct, currently, When an order is placed, WHMCS creates
> user account (I will attempt to keep "user" account, and "vpn user"
> as separate), sets up billing, etc..  When it completes payment,
> given the product selected, it then provisions a vpn user on the
> Radius Server given product options (number of users, etc..).  All
> data in client profile is handled by WHMCS "shopping" cart, EXCEPT
> for vpn user name and password, which is a "return" from the Radius
> Server.
>
>
>
> So, if above is the case, then if WHMCS was to be turned off TODAY
> (I'm not saying were doing that), USERS would still be able to
> connect to the VPN server as normal, because their access sits on
> the Radius Server.
>
> We could log into KillBill.io instance, and create new vpn users via
```

38.     As stated above, I basically ceased all involvement with LiquidVPN in the end

2019 when I completed the Orchid VPN post earn-out work.  Therefore, I was surprised when

Plaintiffs' counsel sent me a letter in October of 2020 concerning allegations of copyright

infringement of LiquidVPN since I sold it to Muszysnki.  I was further surprised to find out that

Muszynski and Gamache continue to portray me as one of the persons who "run the day to day

operations of LiquidVPN" on the website despite the fact that I ceased all involvement with

21

20-023DBa

LiquidVPN in 2019 and filed a lawsuit against Muszynski in 2020.  Below is a true and accurate screenshot of a portion of https://www.liquidvpn.com/about-liquidvpn/ as it appeared on April 22, 2021.



39.     I was further surprised to find out that Muszynski and Gamache continue to portray my dissolved corporation LiquidVPN, Inc. as the mailing address for LiquidVPN.  Since this corporation is dissolved, mail to this address in Wyoming will not be deliverable to the appropriate contact.  Below is a true and accurate screenshot of a portion of https://www.liquidvpn.com/terms-of-service/ as it appeared on April 22, 2021.

20-023DBa



40.     I did not give permission to Muszynski to continue to use my name and likeness or the name of my dissolved corporation LiquidVPN, Inc. in their promotion of LiquidVPN.  I am particularly concerned about me being subjected to further liability from their use of my name and the name of my dissolved corporation since it appears that they abandoned even a semblance of a policy for dealing with DMCA notices and repeat infringers after I sold LiquidVPN to them. The abuse contact email addresses such as liquid@liquidvpn.com of LiquidVPN does not even appear to be being monitored.

### *The Current LiquidVPN Setup*

41.     Because I previously owned LiquidVPN and developed the infrastructure, I understand the server setup and what IP addresses are used.

20-023DBa

42.     For example, by merely entering

"https://my.liquidvpn.com/index.php?action=serverapi into a webbrower, the API servers

currently used by LiquidVPN can be viewed. I have attached a print out of the API servers as

Exhibit "D" to this declaration. According to ARIN records, IP addresses 23.226.133.19 and

23.226.133.20 belong to Quadranet.

43.     I also determined all the Public and Private IP addresses used on the LiquidVPN

network as of March 16, 2021. Attached to this declaration as Exhibit "E" is list of these IP

addresses wrote using network notation.

44.     I have reviewed a copy of the First Amended Complaint that will be filed in this

action. I verify that the allegations concerning Muszynski's breach of contract, unjust

enrichment and breach of my publicity rights are completely accurate.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Canton, MI, May 3, 2021.

David Cox
SMR Hosting LLC
6800 Bridgemont Dr.
Canton, MI 48187