UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC. et al.,

    Plaintiffs,

vs.

1701 MANAGEMENT LLC, et al.,

    Defendants.

_____/

<u>AFFIDAVIT OF ERIC SMITH</u>

Eric Smith, hereby declares under penalty of laws of the United States of America that the following is true and correct:

1.    I am over the age of 18 and am competent to make this affidavit. This affidavit is based upon my personal knowledge and the facts stated therein are true and accurate. The screen shots shown in this declaration and Exhibits attached thereto are true and accurate copies as explained below.

2.    I am a resident of Kailua Kona, Hawaii and the owner of Kona IT Solutions, a sole proprietorship headquartered in Hawaii County, Hawaii. Kona IT Solutions provides computer consultation services such as network security, database management, hardware and software support, etc. for small businesses.

3.    I received my Bachelor of Business Information Systems in 2009 from the University of Alaska, in Anchorage, Alaska.

4.    I have over 14 years of experience in the field of computer consultation services and managing multi-state networks. I have experience in the following server software platforms: IBM Domino 8.5-9.0.1 System Administrator; IBMi V5R4-V7R1 Security Officer; JDEdwards

A7.3 and A9.1 Administrator; iOS v3-9, Windows XP-10; Microsoft Server 2003, 2008, 2012. I have worked as an Administrator of Domain Controller for DNS, Active Directory, and as a DHCP Administrator.

5. Counsel for the Copyright Holders (Kerry S. Culpepper) retained my company Kona IT Solutions to investigate the background behind certain Internet Protocol ("IP") addresses assigned to QuadraNet ("QN") at which the Copyright Holders assert that their exclusive rights in their Works were infringed.

## The ARIN Records

6. The American Registry of Internet Numbers ("ARIN") maintains a publicly available Whois search tool to identify the Internet Service Provider ("ISP") associated with an IP address.

7. According to the website of ARIN, QuadraNet Enterprises, LLC is a member of ARIN. *See* https://account.arin.net/public/member-list [last accessed on 4/26/2021].



2

Decl. of Eric Smith

8. As a member of ARIN, QN was assigned handle "QEL-5". QN's membership category ("kind") with ARIN is "Organization". Associated with handle "QEL-5" are other QuadraNet handles such as "QNO6-ARIN" for QuadraNet Network Operations with a kind of "Group".

9. To become a member of ARIN, an organization must agree to the AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD. REGISTRATION SERVICES AGREEMENT ("Registration Agreement"). *See* https://www.arin.net/about/corporate/agreements/rsa.pdf [last accessed on April 26, 2021].

10. Per paragraph 1(c) of the Registration Agreement, QN agreed to be bound by ARIN's Number Resource Policy Manual ("Policy"). The Policy can be found at https://www.arin.net/participate/policy/nrpm/ [last accessed on April 26, 2021].

11. Per paragraph 3(b) of the Registration Agreement, QN is responsible for updating the directory services data (Whois) to indicate who QN has sub-delegated number resources.

12. Per Section 3.2 of ARIN's Policy, QN is required to maintain public directory records of who QN had reallocated or reassigned IP addresses.

13. Per Section 3.6 of ARIN's Policy, ARIN performs annual validation of the public WHOIS point of contact data.

14. Per Section 3.6.3, ARIN explicitly requires that this data "…includes but is not limited to upstream ISPs and their downstream ISP customers (as defined by NRPM 2.5 and 2.6)..."

15. Because the organization members of ARIN are required to maintain accurate and updated records including to whom they have delegated their IP addresses, I believe it is appropriate to use the ARIN Whois/RDAP tool on arin.net to determine the ISP that is assigned an IP address.

16. I used the ARIN Whois/RDAP tool on arin.net to determine who was assigned the IP address 104.129.18.2. As shown in the attached Exhibit "A", the records show that the IP addresses 104.129.18.0 - 104.129.19.255 are directly allocated to QN.

17. I used the ARIN Whois/RDAP tool on arin.net to determine who was assigned the IP address 104.223.91.51. As shown in the attached Exhibit "B", the records show that these IP addresses 104.223.88.0 - 104.223.91.255 are directly allocated to QN.

18. I used the ARIN Whois/RDAP tool on arin.net to determine who was assigned the IP address 198.96.95.65. As shown in the attached Exhibit "C", the records show that these IP addresses 198.96.94.0 - 198.96.95.255 are directly allocated to QN.

19. As shown in Exhibits A-C, the ARIN Whois/RDAP records include only contact information for QN for these certain IP addresses. Accordingly, I believe it is acceptable and consistent with IT industry practices to contact QN concerning any issues such as copyright infringement associated with these IP addresses.

20. Because paragraph 3(b) of the Registration Agreement requires QN to update the directory services data (Whois) to indicate who QN has sub-delegated number resources and Section 3.2 of ARIN's Policy requires QN to maintain public directory records of who QN had reallocated or reassigned IP addresses, I believe the appropriate IT industry practice would be to update the ARIN records to indicate the organization to whom QN reallocated or reassigned an QN address.

21. Particularly, if QN reallocated or reassigned an IP address to another ISP, appropriate IT industry practice would be to update the ARIN records to indicate so.

//

//

Decl. of Eric Smith

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, April  27 , 2021.

_____
Eric Smith