UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: _ 21-cv-20862-BLOOM/Otazo-Reyes___

MILLENNIUM FUNDING, INC. et al,

    Plaintiffs,

    vs.

1701 MANAGEMENT LLC et al,

    Defendants.

### AFFIDAVIT OF JONATHAN YUNGER

JONATHAN YUNGER, hereby declares under penalty of law that the following is true and correct:

1.     I am a resident of Los Angeles, California, over the age of 21, under no disability, and competent to testify to the matters contained in this declaration.

2.     I am currently employed as co-president of Millennium Media, Inc., which is the operations company for conducting day-to-day operations such as developing, casting and sales under the Millennium label (hereafter: "Millennium").

3.     Millennium and/or its affiliates form special purpose entities ("SPE") for developing and producing our motion pictures. Specifically, Millennium and/or its affiliates formed the SPEs: Fallen Productions, Inc. for developing and producing the motion picture *Angel Has Fallen*; Hunter Killer Productions, Inc. for developing and producing the motion picture *Hunter Killer*; Automata Productions, Inc. for developing and producing the motion picture *Automata*; Bodyguard Productions, Inc. for developing and producing the motion picture *The Hitman's Bodyguard*; Criminal Productions, Inc. for developing and producing the motion picture *Criminal*; HB Productions, Inc. for developing and producing the motion picture *Hellboy*; LHF

1

20-023DBa /21CV20862

**Exhibit "1"**

Productions, Inc. for developing and producing the motion picture *London Has Fallen*; ME2 Productions, Inc. for developing and producing the motion picture *Mechanic: Resurrection*; Survivor Productions, Inc. for developing and producing the motion picture *Survivor*, 211 Productions, Inc. for developing and producing the motion picture *211*, LF2 Productions, Inc. for developing and producing the motion picture *Leatherface*, Nikola Productions, Inc. for developing and producing the motion picture *Tesla*, Outpost Productions, Inc. for developing and producing the motion picture *Outpost*, and Rambo V Productions, Inc. for developing and producing the motion picture *Rambo V: Last Blood*. Each of these SPEs (referred to here collectively as "Millennium Affiliates") is or was a corporation organized under the laws of Nevada.

4. Fallen Productions, Inc., Automata Productions, Inc., Criminal Productions, Inc., Survivor Productions, Inc., and ME2 Productions Inc. were merged into their parent company Millennium Funding, Inc., a corporation organized under the laws of Nevada.

5. I am an authorized representative of Hunter Killer Productions, Inc., Bodyguard Productions, Inc., LHF Productions, Inc., HB Productions, Inc., Millennium IP, Inc., Millennium SPVH, Inc. and Millennium Funding, Inc.

6. The motion picture *Hunter Killer* was released in October of 2018. It is an action movie starring Gerald Butler, Gary Oldman, Common, Linda Cardellini, among others.

7. The motion picture *The Hitman's Bodyguard* was released in 2017. It is an action movie starring Ryan Reynolds, Samuel L. Jackson, Salma Hayek and Gary Oldman, among others.

8. The motion pictures *Angel Has Fallen* (2019), *London Has Fallen* (2016) and *Olympus Has Fallen* (2013) are a trilogy of action movies starring Gerald Butler, Aaron Eckhart and Morgan Freeman.

9. The motion picture *Mechanic: Resurrection* is the sequel to the 2011 action hit, *The*

*Mechanic*, and was released in 2016. It is an action movie starring Jason Statham, Tommy Lee Jones and Jessica Alba, among others.

10. Each of the motion pictures is easily discernible as a professional work as they were created using professional performers, directors, cinematographers, lighting technicians, set designers and editors and with professional-grade cameras, lighting and editing equipment. Each has significant value and has been created, produced and lawfully distributed at considerable expense.

11. As a part of my duties for Millennium, I oversee the anti-piracy efforts of its affiliated SPEs and the effects of piracy on motion pictures produced by Millennium.

12. On March of 2020 I testified before the Senate Judiciary Subcommittee on Intellectual Property on the subject on the effects of piracy on Millennium's motion pictures. I have attached to this declaration as Exhibit "A" a copy of my prepared remarks.

13. I am aware of the activities of Defendants CHARLES MUSZYNSKI and his alter egos and associate MICHAEL GAMACHE ("Defendants") in promoting and distributing their VPN services as "Popcorn Time VPN", an essential tool for using the notorious piracy software application referred to as "Popcorn Time". I also have reviewed the Declarations of Joshua Lee and Stephen Bunting being filed contemporaneously with the First Amended Complaint.

14. Defendants threaten a variety of serious and irreparable harms to the Millennium Affiliates if they are permitted to continue their infringing activities.

15. Defendants deliberately induce the widespread, unlicensed streaming and distribution of motion pictures. This unlicensed use threatens the royalties we receive from our distribution agreements.

16. Every time a user accesses an unauthorized stream or copy of the motion pictures

3

using the Defendants' so-called "Popcorn Time VPN", the Millennium Affiliates are not being compensated as they would be through authorized streams or copies of the motion pictures. By inducing such unauthorized access, Defendants' unlawful conduct has caused, and will continue to cause the Millennium Affiliates this very direct and fundamental harm on a daily basis.

17. Because Popcorn Time operates free from licensing restrictions, Defendants' promotion of Popcorn Time and their so-called "Popcorn Time VPN" for using Popcorn Time without getting caught has the result of making the motion pictures available through unlicensed distribution channels, thereby interfering with and undermining our contractual commitment to and relationship with our distributor, and undermining our negotiating position for future agreements with authorized distributors.

18. Based on my experience in the industry and understanding of illegal services against which the Millennium Affiliates and their distributors and licensees must compete, I believe the growth of illicit software applications such as Popcorn Time and sources of illegal conduct is fueled in part by the ease and convenience of the infringement that Defendants induce.

19. I understand that Popcorn Time includes a WATCH IT NOW button as demonstrated by the screenshot below. This button allows users to access illicit sources such as torrents that Defendants encourages their customers to utilize, provides those customers with the ability to quickly and easily locate an unauthorized source for all of the latest and most popular content.





20. The Millennium Affiliates' motion pictures are available through a variety of

20-023DBa /21CV20862

authorized U.S. distribution channels.  For example, the motion picture *Hunter Killer* is available for rental as of March 21, 2021 for purchase on YOUTUBE, AMAZON PRIME, VUDU and GOOGLE PLAY.



21.     As shown above, a Popcorn Time user who searched for the motion picture *Hunter Killer* can easily obtain and unauthorized copy for free.

22.     Popcorn Time also offer Defendants' customers a premium experience at no direct cost, contributing to a mistaken and incredibly harmful perception that content should be instantly and conveniently accessible for free. I am informed and believe that Popcorn Time does not appear to charge customers for accessing infringing copies.

23.     For the foregoing reasons, Defendants' promotion of their VPN services as a tool for using Popcorn Time "without getting caught" poses a significant threat to the entire legitimate market for home entertainment, and in particular, for the online distribution market.  This threatens the very foundation of the business of the Millennium Affiliates and the businesses of our distributor.

24.     The extent of the losses of the Millennium Affiliates arising from Defendants' ongoing, illegal competition regarding content that the Millennium Affiliates created or own, cannot be calculated with precision, nor are these damages likely to be recoverable from Defendants.

25. Without the relief requested in this action, Defendants' infringing activities will continue unabated and Millennium Affiliates will continue to suffer irreparable harm that no future damages award can mitigate.

DATED: Los Angeles, California, April 26, 2021.

_____
Jonathan Yunger

20-023DBa /21CV20862