**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.:  1:21-cv-20862-BB**

MILLENNIUM FUNDING, INC., et al.,

          Plaintiffs,

v.

1701 MANAGEMENT, LLC d/b/a
LIQUIDVPN, et al.,

          Defendants.

## <u>NOTICE OF ERRATA</u>

Plaintiffs MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, SCREEN MEDIA VENTURES, LLC and 42

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

VENTURES, LLC ("Plaintiffs") provide notice of typographical errors in Exhibit "1" [Doc. #96-1] to the Second Amended Complaint and submit a corrected Exhibit "1".

The attached corrected Exhibit "1" deletes erroneous row originally numbered 28 that referred to "Family of the Year Productions, Inc.", renumbers the row numbers for subsequent rows, and adds "Definition Delaware, LLC" as owner of *The Professor and The Madman*.

Dated:  August 23, 2021                    Respectfully submitted,


*/s/Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number:  125322
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

-and-

KERRY S. CULPEPPER
*Admitted Pro Hac Vice*
kculpepper@culpepperip.com

**CULPEPPER IP, LLLC**
75-170 Hualalai Road
Suite B204
Kailua-Kona, HI  96740
808.464.4047 – Telephone

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on August 23, 2021, a true and correct copy of the foregoing document was served by electronic mail to all parties listed below on the Service List.  I also certify that the foregoing document is being served on this day on all those parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN

## SERVICE LIST

JOHN CYRIL MALLOY, III
PETER A. MATOS
OLIVER ALAN RUIZ
JONATHAN R. WOODARD
**MALLOY & MALLOY P.L.**
2800 S.W. Third Avenue
Miami, FL 33129
305.858.8000 – Telephone
jwoodard@malloylaw.com
jcmalloy@malloylaw.com
pmatos@malloylaw.com
oruiz@malloylaw.com

BOBBY A. GHAJAR
**COOLEY LLP**
1333 2nd Street, Suite 400
Santa Monica, CA  90401
301.883.6400 – Telephone
bghajar@cooley.com

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK