# Exhibit 1

# EXHIBIT 1

| No. | OWNER | MOTION PICTURE | Certificate Number(s) |
|---|---|---|---|
| 1 | Millennium Funding, Inc. (formerly 211 Productions, Inc.) | *211* | PAu003905278, PA0002132686 |
| 2 | AMBI Distribution Corp. | *2047: Sights of Death* | PA0001928667 |
| 3 | Voltage Holdings, LLC | *A Family Man* | PA0002039392, TXu001967832, TXu001374031 |
| 4 | After Productions, LLC | *After* | PAu003973225, PAu003527570 |
| 5 | After II Movie, LLC | *After We Collided* | PAu004014087, PAu003988168 |
| 6 | Morgan Creek Productions, Inc. | *All Eyez on Me* | PA0002061487, PAu003807571 |
| 7 | Millennium Funding, Inc. | *Angel Has Fallen* | PA0002197434, PAu003917080 |
| 8 | Millennium Funding, Inc. | *Automata* | PA0001923090, PAu003712705 |
| 9 | Voltage Holdings, LLC (formerly Eve Nevada, LLC) | *Ava* | PA0002235557, PAu003943693 |
| 10 | Bedeviled LLC | *Bedeviled* | PAu003830868, PAu003800316 |
| 11 | Millennium Media, Inc. | *Before I Go to Sleep* | PAu003753175, PA0001939571 |
| 12 | Millennium Funding, Inc. | *Boyka: Undisputed IV* | PA0002031176, PAu003798816 |
| 13 | Colossal Movie Productions, LLC | *Colossal* | PAu003825360, PAu003806054 |
| 14 | Millennium Funding, Inc. | *Criminal* | PA0001984029, PAu003772954 |
| 15 | Dallas Buyers Club, LLC | *Dallas Buyer's Club* | PA0001873195 |
| 16 | Millennium Funding, Inc. (formerly Day of Dead Productions, Inc.) | *Day of the Dead: Bloodline* | PA0002104460 |

# EXHIBIT 1

| No. | OWNER | MOTION PICTURE | Certificate Number(s) |
|---|---|---|---|
| 17 | YAR Productions, Inc. | *Distorted* | PAu003917156, PAu003877425 |
| 18 | Voltage Holdings, LLC | *Extremely Wicked, Shockingly Vile and Evil* | PAu003953148, PAu003905674 |
| 19 | Voltage Holdings, LLC | *Fathers and Daughters* | PAu003762811, PAu003713364 |
| 20 | FSMQ Film, LLC | *Finding Steve McQueen* | PA0002193078 |
| 21 | FW Productions, LLC | *Future World* | PA0002024764 |
| 22 | Voltage Holdings, LLC | *Good Kill* | PAu003762377, PAu003726363 |
| 23 | Millennium Funding, Inc. | *Hellboy* | PA0002176664 |
| 24 | Millennium IP, Inc. | *Homefront* | PA0001877609 |
| 25 | Millennium Funding, Inc. (formerly Hunter Killer Productions, Inc.) | *Hunter Killer* | PA0002147752, PAu003868948 |
| 26 | I am Wrath Production, Inc. | *I am Wrath* | PAu003813390 |
| 27 | Voltage Holdings, LLC | *I Feel Pretty* | PAu003896491, PAu003886973 |
| 28 | Voltage Holdings, LLC | *I.T.* | PAu003801126 |
| 29 | Ambi Distribution Corp. | *In Dubious Battle* | PA0002061686 |
| 30 | Killing Link Distribution, LLC | *Kill Chain* | PAu003975781 |
| 31 | Badhouse Studios, LLC | *Larceny* | PAu003852034, PAu003892760 |
| 32 | LF2 Productions, Inc. | *Leatherface* | PAu003809024, PA0002054658 |
| 33 | LHF Productions, Inc. | *London Has Fallen* | PA0001982831, 10PAu003789521 |
| 34 | Millennium Funding, Inc. | *Mechanic: Resurrection* | PA0001998057 |
| 35 | Venice PI, LLC | *Once Upon a Time in Venice* | PA0002039391, TXu001968528 |

# EXHIBIT 1

| No. | OWNER | MOTION PICTURE | Certificate Number(s) |
|---|---|---|---|
| 36 | Voltage Holdings, LLC | *Pay the Ghost* | PA0001957914, TXu001920050 |
| 37 | Rambo V Productions, Inc. | *Rambo V: Last Blood* | PA0002202971 |
| 38 | Voltage Holdings, LLC | *Revolt f/k/a Prisoners of War* | PA0002047480, PAu003854989 |
| 39 | Badhouse Studios, LLC | *Rumble* | PAu003785952, PAu003739043 |
| 40 | Rupture CAL, Inc. | *Rupture* | PA0002042442, PAu003782239 |
| 41 | Millennium Funding, Inc. | *Septembers of Shiraz* | PA0002038711, PAu003740540 |
| 42 | MON, LLC | *Singularity* | PAu003848900 |
| 43 | SF Film, LLC | *SKIN* | PA0002173645 |
| 44 | Speed Kills Productions, Inc. | *Speed Kills* | PAu 3924057, PAu3882363 |
| 45 | Voltage Holdings, LLC | *Status Update* | PAu003867210, PAu003850446 |
| 46 | Millennium IP, Inc. | *Stoic fka Acts of Vengeance* | PA0002111678 |
| 47 | Millennium Funding, Inc. | *Survivor* | PA0001956191, PAu003749574 |
| 48 | Nikola Productions, Inc. | *Tesla* | PAu003998966 |
| 50 | Wonder One, LLC | *The 2nd* | PAu004025415 |
| 51 | Voltage Holdings, LLC | *The Cobbler* | PAu003744688, PAu003742177 |
| 52 | Voltage Holdings, LLC | *The Company You Keep* | PAu003660935, PAu003578816 |
| 53 | Bodyguard Productions, Inc. | *The Hitman's Bodyguard* | PAu003844508, PAu003849477 |
| 54 | Millennium Funding, Inc. | *The Humbling* | PAu03760198 |

# EXHIBIT 1

| No. | OWNER | MOTION PICTURE | Certificate Number(s) |
|---|---|---|---|
| 55 | Voltage Holdings, LLC | *The Necessary Death of Charlie Countryman* | PAu003663305, TXu001808502 |
| 56 | Outpost Productions, Inc. | *The Outpost* | PA0002258273, PA0002263248 |
| 57 | Definition Delaware LLC/Voltage Holdings, LLC | *The Professor and the Madman* | PAu003920383, PAu003919285 |
| 58 | Hannibal Classics Inc. | *USS Indianapolis: Men of Courage* | PA0002008277, PAu003776074 |
| 59 | Justice Everywhere Productions LLC | *Vengeance: A Love Story* | PAu003835145, PAu003901379 |
| 60 | MON, LLC | *Welcome Home* | PAu004016506, PAu003900818, PAu003900815 |
| 61 | State of the Union Distribution and Collections, LLC | *Wild Horses* | PA0001988862 |
| 62 | Paradox Studios, LLC | *Trading Paint* | PAu003955092, |
| 63 | Paradox Studios, LLC | *Black Butterfly* | PAu003875290, PAu003826055, PAu003854895 |
| 64 | Screen Media Ventures, LLC | *The Hurricane Heist* | PA0002147321 |
| 65 | Glacier Films I, LLC | *American Heist* | PA0001398023 |
| 66 | Hitman Two Productions, Inc. | *The Hitman's Wife's Bodyguard* | PAu4084868, PAu4005787 |