UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20862-BB

MILLENNIUM FUNDING, INC., et al.,

      Plaintiffs,

v.

1701 MANAGEMENT, LLC DBA
LIQUIDVPN, CHARLES MUSZYNSKI,
AKA FREDERICK DOUGLAS, AUH2O
LLC, A NEVIS LIMITED LIABILITY
COMPANY, QUADRANET, INC.,
QUADRANET ENTERPRISES, LLC, AND
VPNETWORKS, LLC DBA TORGUARD,

      Defendants.

## MOTION FOR ENTRY OF CLERK'S DEFAULT S TO DEFENDANTS 1701 MANAGEMENT LLC dba LIQUIDVPN, CHARLES MUSZYNSKI AND AUH2O LLC

Plaintiffs, by and through their undersigned counsel, hereby request that the Clerk enter default in this matter against Defendants 1701 MANAGEMENT, LLC dba LIQUIDVPN ("1701"), CHARLES MUSZYNSKI aka FREDERICK DOUGLAS ("Muszynski"), and AUH2O LLC ("AUH20") (collectively referred to herein as "Defendants") hereto on the ground that Defendants have failed to appear or otherwise respond to the Second Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure. The Declaration of KERRY S. CULPEPPER in Support of Motion for Entry of Clerk's Default ("Culpepper Decl.") filed concurrently herewith demonstrates that on August 17, 2021, Defendants were served with the Second Amended Complaint ("SAC") pursuant to Rule 5(b)(2)(C). [ECF No. 98].

On March 15, 2021, 1701 was duly served a copy of the original complaint pursuant to Rule 4(h)(1) of the *Federal Rules of Civil Procedure*. *See* ECF No. 9, Affidavit of Service. The Clerk entered default against 1701 on April 21, 2021. *See* ECF No. 18.

On May 25, 2021, 1701 was duly served a copy of the First Amended Complaint ("FAC") pursuant to Rule 4(h)(1). *See* ECF No. 45, Affidavit of Service. The Clerk entered default against 1701 again on June 10, 2021. *See* ECF No. 52.

On June 3, 2021, AUH2O was duly served a copy of the FAC pursuant to Rules 4(h)(2) and 4(f)(A). *See* ECF No. 49, Affidavit of Service by C. John Arthurton II. The Clerk entered default against AUH2O on April 21, 2021. *See* ECF No. 18.

On April 26, 2021, Muszynski was duly served a copy of the original Complaint. *See* ECF No. 21, Affidavit of Service. On May 5, 2021, Muszynski was duly served a copy of the FAC pursuant to Rules 4(e)(1), 5(b)(2)(C) and/or 5(b)(2)(B)(i). *See* ECF No. 34, Affidavit of Service. The Clerk entered default against Muszynski on June 10, 2021. *See* ECF No. 53.

The time allowed for Defendants to respond to the SAC has expired. Neither Plaintiffs nor the Court have granted Defendants an extension of time to respond to the SAC. Defendants have repeatedly failed to respond or answer the original complaint, FAC and the SAC personally or through counsel as required by law. Defendants have failed to appear or otherwise defend themselves in this lawsuit.

Plaintiffs are informed and believe that Muszynski is not considered an infant nor an incompetent person. Plaintiffs are informed and believe that the Servicemembers Civil Relief Act does not apply.

WHEREFORE, Plaintiffs request that a default be entered by the Clerk against Defendants 1701 Management, LLC dba LIQUIDVPN, Charles Muszynski, individually aka

Frederick Douglas, and AUH2O LLC, a Nevis limited liability company, and for such other and further relief as to the Court deems just and proper in the premises.

Dated: September 2, 2021    Respectfully submitted,

*/s/Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number: 125322
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on September 2, 2021, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/Joel B. Rothman*
JOEL B. ROTHMAN

## SERVICE LIST

Mr. Johnathan R. Woodard
Mr. John Cyril Malloy III
Mr. Oliver Alan Ruiz
Malloy & Malloy, PL
2800 SW 3rd Ave
Miami, FL 33129-2317
info@malloylaw.com
jwoodard@malloylaw.com
jcmalloy@malloylaw.com
oruiz@malloylaw.com
Attorneys for QuadraNet Enterprises, LLC
and QuadraNet, Inc.

Mr. Bobby A. Ghajar
Cooley LLP
1333 Second Street
Suite 400
Santa Monica, CA 90401
bghajar@cooley.com
Attorney for QuadraNet Enterprises, LLC and QuadraNet, Inc.

Mr. Adam Losey
Losey PLLC
1420 Edgewater Drive
Orlando, FL 32804
alosey@losey.law
Attorney for VPNetworks, LLC dba TorGuard