UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:21-cv-20862-BB

MILLENNIUM FUNDING, INC., et al.,

      Plaintiffs,

v.

1701 MANAGEMENT, LLC DBA
LIQUIDVPN, et al., ,

      Defendants.

## DECLARATION OF KERRY S. CULPEPPER IN SUPPORT OF MOTION FOR ENTRY OF CLERK'S DEFAULT AS TO DEENDANTS 1701 MANAGEMENT LLC dba LIQUIDVPN, AUH20 LLC, AND CHARLES MUSYNSKI

I, KERRY S. CULPEPPER, declare and say:

    1.    I am an attorney duly licensed *pro hac vice* to practice before this Court, and I am counsel for Plaintiffs in the above-captioned matter.  I make this Declaration, which is filed in support of Plaintiffs' Motion for Entry of Clerk's Default, and I could and would testify competently to the matters set forth herein.

    2.    On August 17, 2021, Plaintiffs filed their Second Amended Complaint ("SAC") against Defendants 1701 Management, LLC dba LIQUIDVPN ("1701"), Charles Muszynski, individually aka Frederick Douglas ("Muszynski"), AUH2O LLC, a Nevis limited liability company ("AUH20"), QuadraNet, Inc., QuadraNet Enterprises, LLC, and VPNetworks, LLC dba TorGuard.  Defendants 1701, Muszynski and AUH20 are collectively referred to herein as "Defendants" [ECF 98].

3. On March 15, 2021, 1701 was duly served a copy of the original complaint pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure. See ECF No. 9, Affidavit of Service. The Clerk entered default against 1701 on April 21, 2021. See ECF No. 18.

4. On May 25, 2021, 1701 was duly served a copy of the First Amended Complaint ("FAC") pursuant to Rule 4(h)(1). See ECF No. 45, Affidavit of Service. The Clerk entered default against 1701 again on June 10, 2021. See ECF No. 52.

5. On June 3, 2021, AUH2O was duly served a copy of the FAC pursuant to Rules 4(h)(2) and 4(f)(A). See ECF No. 49, Affidavit of Service by C. John Arthurton II. The Clerk entered default against AUH2O on April 21, 2021. See ECF No. 18.

6. On April 26, 2021, Muszynski was duly served a copy of the original Complaint. See ECF No. 21, Affidavit of Service. On May 5, 2021, Muszynski was duly served a copy of the FAC pursuant to Rules 4(e)(1), 5(b)(2)(C) and/or 5(b)(2)(B)(i). See ECF No. 34, Affidavit of Service. The Clerk entered default against Muszynski on June 10, 2021. See ECF No. 53.

7. On August 17, 2021, Defendants were served with their respective Summonses and a copy of the SAC pursuant to Fed. R. Civ. P. 5(b)(2)(C). Pursuant to Fed R. Civ. P. 15(a)(3), Defendants' responsive pleadings to the SAC were due on or before August 31, 2021.

8. The time allowed for Defendants to respond to the SAC has expired.

9. Defendants have not been granted an extension of time to respond to the SAC.

10. Defendants have failed to answer or otherwise respond to the SAC, or serve a copy of their Answer or other response upon Plaintiffss' attorneys of record.

11. I am informed and do not believe that Defendant Muszynski is an infant or an incompetent person, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 2, 2021.

CULPEPPER IP, LLLC

*/s/ Kerry S. Culpepper*

Kerry S. Culpepper, *pro hac vice*
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:   (808) 464-4047
kculpepper@culpepperip.com
