# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO.: 1:21-cv-20862-BB

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

v.

1701 MANAGEMENT, LLC DBA LIQUIDVPN, CHARLES MUSZYNSKI AKA FREDERICK DOUGLAS, AUH2O LLC, A NEVIS LIMITED LIABILITY COMPANY, QUADRANET, INC., QUADRANET ENTERPRISES, LLC, AND VPNETWORKS, LLC DBA TORGUARD,

    Defendants.

## NOTICE OF MEDIATION

Plaintiffs, by and through their undersigned counsel, hereby give notice that mediation will be held in this case before Harry R. Schafer of Esquibel Communications Co. as follows:

DATE and TIME:    Wednesday, April 13, 2022 at 10:00 A.M. (tentative date, the parties will file an Amended Notice of Mediation upon confirmation of mediation.)

PLACE:    Zoom or other virtual platform.

Dated: September 7, 2021

    */s/ Joel B. Rothman*
    JOEL B. ROTHMAN
    Florida Bar Number: 98220
    joel.rothman@sriplaw.com
    CRAIG A. WIRTH
    Florida Bar Number: 125322
    craig.wirth@sriplaw.com

    **SRIPLAW**

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

             21301 Powerline Road
             Suite 100
             Boca Raton, FL  33433
             561.404.4350 – Telephone
             561.404.4353 – Facsimile

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  The undersigned does hereby certify that on September 7, 2021, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

            */s/Joel B. Rothman*
            Joel B. Rothman

## SERVICE LIST

Mr. Adam Losey
Losey PLLC
1420 Edgewater Drive
Orlando, FL 32804
alosey@losey.law.com
Attorney for VPNetworks, LLC dba TorGuard

Mr. Johnathan R. Woodard
Mr. John Cyril Malloy III
Mr. Oliver Alan Ruiz
Malloy & Malloy, PL
2800 SW 3rd Ave
Miami, FL 33129-2317
info@malloylaw.com
jwoodard@malloylaw.com
jcmalloy@malloylaw.com
oruiz@malloylaw.com

Mr. Bobby A. Ghajar
Cooley LLP
1333 Second Street
Suite 400
Santa Monica, CA 90401
bghajar@cooley.com

Mr. John Cyril Malloy III
Malloy & Malloy, PL
2800 SW 3rd Ave
Miami, FL 33129-2317
info@malloylaw.com
jcmalloy@malloylaw.com
Attorneys for QuadraNet, Inc.