**Exhibit "1"**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MILLENNIUM FUNDING, INC., HUNTER KILLER PRODUCTIONS, INC. and VOLTAGE HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SMR HOSTING LLC, DAVID COX, and DOES 1-100,<br><br>Defendants. | Case No.: 4:21-cv-10490-SDD-RSW<br><br>**STIPULATED CONSENT JUDGMENT BETWEEN PLAINTIFFS AND DEFENDANT DAVID COX** |

## STIPULATED CONSENT JUDGMENT BETWEEN PLAINTIFFS AND DEFENDANT DAVID COX

As attested to by the below signatures of counsel for the Plaintiffs Millennium Funding, Inc., Hunter Killer Productions, Inc. and Voltage Holdings, LLC ("Plaintiffs"), Defendant David Cox ("Cox") *pro se*, this matter comes before the Court on the parties' joint Stipulated Consent Judgment.

Plaintiffs have filed a Complaint alleging that that Defendants Cox and SMR Hosting LLC ("SMR") are secondarily liable (under material contribution, intentional inducement and vicarious infringement) for their customers direct infringements in violation of 17 U.S.C. §§ 106 and 501, liable for injunctive relief pursuant to 17 U.S.C. §§ 512(j), and secondarily liable for their customers violations under the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1202. Complaint [Doc. #1] at ¶1.

The Plaintiffs and Defendant Cox ("Parties"), after extensive investigation including

informal and formal discovery and fruitful discussions, now appear, Defendant Cox *pro se*, and Plaintiffs through counsel to fully and finally resolve all claims between the parties and the matters before the Court and have moved for entry of this Stipulated Consent Judgment.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. The Parties agree that the Court has personal jurisdiction over the Parties and venue is proper.

2. The Parties agree that Plaintiffs have valid and enforceable copyrights in the original copyrighted works as identified in Exhibit "1" [Doc. #1-2] of the Complaint.

3. Defendant Cox acknowledges that he has received independent legal advice from counsel or has had the opportunity to seek advice from counsel, with respect to the facts and this Stipulated Consent Judgment.

4. Defendant Cox denies liability. Particularly, Cox and SMR assert that they sold the assets of LiquidVPN to Charles Muszynski ("Muszynski") via his alter ego 1701 Management LLC (FL) effective October 9, 2018 which is the date of a "Letter of Intent ("LOI") for the Acquisition of assets of LiquidVPN" executed by Muszynski and Cox. Muszynski and Cox executed an asset purchase agreement on Feb. 12, 2019 per the LOI. Cox has provided documentary evidence in support of this assertion.

5. Notwithstanding the asset purchase agreement, documents provided by the domain registrars Namecheap and Enom show that Muszynski has failed to update domain registrar records for Liquidvnp.com and the LiquidVPN website to accurately reflect this change an ownership.

2

6. Particularly, Muszynski and/or one of his associates has used the fake name Jamie Castro to register numerous domain names with Namecheap and Enom under the name LiquidVPN Inc., a Wyoming corporation owned by Cox that he dissolved shortly after the asset sell. It appears that Muszynski and his associates are attempting to purposefully conceal their involvement with LiquidVPN by using aliases, Cox's name and the name of his dissolved corporation without his permission while they promote LiquidVPN for the purposes of copyright infringement.

7. Plaintiffs have filed a separate action in the Southern District of Florida against Muszynski and his alter egos and associates based upon *inter alia* copyright infringement (1:21-cv-20862-BB).

8. Defendants Cox and SMR have covenanted that they have legal claims against Charles Muszynski and his various alter egos such as 1701 Management LLC, AUH2O LLC and Waste Professionals LLC dba TALISMITH for *inter alia* breach of contract, unjust enrichment, and violations of his right of publicity. SMR previously filed an action in Michigan state court (the 3rd Judicial Circuit County of Wayne County) against Muszynski based upon some of the claims that was dismissed due to inability to successfully serve Muszynski.

9. Although Defendants Cox and SMR sold LiquidVPN to Muszynski, Cox and SMR are in possession of information such as the Internet Protocol ("IP") addresses currently used by Muszynksi's LiquidVPN for hosting the VPN service and providing service to customers, and customer email addresses. Cox and SMR have agreed to cooperate with Plaintiffs to provide such information to Plaintiffs in a manner that respects the privacy of third parties to the extent necessary.

10. Pursuant to stipulation of the Parties, the below Order is to be entered against Defendant Cox.

11. The Parties give the Court authority to modify the Order and the time period for which it will retain jurisdiction of this Stipulated Consent Judgment.

## ORDER

DAVID COX hereby assigns all claims he has against Charles Muszynski and his various alter egos including but not limited to 1701 Management LLC (Florida), AUH2O LLC (Nevis) and Waste Professionals LLC (Florida) for *inter alia* breach of contract, breach unjust enrichment, and right of publicity.

## DISMISSAL WITH PREJUDICE OF DEFENDANT DAVID COX

With entry of this Consent Judgment, this matter is terminated with respect to Defendant DAVID COX.

Nothing in this stipulation and order limits the rights Plaintiffs may assert against Charles Muszynski and his alter egos in the Southern District of Florida action or the maximum liability of Charles Muszynski and his alter egos. For the avoidance of doubt, the Order does not satisfy any claims Plaintiffs have against Charles Muszynski, his alter egos, and any service providers such as Quadranet, Inc. and Leaseweb USA that provide IP addresses and colocation services to LiquidVPN.

This Court will retain jurisdiction until December 31, 2021 for the purposes of enforcing the Order.

Except as provided herein, each party is to bear their own costs and fees.

//

//

4

20-023DBa

IT IS SO ORDERED

Date: May 27, 2021                                    s/Stephanie Dawkins Davis
                                                     Stephanie Dawkins Davis
                                                     United States District Judge


So stipulated:


DATED: Kailua-Kona, Hawaii, May 21, 2021.


                        CULPEPPER IP, LLLC

                        /s/ Kerry S. Culpepper
                        Kerry S. Culpepper
                        Hawaii Bar No. 9837
                        CULPEPPER IP, LLLC
                        75-170 Hualalai Road, Suite B204
                        Kailua-Kona, Hawai'i 96740
                        Telephone:     (808) 464-4047
                        kculpepper@culpepperip.com


DATED: Canton, MI, May 21, 2021.


                        /s/ David Cox
                        Defendant David Cox, *pro se*
                        6800 Bridgemont Dr.
                        Canton, MI 48187
                        Telephone: (734)-245-3318
                        davidjcox79@gmail.com

20-023DBa