**Exhibit "6"**

 (index.php)

# Anonymous VPN & Proxy Blog
The Latest TorGuard VPN News, How-To's, Security Updates and more.

## The best ways to torrent anonymously

Home (https://torguard.net/blog)  /  *The best ways to torrent anonymously*

With IP monitoring firms and lawsuit happy layers policing bittorrent swarms more and more, many torrent users are looking for better ways to keep their personal identity private from the rest of the world. To meet this growing need, we'll give you a quick overview of the top methods to keep yourself safe and download torrents anonymously.

### Torrent VPN

Many a Bitorrent user has already found out that user a secure torrent VPN (http://torguard.net/anonymoustorrentvpn.php) service is a very good way to stay private on Bittorrent. For just a few dollars monthly, a VPN will route all of your internet traffic through their secure torrent VPN (http://torguard.net/anonymoustorrentvpn.php) servers, encrypting all your activity and effectively hiding your IP address from the public. While some providers offer a free VPN plan, most of the time these connections are slow or frequently down due to large amounts of users. For optimum performance and reliability, it's best to use a professional VPN service like TorGuard VPN which offers service for as low as 4.99 a month.
Unlike other types of torrent privacy options, VPN's are not just limited to your BitTorrent traffic, they can also hide the source of all data passing through your connection. TorGuard VPN is one of the most popular torrent vpn services amoung bittorrent users, but a simple google search should find dozens more. It is highly recommended to do your research about your provider before signing up – make sure to ask if BitTorrent traffic is permitted on their VPN service.

### Torrent Proxy

A torrent proxy (http://torguard.net/anonymousbittorrentproxy.php) is similar to a torrent vpn as they both will hide your IP address on bittorrent. The main difference is a socks5 torrent proxy and a torrent vpn is a proxy only protects one application at a time – like utorrent, bittorrent, deluge or vuze while a vpn encrypts your entire internet connection. With a torrent proxy you can tunnel all your torrent traffic through a secure server, while leaving the rest of your connection running through your local IP address. This is a good thing if your connected to a work system or prefer to use a personal IP when browsing certain websites. Before purchasing a torrent proxy it is a good idea to do a fair amount if research into providers. Many torrent proxy companies over crowd users onto their servers driving download speeds to very low levels. When this happens, it completely defeats the reason to use BIttorrent as a means of fast file transfer. Torrent proxy services like TorGuard provide users with access to 20+ torrent proxy (http://torguard.net/anonymousbittorrentproxy.php) IP's in over three different countries. While using a torrent proxy isn't as fast as using a torrent vpn, TorGuard guarantees fast speeds and no overcrowding on all of their torrent proxy connections.



### Support & Help
My Account (/clientarea.php)
Support Center (/support/)
Getting Started (/gettingstartedvpn.php)
Submit Ticket (/submitticket.php)
Downloads (/downloads.php)
TorGuard Forums (/forums/)
TorGuard FAQ (/faq.php)
TorGuard Blog (/blog/)
Proxy vs VPN (/proxyvsvpn.php)

### TorGuard Services
Buy VPN (/buy-vpn.php)
WireGuard (/wireguard.php)
VPN Service (/vpnservice.php)
Torrent VPN (/torrent-vpn-service-ip.php)
Android VPN (/androidvpnservice.php)
Stealth VPN (/stealth-vpn.php)
iPhone VPN (/iphonevpnservice.php)
Business VPN (/business-vpn.php)

Get 50% off for Life - use promo code: TGLifetime50
BUY NOW! ›

×

Anonymous Torrents (/anonymoustorrents.php)
Anonymous Proxy (/anonymousbittorrentproxy.php)
Dedicated IP VPN (/dedicated-ip-vpn.php)

### TorGuard Links

VPN Affiliates (/vpn-reseller-affiliate.php)
Whats My IP (/whats-my-ip.php)
DNS Leak Test (/vpn-dns-leak-test.php)
WebRTC Leak Test (/vpn-webrtc-leak-test.php)
Check my Torrent IP (/checkmytorrentipaddress.php)
VPN Network (/network/)
VPN Software (/vpn-software.php)
VPN Reviews (/vpn-reviews.php)
Unblock Websites (/unblock-websites.php)

### Available on Mobile and Tablet

 (https://itunes.apple.com/gb/app/torguard-anonymous-vpn-service/id988743799?mt=8)

The top rated iOS VPN App

 (https://play.google.com/store/apps/details?id=net.torguard.openvpn.client&hl=en_GB&gl=US)

The top rated Android VPN App

Copyright © 2021 TorGuard.net. All rights reserved.

Terms of Use (/terms.php) | Privacy Policy (/privacy.php) | DMCA (/dmca.php) | Export (/export.php)