## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC.,
a Nevada corporation, HUNTER
KILLER PRODUCTIONS, INC.,
a Nevada corporation, and VOLTAGE
HOLDINGS, LLC, a Nevada corporation,

      Plaintiffs,

v.

1701 MANAGEMENT LLC, a Puerto
Rico limited liability company,
CHARLES MUSZYNSKI, individually,
and DOES 1-100,

      Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant Marci Babione's ("Defendant") Notice of Withdrawal of Counsel Due to Dismissal of Client(s) from Lawsuit, ECF No. [149] ("Notice"). On June 11, 2021, the Court entered an Order of Dismissal Without Prejudice as to Certain Defendants Only, ECF No. [57], dismissing Defendant. Defendant's Counsel now requests to be removed from the Case Management/Electronic Case Files (CM/ECF) system in this case. The Court has reviewed the Notice, the record, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, ECF No. [149], is **APPROVED AND ADOPTED**.

2. The Clerk of Court is directed to terminate Defendant's Counsel, Alan B. Taylor, Esq., and the Law Firm of Alan B. Taylor & Associates, P.A., from the Case Management/Electronic Case Files (CM/ECF) system in this case.

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 1, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2