UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20862-BB

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

v.

1701 MANAGEMENT, LLC DBA
LIQUIDVPN, et al.,

    Defendants.

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Thursday, December 2, 2021, at 3:30 p.m. ET, a hearing will be held telephonically before the Honorable Alicia M. Otazo-Reyes, on the following discovery disputes:

(1) On Sept. 24, 2021, Plaintiffs' counsel served a First Request for Productions of Documents ("RPOD") on Defendants QuadraNet, Inc. and QuadraNet Enterprises, LLC ("QuadraNet"). The RPOD requests *inter alia* subscriber identification information of QuadraNet's subscribers assigned Internet Protocol ("IP") addresses where copyright protected Works including Plaintiffs' were infringed listed in Exhibits "1" – "2". The Exhibits included roughly 250,000 different hit dates at various IP addresses. The RPOD and Exhibit 2 are attached to this Notice as Exhibits "A" and "C". Because Exhibit 1 included approximately 245,000 hit dates, Plaintiffs have attached a subsample to this Notice as Exhibit "B" to illustrate the information provided.

(2) On Oct. 25, 2021, Defendant QuadraNet served a response that made numerous objections to the RPOD and disclosed no information. Defendant's objections are attached as Exhibit "D".

Pursuant to Local Rule 7.1(a)(3)(A), Plaintiffs' counsel Kerry Culpepper and counsel for Defendant QuadraNet met and conferred by telephone concerning the above issues on Oct. 28, 2021 but were unable to come to a resolution as of the date of this Notice.

Dated: November 8, 2021                        Respectfully submitted,

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number: 125322
craig.wirth@sriplaw.com
**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

Kerry S. Culpepper
*Admitted pro hac vice*
**CULPEPPER IP, LLLC**
75-170 Hualalai Road, Suite B204
Kailua-Kona, HI  96740
808.464.4047 – Telephone
kculpepper@culpepperip.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2021, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all those identified on the Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Electronic Filing.

*s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

## SERVICE LIST

Mr. Johnathan R. Woodard
Mr. John Cyril Malloy III
Mr. Oliver Alan Ruiz
Malloy & Malloy, PL
2800 SW 3rd Ave
Miami, FL 33129-2317
info@malloylaw.com
jwoodard@malloylaw.com
jcmalloy@malloylaw.com
oruiz@malloylaw.com
Attorneys for QuadraNet, Inc. and QuadraNet Enterprises, LLC

Mr. Bobby A. Ghajar
Cooley LLP
1333 Second Street
Suite 400
Santa Monica, CA 90401
bghajar@cooley.com
Attorneys for QuadraNet, Inc. and QuadraNet Enterprises, LLC

Mr. Adam Losey
Losey PLLC
1420 Edgewater Drive
Orlando, FL 32804
alosey@losey.law
Attorney for VPNetworks, LLC dba TorGuard

Richard J. Mockler
MOCKLER LEINER LAW, P.A.

600 N. Willow Ave., Suite 101
Tampa, Florida 33606
Tel. (813) 331-5699
richard@mocklerlaw.com,
mocklerlaw@yahoo.com
Attorney for Charles Muszynski