**Exhibit "B"**



| NoticeID | IP | Filehash |
|---|---|---|
| 197469127 | 96.44.147.106 | 9768B67075BC8B217394D2857F6E91E669A32638 |
| 197996426 | 173.254.218.226 | A1AF77F7B2C968D1FD8F1EC54D1788575FE97F38 |
| 197996776 | 173.44.37.18 | 42B0F7305F0B72AF63652BC8E0A6F2FA6FC22B71 |
| 197996442 | 204.152.214.106 | D156EA72DD58613199BEA2419ED31F5AAE7D1ECC |
| 197996438 | 204.152.214.66 | D156EA72DD58613199BEA2419ED31F5AAE7D1ECC |
| 197996886 | 104.129.25.68 | B7288C60A6F29DA4913C0C81D75B39F8F99E70EC |
| 197997920 | 96.44.188.98 | D156EA72DD58613199BEA2419ED31F5AAE7D1ECC |
| 197996998 | 104.129.29.82 | A3ED215D085F9C40ED217C58FF1EE93FF6FFB334 |
| 197997924 | 173.254.251.58 | B7288C60A6F29DA4913C0C81D75B39F8F99E70EC |
| 197996996 | 104.129.28.154 | 87613C90F985DC3142D60FBEA0BAF966F3D53A2A |
| 197996436 | 173.254.222.178 | 87613C90F985DC3142D60FBEA0BAF966F3D53A2A |

**EXHIBIT 1**

| Filename | Notice Sent | Title |
|---|---|---|
| a.family.man.2016.1080p.web.dl.6ch.hevc.x265.rmteam.mkv | 2017-06-18 12:10:33 | A Family Man |
| Once.Upon.a.Time.in.Venice.2017.WEB-DL.XviD.AC3-FGT | 2017-06-18 12:23:07 | Once Upon A Time in Venice |
| Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.XviD.AC3-FGT | 2017-06-18 12:31:24 | Once Upon A Time in Venice |
| Once.Upon.a.Time.in.Venice.2017.WEB-DL.x264-FGT | 2017-06-18 12:23:03 | Once Upon A Time in Venice |
| Once.Upon.a.Time.in.Venice.2017.WEB-DL.x264-FGT | 2017-06-18 12:23:05 | Once Upon A Time in Venice |
| www.torrenting.com  - Once Upon a Time in Venice 2017 720p WEB-DL x264 D | 2017-06-18 12:33:28 | Once Upon A Time in Venice |
| Once.Upon.a.Time.in.Venice.2017.WEB-DL.x264-FGT | 2017-06-18 13:14:18 | Once Upon A Time in Venice |
| Once.Upon.a.Time.in.Venice.2017.WEB-DL.XviD.MP3-FGT | 2017-06-18 12:36:07 | Once Upon A Time in Venice |
| www.torrenting.com  - Once Upon a Time in Venice 2017 720p WEB-DL x264 D | 2017-06-18 13:14:16 | Once Upon A Time in Venice |
| Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | 2017-06-18 12:36:09 | Once Upon A Time in Venice |
| Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT | 2017-06-18 12:23:06 | Once Upon A Time in Venice |

==EXHIBIT 1==

| ISP | ClientDHTport | ClientPort | Trackname | Region |
|---|---|---|---|---|
| QuadraNet | 51230 | 10465 | a.family.man.2016.1080p.web.dl.6ch.hevc.x265.rmteam.mkv | Texas |
| QuadraNet | 0 | 29604 | Once.Upon.a.Time.in.Venice.2017.WEB-DL.XviD.AC3-FGT.avi | California |
| QuadraNet | 8999 | 51540 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.XviD.AC3-FGT.avi | Florida |
| QuadraNet | 0 | 62860 | Once.Upon.a.Time.in.Venice.2017.WEB-DL.x264-FGT.mp4 | California |
| QuadraNet | 0 | 50547 | Once.Upon.a.Time.in.Venice.2017.WEB-DL.x264-FGT.mp4 | California |
| QuadraNet | 60715 | 50867 | Once Upon a Time in Venice 2017 720p WEB-DL x264 DD5.1-24HD.mkv | Georgia |
| QuadraNet | 21213 | 57000 | Once.Upon.a.Time.in.Venice.2017.WEB-DL.x264-FGT.mp4 | Texas |
| QuadraNet | 0 | 50249 | Once.Upon.a.Time.in.Venice.2017.WEB-DL.XviD.MP3-FGT.avi | Illinois |
| QuadraNet | 57968 | 53603 | Once Upon a Time in Venice 2017 720p WEB-DL x264 DD5.1-24HD.mkv | Texas |
| QuadraNet | 0 | 60455 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT.mkv | Illinois |
| QuadraNet | 0 | 64424 | Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT.mkv | California |

| City | TimeZone | TransferEnd |
|---|---|---|
| Dallas | UTC | 2017-06-12 00:05:36 |
| Los Angeles | UTC | 2017-06-16 07:52:38 |
| Miami | UTC | 2017-06-16 07:56:10 |
| Los Angeles | UTC | 2017-06-16 08:25:47 |
| Los Angeles | UTC | 2017-06-16 08:32:26 |
| Atlanta | UTC | 2017-06-16 08:45:10 |
| Dallas | UTC | 2017-06-16 08:48:06 |
| Chicago | UTC | 2017-06-16 08:57:31 |
| Dallas | UTC | 2017-06-16 09:03:15 |
| Chicago | UTC | 2017-06-16 09:03:24 |
| Los Angeles | UTC | 2017-06-16 09:32:39 |