**Exhibit "C"**

| ref # | | IP Address | Hit Date | Appended City | Appended State | ISP | Movie |
|---|---|---|---|---|---|---|---|
| 20-003 | Doe 4 | 104.129.18.28 | 2/5/2019 9:08 | Atlanta | GA | QuadraNet | Mechanic Resurrection |
| 20-003 | Doe 7 | 104.238.46.212 | 2/25/2019 5:56 | Los Angeles | CA | QuadraNet | Mechanic Resurrection |
| 20-003 | Doe 30 | 104.129.18.156 | 1/10/2019 1:24 | Atlanta | GA | QuadraNet | Mechanic Resurrection |
| 20-008H | Doe 17 | 104.238.46.124 | 1/11/2019 21:10 | Los Angeles | CA | QuadraNet | Once Upon A Time In Venice |
| 20-014A | Doe 6 | 96.44.147.98 | 3/26/2019 0:28 | Dallas | state: Texas, zip | QuadraNet | I Feel Pretty |
| 20-014A | Doe 28 | 104.129.18.227 | 1/19/2019 20:12 | Atlanta | state: Georgia, zi | QuadraNet | I Feel Pretty |
| 20-017F | Doe 19 | 96.47.238.100 | 1/19/2019 3:45 | Miami | FL | QuadraNet | Hunter Killer |
| 20-017F | Doe 45 | 67.215.227.122 | 1/21/2019 6:22 | Los Angeles | CA | QuadraNet | Hunter Killer |
| 20-017F | Doe 46 | 96.44.145.114 | 1/27/2019 23:42 | Dallas | TX | QuadraNet | Hunter Killer |
| 20-017F | Doe 54 | 173.44.48.38 | 1/22/2019 20:44 | Miami | FL | QuadraNet | Hunter Killer |
| 20-018E | Doe 46 | 96.44.147.98 | 7/22/2019 8:31 | Dallas | TX | QuadraNet | Hellboy |
| 20-018E | Doe 120 | 155.94.250.60 | 7/19/2019 4:50 | Dallas | TX | QuadraNet | Hellboy |
| 20-019CA | Doe 4 | 96.47.238.100 | 2019-07-07 16:42:25 | Miami | state: Florida, zip | QuadraNet | Extremely Wicked Shockingly Evil |
| 20-019CA | Doe 26 | 173.44.34.2 | 8/20/2019 16:34 | Miami | state: Florida, zip | QuadraNet | Extremely Wicked Shockingly Evil |
| 20-019CA | Doe 62 | 104.223.94.50 | 2019-07-10 05:44:38 | Atlanta | state: Georgia, zi | QuadraNet | Extremely Wicked Shockingly Evil |
| 20-019CA | Doe 63 | 198.55.125.227 | 7/29/2019 22:21 | Dallas | state: Texas, zip | QuadraNet | Extremely Wicked Shockingly Evil |
| 20-019CA | Doe 92 | 96.47.237.138 | 7/7/2019 2:50 | Miami | state: Florida, zip | QuadraNet | Extremely Wicked Shockingly Evil |
| 20-019CA | Doe 112 | 173.44.49.74 | 7/26/2019 4:10 | Miami | state: Florida, zip | QuadraNet | Extremely Wicked Shockingly Evil |
| 20-019CA | Doe 128 | 72.11.136.10 | 7/8/2019 17:15 | Elk Grove Village | state: Illinois, zip | QuadraNet | Extremely Wicked Shockingly Evil |
| 20-019CA | Doe 152 | 104.223.92.238 | 8/16/2019 14:52 | Atlanta | state: Georgia, zi | QuadraNet Enterprise | Extremely Wicked Shockingly Evil |
| 20-019CA | Doe 182 | 104.129.18.11 | 7/8/2019 1:45 | Atlanta | state: Georgia, zi | QuadraNet, Inc | Extremely Wicked Shockingly Evil |
| 20-019CA | Doe 221 | 161.129.70.92 | 7/27/2019 1:24 | Atlanta | state: Georgia, zi | QuadraNet | Extremely Wicked Shockingly Evil |
| 20-021A | Doe 18 | 67.215.235.2 | 11/30/2019 1:05 | Los Angeles | state: California, | QuadraNet | Rambo V: Last Blood |
| 20-021A | Doe 37 | 104.223.94.122 | 11/30/2019 1:08 | Atlanta | state: Georgia, z | QuadraNet | Rambo V: Last Blood |
| 20-021B | Doe 53 | 104.223.93.58 | 11/30/2019 1:11 | Atlanta | state: Georgia, zi | QuadraNet | Rambo V: Last Blood |
| 20-021C | Doe 115 | 173.254.254.82 | 11/30/2019 1:22 | Dallas | state: Texas, zip | QuadraNet | Rambo V: Last Blood |
| 20-022EA | Doe 15 | 104.129.18.207 | 11/27/2019 3:12 | Atlanta | GA | QuadraNet | Angel Has Fallen |
| 20-022EA | Doe 35 | 198.55.125.242 | 11/26/2019 21:11 | Dallas | TX | QuadraNet | Angel Has Fallen |
| 20-022EA | Doe 51 | 155.94.250.69 | 11/26/2019 18:49 | Dallas | TX | QuadraNet | Angel Has Fallen |
| 20-022EA | Doe 62 | 173.44.48.43 | 11/26/2019 15:06 | Miami | FL | QuadraNet | Angel Has Fallen |
| 20-022EA | Doe 81 | 173.205.92.100 | 11/26/2019 7:27 | Kent | WA | QuadraNet | Angel Has Fallen |
| 20-022EA | Doe 99 | 104.238.46.201 | 11/26/2019 4:49 | Los Angeles | CA | QuadraNet | Angel Has Fallen |
| 20-022EA | Doe 154 | 23.226.131.236 | 11/25/2019 18:43 | Secaucus | NJ | QuadraNet | Angel Has Fallen |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20-022EA Doe 203 | 104.129.19.27 | 11/25/2019 6:19 | Atlanta | GA | QuadraNet | Angel Has Fallen |
| 20-022EA Doe 207 | 23.226.129.2 | 11/25/2019 6:01 | Secaucus | NJ | QuadraNet | Angel Has Fallen |