UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC. et al.,

    Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a LIQUIDVPN et. al,

    Defendants.
_____/

## PLAINTIFFS' MOTION TO STRIKE EXHIBIT G [DOC. #96-16] FROM THE SECOND AMENDED COMPLAINT AND TO FILE REDACTED VERSION OF EXHIBIT G UNDER SEAL

Plaintiffs, MILLENNIUM FUNDING, INC. et al. ("Plaintiffs"), by and through the undersigned counsel, hereby file their Motion to Strike Exhibit G [Doc. #96-16] to the Aff. of Cox [Doc. #96-9] of the Second Amended Complaint and to File Redacted Version of Exhibit G Under Seal (the "Motion to Strike and Seal"). For the following reasons, Plaintiffs' Motion to Strike and Seal should be granted.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), counsel for the movant has conferred with counsel for the appeared Defendants in a good faith effort to resolve the issues herein by email on 11/3/2021. As of the date of filing, Plaintiffs' counsel has received no reply from Defendants concerning their position.

### FACTUAL BACKGROUND

1. On August 17, 2021, Plaintiffs filed the Second Amended Complaint and Demand for Jury Trial (the "Second Amended Complaint") (Doc. 96).

2. Attached to the Second Amended Complaint is the affidavit of David Cox sworn to on May 3, 2021, which attaches as Exhibit G [Doc. #96-16] a copy of a Node Provider Agreement between nonparty Orchid Labs, Inc. ("Orchid Labs") and one of the Defendants in this action (the "Node Provider Agreement").

3. Unbeknownst to Plaintiffs at the time they filed the Complaint, the Node Provider Agreement is subject to a Mutual Non-Disclosure Agreement between Orchid Labs and Mr. Cox. Plaintiffs had acquired a copy of Mr. Cox's affidavit attaching the Node Provider Agreement and filed the same with the Second Amended Complaint without knowledge of this Mutual Non-Disclosure Agreement between Orchid Labs and Mr. Cox.

4. Through communications with Orchid Labs' counsel, Plaintiffs have since learned of the existence of the Mutual Non-Disclosure Agreement and the fact that the Node Provider Agreement is a confidential document that is protected by the Mutual Non-Disclosure Agreement.

## LEGAL AUTHORITY

While court filings are customarily matters of public record, Local Rule 5.4 permits certain documents or materials to be filed under seal. "The common law right of access [to judicial filings] may be overcome by a showing of good cause, which requires balanc[ing] the asserted right of access against the other party's interest in keeping the information confidential." *Donoff v. Delta Air Lines, Inc.*, No. 18-81258-CV, 2019 WL 2568020, at *1 (S.D. Fla. Mar. 14, 2019) (internal quotations and citations omitted). In this instance, Plaintiffs have learned that the Node Provider Agreement contains proprietary business information and other trade secrets that are protected by nonparty Orchid Labs. Due to the sensitive nature of this information, the Node Provider Agreement is specifically covered by the Mutual Non-Disclosure Agreement aimed at protecting the confidential information contained herein. Under the facts, Orchid Labs has an interest in

keeping the Node Provider Agreement confidential that outweighs the common law right of access to judicial filings. *See, e.g.*, *id.* (granting motion to seal documents containing trade secrets and sensitive financial information).

Given that Plaintiffs had already inadvertently filed the Node Provider Agreement before they obtained knowledge of its sensitive nature or the Mutual Non-Disclosure Agreement, striking the Agreement from the record is appropriate under the circumstances. Orchid Labs' counsel, however, has agreed to provide Plaintiffs with a redacted version of the Node Provider Agreement in question under the condition that such redacted Agreement – which still contains sensitive confidential information in spite of its redaction – be filed under seal. The proposed filing of the redacted Node Provider Agreement under seal will permit Plaintiffs to make appropriate *limited use* of the document pending the entry of protective order in the proceeding.

## CONCLUSION

**WHEREFORE,** Plaintiffs respectfully request that the Court issue an Order: (a) removing the Node Provider Agreement filed as Exhibit G to Exhibit 9 of the Second Amended Complaint (Doc. 96-16) from the public record; and (b) allowing Plaintiffs to file a redacted version of the Node Provider Agreement under seal.

Dated:  November 8, 2021                    Respectfully submitted,

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number:  125322
craig.wirth@sriplaw.com
**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

Kerry S. Culpepper
*Admitted pro hac vice*
**CULPEPPER IP, LLLC**
75-170 Hualalai Road, Suite B204
Kailua-Kona, HI  96740
808.464.4047 – Telephone
kculpepper@culpepperip.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2021, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all those identified on the Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Electronic Filing.

*s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

## SERVICE LIST

Mr. Johnathan R. Woodard
Mr. John Cyril Malloy III
Mr. Oliver Alan Ruiz
Malloy & Malloy, PL
2800 SW 3rd Ave
Miami, FL 33129-2317
info@malloylaw.com
jwoodard@malloylaw.com
jcmalloy@malloylaw.com
oruiz@malloylaw.com
Attorneys for QuadraNet, Inc. and QuadraNet Enterprises, LLC

Mr. Bobby A. Ghajar
Cooley LLP
1333 Second Street
Suite 400
Santa Monica, CA 90401
bghajar@cooley.com
Attorneys for QuadraNet, Inc. and QuadraNet Enterprises, LLC

Mr. Adam Losey
Losey PLLC
1420 Edgewater Drive
Orlando, FL 32804
alosey@losey.law
Attorney for VPNetworks, LLC dba TorGuard