UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC.,
a Nevada corporation, HUNTER
KILLER PRODUCTIONS, INC.,
a Nevada corporation, and VOLTAGE
HOLDINGS, LLC, a Nevada corporation,

      Plaintiffs,

v.

1701 MANAGEMENT LLC, a Puerto
Rico limited liability company,
CHARLES MUSZYNSKI, individually,
and DOES 1-100,

      Defendants.
_____/

**ORDER ON PLAINTIFF'S MOTION TO STRIKE EXHIBIT
AND FILE REDACTED VERSION UNDER SEAL**

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Strike Exhibit G [Doc. #96-16] from the Second Amended Complaint and to File Redacted Version of Exhibit G Under Seal, ECF No. [158] ("Motion"), filed on November 8, 2021. Plaintiff requests that the Court strike Exhibit G of the Second Amended Complaint, ECF No. [96-16] ("Exhibit"), that Plaintiff filed before becoming aware of a non-disclosure agreement pertaining to the Exhibit. Plaintiff also requests that the Court allow the filing of a redacted version of the Exhibit under seal. The Court has reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion, **ECF No. [158]**, is **GRANTED**.

2. Plaintiff's Exhibit, **ECF No. [96-16]**, shall be **STRICKEN** from the record.

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

3. Plaintiff may file a redacted version of the Exhibit under seal.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 10, 2021.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record