**Exhibit "1"**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01261-SKC

Millennium Funding, Inc. *et al*,

    Plaintiffs,

v.

Sharktech *et al.*,

    Defendants.

---

**STIPULATION FOR DISMISSAL OF DEFENDANT SHARKTECH, INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, LHF PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., AFTER II MOVIE, LLC, MILLENNIUM MEDIA, INC., WONDER ONE, LLC, HITMAN TWO PRODUCTIONS, INC., MILLENNIUM IP, INC., I AM WRATH PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., WONDER ONE, LLC, YAR PRODUCTIONS, INC., DALLAS BUYERS CLUB, LLC, and SF FILM, LLC ("Plaintiffs") and Defendant SHARKTECH, INC. ("Sharktech" and collectively with Plaintiffs, the "Parties"), through their counsel, hereby file this joint stipulation for dismissal with prejudice of all claims asserted herein by Plaintiffs against Defendant Sharktech.

20-022D

Pursuant to 17 U.S.C. 512(j)(B)(ii) and a confidential settlement agreement, Plaintiffs have requested and Defendant Sharktech has agreed to use commercially reasonable efforts to block the following alleged piracy websites located outside of the United States, by blocking their associated, currently-known IP addresses: (1) "YTS" (yts.mx; yts.movie); (2) "PirateBay" (https://pirate-bay-proxy.org/eng/; piratebay.org); (3) "RarBg" (https://rarbg.to/); and (4) "1337x" (https://www.1337x.tw/; https://www.1377x.is/).

The Parties will bear their own costs and attorneys' fees.

No claims, including any counterclaim, cross-claim, or third-party claim, would remain between Plaintiffs and Defendant Sharktech following dismissal.

This Stipulation has been executed by counsel for Plaintiffs and counsel for Defendant Sharktech.

This stipulation does not terminate the matter as claims remain against other Defendants PRIVATE INTERNET ACCESS, INC. and DOES 1-5.

DATED: October 5, 2021.

*s/ Kerry S. Culpepper*
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com
Attorney for Plaintiffs

*/s/ Laura B. Langberg*
Laura B. Langberg
Airina L. Rodrigues
Andrea L. LaFrance, #50222
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Telephone: 303-223-1100
Fax: 303-223-1111
Email: llangberg@bhfs.com; arodrigues@bhfs.com; alafrance@bhfs.com
Attorneys for Defendant Sharktech, Inc.

2

20-023W

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2021, I electronically filed the foregoing **STIPULATION FOR DISMISSAL OF DEFENDANT SHARKTECH, INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Kerry Steven Culpepper
Joshua J. Lee
CULPEPPER IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua Kona, HI 96740
Telephone: 808-464-4047
Fax: 202-204-5181
Email: kculpepper@culpepperip.com
      joshua.lee@culpepperip.com

*Attorneys for Plaintiffs*


          *s/Kate M. Meade*
          Kate M. Meade, Paralegal
          BROWNSTEIN HYATT FARBER SCHRECK, LLP
          410 17th Street, Suite 2200
          Denver, CO 80202
          *phone*: 303-223-1100; *fax*: 303-223-1111