UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-20862-BLOOM/Otazo-Reyes**

MILLENNIUM FUNDING, INC.,
a Nevada corporation, *et al.*,
    Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a
LIQUIDVPN, a Puerto Rico limited
liability company, *et. al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE came before the Court upon Plaintiffs' Notice of Hearing [D.E. 183]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 89]. The undersigned held a hearing on this matter on February 16, 2022. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that Defendant VPNetworks, LLC d/b/a TorGuard ("TorGuard") SHALL fully respond, without objections, to Plaintiffs' First Request for Production, served on November 17, 2021, and Plaintiffs' Second Request for Production, served on December 10, 2021. Production shall be made on a rolling basis and shall be completed **thirty (30) days from the date of this Order**.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of February, 2022.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Beth Bloom

Counsel of Record