**Exhibit "1"**

# TorGuard SOCKS5 Network (/web/20210516084557/https://torguard.net/index.php)

TorGuard SOCKS5 is best used inside torrent clients.

« Global Network (/web/20210516084557/https://torguard.net/network/)

AnyConnect Network » (/web/20210516084557/https://torguard.net/network/anyconnect/)

| SOCKS5 Locations | SOCKS5 IP Addresses | UDP Support | Ports |
| --- | --- | --- | --- |
| Canada | 68.71.244.6 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.10 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.14 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.18 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.22 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.26 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.30 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.34 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.38 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.42 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.46 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.50 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.54 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.58 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.62 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.66 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.70 | ✓ | 1080/1085/1090 |

Tor (/web/20210516084557/https://torguard.net/index.php)

| | | | |
|---|---|---|---|
| Canada | 68.71.244.78 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.82 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.90 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.94 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.98 | ✓ | 1080/1085/1090 |
| Canada | 68.71.244.102 | ✓ | 1080/1085/1090 |
| USA - LA | 173.254.222.146 | ✓ | 1080/1085/1090 |
| USA - LA | 173.254.222.154 | ✓ | 1080/1085/1090 |
| USA - LA | 173.254.222.162 | ✓ | 1080/1085/1090 |
| USA - LA | 173.254.222.170 | ✓ | 1080/1085/1090 |
| USA - LA | 173.254.222.178 | ✓ | 1080/1085/1090 |
| USA - LA | 98.143.158.50 | ✓ | 1080/1085/1090 |
| USA - Miami | 173.44.37.106 | ✓ | 1080/1085/1090 |
| USA - Miami | 173.44.37.82 | ✓ | 1080/1085/1090 |
| USA - Miami | 173.44.37.114 | ✓ | 1080/1085/1090 |
| USA - Miami | 173.44.37.90 | ✓ | 1080/1085/1090 |
| USA - Miami | 173.44.37.98 | ✓ | 1080/1085/1090 |
| USA - Texas | 96.44.144.122 | ✓ | 1080/1085/1090 |
| USA - Texas | 96.44.147.106 | ✓ | 1080/1085/1090 |
| USA - Texas | 96.44.147.42 | ✓ | 1080/1085/1090 |
| USA - Texas | 96.44.148.66 | ✓ | 1080/1085/1090 |
| USA - Texas | 96.44.189.114 | ✓ | 1080/1085/1090 |
| Netherlands | 37.120.141.114 | ✓ | 1080/1085/1090 |
| Netherlands | 37.120.141.122 | ✓ | 1080/1085/1090 |

Tor (/web/20210516084557/https://torguard.net/index.php)

| | | | |
|---|---|---|---|
| Netherlands | 46.23.78.24 | ✓ | 1080/1085/1090 |
| Netherlands | 46.23.78.25 | ✓ | 1080/1085/1090 |
| Netherlands | 88.202.177.230 | ✓ | 1080/1085/1090 |
| Netherlands | 88.202.177.230 | ✓ | 1080/1085/1090 |
| Netherlands | 88.202.177.231 | ✓ | 1080/1085/1090 |
| Netherlands | 88.202.177.233 | ✓ | 1080/1085/1090 |
| Netherlands | 88.202.177.232 | ✓ | 1080/1085/1090 |
| Netherlands | 88.202.177.234 | ✓ | 1080/1085/1090 |
| Netherlands | 88.202.177.235 | ✓ | 1080/1085/1090 |
| Netherlands | 88.202.177.237 | ✓ | 1080/1085/1090 |
| Netherlands | 88.202.177.238 | ✓ | 1080/1085/1090 |
| Netherlands | 88.202.177.239 | ✓ | 1080/1085/1090 |
| Netherlands | 88.202.177.240 | ✓ | 1080/1085/1090 |
| Netherlands | 88.202.177.241 | ✓ | 1080/1085/1090 |
| Netherlands | 88.202.177.242 | ✓ | 1080/1085/1090 |
| Netherlands | 88.202.177.243 | ✓ | 1080/1085/1090 |
| Netherlands | 88.202.177.243 | ✓ | 1080/1085/1090 |
| Netherlands | 185.156.172.154 | ✓ | 1080/1085/1090 |
| Sweden | 37.120.153.234 | ✓ | 1080/1085/1090 |
| Sweden | 37.120.153.242 | ✓ | 1080/1085/1090 |
| Sweden | 194.59.250.242 | ✓ | 1080/1085/1090 |
| Sweden | 194.59.250.194 | ✓ | 1080/1085/1090 |
| Sweden | 194.59.250.202 | ✓ | 1080/1085/1090 |
| Sweden | 194.59.250.210 | ✓ | 1080/1085/1090 |

