**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-20862-BLOOM/Otazo-Reyes**

MILLENNIUM FUNDING, INC.,
a Nevada corporation, *et al.*,

    Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a
LIQUIDVPN, a Puerto Rico limited
liability company, *et al.*,

    Defendants.
    _____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On March 2, 2022, Plaintiffs MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC and

SCREEN MEDIA VENTURES (collectively, "Plaintiffs") and Defendant VPNETWORKS, LLC d/b/a TorGuard ("Defendant") filed a Stipulation of Statement of Undisputed Facts and Dismissal with Prejudice, ECF No. [198] ("Stipulation"), which purports to dismiss Plaintiffs' claims against Defendant with prejudice. The Stipulation, however, does not indicate whether Plaintiff HITMAN TWO PRODUCTIONS, INC is also dismissing its claims against Defendant.[1]

Accordingly, it is **ORDERED AND ADJUDGED** that the Parties are directed to file a notice advising the Court as to whether Plaintiff HITMAN TWO PRODUCTIONS, INC, is joining the Stipulation **by no later than March 4, 2022**. If HITMAN TWO PRODUCTIONS, INC, is joining the Stipulation, the Parties are directed to file a revised Stipulation by **no later than March 4, 2022.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 2, 2022.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

---

[1] The Motion also does not include Plaintiffs AFTER PRODUCTIONS, LLC, SF FILM LLC, and STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, who have voluntarily dismissed their claims against Defendant. *See* ECF No. [105].