UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC. *et. al*,

    Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a LIQUIDPVN, *et. al*,

    Defendants.
_____/

### NOTICE OF STRIKING [D.E. 205] AS TO QUADRANET, INC.'S AND QUADRANET ENTERPRISES, LLC'S MOTION TO STRIKE PLAINTIFFS' REPLY AND ACCOMPANYING DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE DISMISSAL ORDER [D.E. 202]

    Quadranet, Inc. and Quadranet Enterprises, LLC (collectively "Quadranet"), hereby give notice of striking [D.E. 205] their Motion to strike the Plaintiffs' Reply in Support of their Motion for Reconsideration [D.E. 202]. Although Quadranet properly met and conferred with Plaintiffs' counsel – and confirmed Plaintiffs' opposition to that filing – Quadranet inadvertently did not include the Local Rule 7.1(a)(3) certificate in that filing. That is now corrected, and the new filing [D.E. 207] contains the certificate of good faith conference.

                                                    Respectfully submitted,

Dated: March 17, 2022                            <u>Jonathan Woodard</u>
                                                    John Cyril Malloy, III
                                                      Florida Bar No. 964,220
                                                      jcmalloy@malloylaw.com
                                                      Peter A. Matos
                                                      Florida Bar No. 992,879
                                                      pmatos@malloylaw.com
                                                      Oliver Alan Ruiz
                                                      Florida Bar No. 524,786
                                                      oruiz@malloylaw.com
                                                      Jonathan R. Woodard
                                                      Florida Bar No. 096,553
                                                      jwoodard@malloylaw.com
                                                      W. John Eagan
                                                      Florida Bar No. 105,101

1.

2.

Johneagan@malloylaw.com
**MALLOY & MALLOY P.L.**
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone (305) 858-8000

*Of Counsel:*
Bobby Ghajar (*pro hac vice*)
bghajar@cooley.com
**COOLEY LLP**
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Tel: 310-883-6400
*Attorneys for Quadranet, Inc. and Quadranet Enterprises, LLC*