UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20862-BB

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

v.

1701 MANAGEMENT, LLC DBA LIQUIDVPN, et al.,

    Defendants.

## NOTICE OF FILING

Plaintiffs MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, PARADOX

STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC and 42 VENTURES, LLC, by and through their undersigned counsel, hereby file the attached Declaration of Derek Dueker, which was inadvertently omitted from Plaintiffs' Motion for Default Judgment filed today at ECF No. 210.

Dated: March 24, 2022

/s/ Joel B. Rothman
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that on March 24, 2022, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

/s/Joel B. Rothman
Joel B. Rothman

### SERVICE LIST

| | |
|---|---|
| Mr. Johnathan R. Woodard<br>Mr. John Cyril Malloy III<br>Mr. Oliver Alan Ruiz<br>Malloy & Malloy, PL<br>2800 SW 3rd Ave<br>Miami, FL 33129-2317<br>info@malloylaw.com<br>jwoodard@malloylaw.com<br>jcmalloy@malloylaw.com | Mr. Bobby A. Ghajar<br>Cooley LLP<br>1333 Second Street<br>Suite 400<br>Santa Monica, CA 90401<br>bghajar@cooley.com<br>Attorneys for QuadraNet, Inc. and QuadraNet Enterprises, LLC |

oruiz@malloylaw.com
Attorneys for QuadraNet, Inc. and QuadraNet Enterprises, LLC


Mr. Adam Losey
Losey PLLC
1420 Edgewater Drive
Orlando, FL 32804
alosey@losey.law
Attorney for VPNetworks, LLC dba TorGuard

Richard J. Mockler
MOCKLER LEINER LAW, P.A.
600 N. Willow Ave., Suite 101
Tampa, Florida 33606
Tel. (813) 331-5699
richard@mocklerlaw.com,
mocklerlaw@yahoo.com
Attorney for Charles Muszynski