UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20862-BB

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

v.

1701 MANAGEMENT, LLC DBA
LIQUIDVPN, et al.,

    Defendants.

_____

**[Proposed] ORDER GRANTING JOINT STIPULATED MOTION BETWEEN PLAINTIFFS AND DEFENDANTS QUADRANET INC. AND QUADRANET ENTERPRISES LLC TO EXTEND DEADLINES**

**THIS CAUSE** came before the Court on the joint stipulation of MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE

EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC and 42 VENTURES, LLC ("Plaintiffs") and Defendants QUADRANET, INC. and QUADRANET ENTERPRISES, LLC ("Quadranet") for a (10) day extension of the deadlines for Quadranet to file its fee motion and for Plaintiffs to file a notice of appeal. Based upon the grounds set forth in the joint stipulation, it is **ORDERED AND ADJUDGED** that the joint stipulation is **GRANTED**.

Quadranet's deadline to file its fee motion is extended to April 18, 2022 (April 17 being a Monday).

Plaintiffs' deadline to file their notice of appeal is extended to May 2, 2022.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this ___ day of April ___, 2022.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to: counsel of record