**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
CASE NO.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC. *et. al*,
    Plaintiffs,
v.

1701 MANAGEMENT LLC d/b/a LIQUIDPVN, *et. al*,
    Defendants.
_____/

**QUADRANET DEFENDANTS' NOTICE OF SETTLEMENT**

    Defendants Quadranet, Inc. and Quadranet Enterprises, LLC (collectively "Quadranet"), by and through their undersigned counsel, hereby file this Notice to advise the Court that a global resolution has been reached between the Plaintiffs and Quadranet only. On that basis, Quadranet will not be filing a Motion for an Award of Attorneys' Fees.

Date:  May 5, 2022

Respectfully submitted,

W. John Eagan
John Cyril Malloy, III
Florida Bar No. 964,220
jcmalloy@malloylaw.com
Oliver Alan Ruiz
Florida Bar No. 524,786
oruiz@malloylaw.com
Jonathan Woodard
Florida Bar No. 0096553
jwoodard@malloylaw.com
W. John Eagan
Florida Bar No. 105,101
johneagan@malloylaw.com
**MALLOY & MALLOY P.L.**
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone (305) 858-8000

*Attorneys for Defendants Quadranet, Inc. and Quadranet Enterprises, LLC*