UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MILLENNIUM FUNDING, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> 1701 MANAGEMENT LLC et al *et al.*, <br><br> Defendants. | Case No.:  1:21-cv-20862-BLOOM/Otazo-Reyes <br><br> **AFFIDAVIT OF KERRY S. CULPEPPER** |

### AFFIDAVIT OF KERRY S. CULPEPPER

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1.     Judgment for $15,172,403.00 was entered on docket no. 213 of the above-entitled action in the U. S. District Court, Southern District of Florida in favor of Plaintiffs MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER

ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC, and 42 VENTURES, LLC as Judgment Creditors, and against as 1701 MANAGEMENT LLC d/b/a LIQUIDVPN, AUH2O LLC AND CHARLES MUSZYNSKI a/k/a FREDERICK DOUGLAS as Judgment Debtors.

2. I am an attorney for the Judgment Creditors and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Southern District of Florida are the following sums:

$ 184,134.27 accrued interest, computed at 1.21% per 28 U.S.C. §1963, and from the date the date the action was filed on March 3, 2021.

$ 10.00 accrued costs.

4. Credit must be given for payments and partial satisfaction in the amount of $0 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

5. I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, May 6, 2022.

20-023DBa

CULPEPPER IP, LLLC

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

20-023DBa