UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC.,
a Nevada corporation, HUNTER
KILLER PRODUCTIONS, INC.,
a Nevada corporation, and VOLTAGE
HOLDINGS, LLC, a Nevada corporation,

    Plaintiffs,

v.

1701 MANAGEMENT LLC, a Puerto
Rico limited liability company,
CHARLES MUSZYNSKI, individually,
and DOES 1-100,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiffs' Verified Motion for Attorneys' Fees and Costs Against Defendants 1701 Management LLC d/b/a LiquidVPN, AUH2O LLC and Charles Muszynski a/k/a Frederick Douglas, ECF No. [228] ("Motion"). The Court has carefully reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised. For the reasons set forth below, Plaintiffs' Motion is granted.

In the Court's Final Default Judgment and Permanent Injunction, ECF No. [213], the Court entered final default judgment in favor of Plaintiffs and against Defendants 1701 Management LLC d/b/a LiquidVPN, AUH2O LLC, and Charles Muszynski a/k/a Frederick Douglas ("Defendants"). Accordingly, Plaintiffs are entitled to an award of their attorneys' fees and costs. The Court adopts the analysis set forth in Plaintiffs' Motion and finds that the amount requested is reasonable.

Case No. 20-cv-62293-BLOOM/Valle

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Plaintiffs' Motion, **ECF No. [228]**, is **GRANTED**.

2. Plaintiffs are entitled to recover from Defendants, jointly and severally, the amount of $81,537.50 in attorneys' fees and $1,734.15 in costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 13, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record