## AFFIDAVIT OF SERVICE

| Case:<br>1:21-cv-20862-BB | Court:<br>United States District Court for the Southern District of Florida | County:<br>, FL | Job:<br>7106421 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Millennium Funding, Inc., et al. | | Defendant / Respondent:<br>1701 Management, LLC., et al. | |
| Received by:<br>Hoosier Process Service, LLC | | For:<br>Culpepper IP, LLC | |
| To be served upon:<br>JP Morgan Chase Bank, N.A.; Subpoena Processing | | | |

I, Jon Robb, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Tina Schott, 7610 W Washington St, Indianapolis, IN 46231 |
| Manner of Service: | Corporation, May 18, 2022, 9:50 am EDT |
| Documents: | Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e) and (g), JP Morgan Chase Bank N.A. Subpoena Exhibit A, Writ of Garnishment, Notice to Defendant of Right Against Garnishment of Wages, Money, and Other Property, Claim of Exemption and Request for Hearing |

**Additional Comments:**
1) Successful Attempt: May 18, 2022, 9:50 am EDT at 7610 W Washington St, Indianapolis, IN 46231 received by Tina Schott. Relationship: Authorized Agent;

*[Signature]*                                   05/18/2022

Jon Robb                                        Date

Hoosier Process Service, LLC
Indianapolis, IN 46254
317-829-0420