UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs/Judgment Creditors,

vs.

1701 MANAGEMENT LLC d/b/a
LIQUIDVPN, a Puerto Rico limited liability
company, AUH2O LLC, a Nevis limited
liability company, and CHARLES MUSZYNSKI
a/k/a FREDERICK DOUGLAS, individually

    Defendants/Judgment Debtors.

## AFFIDAVIT OF CARLO MILLER

CARLO MILLER, hereby declares under penalty of law that the following is true and correct:

1. I am over 18 years of age and reside in Colorado.

2. I have worked as a civil process server in Colorado for over 2 years.

3. Plaintiffs' counsel hired me to serve a copy of the Writs of Execution and Garnishment [Docs. ##225, 227] and a third-party subpoena on the Colorado agent for Paypal.

4. I personally served the Legal Documents and a subpoena on Paypal's agent CT Corporation System in 7700 East Arapahoe Road, Suite 220 Centennial, CO 80112 on May 11, 2022 at approximately _8:30 A M.

5. I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

20-023DBa

DATED: Centennial, Colorado, May 11, 2022.

                                            John Miller Process Service

                                            */s/ Carlo Miller*
                                            Carlo Miller
                                            6445 S. Steele Street
                                            Centennial, CO 80121

20-023DBa

# John Miller Process Service

**INVOICE #101535**
**DATE 05/11/2022**

CARLO MILLER
6445 S. Steele Street
Centennial, CO 80121
Phone 720-935-0535
carlomiller791@gmail.com

Kerry Culpepper
75-170 Hualalai Rd. B204.
Kailua-Kona, HI 96740

CASE: See Below

## Amount

| | |
|---|---|
| Service on: PayPal Inc., C/O CT Corporation System   21-cv-20862-BB | $ 45.00 |

**Total** **$ 45.00**

Payment is due within 30 days.
If you have any questions concerning this invoice, contact Carlo at 720.935.0535
carlomiller791@gmail.com

**THANK YOU FOR YOUR BUSINESS!**