UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:21-cv-20862-BB**

MILLENNIUM FUNDING, INC., et al.,

    Plaintiff(s),

vs.

1701 MANAGEMENT, LLC d/b/a
LIQUIDVPN, et al.,

    Defendant(s),

and

JPMORGAN CHASE BANK, N.A.,

    Garnishee.
_____/

**ANSWER OF GARNISHEE AND DEMAND TO
JUDGMENT CREDITOR FOR PAYMENT OF ATTORNEYS' FEES**

Garnishee JPMORGAN CHASE BANK, N.A. ("Garnishee") answers the Writ of Garnishment (the "Writ") served on it in the captioned matter as follows:

1. At the time of service of the Writ (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ), at the time of this Answer, and at all points between such times, Garnishee was NOT INDEBTED to Judgment Debtor(s) 1701 Management, LLC d/b/a Liquidvpn, Auh20, LLC, and/or Charles Muszynski a/k/a Frederick Douglas.

2. At the time of this Answer and at the time of the service of the Writ, and at all points between those times, Garnishee has had no other goods, money, chattels, effects, or

1

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

other tangible or intangible property of Judgment Debtor(s) 1701 Management, LLC d/b/a Liquidvpn, Auh20, LLC, and/or Charles Muszynski a/k/a Frederick Douglas in its possession or control.

3. Garnishee does not know of any other persons indebted to Judgment Debtor(s) 1701 Management, LLC d/b/a Liquidvpn, Auh20, LLC, and/or Charles Muszynski a/k/a Frederick Douglas or who may have any of Judgment Debtors' property in their possession or control.

4. Garnishee has been obligated to retain counsel in this matter and is required to pay its attorneys a reasonable fee, for which it is entitled to an award or fees as provided by Florida Statutes § 77.28.

5. These responses are based upon a search of data contained in Garnishee's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning Judgment Debtor(s) or accounts.

WHEREFORE, the Garnishee demands payment from Judgment Creditor to "Homer Bonner Jacobs Ortiz" in the amount of $100.00 pursuant to Florida Statutes § 77.28 forthwith for partial payment of its attorney fee. Payment shall be sent to 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, FL 33131, and should include the title of the action and its corresponding case number. Garnishee further prays for the entry of an Order dissolving the Writ herein, and for such other and further relief as this Court deems just and proper.

## DESIGNATION OF EMAIL ADDRESSES

Counsel for Garnishee, pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, hereby designates the following primary email address for service of court documents: GService@homerbonner.com.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via E-Service on the date stamped on the first page of this notice, upon any counsel of record entitled to receive electronic service in this case.

Respectfully submitted:



Attorneys for Garnishee
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5117
Fax: (305) 372-2738

By:   /s/Andrew R. Herron
        Andrew R. Herron, Esq.
        Email: gservice@homerbonner.com
        Florida Bar No.: 861560