## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC.,
a Nevada corporation, *et al.*,

      Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a
LIQUIDVPN, a Puerto Rico limited
Liability company, *et al.*,

      Defendants,

and,

PAYPAL, INC.,

      Garnishee.

_____/

### ANSWER OF GARNISHEE PAYPAL, INC.

Garnishee, PayPal, Inc. ("PayPal"), by and through undersigned counsel, states the following as its Answer to the Writ of Garnishment, ECF No. [227] (the "Writ"):

1.    On May 11, 2022, PayPal was served with the Writ, identifying the judgment debtors: (a) 1701 Management LLC d/b/a LIQUIDVPN; (b) AUH20 LLC; and (c) Charles Muszynski a/k/a Frederick Douglas ("Judgment Debtors").

2.    Based upon the information provided in the Writ, PayPal located one account associated with Judgment Debtors (account no. 2007808131694518088) with a balance of $652.71, as of May 11, 2022 (the "Account").

3.     PayPal has placed a hold on the Account. The limitation placed by PayPal on the Account prohibits any authorized user from withdrawing funds or sending money from the Account.

4.     Pursuant to the User Agreement governing the Account (the "User Agreement"), the final balance of the Account is subject to change. First, the final balance of the Account is subject to authorized chargebacks by buyers, including but not limited to chargebacks initiated due to non-receipt or purchased goods or services, or receipt of goods significantly not as described. The Account is also subject to setoff, recoupment, chargeback, holdback, reserve, currency fluctuation, and other rights of PayPal and/or its affiliates. The Account is further subject to a security interest in favor of PayPal and/or its affiliates under the User Agreement. The Account balance may be reduced as a result of PayPal's foregoing rights under the User Agreement or applicable law due to, among other matters, which may have occurred prior to PayPal's receipt of the Writ of Execution but not yet processed through the Account. Accordingly, the final balance of the Account cannot be determined until the chargeback period expires. The chargeback period is 180 days from the date of the last transaction. PayPal intends to file a supplemental response at that time.

5.     PayPal is without knowledge of any other person or persons who are or may be indebted to the Judgment Debtors or who has or may have any tangible or intangible personal property in their hands, possession, or control, belonging to the Judgment Debtors.

6.     Pursuant to Florida Statutes § 77.28, PayPal requests payment of $100.00 from Plaintiff as the party that applied for the Writ.  Fla. Stat. § 77.28 ("Upon issuance of any writ of garnishment, the party applying for it shall pay $100 to the garnishee on the garnishee's demand at any time after the service of the writ for the payment or part payment of his or her attorney fee which the garnishee expends or agrees to expend in obtaining representation in response to the writ.").

7.     To the extent a final judgment is entered with respect to the garnished funds, PayPal requests the Court to determine its costs and expenses, including a reasonable attorney fee, and allow PayPal to offset such amounts against the property or debt being garnished.  Fla. Stat. § 77.28 ("On rendering final judgment, the court shall determine the garnishee's costs and expenses, including a reasonable attorney fee, and in the event of a judgment in favor of the plaintiff, the amount is subject to offset by the garnishee against the defendant whose property or debt owing is being garnished.").

Respectfully Submitted,

*/s/ Caleb S. Sugg*
Caleb S. Sugg (Florida Bar No. 1010882)
**KUTAK ROCK LLP**
234 East Millsap Road, Suite 200
Fayetteville, Arkansas 72703-4099
(479) 973-4200
(479) 973-0007 Fax
Caleb.Sugg@KutakRock.com

*Attorneys for Garnishee, PayPal, Inc.*

## CERTIFICATE OF SERVICE

**I hereby certify** that on June 8, 2022, a true and correct copy of the foregoing was served by the Court's CM/ECF System to all parties and/or counsel registered to receive such service, and by email on to the parties and/or counsel on the Service List below.

<em>/s/ Caleb S. Sugg</em>
Caleb S. Sugg

## SERVICT LIST

Kerry Culpepper
Culpepper IP, LLC
75-170 Hualalai Road, Suite B204
Kona, HI 96740
kculpepper@culpepperip.com

Joel Rothman
SRIPLAW, PLLC
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
Joel.rothman@sriplaw.com

*Counsel for Plaintiffs*