UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20862-BB

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

v.

1701 MANAGEMENT, LLC DBA
LIQUIDVPN, et al.,

    Defendants.

_____/

## GARNISHEES' ANSWER TO WRIT OF GARNISHMENT

Garnishees, MORGAN STANLEY & CO., LLC and MORGAN STANLEY INVESTMENT MANAGEMENT INC. (hereafter, "Garnishees"), by and through the undersigned representative, hereby answers the Writ of Garnishment served upon it and states as follows:

1. Garnishees were served with a Writ of Garnishment in the above-captioned matter on July 21, 2022, pertaining to the property of 1701 MANAGEMENT LLC d/b/a LIQUIDVPN, AUH20 LLC AND/OR CHARLES MUSZYNSKI a/k/a FREDERICK DOUGLAS (hereafter, "Debtors").

2. Between the time of service of the Writ of Garnishment on Garnishees and the filing of this Answer, Garnishees have not been indebted to the Debtor in any amount nor had possession or control of any tangible or intangible property of the Debtor. Between the time of service of the Writ of Garnishment on Garnishees and the filing of this Answer, Garnishees have not been indebted to the Debtors in any amount nor had possession or control of any tangible or intangible property of the Debtors except to the extent that maintenance of the following account(s) can be deemed possession or control of Debtors' tangible or intangible property:

CASE NO.: 1:21-cv-20862-BB

    a. An account, number XXX-XXX797-505 REG (closed), in the name of CHARLES A. MUSZYNSKI, with a current balance of $0;

    b. A trust/EBT account, number XXX-XXX405-216 AAA (closed), in the name of C. MUSZYNSKI. M. STAIMAN TRUSTEES WASTE PROFESSIONAL 401(K) PLAN U/A DTD 12/28/2004, with a current balance of $0;

    c. An account, number XXX-XXX758-360 (closed), in the name of WASTE PROFESSIONALS LLC, with a current balance of $0; and

    d. An account, number XXX-XXX504-360, in the name of WASTE PROFESSIONAL LLC, with a current balance of $0.

3. Garnishees do not know of any other person indebted to the Debtors or who may have any of the Debtor's property in its possession or control.

4. Garnishees, having fully answered, claim the fees allowed by law.

Dated: August 11, 2022

Respectfully submitted,

By: /s/ Jose I. Rojas
Jose I. Rojas
Florida Bar No. 331546
Email: jrojas@rojaslawfirm.com
Alexander F. Rojas
Florida Bar No. 124232
Email: arojas@rojaslawfirm.com
**ROJASLAW**
201 South Biscayne Blvd., 28th Floor
Miami, FL 33131
Tel.: (305) 446-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served via CM/ECF using the electronic notification system, which will send a notice of electronic filing to all parties of record, on this 11th day of August, 2022.

By: /s/ Alexander F. Rojas
Alexander F. Rojas