**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.:  1:21-cv-20862-BB**

MILLENNIUM FUNDING, INC., et al,

       Plaintiffs,

V

1701 MANAGEMENT, LLC DBA
LIQUIDVPN, et al,

       Defendants.
_____/

**ANSWER AND AFFIRMATIVE DEFENSES OF GARNISHEE**
**AND DEMAND TO JUDGMENT CREDITOR FOR**
**PAYMENT OF ATTORNEYS' FEES**

      Garnishee, Broward Shipyard, Inc. ("Garnishee") answers the Writ of Garnishment (the "Writ") served on it in the captioned matter as follows:

      1.    At the time of service of the Writ, plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ, at the time of this Answer, and at all points between such times, Garnishee was NOT INDEBTED to Judgment Debtors, 1701 Management, LLC d/b/a Liquidvpn, Auh20, LLC and/or Charles Muszynski a/k/a Frederick Douglas.

      2.    At the time of this Answer and at the time of the service of the Writ, and at all points between those times, Garnishee had on its premises the M/Y *Smiling Dog* which is a 1991 model 105-foot Chediek motor yacht registered in the Cayman Islands as Official Number 748072, including its engines, tackle, furniture,

furnishings, and appurtenances, including a 17-foot Boston Whaler tender (hereinafter "Yacht"). The Yacht is owned by a Cayman Islands company named Smiling Dog Ltd. Garnishee believes Smiling Dog Ltd. is owned and/or controlled by Judgment Debtor, Charles Muszynski. If this is correct, Mr. Muszynski is the beneficial owner of the Yacht. There was no other personal property belonging to the Judgment Debtors on the premises of Garnishee's facility at the time the Writ was served through the date Garnishee's Answer is filed with the Court.

3.     Garnishee does not know of any other persons indebted to Judgment Debtor(s) 1701 Management, LLC d/b/a Liquidvpn, Auh20, LLC, and/or Charles Muszynski a/k/a Frederick Douglas or who may have any of Judgment Debtors' property in their possession or control.

4.     Garnishee has been obligated to retain counsel in this matter and is required to pay its attorneys a reasonable fee, for which it is entitled to an award of fees as provided by Florida Statute § 77.28.

5.     These responses are based upon a search of the data contained in Garnishee's account information system. That system may not necessarily capture all relevant information concerning Judgment Debtors or accounts.

## AFFIRMATIVE DEFENSES

6.     As its First Affirmative Defense, Garnishee, Broward Shipyard, alleges it holds a higher ranking preferred maritime lien against M/Y *Smiling Dog* and that it is permitted to sue the Yacht *in rem* as a juristic person to foreclose its maritime lien. Title 46 U.S.C. § 31342; *Crimson Yachts v. Betty Lyn II Motor Yacht,*

603 F.3d 864 (11th Cir. 2010).  On January 16, 2020, the owner, Smiling Dog Ltd., contracted with Garnishee, Broward Shipyard, to obtain dockage and other services for the Yacht, including the 17-foot Boston Whaler tender.  Smiling Dog Ltd. failed to pay Garnishee, Broward Shipyard, for the *necessaries* that were provided to the Yacht.  On August 19, 2022, Garnishee, Broward Shipyard, filed an *in rem* admiralty action against the Yacht to foreclose its preferred maritime lien for *necessaries* under Title 46 U.S.C. § 31342.  Garnishee, Broward Shipyard's, *in rem* admiralty action is titled:  *Broward Shipyard, Inc. v. M/Y Smiling Dog, a 1991 model 105-foot Chediek motor yacht registered in the Cayman Islands as Official Number 748072, its engines, tackle, furniture, furnishings, and appurtenances, including a 17-foot Boston Whaler tender, in rem, and Smiling Dog Ltd., a Cayman Islands company, in personam,* Case Number 0:22-cv-61548-RKA, in the U.S. District Court for the Southern District of Florida.  On October 25, 2022, the U.S. Marshals Service served a Warrant of Arrest *In Rem* on the Yacht.  The Yacht is now under the jurisdiction of the District Court and Garnishee, Broward Shipyard, is proceeding to foreclose its maritime lien because it holds a higher priority lien and it is entitled to foreclose that lien directly against the Yacht as a juristic person. *Crimson Yachts v. Betty Lyn II Motor Yacht,* 603 F.3d 864 (11th Cir. 2010).

