UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.,

   Plaintiffs,

   vs.

1701 MANAGEMENT LLC, et al.,

   Defendants,

   and

GLO-JET INTERNATIONAL CORP, et al.

   Garnishees.

_____

**JOINT STIPULATION FOR ORDER SETTING PRIORITIES OF CLAIMS
ON VESSEL BETWEEN PLAINTIFFS AND GARNISHEE BROWARD SHIPYARD**

BROWARD SHIPYARD, INC. ("Garnishee") and MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION

DISTRIBUTION AND COLLECTIONS, LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC and 42 VENTURES, LLC ("Plaintiffs") have agreed to the following stipulations and move the Court to enter an Order regarding same.

**IT IS HEREBY STIPULATED** by Plaintiffs and Garnishee (collectively referred to as "Parties") as follows:

1. Garnishee has a maritime lien for necessaries against M/Y Smiling Dog ("Vessel") of $123,536.05.

2. Garnishee filed maritime Civil Action No. 0:22-cv-61548-RKA ("maritime action") against the Vessel in this Court that is currently pending before Judge Roy K. Altman.

3. Plaintiffs consent to the Court treating Garnishee's maritime lien for necessaries as a higher priority lien than Plaintiffs' Judgment.

4. Plaintiffs consent to the Court treating Garnishee's administrative priority claim for *custodia legis* of $998.85 per day beginning October 25, 2022 (date when the Marshal served the Warrant of Arrest on the Vessel) to the date the Vessel is released from arrest as higher priority than Judgment Creditors' Judgment.

5. Garnishee shall recover from the Vessel the amounts owed for *custodia legis* and the maritime *necessaries* lien first, and Plaintiffs may execute their judgment against any surplus that remains after Garnishee is paid in full for *custodia legis* and the maritime *necessaries* lien.

6. Garnishee may credit bid the amount owed for *custodia legis* and the maritime *necessaries* at the U.S. Marshals sale.

7. Judge Roy K. Altman in the maritime action shall hold surplus funds from the Vessel's sale, if any, so that Plaintiff's may execute their judgments against any surplus.

8. Plaintiffs will not interfere in Garnishee's foreclosure action against the Vessel in *Broward Shipyard, Inc. v. M/Y Smiling Dog*, Civ. No. 0:22-cv-61548-RKA in this Court so that it can proceed to judgment and arrange a Marshal's sale as quickly as possible.

9. Garnishee consents to Plaintiffs not being required to pay a share of the *custodia legis* expenses based on the stipulations contained herein.

The Parties shall submit a proposed Order by email which incorporates the Parties' stipulations.

Dated:  November 22, 2022

By:  /s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, Florida 33433
Telephone (561) 404.4350
Email:  joel.rothman@sriplaw.com

and

By:   /s/ *Kerry S. Culpepper*
KERRY S. CULPEPPER
*Pro hac vice app pending*
**CULPEPPER IP, LLLC**
75-170 Hualalai Road
Suite B204
Kailua-Kona, Hawaii  96740
Telephone:  (808) 464.4047
Email:  kculpepper@culpepperip.com

*Attorneys for Plaintiffs*

By:   /s/ *Farris J. Martin III*
FARRIS J. MARTIN III
Florida Bar No. 879916
JAMES W. STROUP
Florida Bar No. 842117
**STROUP & MARTIN, P.A.**
119 Southeast 12th Street
Fort Lauderdale, Florida 33316
Telephone: (954) 462-8808
E-mail: fmartin@strouplaw.com
E-mail: jstroup@strouplaw.com

*Attorneys for Garnishee Broward Shipyard, Inc.*

3

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on Nov. 22, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all those identified on the Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Electronic Filing

And on Defendants 1701 MANAGEMENT LLC d/b/a LIQUIDVPN, AUH2O LLC, and CHARLES MUSZYNSKI a/k/a FREDERICK DOUGLAS as follows at their last known addresses:

| Via First Class Mail | Via Airmail | Via First Class Mail |
|---|---|---|
| Stolberg Law LLC<br>Agent for 1701 MANAGEMENT LLC<br>151 Calle de San Francisco<br>Suite 201<br>San Juan, PR 00901 | Southpac Trust Nevis Limited,<br>Agent for AUH2O LLC<br>Hunkins Plaza, PO Box 681<br>Main Street, Charlestown<br>NEVIS | CHARLES MUSZYNSKI<br>204 Rainbow Drive, #10485<br>Livingston, TX 77399-2004<br><br>CHARLES MUSZYNSKI<br>241 Rainbow Dr., #14166<br>Livingston, TX 77399-2041 |

DATED: Nov. 22, 2022

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

CULPEPPER IP, LLLC

*/s/ Kerry S. Culpepper*

Kerry S. Culpepper
Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740