UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC. et al.,

    Plaintiffs,

vs.

1701 MANAGEMENT LLC et al.,

    Defendants.

---

## Form 1.977 - FACT INFORMATION SHEET
### (a) For Individuals

---

Full Legal Name: Charles Alexander Muszynski

Nicknames or Aliases: None

Residence Address: Fig Tree, #1, St. Kitts & Nevis, W.I.

Mailing Address (if different): P. O. Box 1423, Basseterre, St. Kitts, W.I.

Telephone Numbers: (Home) None

(Business) None

Name of Employer: None

Address of Employer: None

Position or Job Description: None

Rate of Pay: $_____ per _____. Average Paycheck: $ _____ per _____.

Average Commissions or Bonuses: $ _____ per _____

Commissions or bonuses are based on _____

1

Other Personal Income: $ _____ from  Trustee, determined upon approval of requests
(Explain details on the back of this sheet or an additional sheet if necessary.)

Social Security Number:  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                Birthdate:  28/12/1964
Driver's License Number:  7083304
Marital Status:   Single  (Divorced) Spouse's Name: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Spouse Related Portion*

Spouse's Address (if different): _____
Spouse's Social Security Number: _____ Birthdate: _____

Spouse's Employer: _____
Spouse's Average Paycheck or Income: $ _____ per _____
Other Family Income: $_____ per _____

(Explain details on back of this sheet or an additional sheet if necessary.)

Describe all other accounts or investments you may have, including stocks, mutual funds, savings bonds, or annuities, on the back of this sheet or on an additional sheet if necessary.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Names and Ages of All Your Children (and addresses if not living with you): Reached majority, adult Olivia Muszynki, 23 years of age, Current address unknown
Child Support or Alimony Paid: $ _____ per  No child support. Alimony not paid.
Names of Others You Live With:  None
Who is Head of Your Household?  _X_  You    Spouse    Other Person
Checking Account at: Bank of Nevis  Account #  230389
Savings Account at: _____  Account # _____

For Real Estate (land) You Own or Are Buying:
Address:  None
All Names on Title: _____
Mortgage Owed to: _____
Balance Owed: _____
Monthly Payment: $_____
(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of this sheet or an additional sheet if necessary. Also provide the same information on any other property you own or are buying.)

2

For All Motor Vehicles You Own or Are Buying:

Year/Make/Model: _None_____  Color: _____
Vehicle ID No.: _____ Tag No: _____ Mileage: _____

Names on Title: _____       Present Value: $ _____

Loan Owed to: _____
Balance on Loan: $ _____
Monthly Payment: $ _____
(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? _No_ If your answer is "yes," describe the property, market value, and sale price, and give the name and address of the person who received the property.

Does anyone owe you money? Amount Owed: $ _____
Name and Address of Person Owing Money: _____
Reason money is owed: _____

Please attach copies of the following:

a.   Your last pay stub.  _None_

b.   Your last 3 statements for each bank, savings, credit union, or other financial account.  _Access not possible without in person verification and purchase; not at location._

c.   Your motor vehicle registrations and titles.  _None_

d.   Any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.  _None_

e.   Your financial statements, loan applications, or lists of assets and liabilities submitted to any person or entity within the last 3 years.  _None_

f.   Your last 2 income tax returns filed.  _Not available, would have to get from US IRS_
                                          _Transcripts requested for 2018 and 2019_
                                          _No tax returns filed since 2019_

3

Pursuant to section 92.525, under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true to best of my knowledge and belief.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____
Judgment Debtor

STATE OF FLORIDA

COUNTY OF

Sworn to (or affirmed) and subscribed before me this ____ day of _____ (year) by (name of person making statement).

_____
Notary Public State of Florida

Personally known ____ OR Produced identification _____

Type of identification produced _____

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL ATTACHMENTS, TO THE PLAINTIFF'S JUDGMENT CREDITOR OR THE PLAINTIFF'S JUDGMENT CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS FORM WITH THE CLERK OF THE COURT.**

4