UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-20862-BLOOM/Otazo-Reyes**

MILLENNIUM FUNDING, INC.,
a Nevada corporation, *et al.*,
    Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a
LIQUIDVPN, a Puerto Rico limited
liability company, *et. al.*,

    Defendants.
_____/

**REPORT AND RECOMMENDATION RE D.E. 297**

THIS CAUSE came before the Court upon Plaintiffs MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, 2 BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC,

PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC and 42 VENTURES, LLC (collectively, "Plaintiffs") Motion for Order to Show Cause Why Default Judgment Should Not Be Granted Against Garnishees Glo-Jet International Corp and Glo-Jet International Holdings (Puerto Rico) LLC (collectively, "Garnishees") (hereafter, "Motion for Default Judgment") [D.E. 297]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 301]. The undersigned held a hearing on this matter on December 8, 2022 (hereafter, "Show Cause Hearing").

## FACTUAL BACKGROUND

On March 28, 2022, the Court granted Final Default Judgment and awarded a money judgment of $15,172,403.00 in favor of Plaintiffs and against Defendants 1701 Management, LLC ("1701"), Charles Muszynski ("Muszynski"), and AUH2O LLC ("AUH2O"). See Final Default Judgment [D.E. 213]. On August 19, 2022, Plaintiffs moved for the entry of writs of garnishment (hereafter, "Writs") against Garnishees for purposes of satisfying the Final Default Judgment, which writs were issued on August 19, 2022 [D.E. 259-261]. On October 26, 2022, Plaintiffs requested that default be entered against Garnishees for failing to appear, answer, or otherwise respond to the Writs [D.E. 291]. On October 27, 2022, a Clerk's Default was entered against Garnishees [D.E. 292]. On November 7, 2022, Plaintiffs filed their Motion for Default Judgment seeking final default judgment against Garnishees in the final judgment amount of $15,433,950.27 [D.E. 297].

The record reflects that Garnishees failed to respond to the Motion for Default Judgment. Moreover, in compliance with the Order Setting Show Cause Hearing [D.E. 302], Plaintiffs served

2

Garnishees with notice of the Show Cause Hearing on November 29, 2022, and December 6, 2022 [D.E. 303, 307]. However, Garnishees failed to appear at the Show Cause Hearing.

### RECOMMENDATION

Based on the foregoing procedural facts, the undersigned

**RESPECTFULLY RECOMMENDS** that Final Default Judgment be entered in favor of Plaintiffs and against Garnishees, in the form attached hereto as Exhibit A.

Plaintiffs shall serve a copy of this Report and Recommendation on Garnishees and shall file proof of service. Pursuant to Local Magistrate Judge Rule 4(b), the parties have **fourteen days** from the date of this Report and Recommendation to file written objections, if any, with the Honorable Beth Bloom, United States District Judge. Failure to timely file objections shall bar the parties from attacking on appeal the factual findings contained herein. See Resolution Tr. Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Further, "failure to object in accordance with the provisions of [28 U.S.C.] § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." See 11th Cir. R. 3-1 (I.O.P.- 3).

**RESPECTFULLY SUBMITTED** in Miami, Florida, this 12th day of December, 2022.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF or U.S. mail to:

United States District Judge Beth Bloom
Counsel of Record
GLO-JET INTERNATIONAL CORP 111
North Orange Avenue, Suite 800 Orlando, FL 32801

GLO-JET INTERNATIONAL HOLDINGS (PUERTO RICO) LLC
151 Calle De San Francisco San Juan PR 00901

Copies also furnished to Garnishees by Plaintiffs as instructed herein

# EXHIBIT A

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

vs.

1701 MANAGEMENT LLC, et al.,

Defendants, and

GLO-JET INTERNATIONAL CORP, et al.

    Garnishees.

---

### **FINAL DEFAULT JUDGMENT**

**THIS CAUSE** is before the Court upon the Motion of Plaintiffs for an Order to Show Cause why Final Default Judgment should not be entered against Garnishees GLO-JET INTERNATIONAL CORP. and GLO-JET INTERNATIONAL HOLDINGS (PUERTO RICO) LLC filed on November 7, 2022, and the show cause hearing held on December 8, 2022. For the reasons given in the Court's Report and Recommendation [D.E. ___], the Court enters a **FINAL JUDGMENT**, pursuant to Fla. Stat. §§77.06(1) and 77.081(2) (2022) and Rule 58 of the Federal Rules of Civil Procedure, in favor of Plaintiffs MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC,

MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC and 42 VENTURES, LLC ("Plaintiffs") and against Garnishees Glo-Jet International Corp and Glo-Jet International Holdings (Puerto Rico) LLC for the amount of Plaintiffs' claim of **$15,433,950.27**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of December, 2022.

     _____
     BETH BLOOM
     UNITED STATES DISTRICT JUDGE