# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.:  21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC. et al,

    Judgment Creditors/Plaintiffs,

vs.

1701 MANAGEMENT LLC et al,

    Judgment Debtors/Defendants.

---

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Case No.: 1:22-mc-00022

MILLENNIUM FUNDING, INC. et al,

    Judgment Creditors/Plaintiffs,

vs.

1701 MANAGEMENT LLC et al,

    Judgment Debtors/Defendants.

---

## AFFIDAVIT OF MICHAEL TINKIER

I, Michael Tinker, being first duly sworn, depose and say the following.

I am over the age of 18 years of age, a resident of New Mexico, authorized to serve legal process and New Mexico, and not a party to this action.  I am giving this affidavit under my own free will for the purpose of describing the successful serve of Writ of Garnishment on Garnishee WasteResources, LLC.

Plaintiffs' counsel sent a copy of the Writ of Garnishment [Doc. #327] and a subpoena to

WasteResources, LLC ("Legal Documents") on 12/12/2022 and instructed me to personally serve WasteResources, LLC agent Law 4 Small Business, P.C. of WasteResources, LLC at 320 Gold Ave SW, STE 620, Albuquerque, NM 87102 ("address").

I went to the address on December 13, 2022 at 2:00 pm local time and personally handed the legal documents to a Char Kochersberger – Director of Business Services.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

DATED: Albuquerque, NM, December 14, 2022.

Michael Tinker
7618 Santiago Rd. SW
Albuquerque, NM 87105

20-023DBa