UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20862-BB

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs/Judgment Creditors,

v.

1701 MANAGEMENT, LLC DBA
LIQUIDVPN, et al.,

    Defendants,

and,

GLO-JET INTERNATIONAL CORP, et al.

    Garnishees.

_____

**JOINT STIPULATED MOTION OF PLAINTIFFS/JUDGMENT CREDITORS AND GARNISHEE  PAYPAL, INC. FOR JUDGMENT**

Plaintiffs/Judgment Creditors MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO

1
**SRIPLAW**
California ◆ Georgia ◆ Florida ◆ Tennessee ◆ New York

PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC and 42 VENTURES, LLC ("Judgment Creditors") and Garnishee PAYPAL, Inc. ("PayPal") (Judgment Creditors and PayPal collectively: "Parties") submit their joint stipulated motion for judgment on the Writ of Garnishment "Writ") [Doc. #227] for this Court's approval and endorsement.

  WHEREAS on May 10, 2022, the Court issued the Writ [Doc. #227].

  WHEREAS on May 10, 2022, Richard Mockler, counsel for Judgment Debtor CHARLES MUSZYNSKI who is officer and sole owner for Judgment Debtors 1701 MANAGEMENT LLC and AUH2O LLC, was served a copy of the Writ by virtue of being on the serve list pursuant to Fla. Stat. §77.041(2).

  WHEREAS on May 11, 2022, the Writ was served on PayPal.

  WHEREAS on June 8, 2022, PayPal filed its Answer [Doc. #235] asserting that the account had a balance of $652.71 as of May 11, 2022.

  WHEREAS on June 13, 2022, Judgment Creditors served a copy of PayPal's Answer and notice of right to dissolve writ by ordinary mail on Judgment Debtors at their last known address pursuant to Fla. Stat. §77.055. *See* Certificate of Service [Doc. #239].

  WHEREAS on June 8, 2022, Judgment Creditors paid PayPal's counsel $100 for attorney fees, costs and expenses pursuant to Fla. Stat. §77.28.

  WHEREAS on December 14, 2022, Judgment Creditors filed a Reply [Doc. #330] objecting to PayPal's answer.

  WHEREAS Judgment Debtors have not filed a claim of exemption.

  WHEREAS no third parties have filed claims pursuant to Fla. Stat. §77.16.

  WHEREAS there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b).

  WHEREFORE the Parties request that the Court grant judgment for $652.71 against PayPal in favor of Judgment Creditors pursuant to Fla. Stat. §77.083 and Fed. R. Civ. P. 54 as in the proposed order.

Jan. 9, 2023

Respectfully submitted,

/**s**/ *Joel B. Rothman*   /s/ *Caleb S. Sugg*
JOEL B. ROTHMAN   Caleb S. Sugg

| | |
|---|---|
| Florida Bar No. 98220 | Florida Bar No. 1010882 |
| joel.rothman@sriplaw.com | **KUTAK ROCK LLP** |
| **SRIPLAW** | 234 East Millsap Road, Suite 200 |
| 21301 Powerline Road, Suite 100 | Fayetteville, Arkansas 72703-4099 |
| Boca Raton, FL 33433 | (479) 973-4200 |
| 561.404.4350 – Telephone | (479) 973-0007 Fax |
| 561.404.4353 – Facsimile | Caleb.Sugg@KutakRock.com |
| | *Attorneys for Garnishee, PayPal, Inc.* |

And

Kerry S. Culpepper
*Admitted pro hac vice*
**CULPEPPER IP, LLLC**
75-170 Hualalai Road
Suite B204
Kailua-Kona, HI  96740
808.464.4047 – Telephone
kculpepper@culpepperip.com

*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>Jan. 9, 2023</u>, a true and correct copy of the foregoing was served by the Court's CM/ECF System to all parties and/or counsel registered to receive such service, and on <u>Jan.9, 2023</u>, by the methods of service noted below, a true and correct copy of the foregoing was served on Defendants 1701 MANAGEMENT LLC d/b/a LIQUIDVPN and AUH2O LLC.

<u>Via First Class Mail</u>
Stolberg Law LLC
Agent for 1701 MANAGEMENT LLC
151 Calle de San Francisco
Suite 201
San Juan, PR 00901

<u>Via Airmail</u>
Southpac Trust Nevis Limited,
Agent for AUH2O LLC
Hunkins Plaza, PO Box 681
Main Street, Charlestown
NEVIS

DATED: Jan. 9, 2023

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

And

CULPEPPER IP, LLLC

*/s/ Kerry S. Culpepper*

Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740