UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20862-BB

MILLENNIUM FUNDING, INC., et al.,

   Plaintiffs,

v.

1701 MANAGEMENT, LLC DBA
LIQUIDVPN, et al.,

   Defendants,

and,

GLO-JET INTERNATIONAL CORP, et al.

   Garnishees.

_____

### PLAINTIFFS' MOTION TO STRIKE REPLY BRIEF [[DOC. #334] OF GARNISHEE GLO-JET

  Pursuant to L.R. 7.1(c), Plaintiffs/Judgment Creditors file their Motion to Strike Reply Brief [Doc. #334] of Garnishees GLO-JET INTERNATIONAL CORP ("Glo-Jet Corp") and GLO-JET INTERNATIONAL HOLDINGS (PUERTO RICO) LLC ("Glo-Jet LLC") (collectively: "Garnishees") and the brief's accompanying affidavits and exhibits. The new legal arguments and affidavits in Garnishees' Reply Brief – one of which contradicts factual assertions in Garnishees' opening brief – raise new issues beyond those raised by Judgment Creditors in their opposition. Accordingly, the Court should strike or disregard the Reply Brief.

**I. BRIEF FACTUAL BACKGROUND**

  1. On Dec. 14, 2022, Garnishees file the outstanding motion to set aside default, objection to the Report and Recommendation and belated answer to the Writs. *See* Doc. #331. Garnishees' opening motion did not include any affidavits.

  2. On Dec. 23, 2022, Judgment Creditors filed their opposition to Garnishees' Motion. *See* Doc. #333. The opposition included affidavits refuting the unverified factual assertions in

Garnishees' Motion.

3. On Jan. 9, 2023, Garnishees filed the Reply Brief [Doc. #344] that includes two affidavits and three exhibits.

## II.   LEGAL STANDARD

4. Pursuant to L.R. 7.1(c), a movant may serve a reply memorandum in further support of its motion, provided that such reply is "strictly limited to rebuttal of matters raised in the memorandum in opposition…".

5. "Arguments raised for the first time in a reply brief are not properly before a reviewing court." *Herring v. Sec'y, Dep't of Corr.*, 397 F.3d 1338, 1342 (11th Cir. 2005) (citation omitted).

6. "Bringing up new facts in a reply brief is also improper if no good reason exists for why the party could not have introduced the facts in its original motion." *Giglio Sub s.n.c. v. Carnival Corp.*, 2012 U.S. Dist. LEXIS 144140, at *7 (S.D. Fla. Sep. 25, 2012)

## III.   ANALYSIS

### A.   Garnishees had no good reason for not introducing the exhibits and factual assertions in the affidavits and exhibits raised for the first time in their opening brief.

7. Garnishees' opening brief [Doc. #331] was only 7 pages long and did not include *any* exhibits, affidavits or declarations. Judgment Creditors pointed out this lack of any evidence in their Opposition [Doc. #33]. In stark contrast to Garnishees' short opening brief, their reply brief [Doc. #344] is 14 pages long and includes a 7 page affidavit of Manuel Keesee, a 9 page affidavit of counsel for Garnishees and 3 exhibits. Garnishees do not even attempt to present a reason why they did not present these affidavits or exhibits in their opening brief. Garnishees have effectively ambushed Judgment Creditors by concealing their purported evidence until their reply brief. Accordingly, Judgment Creditors have had no opportunity to refute the factual allegations by pointing to other evidence or inconsistencies.[1] Garnishees' ambush tactic clearly runs afoul of L.R. 7.1(c).

### B.   Garnishees raise numerous legal arguments for the first time in their Reply Brief that they could have raised in their opening brief.

8. In addition to the new factual assertions, Garnishees now raise numerous new legal arguments such as suddenly relying on *Solaroll Shade & Shutter Corp. v. Bio-Energy Sys.*, 803

---

[1] Judgment Creditors will not attempt to file a sur-reply in disguise by discussing their arguments and evidence that refute the latest affidavit of Mr. Keesee.

F.2d 1130 (11th Cir. 1986).  *See* Reply Brief at ¶13.  *Solaroll* was decided and published over 26 years ago.  Garnishees could have raised this case in their opening brief so that Judgment Creditors would have had an opportunity to rebut it.  Accordingly, Garnishees failed to strictly limit their reply brief to rebuttal of matters raised in Judgment Creditors' opposition.

### IV.    CONCLUSION

9.    For the foregoing reasons, Plaintiffs respectfully request that the Court strike Garnishees' Reply Brief [Doc. #334], affidavits and exhibits or at least disregard them.

### V.    CERTIFICATE OF GOOD FAITH CONFERENCE

10.    Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the Judgment Creditors has made reasonable efforts to confer with the Garnishees regarding the relief sought herein.  Kerry Culpepper exchanged emails with Garnishees' counsel concerning this motion.  Garnishees' counsel stated that they are opposed to this Motion to Strike.

DATED:    Jan. 11, 2023            Respectfully submitted,

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

And

Kerry S. Culpepper
*Admitted pro hac vice*
**CULPEPPER IP, LLLC**
75-170 Hualalai Road
Suite B204
Kailua-Kona, HI  96740
808.464.4047 – Telephone
kculpepper@culpepperip.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>Jan. 10, 2023</u>, a true and correct copy of the foregoing was served by the Court's CM/ECF System to all parties and/or counsel registered to receive such service, and by email on to the parties and/or counsel and by the methods of service noted below, a true and correct copy of the foregoing was served on Defendants 1701 MANAGEMENT LLC d/b/a LIQUIDVPN and AUH2O LLC.

<u>Via First Class Mail</u>
Stolberg Law LLC
Agent for 1701 MANAGEMENT LLC
151 Calle de San Francisco
Suite 201
San Juan, PR 00901

<u>Via Airmail</u>
Southpac Trust Nevis Limited,
Agent for AUH2O LLC
Hunkins Plaza, PO Box 681
Main Street, Charlestown
NEVIS

DATED: Jan. 11, 2023

/**s**/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

And

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper

Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740