UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MILLENNIUM FUNDING, INC., ET AL.,

    Plaintiffs,

v.                                      CASE NO.: 1:21-CV-20862-BB

1701 MANAGEMENT LLC, DBA
LIQUIDVPN, et al.,

    Defendants,
_____/

### GARNISHEE TERRY LACY'S ANSWER TO THE WRIT OF GARNISHMENT [DE 320]

    Garnishee, Terry Lacy ("Mr. Lacy"), by and through his undersigned counsel, hereby submits his Answer to the Writ of Continuing Garnishment issued by this Court [DE 320], as follows:

    1.    At the time of service of this Writ of Garnishment, at the time of this Answer, and at all points between such times, Garnishee Mr. Lacy was NOT INDEBTED to Judgment Debtor(s) 1701 MANAGEMENT, LLC d/b/a LIQUIDVPN, AUH20, LLC, and/or CHARLES MUSZYNSKI a/k/a FREDERICK DOUGLAS.

    2.    At the time of service of this Writ of Garnishment, at the time of this Answer, and at all points between such times, Garnishee Mr. Lacy has had no other goods, money, chattels, effects, or other tangible or intangible personal property of Judgment Debtor(s) 1701 MANAGEMENT, LLC d/b/a LIQUIDVPN, AUH20, LLC, and/or CHARLES MUSZYNSKI a/k/a FREDERICK DOUGLAS in his possession, custody, or control.

    3.    Garnishee Mr. Lacy does not know of any other persons indebted to Judgment Debtor(s) 1701 MANAGEMENT, LLC d/b/a LIQUIDVPN, AUH20, LLC, and/or CHARLES

MUSZYNSKI a/k/a FREDERICK DOUGLAS or who may have any of Judgment Debtors' property in their possession, custody, or control.

4. Garnishee Mr. Lacy has been obligated to retain counsel in this matter and is required to pay his attorney a reasonable fee, for which he is entitled to an award or fees as provided by Florida Statute § 77.28. Therefore, Garnishee Mr. Lacy demands payment from Judgment Creditor(s) to "FordHarrison, LLP" in the amount of $100.00 pursuant to Florida Statute § 77.28 forthwith for partial payment of his attorney fee. Payment shall be sent to "c/o Viktoryia Johnson, Esquire, 401 E. Jackson Street, Suite 2500, Tampa, FL 33602," and should include the title of the action and its corresponding case number.

5. Garnishee Mr. Lacy further prays for the entry of an Order dissolving the Writ of Garnishment as to him, and for such other and further relief as this Court deems just and proper. Dated this 13th day of January, 2023.

        Respectfully submitted,

        **FORDHARRISON LLP**

        By: */s/ Viktoryia Johnson*
        Viktoryia Johnson
        Florida Bar No. 125545
        vjohnson@fordharrison.com
        mgomez-rosario@fordharrison.com

        401 E. Jackson Street, Suite 2500
        Tampa, Florida 33602
        Telephone: (813) 261-7800
        Facsimile: (813) 261-7899

        *Attorney for Garnishee Terry Lacy*

## CERTIFICATE OF SERVICE

**I HERBY CERTIFY** that on January 13, 2023, the foregoing document was electronically filed with the Clerk of Court using CM/ECF, which will electronically send a notice of electronic filing to the attorney of record for Plaintiff:

Kerry S. Culpepper
**CULPEPPER IP, LLLC**
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i  96740
kculpepper@culpepperip.com

*/s/ Viktoryia Johnson*
Attorney

WSACTIVELLP:13718069.1