UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.

    Plaintiffs,

vs.

1701 MANAGEMENT, LLC, a Puerto Rico limited liability company, et al.

    Defendants.

_____/

## MOTION TO WITHDRAW AS COUNSEL

Douglas K. Gartenlaub, Esquire and the law firm of Burr & Forman LLP ("Counsel") move to withdraw as counsel for Defendant, CHARLES MUSZYNSKI, individually ("Muszynski") under Local Rule 11.1(d)(3)(A) and in support of their motion, movants state as follows:

1. Counsel has not been paid in this matter.

2. Counsel and has been informed by Muszynski he is not in a financial position to pay Counsel for it's representation and asked Counsel to withdraw.

2. It is well settled that nonpayment of fees is a legitimate reason for granting an attorney's motion to withdraw. See *Want Ad Digest v. Display Adver.*, 2010 U.S. Dist. LEXIS 162361 (N.D.N.Y. April 9, 2010); *Century Jets Aviation, LLC v. Alchemist Jet Air, LLC*, No. 08 Civ. 9892, 2009 U.S. Dist. LEXIS 109375, 2009 WL 4035642, at *2 (S.D.N.Y. Nov. 23, 2009)

3. The undersigned has provided a copy of this Motion to Muszynski who has no objection to Counsel's withdrawal.

4. Pleadings and correspondence can be sent to Charles Muszynski, Post Office Box

1

1423, Basseterre, St Kitts W.I.

5. This Motion is filed in good faith and is not for the purposes of delay.

6. Counsel for Muszynski has consulted with Counsel for Plaintiff, Kerry Culpepper, as required by Local Rule 7.1(3) by e-mail and offered to to discuss any issues with regard to this motion on January 20, 2023 and again on January 23, 2023. Counsel for Plaintiff has stated that it opposed withdrawal until after "effectuation of a resolution of the issues of the Discovery hearing set for 1/25".

WHEREFORE, Douglas K. Gartenlaub, Esquire and Burr & Forman LLP respectfully request that this Honorable Court enter an Order allowing them to withdraw as counsel for Defendants, Charles Muszynski.

/s/ Douglas K. Gartenlaub
DOUGLAS K. GARTENLAUB, ESQUIRE
Florida Bar No.: 0010420
Email: dgartenlaub@burr.com
Secondary Email: lloving@burr.com
200 South Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
**ATTORNEYS FOR DEFENDANT,
CHARLES MUSZYNSKI, individually**

Full notice and disclosure is made with regard to this Motion to Withdraw As Counsel and I consent to the withdrawal of Douglas K. Gartenlaub and the law firm of Burr Forman LLP from this matter and relief from their responsibility in representation of me.

Charles Muszynski

2

50002561 v4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record and to **Charles Muszynski,** Post Office Box 1423, Basseterre, St Kitts W.I.

/s/ Douglas K. Gartenlaub
DOUGLAS K. GARTENLAUB, ESQUIRE