UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.
        Plaintiffs,

vs.

1701 MANAGEMENT, LLC, a Puerto Rico
limited liability company, et al.

        Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came to be heard upon the Motion to Withdraw filed by Defendant, Charles Muszynski.'s counsel, Douglas K. Gartenlaub, Esquire and the law firm of Burr Forman LLP, and the Court being fully advised in the premises, it is thereupon

ORDERED and ADJUDGED as follows:

1. The Motion to Withdraw as Counsel filed by Defendant's counsel is hereby **GRANTED**.

2. Defendant's counsel and the law Firm of Burr & Forman LLP is relieved of any further obligation in this matter.

3. All future pleadings shall be forwarded to Defendant, Charles Muszynski, Post Office Box 1423, Basseterre, St Kitts W.I. E-mail address : usfilefolder@protonmail.com.

DONE AND ORDERED in Chambers at Miami, Florida on this _____ day of January, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record

Charles Muszynski
Post Office Box 1423
Basseterre, St Kitts W.I.