UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-20862-BLOOM/Otazo-Reyes**

MILLENNIUM FUNDING, INC.,
a Nevada corporation, *et al.*,

    Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a
LIQUIDVPN, a Puerto Rico limited
liability company, *et al.*,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Plaintiffs' Motion for Order to Show Cause Hearing Why Judgment Debtors Should Not Be Held in Civil Contempt, ECF No. [295], filed on November 7, 2022 ("Motion"). The Motion was previously referred to the Honorable Alicia M. Otazo-Reyes for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [301]. On December 12, 2022, the Magistrate Judge issued a R&R recommending that the Motion be granted. ECF No. [322]. The R&R states that the parties shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. On December 27, 2022, Defendant Charles Muszynski filed Objections to Magistrate's Report and Recommendation. ECF No. [334]. Defendant Charles Muszynski was the only party to file Objections to the R&R and withdrew those Objections on January 20, 2023. *See* ECF No. [359]. As such, there are no remaining objections to the R&R.

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **GRANTED** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [322]**, is **ADOPTED**;

2. The Motion, **ECF No. [295]**, is **GRANTED**;

3. The Court finds Defendants 1701 Management, LLC, Charles Muszynski, and AUH20 LLC (collectively "Judgment Debtors") in civil contempt for the failure to fully comply with the Court's Order requiring them to submit completed Forms 1.977.

4. The Court imposes a fine of $500 per day upon each of the Judgment Debtors, respectively, until they purge themselves of the contempt.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 23, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:   Counsel of Record

1701 Management, LLC.
151 San Francisco Street
Suite 201
San Juan, PR 00901
PRO SE

AUH2O, LLC
c/o Southpac Trust Nevis Limited
P.O. Box 681 Main Street
Charlestown, Nevis