UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MILLENNIUM FUNDING, INC., et al.

PLAINTIFF(S)

CASE NUMBER
1:21−cv−20862−BB

v.

1701 MANAGEMENT, LLC., et al.,

DEFAULT BY CLERK F.R.Civ.P.55(a)

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**WasteResources LLC**

as of course, on the date January 24, 2023.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Esperanza Buchhorst−Rodriguez*
Deputy Clerk

cc:  Judge Beth Bloom
     Millennium Funding, Inc.

DEFAULT BY CLERK F.R.Civ.P.55(a)

CV−37 (10/01)