UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20862-BB

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

vs.

1701 MANAGEMENT LLC, et al.,

    Defendants,

    and

WasteResources, LLC,

    Garnishees.

_____

**AFFIDAVIT OF KERRY S. CULPEPPER**

I, KERRY S. CULPEPPER, declare and say:

1. I am an attorney duly licensed *pro hac vice* to practice before this Court, and I am counsel for Plaintiffs in the above-captioned matter. I make this affidavit, which is filed in support of Plaintiffs' Motion for Default Judgment, and I could and would testify competently to the matters set forth herein.

2. The same day as filing this action, I also filed an action in the Eastern District of Michigan against SMR HOSTING LLC and DAVID COX, the previous owners of the VPN Service LIQUIDVPN (4:21-cv-10490-SDD-RSW).

3. In the ED Michigan action, I served a subpoena on the domain register Namecheap for records for the owner of the domain LIQUIDVPN.COM. I have attached a true and correct copies of the records I received from Namecheap in response as Exhibit "2". The records show that under the false name Jamie Castro, Charles Muszynski accumulated numerous domains

including wasteresources.online and mailbox service for wasteresources.online.  As seen on the penultimate page, the payments were made by Muszynski.  Further, the IP address logs show that Muszynski logged into the Namecheap account from Daytona, Florida.

4.      On March 28, 2022, this Court granted Plaintiffs' motion for default judgment and awarded a money judgment of $15,172,403.00 in favor of Plaintiffs and against Defendants. Defendants 1701 Management, LLC dba LIQUIDVPN ("1701"), Muszynski, and AUH2O LLC, ("AUH2O").  *See* Doc. #213.

5.      The money judgment has not been appealed, is valid and unsatisfied.

6.      On June 13, 2022, I registered this judgment in the District of New Mexico in Case no. 3:22-mc-00022 because the evidence lead me to believe that Muszynski owned the New Mexico company WasteResources LLC.

7.      On December 12, 2022, this Court issued a Writ of Garnishment [Doc. #327] ("Writ") against WasteResources.

8.      The Writ [Doc. #327] in this case and a subpoena in the New Mexico case were served on Garnishee WasteResources on Dec. 13, 2022.  *See* Affidavit of Michael Tinker [Doc. #332].

9.      The deadline to respond to the subpoena was December 29, 2022. The deadline to respond to the Writ was January 3, 2023. WasteResources failed to respond to either.

10.     On Jan. 16, 2023, I sent a letter to WasteResources and counsels for Muszynski advising of Plaintiffs intent to file for entry of default in this action and a motion to compel compliance with the subpoena in the New Mexico action if they did not provide the Answer to the Writ and the response to the subpoena.   I received no reply to this letter.  I have attached a true and accurate copy of this letter as Exhibit "1".

11.     Indeed, the records from New Mexico secretary of state show that Muszynski had WasteResource's status changed to revoked less than three days after it was served with the Writ and the subpoena.

12.     On January 24, 2023, I filed a motion to compel WasteResources to respond to the subpoena in the New Mexico action. [22-mc-00022 Doc. #7].

13.     The time allowed for Garnishee to respond to the Writ has expired.

14.     Garnishee has not been granted an extension of time to respond to the Writ.

15.     Garnishee has failed to answer or otherwise respond to the Writ, or serve a copy of their Answer or other response upon Plaintiffs' attorneys of record.

16.     To enforce the judgment, I extensively studied Muszynski's credit card transactions. I have noticed that Muszynski's credit card statements show that he made regular payments to LAW 4 SMALL BUSINESS, P.C fees which is the agent for WasteResources using his credit card. Below is a true and accurate partial screenshot of one of his credit card statements.

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| | 7027495744 | | | |
| 12/24/19 | LAW 4 SMALL BUSINESS<br>1923 87102<br>LEGAL SERVICES | ALBUQUERQUE | NM | $40.00 |

17.     I obtained the deposition transcript from Muszynski's divorce in Orange County Circuit Court in which Muszynski's former business partner testified under oath that Muszynski receives income from WasteResources. The following is a true and accurate partial screenshot of that deposition.

```
17  BY MR. ODEN:
18      Q. Other than Waste Resources, are you aware of
19  any other income sources for Mr. Muszynski?
20      A. I'm not.
21      Q. Is it your understanding Waste Resources is
22  his sole means of employment right now?
23      A. I do not know.
24      Q. You said that he was gainfully employed, and
25  then you referenced Waste Resources, correct?
```

Accordingly, I believe Muszynski owns Garnishee WasteResources.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Date:   Jan. 27, 2023   Kailua-Kona, HI

CULPEPPER IP, LLLC

*/s/ Kerry S. Culpepper*

Kerry S. Culpepper
Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

4