**Exhibit "1"**



Culpepper IP

**CULPEPPER IP, LLLC**

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HAWAII 96740

KERRY S. CULPEPPER *

TEL: (808) 464-4047
FAX: (202) 204-5181

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

Jan. 16, 2023

Via First Class Mail
WasteResources, LLC
c/o Agent: Law 4 Small Business, P.C.
320 Gold Ave SW, STE 620,
Albuquerque, NM 87102
My Reference: 20-023DBa,

Via First Class Mail
Douglas K. Gartenlaub
200 South Orange Avenue,
Suite 800
Orlando, FL 32801

Via First Class Mail
Richard J. Mockler
MOCKLER LEINER LAW, P.A.
600 N. Willow Ave., Suite 101
Tampa, Florida 33606

*MILLENNIUM FUNDING, INC., et al. v. 1701 MANAGEMENT LLC, et al*, Case No. 21-cv-20862-BLOOM/Otazo-Reyes, S.D. Flo; Misc. Case No. 22-mc-22, D. N.M.

## NOTICE OF INTENT TO SEEK DEFAULT JUDGMENT AND FILE MOTION TO COMPEL AND SANCTIONS

Dear Sir or Madam,

 WasteResources, LLC was served with the Writ of Garnishment issued in the SD Flo action and the subpoena issued in the above D.N.M action on 12/13/2022. The subpoena had a response deadline of 12/29/2022. The Writ had a response deadline of January 3, 2023. I have received no response to the subpoena and the Answer to the writ had not been served on me or filed with the court in the SD Flo action.

 Accordingly, if I do not receive the Answer to the Writ and the response to the subpoena (without objections as the deadline has passed) by January 23, 2023, I will file for entry of default in the SD Flo action and file a motion to compel compliance in the subpoena and sanctions in accordance with the local rules in the D.N.M. miscellaneous action.

 I can be reached via email at kculpepper@culpepperip.com.

Sincerely,

Kerry S. Culpepper
kculpepper@culpepperip.com