**Exhibit "2"**



## User Info

| Username<br>User ID<br>Account Locked | First Name<br>Last Name<br>Email | Support Pin<br>Pin Expiry | Signup Date<br>Signup IP | Account Balance<br>Available Balance<br>Earned Amount | Organization<br>Street Address<br>City, State | Phone<br>Fax<br>Country, Zip | Latest Transaction<br>Latest Login<br>Login IP |
|---|---|---|---|---|---|---|---|
| hermiestiglitz<br>4604915<br>No | jamie<br>castro<br>jamiec@liquidvpn.com | Reset | 9/4/2018 11:22:10 AM<br>75.112.73.4 | 0.6500<br>0.6500<br>0.0000 | liquidvpn<br>151 calle san francisco<br>San Juan, PR | +1.4073833463<br>NA<br>US, 00902 | 8/5/2020 2:59:09 AM<br>3/22/2021 11:59:30 AM<br>142.196.19.132 |

Exported on Apr/02/2021



## Whois details for 4equity.co

**Registrant Contact**

| | | |
|---|---|---|
| First Name: Jamie | Last Name: Castro | Organization: |
| Street Address: 151 calle san francisco | Address 2: | Job Title: |
| City: san juan | State/Province, Zip/Postal Code: PR, 00902 | Country: United States |
| Email Address: jamiec@liquidvpn.com | Phone Number: +1 4073833463 | Fax Number: |

**Administrative Contact**

| | | |
|---|---|---|
| First Name: Jamie | Last Name: Castro | Organization: |
| Street Address: 151 calle san francisco | Address 2: | Job Title: |
| City: san juan | State/Province, Zip/Postal Code: PR, 00902 | Country: United States |
| Email Address: jamiec@liquidvpn.com | Phone Number: +1 4073833463 | Fax Number: |

**Technical Contact**

| | | |
|---|---|---|
| First Name: Jamie | Last Name: Castro | Organization: |
| Street Address: 151 calle san francisco | Address 2: | Job Title: |
| City: san juan | State/Province, Zip/Postal Code: PR, 00902 | Country: United States |
| Email Address: jamiec@liquidvpn.com | Phone Number: +1 4073833463 | Fax Number: |

**Billing Contact**

| | | |
|---|---|---|
| First Name: Jamie | Last Name: Castro | Organization: |
| Street Address: 151 calle san francisco | Address 2: | Job Title: |
| City: san juan | State/Province, Zip/Postal Code: PR, 00902 | Country: United States |
| Email Address: jamiec@liquidvpn.com | Phone Number: +1 4073833463 | Fax Number: |

