UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:  21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

vs.

1701 MANAGEMENT LLC, et al.,

    Defendants,

    and

GLO-JET INTERNATIONAL CORP, et al.

    Garnishees.

_____/

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Pursuant to Florida Statutes §77.081 and Fed R. Civ. P. 55(a), Plaintiffs by and through their counsel, hereby file this Motion for Entry of Clerk's Default against Garnishees Jan Dash, Grant Thornton and F.A. Hayek Irrev Settlement Trust (collectively "Garnishees") and in support thereof states as follows:

On Dec. 8, 2022, Writs of Garnishment [Doc. ##312-314] ("Writs") were issued against Jan Dash (of Grant Thornton) [Doc. #312]; Grant Thornton [Doc. #314]; and F.A. Hayek Irrev Settlement Trust [Doc. #313].

On Jan. 10, 2023, Carlos J. Martínez served the Writs and a subpoena on an individual authorized to accept service on behalf of Garnishees Jan Dash, Grant Thornton and F.A. Hayek Irrev. Settlement Trust.  *See* Aff. of Carlos J. Martínez [Doc. #378].

20-023DBa

Pursuant to Florida Statutes §77.04, Garnishees were required "…to serve an answer on the Plaintiff within 20 days after service of the writ…plus up to 1 business day for the garnishee to act expeditiously on the writ, or at any time between such times." More than 21 days have passed since Garnishees were served the Writ, but Garnishees have failed to serve an answer on Plaintiffs or file an answer with the court as required by law.

WHEREFORE, Plaintiffs respectfully request that the Clerk of this Court enter default against Garnishees Jan Dash, Grant Thornton and F.A. Hayek Irrev Settlement Trust pursuant to Florida Statutes §77.081(1) and Fed R. Civ. P. 55(a) and for such other and further relief as the Court may deem just and proper.

DATED: Feb. 10, 2023

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

And

CULPEPPER IP, LLLC

Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

20-023DBa

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies a true and correct copy of the foregoing was served by the Court's CM/ECF System to all parties and/or counsel registered to receive such service, and by email on to the parties and/or counsel and by the methods of service noted below that on Feb. 8, 2023 and by the methods of service noted below, a copy of the foregoing and was served on Garnishees Jan Dash, Grant Thornton and F.A. Hayek Irrev Settlement Trust at the following address:

Via First Class Mail
Grant Thornton
Jan Dash, Trustee for F.A. Hayek Irrev Settlement Trust
33 Calle Bolivia, Ste. 400
San Juan, Puerto Rico 00900

And on Defendants 1701 MANAGEMENT LLC d/b/a LIQUIDVPN and AUH2O LLC as follows at their last known addresses:

| Via First Class Mail | Via Airmail |
|---|---|
| Stolberg Law LLC | Barret Venture Holdings, LLC |
| Agent for 1701 MANAGEMENT LLC | The Providence House, |
| 151 Calle de San Francisco | Central Government Road |
| Suite 201 | Charlestown, Nevis |
| San Juan, PR 00901 | |

And on Defendant CHARLES MUSZYNSKI at following addresses on Feb. 10, 2023:

Via Airmail
CHARLES MUSZYNSKI
P.O. Box 1423
Basseterre, St Kitts W.I.

Via Email
usfilefolder@protonmail.com

DATED: Feb. 10, 2023

3

20-023DBa

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

And

CULPEPPER IP, LLLC

_____
Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

4

20-023DBa