UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC. et al,

    Plaintiffs,

vs.

1701 MANAGEMENT LLC et al,

    Defendants.

_____

**MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT**

Plaintiffs/Judgment Creditors MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC and 42

20-023DBa

VENTURES, LLC (all collectively "Plaintiffs"), by and through undersigned counsel, hereby makes application to the Clerk of the United States District Court to issue a Writ of Garnishment in the above-referenced case to:

(1) Southpac Trust Limited (Cook Islands); and

(2) Southpac Trust Nevis Limited;

attached hereto, to satisfy a judgment against the Defendants/Judgment Debtors 1701 MANAGEMENT LLC d/b/a LIQUIDVPN, AUH2O LLC AND CHARLES MUSZYNSKI a/k/a FREDERICK DOUGLAS (collectively, "LiquidVPN Defendants") for $15,172,403.00, $357,406.04 accrued interest computed at 1.21% per 28 U.S.C. §1963 from the date the date the action was filed on March 3, 2021, $12,070.00 accrued costs, plus costs and attorneys' fees per Plaintiffs forthcoming motion. The total amount of payments made by judgment debtor(s) on this judgment is $0. The balance of the judgment remains unsatisfied.  This application is being made pursuant to this Court's March 28, 2022 Order [Doc. #213] ("Final Default Judgment"), Fed. R. Civ. P. 69(a) and Chapters 77.01, 77.03, 77.04 of Florida Statutes.

**I.     APPLICABLE LAW**

Fed. R. Civ. P. 64(a) states that "The remedies available under this rule include…attachment…garnishment…and other corresponding or equivalent remedies."

Fed. R. Civ. P. 69(a)(1) states that "…The procedure on execution [of a writ of execution]…must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies".  Chapter 77 of the Florida Statutes provides the procedures for writs of garnishments.

Florida's long-arm statute provides that a court may exercise jurisdiction over a party engages in the acts of (1) engaging in business in this state or having an office in this state, (2)

committing a tortious act within this state, (3) owning property in this state." *See* Fla. Stat. § 48.193(1)(a).

In *Shim v. Buechel*, the Florida Supreme Court stated that a trial court may order a defendant over whom it has *in personam* jurisdiction to act on foreign property pursuant to § 56.29(6), Florida Statutes (2021) and expressed disapproval of *Sargeant v. Al-Saleh*. *See Shim v. Buechel*, 339 So. 3d 315, 317 (Fla. 2022).

## II.     ARGUMENT

### A.     Personal Jurisdiction over proposed Garnishees is appropriate.

Although Southpac Trust Limited (Cook Islands) and Southpac Trust Nevis Limited are foreign entities, according to Judgment Debtor Muszynski's affidavit in the parallel Nevis action (*see* Exhibit "1"), Southpac Trust Nevis Limited was a manager in AUH2O LLC at the time of the judgment. Further, Southpac Trust Limited (Cook Islands) is acting as the agent for Antilles Management, LLC ("Antilles") and received intellectual property from Garnishee Buhosabio LLC. As explained in the Judgment Creditors' Reply to the Answer of Buhosabio, Buhosabio is controlled by Judment Debtor Muszynski through at least Antilles. Morover, the assignments between Buhosabio and Antilles (with SouthPac Trust Limited as the agent) were prepared in Florida by Florida attorney Jason Daniel and filed with the USPTO by Jason Daniel from Florida. *See* Exhibits "2" and "3". Finally, Southpac Trust Limited aggressively promotes itself to US citizens as a tool for concealing assets from creditors including to residents of Florida. *See* https://www.southpactrust.com/. Accordingly, Southpac Trust Limited (Cook Islands) and Southpac Trust Nevis Limited are "engaging in, or carrying on a business or business venture in this state or having an office or agency in this state" per Fla. Stat. § 48.193(1)(a)(1).

Alternatively, jurisdiction is appropriate over Southpac Trust Limited (Cook Islands) and Southpac Trust Nevis Limited ("Southpac") per the Federal long-arm statute (Fed. R. Civ. P. 4(k)). Southpac is a foreign entity (Nevis and Cook Islands). Judgment Creditors' money judgment arises out of Federal copyright and trademark law. Southpac aggressively promotes itself on the website https://www.southpactrust.com/ to US citizens as a tool for concealing assets from creditors. Southpac's website domain is registered with the US domain registrar ENOM LLC (in Arizona). Southpac's website is hosted in California with the Nameserver CloudFlare. Moreover, as shown by the screenshot below from a search of Southpac at the USPTO assignment records (https://assignment.uspto.gov/patent/index.html#/patent/search/result?id=southpac&type=patAssigneeName), Southpac Trust is the nominal owner of numerous US patents and patent applications.

