**Exhibit "1"**

**FILED**

HIGH COURT

**ST.CHRISTOPHER / NEVIS**

(NEVIS CIRCUIT)

**Submitted Date:02/02/2023 17:18**

**Filed Date:03/02/2023 08:30**

**Fees Paid:22.00**

IN THE EASTERN CARIBBEAN SUPREME COURT
FEDERATION OF SAINT CHRISTOPHER & NEVIS
IN THE HIGH COURT OF JUSTICE

NEVIS CIRCUIT
A.D. 2023

NEVHCV2022/0183
BETWEEN: -

MILLENNIUM FUNDING INC.
VOLTAGE HOLDINGS, LLC
AMBI DISTRIBUTION CORP
AFTER PRODUCTIONS, LLC
AFTER II MOVIE, LLC
MORGAN CREEK PRODUCTIONS, INC
BEDEVILED LLC
COLOSSAL MOVIE PRODUCTIONS, LLC
YAR PRODUCTIONS, INC.
FSMQ FILM, LLC
MILLENIUM IP, INC.
I AM WRATH PRODUCTIONS, INC
KILLING LINK DISTRIBUTION, LLC
BADHOUSE STUDIOS, LLC
LF2 PRODUCTIONS, INC
LHF PRODUCTIONS, INC
VENICE PI, LLC
RAMBO V PRODUCTIONS, INC
RUPTURE CAL, INC
MON, LLC
SF FILM, LLC
SPEED KILLS PRODCUTIONS, LLC
MILLENIUM SPVH, INC.
NIKOLA PRODUCTIONS, INC.
WONDER ONE, LLC
BODYGUARD PRODUCTIONS, INC.
OUTPOST PRODUCTIONS, INC
GLACIER FILMS 1, LLC
DEFINITION DELAWARE, LLC
HANNIBAL CLASSICS INC.
JUSTICE EVERYWHERE PRODUCTIONS LLC
STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC
PARADOX STUDIOS, LLC
DALLAS BUYERS CLUB, LLC
HITMAN TWO PRODUCTIONS, INC.
SCREEN MEDIA VENTURE, LLC
42 VENTURES LLC

Claimants/ Applicants

AND

AUH20 LLC
CHARLES MUSZYNSKI also known as FREDERICK DOUGLAS

Defendants/Respondents

ACCOUNT OF ASSETS OF AUH20 LLC

1

I, **CHARLES MUSZYNSKI** of Church Ground, in the Parish of St. John in the Island of Nevis, Manager of AUH20 LLC affirm and say as follows: -

1. I am the Deponent, and I am the Manager of the 1ˢᵗ Defendant in these proceedings.

2. Copies of the Register of Managers and Members of the 1ˢᵗ Defendant are exhibited herewith and marked "**CM 1**".

3. I confirm that there are no assets inside of Nevis, in the name of the 1ˢᵗ Defendant or not whether solely of jointly owned by the 1ˢᵗ Defendant: -

4. The following is an account for assets of the 1ˢᵗ Defendant:-

| Asset type | Location | details | value |
|---|---|---|---|
| Bank Account | NONE | N/A | N/A |
| Shares | 1701 Management LLC – Registered in Puerto Rico | Company not in good standing | 0 |

I hereby make this affidavit to the best of my belief and knowledge.

SWORN by the said    )

**CHARLES MUSZYNSKI**  )

This 2ⁿᵈ  day of February, 2023)

           **CHARLES MUSZYNSKI**

Before me: -

**2**

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**FEDERATION OF SAINT CHRISTOPHER & NEVIS**
**IN THE HIGH COURT OF JUSTICE**

**NEVIS CIRCUIT**
**A.D. 2023**

**NEVHCV2022/0183**
**BETWEEN: -**

**MILLENNIUM FUNDING INC.**
**VOLTAGE HOLDINGS, LLC**
**AMBI DISTRIBUTION CORP**
**AFTER PRODUCTIONS, LLC**
**AFTER II MOVIE, LLC**
**MORGAN CREEK PRODUCTIONS, INC**
**BEDEVILED LLC**
**COLOSSAL MOVIE PRODUCTIONS, LLC**
**YAR PRODUCTIONS, INC.**
**FSMQ FILM, LLC**
**MILLENIUM IP, INC.**
**I AM WRATH PRODUCTIONS, INC**
**KILLING LINK DISTRIBUTION, LLC**
**BADHOUSE STUDIOS, LLC**
**LF2 PRODUCTIONS, INC**
**LHF PRODUCTIONS, INC**
**VENICE PI, LLC**
**RAMBO V PRODUCTIONS, INC**
**RUPTURE CAL, INC**
**MON, LLC**
**SF FILM, LLC**
**SPEED KILLS PRODCUTIONS, LLC**
**MILLENIUM SPVH, INC.**
**NIKOLA PRODUCTIONS, INC.**
**WONDER ONE, LLC**
**BODYGUARD PRODUCTIONS, INC.**
**OUTPOST PRODUCTIONS, INC**
**GLACIER FILMS 1, LLC**
**DEFINITION DELAWARE, LLC**
**HANNIBAL CLASSICS INC.**
**JUSTICE EVERYWHERE PRODUCTIONS LLC**
**STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC**
**PARADOX STUDIOS, LLC**
**DALLAS BUYERS CLUB, LLC**
**HITMAN TWO PRODUCTIONS, INC.**
**SCREEN MEDIA VENTURE, LLC**
**42 VENTURES LLC**

**Claimants/ Applicants**

**AND**

**AUH20 LLC**
**CHARLES MUSZYNSKI also known as FREDERICK DOUGLAS**

**Defendants/Respondents**

**ACCOUNT OF ASSETS OF  AUH20 LLC**

**MERCHANT LEGAL CHAMBERS**
Attorney At Law for the Defendant

## Register of Managers

Page No. 1

**NAME OF COMPANY: AUH20, LLC. NO L-18590**

| Manager name: | **Charles Muszynski** |
|---|---|
| Residential address: | Charles Muszynski 151 Calle San Francisco, # 200 PR San Juan United States of America 00901 |
| Date of appointment: | August 17, 2017 |
| Nature and date of change: | |

Belva L. Nisbett, Notary Public
St. Christopher and Nevis
Appointment date: 27ᵗʰ May 1999
*This appointment is indefinite*

*Nisbetts*
BARRISTERS, SOLICITORS
& NOTARIES PUBLIC
P.O. BOX 617
CHARLESTOWN, NEVIS

4

## REGISTER OF MEMBERS
### OF

# AUH20, LLC

| Member's Name | Member's Address | Percentage Membership Interest | Appointed M/D/Y | Resigned M/D/Y |
|---|---|---|---|---|
| SOUTHPAC TRUST NEVIS LIMITED, as Trustee of F. A. Hayek Irrevocable Settlement | PO Box 681, Hunkins Plaza, Main Street, Charlestown, Nevis | 100% | 28/02/2020 | 13/06/2022 |
| Barrett Venture Holdings LLC, as Trustee of F. A. Hayek Irrevocable Settlement | The Provident House, Central Government Road, Charlestown, Nevis | 100% | 13/06/2022 | |

**Diana Claxton-Whittaker**
LLB (Hons) LEC CAMS
Authorised Signatory
Claxton Whittaker & Associates