UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

    vs.

1701 MANAGEMENT LLC, et al.,

    Defendants,

    and

TERRY LACY, et al.

    Garnishees.

_____

### AFFIDAVIT OF KERRY S. CULPEPPER

I, KERRY S. CULPEPPER, declare and say:

    1.    I am an attorney duly licensed *pro hac vice* to practice before this Court, and am lead counsel for Plaintiffs in the above-captioned matter. I make this affidavit, which is filed in support of Plaintiffs' Motion for leave to serve Garnishee by alternative means based upon my own personal knowledge, and I can and would testify competently to the matters set forth herein.

    2.    The money judgment in this case has not been appealed, is valid and unsatisfied.

    3.    I have viewed assignment records of the USPTO that show that on March 30, 2022, Florida attorney Jason Daniel filed a recordation of assignment of a patent application from Garnishee WasteResources LLC dba WasteWiser to Antilles Management, LLC ("Antilles") and included as an assignment a document purported to be signed on Sept. 25, 2020 by "Juan Carlos Stolberg" as representative of WasteWiser.

20-023DBa

4.	On Feb. 13, 2023, I went to the website https://southpac.co.ck/terms-and-conditions/.  The website states "Any disputes regarding the Customer's invoice must be raised in writing within 15 business days of date of the invoice to: accounts@southpactrust.com."  Below is a true and accurate partial screenshot.



5.	On Feb. 13, 2023, I went to the website https://www.southpactrust.com/ and clicked on terms and conditions.  I was redirected to https://southpacgroup.com/terms-and-conditions/.  Here the website states, "Any disputes regarding an Invoice must be raised in writing within 15 business days of date of the Invoice to: accounts@southpacgroup.com."  Below is a true and accurate partial screenshot.



6.	On Feb. 13, 2023, I used the website domaintools.com to ascertain information concerning the websites SOUTHPAC.CO.CK and SOUTHPACTRUST.COM.  Exhibits "1" and "2" are true and correct printouts of the results obtained.  I have used domaintools often and find it accurate and reliable.

20-023DBa

7.       As shown in Exhibit "2", Southpac Trust is using CloudFlare as the Domain Name System (DNS) server at a server in San Jose and eNom, LLC as the domain registrar for the website SOUTHPACTRUST.COM. An email address for contacting registrant is qsvjchkfl@whoisprivacyprotect.com.

8.       I have used the registered email provider RPost (https://rpost.com/) to serve foreign parties when granted authorization by Courts.  RPost provides a receipt when the e-mail is delivered to the recipient.  I have found RPost to be a very reliable tool.

9.       The Hague Conference on Private International Law provides a website with Hague Treaty documents and information.  I have used this website often and found its information reliable.  The website include a list of the member and contracting parties to the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.  *See* https://www.hcch.net/en/instruments/conventions/status-table/?cid=17.  I checked this list on Feb. 13, 2023 and confirmed that Cook Islands is not a member.

10.      On Feb. 13, 2023, I checked the US State Department's website and confirmed that Cook Island is not a member of any international agreement with the US.  *See* Travel.State.Gov U.S. DEPARTMENT of STATE — BUREAU of CONSULAR AFFAIRS, https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/cook-islands.html [accessed on Feb. 13, 2023] (Cook Islands not a party to the Hague Service Convention or Inter-American Convention).

11.      On Feb. 13, 2023, while researching cases for this motion, I came across the case of *Armed Forces Bank NA v. Dragoo*, No. CV-17-00786-PHX-ROS, 2018 U.S. Dist.

LEXIS 236349, at *3 (D. Ariz. May 23, 2018) where the District of Arizona granted Plaintiff permission to serve SouthPac Trust Limited by email and FedEx. I used pacer to pull the proof of service to determine where the Plaintiff mailed the pleadings. I have attached the relevant part of the proof of service as Exhibit "3". The address is "ANZ House PO Box 11 Avarua Rarotonga". This is consistent with an address I found for Southpac on the offshore leaks database (https://offshoreleaks.icij.org/nodes/44263) and also the addresses for Southpac in the Assignments between Garnishees in this case (WasteResources to Antilles).

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, February 13, 2023.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper

Kerry S. Culpepper
Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740