| | | | | |
|---|---|---|---|---|
| Sweden | 194.59.250.218 | ✓ | 1080/1085/1090 |
| Sweden | 194.59.250.226 | ✓ | 1080/1085/1090 |
| Sweden | 194.59.250.234 | ✓ | 1080/1085/1090 |
| Sweden | 194.59.250.250 | ✓ | 1080/1085/1090 |

*Last Updated 27th June 2020*

## Payment Types Accepted

Credit cards   Cryptocurrency   Paymentwall



### Support & Help

My Account (/web/20210516084557/https://torguard.net/clientarea.php)
Support Center (/web/20210516084557/https://torguard.net/support/)
Getting Started (/web/20210516084557/https://torguard.net/gettingstartedvpn.php)
Submit Ticket (/web/20210516084557/https://torguard.net/submitticket.php)
Downloads (/web/20210516084557/https://torguard.net/downloads.php)
TorGuard Forums (/web/20210516084557/https://torguard.net/forums/)
TorGuard FAQ (/web/20210516084557/https://torguard.net/faq.php)
TorGuard Blog (/web/20210516084557/https://torguard.net/blog/)
Proxy vs VPN (/web/20210516084557/https://torguard.net/proxyvsvpn.php)

### TorGuard Services

Buy VPN (/web/20210516084557/https://torguard.net/buy-vpn.php)
WireGuard (/web/20210516084557/https://torguard.net/wireguard.php)
VPN Service (/web/20210516084557/https://torguard.net/vpnservice.php)
Torrent VPN (/web/20210516084557/https://torguard.net/torrent-vpn-service-ip.php)
Android VPN (/web/20210516084557/https://torguard.net/androidvpnservice.php)
Stealth VPN (/web/20210516084557/https://torguard.net/stealth-vpn.php)
iPhone VPN (/web/20210516084557/https://torguard.net/iphonevpnservice.php)
Business VPN (/web/20210516084557/https://torguard.net/business-vpn.php)
Anonymous Bittorrent (/web/20210516084557/https://torguard.net/anonymoustorrentvpn.php)
Anonymous Proxy (/web/20210516084557/https://torguard.net/anonymousbittorrentproxy.php)
Dedicated IP VPN (/web/20210516084557/https://torguard.net/dedicated-ip-vpn.php)

### TorGuard Links

VPN Affiliates (/web/20210516084557/https://torguard.net/vpn-reseller-affiliate.php)
Whats My IP (/web/20210516084557/https://torguard.net/whats-my-ip.php)
DNS Leak Test (/web/20210516084557/https://torguard.net/vpn-dns-leak-test.php)
WebRTC Leak Test (/web/20210516084557/https://torguard.net/vpn-webrtc-leak-test.php)
Check my Torrent IP (/web/20210516084557/https://torguard.net/checkmytorrentipaddress.php)

VPN Network (/web/20210516084557/https://torguard.net/network)

VPN Software (/web/20210516084557/https://torguard.net/vpn-software.php)

VPN Reviews (/web/20210516084557/https://torguard.net/vpn-reviews.php)

Unblock Websites (/web/20210516084557/https://torguard.net/unblock-websites.php)

(/web/20210516084557/https://torguard.net/index.php)

## Have Questions?

Email us on: helpdesk@torguard.net

Ask the TorGuard community (https://web.archive.org/web/20210516084557/https://torguard.net/forums/)

Copyright © 2021 TorGuard.net. All rights reserved.

Terms of Use (/web/20210516084557/https://torguard.net/terms.php) | Privacy Policy (/web/20210516084557/https://torguard.net/privacy.php) | DMCA (/web/20210516084557/https://torguard.net/dmca.php) | Export (/web/20210516084557/https://torguard.net/export.php)