7.     As its Second Affirmative Defense, Garnishee, Broward Shipyard, alleges the Judgment Creditors filed a Motion to Intervene in Case Number 0:22-cv-61548-RKA and they have elected to have the issues concerning the Yacht resolved in the case pending before Judge Roy Altman.

WHEREFORE, the Garnishee, Broward Shipyard, Inc., demands payment from Judgment Creditor in the amount of $100.00 pursuant to Florida Statute § 77.28 forthwith for partial payment of its attorney's fee.  Payment shall be sent to Broward Shipyard, Inc., 750 NE 7th Avenue, Dania Beach, Florida 33004. Garnishee, Broward Shipyard, Inc., further prays for the entry of an Order dissolving the Writ herein, and for such other and further relief as this Court deems just and proper.

DATED:  November 1, 2022.

Respectfully submitted,

By: */s/ Farris J. Martin III*
 FARRIS J. MARTIN III
 Florida Bar No.: 879916
 JAMES W. STROUP
 Florida Bar No.: 842117
 STROUP & MARTIN, P.A.
 119 Southeast 12th Street
 Fort Lauderdale, Florida 33316
 Telephone:  (954) 462-8808
 Facsimile:  (954) 462-0278
 E-mail: jstroup@strouplaw.com
 E-mail: fmartin@strouplaw.com
 *Counsel for Garnishee, Broward Shipyard, Inc.*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with this Court's CM/ECF docketing system this 1st day of November, 2022, and that it is being served via CM/ECF on the counsel of record shown on the Service List below.  In addition, a copy of the foregoing was served

on Defendants 1701 MANAGEMENT LLC d/b/a LIQUIDVPN, AUH20- LLC, and

CHARLES MUSZYNSKI a/k/a FREDERICK DOUGLAS as follows at their last

known addresses:

Via First Class U.S. Mail:

| | |
|---|---|
| Stolberg Law LLC<br>Agent for 1701<br>Management LLC<br>151 Calle de San Francisco<br>Suite 201<br>San Juan, Puerto Rico  00901 | Southpac Trust Nevis Limited<br>Agent for AUH20 LLC<br>Hunkins Plaza, P.O. Box 681<br>Main Street, Charlestown<br>Nevis |
| Charles Muszynski<br>204 Rainbow Drive, #14166<br>Livingston, Texas  77399 | Charles Muszynski<br>204 Rainbow Drive, #14166<br>Livingston, Texas  77399 |

By:   */s/ Farris J. Martin III*

FARRIS J. MARTIN III
Florida Bar No.: 879916

## SERVICE LIST

| | |
|---|---|
| Kerry Culpepper, Esq.<br>Culpepper IP, LLLC<br>75-170 Hualalai Road<br>Suite B204<br>Kailua-Kona, Hawaii  96740<br>Telephone:  (808) 464-4047<br>Email:  kculpepper@culpepperip.com | Joel B. Rothman, Esq.<br>Layla Nguyen, Esq.<br>SRIPLAW<br>21301 Powerline Road<br>Suite 100<br>Boca Raton, Florida  33433<br>Telephone:  (561) 404-4350<br>Email:  joel.rothman@sriplaw.com<br>Email:  layla.nguyen@sriplaw.com |
| Richard Mockler III, Esq.<br>The Solomon Law Group, P.A.<br>1881 West Kennedy Boulevard<br>Tampa, Florida  33606<br>Telephone:  (813) 225-1818<br>Email:  richard@mocklerlaw.com | Gennifer Bridges Powell, Esq.<br>Burr & Forman LLP<br>200 South Orange Avenue<br>Suite 800<br>Orlando, Florida  32801<br>Telephone:  (407) 540-6601<br>Email:  gbridges@burr.com |

Douglas K. Gartenlaub, Esq.
Graham Clark Jones Builder, et al
P.O. Box 1690
Winter Park, Florida  32790
Telephone:  (407) 647-4455
Email:  dgartenlaub@burr.com

Oliver Alan Ruiz, Esq.
Jonathan Woodard, Esq.
W. John Eagan, Esq.
Malloy & Malloy, P.L.
2800 S.W. 3rd Avenue
Miami, Florida  33129
Telephone:  (305) 858-8000
Email:  oruiz@malloylaw.com
Email:  jwoodard@malloylaw.com
Email:  johneagan@malloylaw.com

Bobby A. Ghajar, Esq.
Cooley LLP
1333 2nd Street
Suite 400
Santa Monica, California  90401
Telephone:  (310) 883-6400
Email:  bghajar@cooley.com