Exported on Apr/02/2021

## Order List

| Order ID<br>User<br>Date | CC Order ID<br>Transaction ID | Amount<br>Type<br>Promotion Code | Items | | |
|---|---|---|---|---|---|
| 72134578<br>hermiestiglitz<br>3/28/2021 6:51:58 AM | ch_1IZwDoI2aKwfvOvndowz9vz6<br>ch_1IZwDoI2aKwfvOvndowz9vz6 | $32.26/ $32.26<br>CREDIT CARD<br>N/A | Type: renew<br>VPS Pulsar for 4equity.co (Mar 27 2021 - Apr 27 2021) | Years : 1<br>Qty: 1<br>Price: 11.88 | Successful: YES<br>;; |
| 71359621<br>hermiestiglitz<br>3/12/2021 5:39:51 AM | ch_1IU8PKI2aKwfvOvngfBG1tYc<br>ch_1IU8PKI2aKwfvOvngfBG1tYc | $40.26/ $40.26<br>CREDIT CARD<br>N/A | Type: renew<br>VPS Quasar for liquidvpn.com (Mar 11 2021 - Apr 11 2021) | Years : 1<br>Qty: 1<br>Price: 19.88 | Successful: YES<br>;; |
| 71067920<br>hermiestiglitz<br>3/6/2021 2:50:05 AM | 0ee9a7d2-ba62-41c4-9fb7-5f0f299a15b5<br>ch_1IRutjI2aKwfvOvnZHZK5hSy | $25.98/ $25.98<br>CREDIT CARD<br>N/A | Type: RENEW<br>RENEW wiserwaste.co | Years : 1<br>Qty: 1<br>Price: 25.98 | Successful: YES<br>Command completed successfully |
| | | | Type: RENEW<br>RENEW whoisguard-protect-one for wiserwaste.co | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES |
| 70758131<br>hermiestiglitz<br>2/28/2021 5:34:10 AM | ch_1IPmbEI2aKwfvOvnCR6XI1Vp<br>ch_1IPmbEI2aKwfvOvnCR6XI1Vp | $32.26/ $32.26<br>CREDIT CARD<br>N/A | Type: renew<br>VPS Pulsar for 4equity.co (Feb 27 2021 - Mar 27 2021) | Years : 1<br>Qty: 1<br>Price: 11.88 | Successful: YES<br>;; |
| 69831004<br>hermiestiglitz<br>2/8/2021 4:52:59 PM | 3eb97250-53b2-413a-9336-ec8c20792463<br>ch_1IIhfBI2aKwfvOvnaToVxKfi | $40.26/ $40.26<br>CREDIT CARD<br>N/A | Type: renew<br>VPS Quasar for liquidvpn.com (Feb 11 2021 - Mar 11 2021) | Month : 1<br>Qty: 1<br>Price: 19.88 | Successful: YES |
| 69387163<br>hermiestiglitz<br>1/31/2021 2:59:45 AM | 944c3134-a53b-469d-9717-2ce34c0ff8bb<br>ch_1IFaqRI2aKwfvOvnz7XAPRgt | $25.98/ $25.98<br>CREDIT CARD<br>N/A | Type: RENEW<br>RENEW wastewiser.co | Years : 1<br>Qty: 1<br>Price: 25.98 | Successful: YES<br>Command completed successfully |
| | | | Type: RENEW<br>RENEW whoisguard-protect-one for wastewiser.co | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES |
| 69324272<br>hermiestiglitz<br>1/29/2021 10:25:52 PM | 13886e40-a744-43ed-b24c-cd38e62c6361<br>ch_1IFA5qI2aKwfvOvnjLuNWUgX | $11.88/ $11.88<br>CREDIT CARD | Type: RENEW<br>RENEW ox-starter for legalshame.co | Years : 1<br>Qty: 1<br>Price: 11.88 | Successful: YES |
| 69232750<br>hermiestiglitz<br>1/28/2021 5:24:49 AM | ch_1IEXgBI2aKwfvOvnmo1SUQbi<br>ch_1IEXgBI2aKwfvOvnmo1SUQbi | $32.26/ $32.26<br>CREDIT CARD<br>N/A | Type: renew<br>VPS Pulsar for 4equity.co (Jan 27 2021 - Feb 27 2021) | Years : 1<br>Qty: 1<br>Price: 11.88 | Successful: YES<br>;; |
| 68615226<br>hermiestiglitz<br>1/15/2021 3:02:03 AM | 1c87a0f2-1abb-4dd4-8fee-b8cdb50b6d4e<br>ch_1I9nFtI2aKwfvOvnX6GmHmAJ | $46.88/ $46.88<br>CREDIT CARD<br>N/A | Type: RENEW<br>RENEW wiseguy.info | Years : 1<br>Qty: 1<br>Price: 16.98 | Successful: YES<br>Command completed successfully |
| | | | Type: RENEW<br>RENEW whoisguard-protect-one for wiseguy.info | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES |
| | | | Type: RENEW<br>RENEW wiseguy.rocks | Years : 1<br>Qty: 1<br>Price: 12.88 | Successful: YES<br>Command completed successfully |
| | | | Type: RENEW<br>RENEW whoisguard-protect-one for wiseguy.rocks | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES |
| | | | Type: RENEW<br>RENEW wiseguy.vip | Years : 1<br>Qty: 1<br>Price: 16.48 | Successful: YES<br>Command completed successfully |
| | | | Type: RENEW<br>RENEW whoisguard-protect-one for wiseguy.vip | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES |
| 68470678<br>hermiestiglitz<br>1/12/2021 5:49:58 AM | ch_1I8kRkI2aKwfvOvnul6gJG3s<br>ch_1I8kRkI2aKwfvOvnul6gJG3s | $42.26/ $42.26<br>CREDIT CARD<br>N/A | Type: renew<br>VPS Quasar for liquidvpn.com (Jan 11 2021 - Feb 11 2021) | Years : 1<br>Qty: 1<br>Price: 21.88 | Successful: YES<br>;; |
| 67222491<br>hermiestiglitz<br>12/14/2020 10:26:50 AM | 283f573c-3f57-4506-9fb5-8211ff17c9ba<br>ch_1HyIwmI2aKwfvOvnAX4YPDLc | $60.24/ $60.24<br>CREDIT CARD<br>N/A | Type: renew<br>VPS Pulsar for 4equity.co | Month : 1<br>Qty: 1<br>Price: 11.88 | Successful: YES |
| | | | Type: renew<br>Domain Renewal trustvpn.co | Years : 1<br>Qty: 1<br>Price: 25.98 | Successful: YES<br>; Old Expiry:12/17/2020 7:22:25 PM; New Expiry:12/17/2021 7:22:25 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 67135821<br>hermiestiglitz<br>12/12/2020 5:49:00 AM | ch_1HxVeoI2aKwfvOvnJwCyywOl<br>ch_1HxVeoI2aKwfvOvnJwCyywOl | $42.26/ $42.26<br>CREDIT CARD<br>N/A | Type: renew<br>VPS Quasar for liquidvpn.com (Dec 11 2020 - Jan 11 2021) | Years : 1<br>Qty: 1<br>Price: 19.88 | Successful: YES<br>;; |
| 66494526<br>hermiestiglitz<br>11/28/2020 5:05:36 AM | ch_1HsQJ9I2aKwfvOvnIwl3rXsX<br>ch_1HsQJ9I2aKwfvOvnIwl3rXsX | $34.26/ $34.26<br>CREDIT CARD<br>N/A | Type: renew<br>VPS Pulsar for 4equity.co (Nov 27 2020 - Dec 27 2020) | Years : 1<br>Qty: 1<br>Price: 11.88 | Successful: YES<br>;; |
| 66111150<br>hermiestiglitz<br>11/19/2020 2:15:48 AM | 3905ea5a-7159-43a2-9422-f9a463912b9d<br>ch_1Hp7MtI2aKwfvOvn9wnXr9aL | $25.98/ $25.98<br>CREDIT CARD<br>N/A | Type: RENEW<br>RENEW trusthubvpn.co | Years : 1<br>Qty: 1<br>Price: 25.98 | Successful: YES<br>Command completed successfully |
| | | | Type: RENEW<br>RENEW whoisguard-protect-one for trusthubvpn.co | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES |
| 65773161<br>hermiestiglitz<br>11/11/2020 10:38:12 PM | 69732f33-89b4-4d47-8ae9-90b5baaec030<br>ch_1HmWdSI2aKwfvOvnkcVY6nGj | $38.26/ $38.26<br>CREDIT CARD<br>N/A | Type: purchase<br>VPS Quasar for liquidvpn.com | Month : 1<br>Qty: 1<br>Price: 15.88 | Successful: YES<br>201:Successfully Queued For purchase. |
| 65773096<br>hermiestiglitz<br>11/11/2020 10:32:56 PM | 220a19ce-0aea-4b48-93d1-342872a7741d<br>ch_1HmWYMI2aKwfvOvnSuw88AuB | $38.26/ $0<br>CREDIT CARD<br>N/A | Type: purchase<br>VPS Quasar for liquidvpn.com | Month : 1<br>Qty: 1<br>Price: 15.88 | Successful: NO<br>Insufficient funds |
| 65773068<br>hermiestiglitz<br>11/11/2020 10:30:43 PM | a87ef6d3-98d3-4d33-9552-8c2cfff5de81<br>ch_1HmWWDI2aKwfvOvnCnohepxM | $38.26/ $0<br>CREDIT CARD<br>N/A | Type: purchase<br>VPS Quasar for liquidvpn.com | Month : 1<br>Qty: 1<br>Price: 15.88 | Successful: NO<br>Insufficient funds |
| 65772989<br>hermiestiglitz<br>11/11/2020 10:26:03 PM | 6d65968e-ca88-442e-86a5-a3ad4628eb97<br>ch_1HmWRhI2aKwfvOvnNDiZjpq6 | $38.26/ $0<br>CREDIT CARD<br>N/A | Type: purchase<br>VPS Quasar for liquidvpn.com | Month : 1<br>Qty: 1<br>Price: 15.88 | Successful: NO<br>Insufficient funds |
| 65772967<br>hermiestiglitz<br>11/11/2020 10:25:12 PM | fa458cc2-3e7e-490a-8ece-6c0c6973c311<br>ch_1HmWQsI2aKwfvOvnBRU4FLAj | $38.26/ $0<br>CREDIT CARD<br>N/A | Type: purchase<br>VPS Quasar for liquidvpn.com | Month : 1<br>Qty: 1<br>Price: 15.88 | Successful: NO<br>Invalid payment method details |
| 64891850<br>hermiestiglitz<br>10/28/2020 6:44:41 AM | ch_1HhC8xI2aKwfvOvnqCfv4QOb<br>ch_1HhC8xI2aKwfvOvnqCfv4QOb | $34.26/ $34.26<br>CREDIT CARD<br>N/A | Type: renew<br>VPS Pulsar for 4equity.co (Oct 27 2020 - Nov 27 2020) | Years : 1<br>Qty: 1<br>Price: 11.88 | Successful: YES<br>;; |
| 63326629<br>hermiestiglitz<br>10/1/2020 3:34:53 PM | 6e77cef5-065b-4b89-b93e-332dfa2d8fc3<br>ch_1HXXYFI2aKwfvOvnv6GeYQ5c | $42.26/ $42.26<br>CREDIT CARD<br>N/A | Type: renew<br>VPS Quasar for liquidvpn.com (Sep 28 2020 - Oct 28 2020) | Month : 1<br>Qty: 1<br>Price: 19.88 | Successful: YES |