| Patent # | App Pub # | App # | Assignee |
|---|---|---|---|
| 5753147 | | 08752001 | INVERNESS FAMILY TRUST BY CUSTODIAL TRUSTEE, SOUTHPAC TRUST INTERNATIONAL, INC. |
| NONE | 20030064175 | 10202541 | SOUTHPAC TRUST INTERNATIONAL |
| 8905594 | 20140204590 | 14225546 | SOUTHPAC TRUST INTERNATIONAL INC, TRUSTEE OF LDH TRUST |
| NONE | 20140211484 | 14231819 | SOUTHPAC TRUST INTERNATIONAL INC, TRUSTEE OF LDH TRUST |
| 8534881 | 20130188362 | 13718013 | SOUTHPAC TRUST INTERNATIONAL INC, TRUSTEE OF THE LDH TRUST |
| 9039251 | 20150016108 | 14490188 | SOUTHPAC TRUST INTERNATIONAL INC, TRUSTEE OF THE LDH TRUST |
| 9316805 | 20150062913 | 14534431 | SOUTHPAC TRUST INTERNATIONAL INC, TRUSTEE OF THE LDH TRUST |
| NONE | 20020134014 | 09864387 | SOUTHPAC TRUST INTERNATIONAL INC. |
| NONE | 20040020117 | 10406588 | SOUTHPAC TRUST INTERNATIONAL INC. |
| 5775502 | | 08867431 | SOUTHPAC TRUST INTERNATIONAL INC. AS TRUSTEE |
| NONE | 20030190456 | 10378960 | SOUTHPAC TRUST INTERNATIONAL INC. NOT INDIVIDUALLY BUT AS TRUSTEE OF THE FAMILY TRUST U/T/A 12-08-1995. |
| NONE | 20030126835 | 09972499 | SOUTHPAC TRUST INTERNATIONAL INC. NOT INDIVIDUALLY, BUT AS TRUSTEE OF THE FAMILY TRUST U/T/A DATED DECEMBER 8, 1995 AUTHORIZED SIGNATORY, CHARLES A. CODDING |
| 5740655 | | 08864395 | SOUTHPAC TRUST INTERNATIONAL INC. NOT INDIVIDUALLY, BUT AS TRUSTEE OF THE FAMILY TRUST U/T/A DATED DECEMBER 8, 1995 CHARLES A CODDING |
| 5795281 | | 08680348 | SOUTHPAC TRUST INTERNATIONAL INC. NOT INDIVIDUALLY, BUT AS TRUSTEE OF THE FAMILY TRUST U/T/A DATED DECEMBER 8, 1995 CHARLES A. CODDING, AUTHORIZED SIGNATORY |
| NONE | 20030126835 | 09972499 | SOUTHPAC TRUST INTERNATIONAL INC. NOT INDIVIDUALLY, BUT AS TRUSTEE OF THE FAMILY TRUST U/T/A DATED DECEMBER 8,1995 AUTHORIZED SIGNATORY, CHARLES A. CODDING |
| 6438897 | 20020129548 | 09851171 | SOUTHPAC TRUST INTERNATIONAL INC. NOT INDIVIDUALLY, BUT AS TRUSTEE OF THE FAMILY TRUST U/T/A DEC. 8,1995 |

Further, Southpac Trust Limited (Cook Islands) and Southpac Trust Nevis Limited conduct business with at least Charles Muszynski through his alter ego AUH2O, LLC. This Court has already determined that personal jurisdiction over Muszynski is appropriate.

By applying for these Writs of Garnishments, Judgment Creditors emphasize that they are not conceding that these entities are legally distinct from Judgment Debtors. To be clear, Judgment Creditors reserve the right to seek to amend the judgment to also name Muszynski's alter egos.

**B.     Plaintiffs have complied with the procedures of Chapter 77 of the Florida Statutes.**

In the Final Default Judgment, the Plaintiffs were awarded a money judgment of $15,172,403.00 against the LiquidVPN Defendants which is still outstanding. Accordingly, Plaintiffs have a "…right to a writ of garnishment…" as provided by chapter 77.01.

Plaintiffs' motion states the amount of the judgment ($15,172,403.00) as required by chapter 77.03.

Plaintiffs have attached proposed Writs in the form required by chapter 77.04

**III.    CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that this Court grant this motion and issue the proposed writs of garnishment.

DATED: Feb. 13, 2023                    Respectfully submitted,


/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

And

Kerry S. Culpepper
*Admitted pro hac vice*
**CULPEPPER IP, LLLC**
75-170 Hualalai Road
Suite B204
Kailua-Kona, HI  96740
808.464.4047 – Telephone
kculpepper@culpepperip.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on Feb. 13, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all those identified on the Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Electronic Filing.

The undersigned hereby further certifies that on <u>Feb. 12, 2023</u> and by the methods of service noted below, a true and correct copy of the foregoing was served on Defendants 1701 MANAGEMENT LLC d/b/a LIQUIDVPN, AUH2O LLC, and CHARLES MUSZYNSKI a/k/a FREDERICK DOUGLAS.

| Via First Class Mail | Via Airmail | Via Airmail |
|---|---|---|
| Stolberg Law LLC  Agent for 1701 MANAGEMENT LLC  151 Calle de San Francisco  Suite 201  San Juan, PR 00901 | Barret Venture Holdings, LLC  Agent for AUH2O LLC  The Providence House,  Central Government Road  Charlestown, Nevis | CHARLES MUSZYNSKI  P.O. Box 1423  Basseterre, St Kitts W.I. |

DATED: Feb. 13, 2023

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

And

CULPEPPER IP, LLLC

_____
Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740