| Order ID<br>User<br>Date | CC Order ID<br>Transaction ID | Amount<br>Type<br>Promotion Code | Items | | |
|---|---|---|---|---|---|
| 63326577<br>hermiestiglitz<br>10/1/2020 3:32:28 PM | 46cbfaaf-0967-4c31-8189-7d8ca28255a8<br>ch_1HXXVul2aKwfvOvnRTSREkas | $34.26/ $34.26<br>CREDIT CARD<br>N/A | Type: renew<br>VPS Pulsar for 4equity.co (Sep 27 2020 - Oct 27 2020) | Month : 1<br>Qty: 1<br>Price: 11.88 | Successful: YES |
| 63300743<br>hermiestiglitz<br>10/1/2020 8:39:24 AM | 0.0.0.0-ORDR:63300743TRAN:72340027<br>CODE-FUNDS | $34.26/ $0<br>FUNDS<br>N/A | Type: renew<br>VPS Pulsar for 4equity.co (Sep 27 2020 - Oct 27 2020) | Years : 1<br>Qty: 1<br>Price: 11.88 | Successful: NO<br>Insufficient funds and no valid creditcard for autorenewal. |
| 63175580<br>hermiestiglitz<br>9/29/2020 7:32:47 AM | 0.0.0.0-ORDR:63175580TRAN:72197873<br>CODE-FUNDS | $34.26/ $0<br>FUNDS<br>N/A | Type: renew<br>VPS Pulsar for 4equity.co (Sep 27 2020 - Oct 27 2020) | Years : 1<br>Qty: 1<br>Price: 11.88 | Successful: NO<br>Insufficient funds and no valid creditcard for autorenewal. |
| 63109313<br>hermiestiglitz<br>9/28/2020 6:55:01 AM | 0.0.0.0-ORDR:63109313TRAN:72121781<br>CODE-FUNDS | $34.26/ $0<br>FUNDS<br>N/A | Type: renew<br>VPS Pulsar for 4equity.co (Sep 27 2020 - Oct 27 2020) | Years : 1<br>Qty: 1<br>Price: 11.88 | Successful: NO<br>Insufficient funds and no valid creditcard for autorenewal. |
| 61312369<br>hermiestiglitz<br>8/26/2020 8:11:19 AM | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:70082023-1598429479.303<br>08S779987W583881P | $34.26/ $34.26<br>PAYPAL<br>N/A | Type: renew<br>VPS Pulsar for 4equity.co (Aug 27 2020 - Sep 27 2020) | Month : 1<br>Qty: 1<br>Price: 11.88 | Successful: YES |
| 61311984<br>hermiestiglitz<br>8/26/2020 8:06:30 AM | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:70081601-1598429190.386<br>04H27298JB564152S | $214.28/ $214.28<br>PAYPAL<br>N/A | Type: renew<br>Domain Renewal dumpmaster.co | Years : 1<br>Qty: 1<br>Price: 25.98 | Successful: YES<br>; Old Expiry:9/16/2020 12:16:55 PM; New Expiry:9/16/2021 12:16:55 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| | | | Type: renew<br>Domain Renewal dumpmaster.online | Years : 1<br>Qty: 1<br>Price: 19.88 | Successful: YES<br>; Old Expiry:9/16/2020 12:16:46 PM; New Expiry:9/16/2021 11:59:59 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| | | | Type: renew<br>Domain Renewal fourequity.co | Years : 1<br>Qty: 1<br>Price: 25.98 | Successful: YES<br>; Old Expiry:9/9/2020 8:03:45 PM; New Expiry:9/9/2021 8:03:45 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| | | | Type: renew<br>Domain Renewal 4equity.co | Years : 1<br>Qty: 1<br>Price: 25.98 | Successful: YES<br>; Old Expiry:9/9/2020 8:03:44 PM; New Expiry:9/9/2021 8:03:44 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| | | | Type: renew<br>Domain Renewal legalshame.site | Years : 1<br>Qty: 1<br>Price: 19.88 | Successful: YES<br>; Old Expiry:9/6/2020 7:42:11 PM; New Expiry:9/6/2021 11:59:59 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| | | | Type: renew<br>Domain Renewal legalshame.online | Years : 1<br>Qty: 1<br>Price: 19.88 | Successful: YES<br>; Old Expiry:9/6/2020 7:41:53 PM; New Expiry:9/6/2021 11:59:59 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| | | | Type: renew<br>Domain Renewal legalshame.co | Years : 1<br>Qty: 1<br>Price: 25.98 | Successful: YES<br>; Old Expiry:9/6/2020 7:41:51 PM; New Expiry:9/6/2021 7:41:51 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| | | | Type: renew<br>Domain Renewal privacyearth.website | Years : 1<br>Qty: 1<br>Price: 9.88 | Successful: YES<br>; Old Expiry:9/4/2020 11:59:59 PM; New Expiry:9/4/2021 11:59:59 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| | | | Type: renew<br>Domain Renewal privacyearth.site | Years : 1<br>Qty: 1<br>Price: 19.88 | Successful: YES<br>; Old Expiry:9/4/2020 11:59:59 PM; New Expiry:9/4/2021 11:59:59 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| | | | Type: renew<br>Domain Renewal privacyearth.host | Years : 1<br>Qty: 1<br>Price: 19.88 | Successful: YES<br>; Old Expiry:9/4/2020 11:59:59 PM; New Expiry:9/4/2021 11:59:59 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 61311679<br>hermiestiglitz<br>8/26/2020 8:04:06 AM | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:70081284-1598429046.3<br>54Y61753460495847 | $42.26/ $42.26<br>PAYPAL<br>N/A | Type: renew<br>VPS Quasar for liquidvpn.com (Aug 28 2020 - Sep 28 2020) | Month : 1<br>Qty: 1<br>Price: 19.88 | Successful: YES |
| 60204153<br>hermiestiglitz<br>8/5/2020 2:59:09 AM | NA-HERMIESTIGLITZ-NC-TRAN:68822849-1596596349.76<br>CODE-FUNDS | $13.16/ $13.16<br>FUNDS<br>N/A | Type: RENEW<br>RENEW privacyearth.com | Years : 1<br>Qty: 1<br>Price: 12.98 | Successful: YES<br>Command completed successfully |
| 59876224<br>hermiestiglitz<br>7/28/2020 1:41:23 PM | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:68439064-1595943683.156<br>5CR933719C9211816 | $2.94/ $2.94<br>PAYPAL<br>N/A | Type: purchase<br>Private - More Mailboxesfor wasteresources.online (Prorated) | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>200:Command completed successfully. |
| 59831498<br>hermiestiglitz<br>7/27/2020 1:46:40 PM | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:68385500-1595857599.673<br>9F914448FU0486738 | $15.16/ $15.16<br>PAYPAL<br>N/A | Type: renew<br>Domain Renewal barcorruption.net | Years : 1<br>Qty: 1<br>Price: 14.98 | Successful: YES<br>; Old Expiry:8/26/2020 12:08:42 PM; New Expiry:8/26/2021 12:08:42 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 59799456<br>hermiestiglitz<br>7/27/2020 1:46:30 PM | NA-HERMIESTIGLITZ-NC-TRAN:68348767-1595814389.720<br>CODE-FUNDS | $39.14/ $39.14<br>FUNDS<br>N/A | Type: RENEW<br>RENEW barcorruption.co | Years : 1<br>Qty: 1<br>Price: 25.98 | Successful: YES<br>Command completed successfully |
| | | | Type: RENEW<br>RENEW whoisguard-protect-one for barcorruption.co | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES |
| | | | Type: RENEW<br>RENEW barcorruption.com | Years : 1<br>Qty: 1<br>Price: 12.98 | Successful: YES<br>Command completed successfully |
| | | | Type: RENEW<br>RENEW whoisguard-protect-one for barcorruption.com | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES |

| Order ID<br>User<br>Date | CC Order ID<br>Transaction ID | Amount<br>Type<br>Promotion Code | Items | | |
|---|---|---|---|---|---|
| 59620246<br>hermiestiglitz<br>7/22/2020 8:30:22 AM | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:68132345-1595406621.750<br>33M14332K13304330 | $92.36/ $92.36<br>PAYPAL<br>N/A | Type: renew<br>VPS Quasar for liquidvpn.com | Month : 1<br>Qty: 1<br>Price: 19.88 | Successful: YES |
| | | | Type: renew<br>VPS Pulsar for 4equity.co (Jul 27 2020 - Aug 27 2020) | Month : 1<br>Qty: 1<br>Price: 11.88 | Successful: YES |
| | | | Type: renew<br>Private Email for wasteresources.online | Years : 1<br>Qty: 1<br>Price: 9.88 | Successful: YES<br>200:Command completed successfully. |
| 58323090<br>hermiestiglitz<br>6/19/2020 12:11:18 PM | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:66593183-1592568677.743<br>4D22215581953363M | $76.52/ $76.52<br>PAYPAL<br>N/A | Type: renew<br>VPS Quasar for liquidvpn.com | Month : 1<br>Qty: 1<br>Price: 19.88 | Successful: YES |
| | | | Type: renew<br>VPS Pulsar for 4equity.co | Month : 1<br>Qty: 1<br>Price: 11.88 | Successful: YES |
| 58322883<br>hermiestiglitz<br>6/19/2020 12:04:38 PM | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:66592901-1592568278.303<br>440739214P3242522 | $80.9/ $80.9<br>PAYPAL<br>N/A | Type: renew<br>Domain Renewal wasteresources.online | Years : 1<br>Qty: 1<br>Price: 19.88 | Successful: YES<br>; Old Expiry:7/16/2020 3:16:41 PM; New Expiry:7/16/2021 11:59:59 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| | | | Type: renew<br>Domain Renewal greedgonewild.co | Years : 1<br>Qty: 1<br>Price: 25.98 | Successful: YES<br>; Old Expiry:7/6/2020 7:45:59 PM; New Expiry:7/6/2021 7:45:59 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| | | | Type: renew<br>Domain Renewal greedgonewild.cc | Years : 1<br>Qty: 1<br>Price: 13.88 | Successful: YES<br>; Old Expiry:7/6/2020 7:45:59 PM; New Expiry:7/6/2021 7:45:59 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| | | | Type: renew<br>Domain Renewal greedgonewild.me | Years : 1<br>Qty: 1<br>Price: 20.98 | Successful: YES<br>; Old Expiry:7/6/2020 7:45:59 PM; New Expiry:7/6/2021 7:45:59 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 57830138<br>hermiestiglitz<br>6/6/2020 2:20:49 AM | 4742270c-3387-4081-8a47-27cddf22a11c<br>ch_1GqvOcl2aKwfvOvnwnOjDDYW | $60.84/ $0<br>CREDIT CARD<br>N/A | Type: RENEW<br>RENEW greedgonewild.cc | Years : 1<br>Qty: 1<br>Price: 13.88 | Successful: NO<br>Payment failed - Your card was declined. |
| | | | Type: RENEW<br>RENEW whoisguard-protect-one for greedgonewild.cc | Years : 1<br>Qty: 1<br>Price: 0 | Successful: NO<br>Payment failed - Your card was declined. |
| | | | Type: RENEW<br>RENEW greedgonewild.co | Years : 1<br>Qty: 1<br>Price: 25.98 | Successful: NO<br>Payment failed - Your card was declined. |
| | | | Type: RENEW<br>RENEW whoisguard-protect-one for greedgonewild.co | Years : 1<br>Qty: 1<br>Price: 0 | Successful: NO<br>Payment failed - Your card was declined. |
| | | | Type: RENEW<br>RENEW greedgonewild.me | Years : 1<br>Qty: 1<br>Price: 20.98 | Successful: NO<br>Payment failed - Your card was declined. |
| | | | Type: RENEW<br>RENEW whoisguard-protect-one for greedgonewild.me | Years : 1<br>Qty: 1<br>Price: 0 | Successful: NO<br>Payment failed - Your card was declined. |
| 57001052<br>hermiestiglitz<br>5/15/2020 2:47:37 PM | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:65020108-1589554056.673<br>41U62707194496327 | $42.26/ $42.26<br>PAYPAL<br>N/A | Type: renew<br>VPS Quasar for liquidvpn.com | Month : 1<br>Qty: 1<br>Price: 19.88 | Successful: YES |
| 57001026<br>hermiestiglitz<br>5/15/2020 2:46:09 PM | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:65020073-1589553968.837<br>7UG06119A72271808 | $34.26/ $34.26<br>PAYPAL<br>N/A | Type: renew<br>VPS Pulsar for 4equity.co | Month : 1<br>Qty: 1<br>Price: 11.88 | Successful: YES |
| 56345449<br>hermiestiglitz<br>4/29/2020 11:39:10 AM | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:64271716-1588160349.987<br>9171826834360321Y | $42.26/ $42.26<br>PAYPAL<br>N/A | Type: purchase<br>VPS Quasar for liquidvpn.com | Month : 1<br>Qty: 1<br>Price: 19.88 | Successful: YES<br>201:Successfully Queued For purchase. |
| 56309201<br>hermiestiglitz<br>4/28/2020 2:31:03 PM | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:64230402-1588084263.350<br>8K002929F94939230 | $34.26/ $34.26<br>PAYPAL<br>N/A | Type: purchase<br>VPS Pulsar for 4equity.co | Month : 1<br>Qty: 1<br>Price: 11.88 | Successful: YES<br>201:Successfully Queued For purchase. |
| 55781108<br>hermiestiglitz<br>4/15/2020 12:46:56 PM | 787a4239-72fb-4475-adfc-b7b367ca21f6<br>ch_1GYEO2I2aKwfvOvn6iFvz7XV | $2808/ $2808<br>CREDIT CARD<br>N/A | Type: purchase<br>Premium Domain wastewiser.com | Years : 1<br>Qty: 1<br>Price: 2808 | Successful: YES |
| 55371477<br>hermiestiglitz<br>4/5/2020 10:22:47 AM | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:63168231-1586082166.567<br>8BW04707KX953450P | $7.98/ $7.98<br>PAYPAL<br>N/A | Type: register<br>Domain Registration wiserwaste.co | Years : 1<br>Qty: 1<br>Price: 7.98 | Successful: YES<br>200:Command completed successfully |
| | | | Type: purchase<br>Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 54119444<br>hermiestiglitz<br>3/2/2020 12:57:15 PM | 75.112.73.4-HERMIESTIGLITZ-NC-TRAN:61762394-1583153834.740<br>0FM46651WC823232S | $8.48/ $8.48<br>PAYPAL<br>N/A | Type: register<br>Domain Registration wastewiser.co | Years : 1<br>Qty: 1<br>Price: 8.48 | Successful: YES<br>200:Command completed successfully |
| | | | Type: purchase<br>Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 54017682<br>hermiestiglitz<br>2/28/2020 4:24:13 PM | 181.136.126.206-HERMIESTIGLITZ-NC-TRAN:61645306-1582907053.83<br>43G98656CN432493H | $7.13/ $7.13<br>PAYPAL<br>N/A | Type: purchase<br>Universal Email for legalshame.co | Years : 1<br>Qty: 1<br>Price: 7.13 | Successful: YES<br>200:Command completed successfully. In the nearest 15 minutes email with subscription activation instructions will be sent to email address assigned to your Namecheap profile. |

namecheap

| Order ID<br>User<br>Date | CC Order ID<br>Transaction ID | Amount<br>Type<br>Promotion Code | Items | | |
|---|---|---|---|---|---|
| 53434424<br>hermiestiglitz<br>2/14/2020 4:45:29 AM | 75.112.73.4-HERMIESTIGLITZ-NC-TRAN:60992680-1581655528.580<br>0T431015CX388670J | $12.29/ $12.29<br>PAYPAL<br>N/A | Type: register<br>Domain Registration wiseguy.info | Years : 1<br>Qty: 1<br>Price: 3.88 | Successful: YES<br>200:Command completed successfully |
| | | | Type: purchase<br>Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| | | | Type: register<br>Domain Registration wiseguy.vip | Years : 1<br>Qty: 1<br>Price: 3.99 | Successful: YES<br>200:Command completed successfully |
| | | | Type: purchase<br>Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| | | | Type: register<br>Domain Registration wiseguy.rocks | Years : 1<br>Qty: 1<br>Price: 3.88 | Successful: YES<br>200:Command completed successfully |
| | | | Type: purchase<br>Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 51458005<br>hermiestiglitz<br>12/19/2019 2:32:18 PM | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:58783354-1576765937.620<br>4XA28078FJ821871K | $3.88/ $3.88<br>PAYPAL<br>N/A | Type: register<br>Domain Registration trusthubvpn.co | Years : 1<br>Qty: 1<br>Price: 3.88 | Successful: YES<br>200:Command completed successfully |
| | | | Type: purchase<br>Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 51388612<br>hermiestiglitz<br>12/17/2019 2:22:24 PM | 75.112.164.188-HERMIESTIGLITZ-NC-TRAN:58705411-1576592543.857<br>68Y303038G045451H | $3.88/ $3.88<br>PAYPAL<br>N/A | Type: register<br>Domain Registration trustvpn.co | Years : 1<br>Qty: 1<br>Price: 3.88 | Successful: YES<br>200:Command completed successfully |
| | | | Type: purchase<br>Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 48408911<br>hermiestiglitz<br>9/16/2019 8:16:45 AM | 75.112.164.188-HERMIESTIGLITZ-NC-TRAN:55375026-1568621804.890<br>8X680093C39258907 | $8.65/ $8.65<br>PAYPAL<br>N/A | Type: register<br>Domain Registration dumpmaster.co | Years : 1<br>Qty: 1<br>Price: 6.48 | Successful: YES<br>200:Command completed successfully |
| | | | Type: purchase<br>Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| | | | Type: register<br>Domain Registration dumpmaster.online | Years : 1<br>Qty: 1<br>Price: 1.99 | Successful: YES<br>200:Command completed successfully |
| | | | Type: purchase<br>Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 48203501<br>hermiestiglitz<br>9/9/2019 4:03:37 PM | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:55147285-1568045016.523<br>12851702WJ358940K | $12.96/ $12.96<br>PAYPAL<br>N/A | Type: register<br>Domain Registration 4equity.co | Years : 1<br>Qty: 1<br>Price: 6.48 | Successful: YES<br>200:Command completed successfully |
| | | | Type: purchase<br>Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| | | | Type: register<br>Domain Registration fourequity.co | Years : 1<br>Qty: 1<br>Price: 6.48 | Successful: YES<br>200:Command completed successfully |
| | | | Type: purchase<br>Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |

Exported on Apr/02/2021

## Transaction Review

| ID | Username<br>IP (Country) | CC Order ID<br>CC Transaction ID | Transaction Type<br>Payment Source | Amount | Status<br>Score | CC-L4(exp)<br>Country IP / Bill | Date (PST) | Order ID | Name on Card<br>Email | Balance Before<br>Balance After |
|---|---|---|---|---|---|---|---|---|---|---|
| 82988572 | hermiestiglitz<br>0.0.0.0 (N/A) | 005681bb-3e5d-46ef-9269-bf9b3febbb84<br>ch_1IZwDoI2aKwfvOvndowz9vz6 | PURCHASE<br>CREDITCARD | $32.26 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 3/28/2021<br>6:51:58 AM | 72134578 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 82039522 | hermiestiglitz<br>0.0.0.0 (N/A) | cef6ac8f-ab78-4232-aca7-4b99f2527ce3<br>ch_1IU8PKI2aKwfvOvngfBG1tYc | PURCHASE<br>CREDITCARD | $40.26 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 3/12/2021<br>5:39:51 AM | 71359621 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 81690908 | hermiestiglitz<br>127.0.0.1 (N/A) | 0ee9a7d2-ba62-41c4-9fb7-5f0f299a15b5<br>ch_1IRutjI2aKwfvOvnZHZK5hSy | PURCHASE<br>CREDITCARD | $25.98 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 3/6/2021 2:50:04 AM | 71067920 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 81297342 | hermiestiglitz<br>0.0.0.0 (N/A) | 97359192-535f-49e9-a569-4a999d3a78d7<br>ch_1IPmbEI2aKwfvOvnCR6XI1Vp | PURCHASE<br>CREDITCARD | $32.26 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 2/28/2021<br>5:34:10 AM | 70758131 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 80154144 | hermiestiglitz<br>142.196.19.132 (N/A) | 3eb97250-53b2-413a-9336-ec8c20792463<br>ch_1IIhfBI2aKwfvOvnaToVxKfi | PURCHASE<br>CREDITCARD | $40.26 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 2/8/2021 4:52:58 PM | 69831004 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 79589473 | hermiestiglitz<br>127.0.0.1 (N/A) | 944c3134-a53b-469d-9717-2ce34c0ff8bb<br>ch_1IFaqRI2aKwfvOvnz7XAPRgt | PURCHASE<br>CREDITCARD | $25.98 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 1/31/2021<br>2:59:45 AM | 69387163 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 79504681 | hermiestiglitz<br>192.168.1.10 (N/A) | 13886e40-a744-43ed-b24c-cd38e62c6361<br>ch_1IFA5qI2aKwfvOvnjLuNWUgX | PURCHASE<br>CREDITCARD | $11.88 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 1/29/2021<br>10:25:51 PM | 69324272 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 79383593 | hermiestiglitz<br>0.0.0.0 (N/A) | b65f1d2f-a36d-4864-9e0a-750873b93eba<br>ch_1IEXgBI2aKwfvOvnmo1SUQbi | PURCHASE<br>CREDITCARD | $32.26 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 1/28/2021<br>5:24:49 AM | 69232750 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 78651007 | hermiestiglitz<br>127.0.0.1 (N/A) | 1c87a0f2-1abb-4dd4-8fee-b8cdb50b6d4e<br>ch_1I9nFtI2aKwfvOvnX6GmHmAJ | PURCHASE<br>CREDITCARD | $46.88 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 1/15/2021<br>3:02:02 AM | 68615226 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 78480239 | hermiestiglitz<br>0.0.0.0 (N/A) | e05168be-887d-4f82-80d9-f5bbc1298fdd<br>ch_1I8kRkI2aKwfvOvnul6gJG3s | PURCHASE<br>CREDITCARD | $42.26 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 1/12/2021<br>5:49:58 AM | 68470678 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 76957044 | hermiestiglitz<br>142.196.19.132 (N/A) | 283f573c-3f57-4506-9fb5-8211ff17c9ba<br>ch_1HyIwmI2aKwfvOvnAX4YPDLc | PURCHASE<br>CREDITCARD | $60.24 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 12/14/2020<br>10:26:49 AM | 67222491 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 76848927 | hermiestiglitz<br>0.0.0.0 (N/A) | 9b694ba3-d326-4d0e-880c-f62a42961aed<br>ch_1HxVeoI2aKwfvOvn.JwCyywOI | PURCHASE<br>CREDITCARD | $42.26 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 12/12/2020<br>5:48:59 AM | 67135821 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 76053484 | hermiestiglitz<br>0.0.0.0 (N/A) | e1d2b83d-9b4a-4c78-8694-e16808fe6fa2<br>ch_1HsQJ9I2aKwfvOvnlwl3rXsX | PURCHASE<br>CREDITCARD | $34.26 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 11/28/2020<br>5:05:36 AM | 66494526 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 75575735 | hermiestiglitz<br>127.0.0.1 (N/A) | 3905ea5a-7159-43a2-9422-f9a463912b9d<br>ch_1Hp7MtI2aKwfvOvn9wnXr9aL | PURCHASE<br>CREDITCARD | $25.98 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 11/19/2020<br>2:15:48 AM | 66111150 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 75164805 | hermiestiglitz<br>99.65.253.73 (N/A) | 69732f33-89b4-4d47-8ae9-90b5baaec030<br>ch_1HmWdSI2aKwfvOvnkcVY6nGj | PURCHASE<br>CREDITCARD | $38.26 | APPROVED | ...1008(12/2024)<br>N/A / N/A | 11/11/2020<br>10:38:12 PM | 65773161 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 75164710 | hermiestiglitz<br>99.65.253.73 (N/A) | 220a19ce-0aea-4b48-93d1-342872a7741d<br>ch_1HmWYMI2aKwfvOvnSuw88AuB | PURCHASE<br>CREDITCARD | $38.26 | DECLINED | ...7725(7/2024)<br>N/A / N/A | 11/11/2020<br>10:32:55 PM | 65773096 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 75164671 | hermiestiglitz<br>99.65.253.73 (N/A) | a87ef6d3-98d3-4d33-9552-8c2cfff5de81<br>ch_1HmWWDI2aKwfvOvnCnohepxM | PURCHASE<br>CREDITCARD | $38.26 | DECLINED | ...7725(7/2024)<br>N/A / N/A | 11/11/2020<br>10:30:40 PM | 65773068 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 75164579 | hermiestiglitz<br>99.65.253.73 (N/A) | 6d65968e-ca88-442e-86a5-a3ad4628eb97<br>ch_1HmWRhI2aKwfvOvnNDiZjpq6 | PURCHASE<br>CREDITCARD | $38.26 | DECLINED | ...7725(7/2024)<br>N/A / N/A | 11/11/2020<br>10:26:02 PM | 65772989 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 75164555 | hermiestiglitz<br>99.65.253.73 (N/A) | fa458cc2-3e7e-490a-8ece-6c0c6973c311<br>ch_1HmWQsI2aKwfvOvnBRU4FLAj | PURCHASE<br>CREDITCARD | $38.26 | DECLINED | ...8368(6/2023)<br>N/A / N/A | 11/11/2020<br>10:25:12 PM | 65772967 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 74159610 | hermiestiglitz<br>0.0.0.0 (N/A) | df293494-da86-47b5-bae5-4f260a05f2d6<br>ch_1HhC8xI2aKwfvOvnqCfv4QOb | PURCHASE<br>CREDITCARD | $34.26 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 10/28/2020<br>6:44:41 AM | 64891850 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 72368718 | hermiestiglitz<br>23.127.226.166 (N/A) | 6e77cef5-065b-4b89-b93e-332dfa2d8fc3<br>ch_1HXXYFI2aKwfvOvnv6GeYQ5c | PURCHASE<br>CREDITCARD | $42.26 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 10/1/2020<br>3:34:52 PM | 63326629 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 72368641 | hermiestiglitz<br>23.127.226.166 (N/A) | 46cbfaaf-0967-4c31-8189-7d8ca28255a8<br>ch_1HXXVuI2aKwfvOvnRTSREkas | PURCHASE<br>CREDITCARD | $34.26 | APPROVED | ...7725(7/2024)<br>N/A / N/A | 10/1/2020<br>3:32:25 PM | 63326577 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 72340027 | hermiestiglitz<br>0.0.0.0 (N/A) | Payforinvoice | PURCHASE<br>FUNDS | $34.26 | FAILED | ...(N/A)<br>N/A / N/A | 10/1/2020<br>8:39:23 AM | 63300743 | N/A<br>N/A | $0.00<br>$0.00 |
| 72197873 | hermiestiglitz<br>0.0.0.0 (N/A) | Payforinvoice | PURCHASE<br>FUNDS | $34.26 | FAILED | ...(N/A)<br>N/A / N/A | 9/29/2020<br>7:32:46 AM | 63175580 | N/A<br>N/A | $0.00<br>$0.00 |
| 72121781 | hermiestiglitz<br>0.0.0.0 (N/A) | Payforinvoice | PURCHASE<br>FUNDS | $34.26 | FAILED | ...(N/A)<br>N/A / N/A | 9/28/2020<br>6:55:00 AM | 63109313 | N/A<br>N/A | $0.00<br>$0.00 |
| 70082023 | hermiestiglitz<br>142.197.104.123 (N/A) | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:70082023-1598429479.303<br>08S779987W583881P | PURCHASE<br>PAYPAL | $34.26 | COMPLETED | ...(N/A)<br>N/A / N/A | 8/26/2020<br>8:11:14 AM | 61312369 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 70081601 | hermiestiglitz<br>142.197.104.123 (N/A) | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:70081601-1598429190.386<br>04H27298JB564152S | PURCHASE<br>PAYPAL | $214.28 | COMPLETED | ...(N/A)<br>N/A / N/A | 8/26/2020<br>8:06:25 AM | 61311984 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 70081284 | hermiestiglitz<br>142.197.104.123 (N/A) | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:70081284-1598429046.3<br>54Y61753460495847 | PURCHASE<br>PAYPAL | $42.26 | COMPLETED | ...(N/A)<br>N/A / N/A | 8/26/2020<br>8:04:00 AM | 61311679 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 68822849 | hermiestiglitz<br>N/A (N/A) | NA-HERMIESTIGLITZ-NC-TRAN:68822849-1596596349.76 MANUAL | PURCHASE<br>FUNDS | $13.16 |  | ...FUND(N/A)<br>N/A / N/A | 8/5/2020 2:59:09 AM | 60204153 | N/A<br>N/A | $13.81<br>$0.65 |
| 68439064 | hermiestiglitz<br>142.197.104.123 (N/A) | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:68439064-1595943683.156<br>5CR933719C9211816 | PURCHASE<br>PAYPAL | $2.94 | COMPLETED | ...(N/A)<br>N/A / N/A | 7/28/2020<br>1:41:17 PM | 59876224 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 68385500 | hermiestiglitz<br>142.197.104.123 (N/A) | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:68385500-1595857599.673<br>9F914448FU0486738 | PURCHASE<br>PAYPAL | $15.16 | COMPLETED | ...(N/A)<br>N/A / N/A | 7/27/2020<br>1:46:32 PM | 59831498 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 68348767 | hermiestiglitz<br>N/A (N/A) | NA-HERMIESTIGLITZ-NC-TRAN:68348767-1595814389.720 MANUAL | PURCHASE<br>FUNDS | $39.14 |  | ...FUND(N/A)<br>N/A / N/A | 7/27/2020<br>1:46:29 AM | 59799456 | N/A<br>N/A | $52.95<br>$13.81 |
| 68132345 | hermiestiglitz<br>142.197.104.123 (N/A) | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:68132345-1595406621.750<br>33M14332K13304330 | PURCHASE<br>PAYPAL | $92.36 | COMPLETED | ...(N/A)<br>N/A / N/A | 7/22/2020<br>8:30:16 AM | 59620246 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 68132319 | hermiestiglitz<br>142.197.104.123 (N/A) | PAYPAL-ECHECKOUT<br>62X8734040644113G | DEPOSIT<br>PAYPAL | $50.00 | COMPLETED | ...(N/A)<br>N/A / N/A | 7/22/2020<br>8:29:16 AM | 0 | N/A<br>liquid@liquidvpn.com | $2.95<br>$52.95 |
| 66593183 | hermiestiglitz<br>142.197.104.123 (N/A) | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:66593183-1592568677.743<br>4D22215581958363M | PURCHASE<br>PAYPAL | $76.52 | COMPLETED | ...(N/A)<br>N/A / N/A | 6/19/2020<br>12:11:12 PM | 58323090 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 66592901 | hermiestiglitz<br>142.197.104.123 (N/A) | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:66592901-1592568278.303<br>440739214P3242522 | PURCHASE<br>PAYPAL | $80.90 | COMPLETED | ...(N/A)<br>N/A / N/A | 6/19/2020<br>12:04:32 PM | 58322883 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 66004824 | hermiestiglitz<br>127.0.0.1 (N/A) | 4742270c-3387-4081-8a47-27cddf22a11c<br>ch_1GqvOcI2aKwfvOvnwnOjDDYW | PURCHASE<br>CREDITCARD | $60.84 | DECLINED | ...8368(N/A)<br>N/A / N/A | 6/6/2020 2:20:48 AM | 57830138 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 65020108 | hermiestiglitz<br>142.197.104.123 (N/A) | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:65020108-1589554056.673<br>41U62707194496327 | PURCHASE<br>PAYPAL | $42.26 | COMPLETED | ...(N/A)<br>N/A / N/A | 5/15/2020<br>2:47:29 PM | 57001052 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 65020073 | hermiestiglitz<br>142.197.104.123 (N/A) | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:65020073-1589553968.837<br>7UG06119A72271808 | PURCHASE<br>PAYPAL | $34.26 | COMPLETED | ...(N/A)<br>N/A / N/A | 5/15/2020<br>2:46:02 PM | 57001026 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 64271716 | hermiestiglitz<br>142.197.104.123 (N/A) | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:64271716-1588160349.987<br>9171826834360321Y | PURCHASE<br>PAYPAL | $42.26 | COMPLETED | ...(N/A)<br>N/A / N/A | 4/29/2020<br>11:39:05 AM | 56345449 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 64230402 | hermiestiglitz<br>142.197.104.123 (N/A) | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:64230402-1588084263.350<br>8K002929F94939230 | PURCHASE<br>PAYPAL | $34.26 | COMPLETED | ...(N/A)<br>N/A / N/A | 4/28/2020<br>2:30:57 PM | 56309201 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 63764047 | hermiestiglitz<br>142.197.104.123 (N/A) | 787a4239-72fb-4475-adfc-b7b367ca21f6<br>ch_1GYEO2I2aKwfvOvn6iFvz7XV | REFUND<br>CREDITCARD | $2808.00 | REFUNDED | ...8368(N/A)<br>N/A / N/A | 4/18/2020<br>5:05:06 AM | 55781108 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |
| 63630018 | hermiestiglitz<br>142.197.104.123 (US) | 787a4239-72fb-4475-adfc-b7b367ca21f6<br>ch_1GYEO2I2aKwfvOvn6iFvz7XV | PURCHASE<br>CREDITCARD | $2808.00 | APPROVED | ...8368(06/2023)<br>US / US | 4/15/2020<br>12:46:53 PM | 55781108 | Charles Muszynski<br>N/A | $0.00<br>$0.00 |

| ID | Username<br>IP (Country) | CC Order ID<br>CC Transaction ID | Transaction Type<br>Payment Source | Amount | Status<br>Score | CC-L4(exp)<br>Country IP / Bill | Date (PST) | Order ID | Name on Card<br>Email | Balance Before<br>Balance After |
|---|---|---|---|---|---|---|---|---|---|---|
| 63168231 | hermiestiglitz<br>142.197.104.123 (N/A) | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:63168231-1586082166.567<br>8BW04707KX953450P | PURCHASE<br>PAYPAL | $7.98 | COMPLETED | ...(N/A)<br>N/A / N/A | 4/5/2020 10:22:41 AM | 55371477 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 61762394 | hermiestiglitz<br>75.112.73.4 (N/A) | 75.112.73.4-HERMIESTIGLITZ-NC-TRAN:61762394-1583153834.740<br>0FM46651WC823232S | PURCHASE<br>PAYPAL | $8.48 | COMPLETED | ...(N/A)<br>N/A / N/A | 3/2/2020 12:57:09 PM | 54119444 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 61645306 | hermiestiglitz<br>181.136.126.206 (N/A) | 181.136.126.206-HERMIESTIGLITZ-NC-TRAN:61645306-1582907053.83<br>43G98656CN432493H | PURCHASE<br>PAYPAL | $7.13 | COMPLETED | ...(N/A)<br>N/A / N/A | 2/28/2020 4:24:07 PM | 54017682 | N/A<br>tonypizzi@gmail.com | $0.00<br>$0.00 |
| 60992680 | hermiestiglitz<br>75.112.73.4 (N/A) | 75.112.73.4-HERMIESTIGLITZ-NC-TRAN:60992680-1581655528.580<br>0T431015CX388670J | PURCHASE<br>PAYPAL | $12.29 | COMPLETED | ...(N/A)<br>N/A / N/A | 2/14/2020 4:45:23 AM | 53434424 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 58783354 | hermiestiglitz<br>142.197.104.123 (N/A) | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:58783354-1576765937.620<br>4XA28078FJ821871K | PURCHASE<br>PAYPAL | $3.88 | COMPLETED | ...(N/A)<br>N/A / N/A | 12/19/2019 2:32:14 PM | 51458005 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 58705411 | hermiestiglitz<br>75.112.164.188 (N/A) | 75.112.164.188-HERMIESTIGLITZ-NC-TRAN:58705411-1576592543.857<br>68Y303038G045451H | PURCHASE<br>PAYPAL | $3.88 | COMPLETED | ...(N/A)<br>N/A / N/A | 12/17/2019 2:22:19 PM | 51388612 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 55375026 | hermiestiglitz<br>75.112.164.188 (N/A) | 75.112.164.188-HERMIESTIGLITZ-NC-TRAN:55375026-1568621804.890<br>8X680093C39258907 | PURCHASE<br>PAYPAL | $8.65 | COMPLETED | ...(N/A)<br>N/A / N/A | 9/16/2019 8:16:41 AM | 48408911 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |
| 55147285 | hermiestiglitz<br>142.197.104.123 (N/A) | 142.197.104.123-HERMIESTIGLITZ-NC-TRAN:55147285-1568045016.523<br>12851702WJ358940K | PURCHASE<br>PAYPAL | $12.96 | COMPLETED | ...(N/A)<br>N/A / N/A | 9/9/2019 4:03:33 PM | 48203501 | N/A<br>liquid@liquidvpn.com | $0.00<br>$0.00 |

Exported on Apr/02/2021