**Exhibit "1"**

Home >  Whois Lookup >  SouthPac.co.ck

## Whois Record for SouthPac.co.ck

**− Domain Profile**

| | |
|---|---|
| **Registrar Status** | taken |
| **Name Servers** | DOM.NS.CLOUDFLARE.COM (has 25,818,476 domains)<br>MOLLY.NS.CLOUDFLARE.COM (has 25,818,476 domains) |
| **Tech Contact** | — |
| **IP Address** | 104.21.22.101 - 757 other sites hosted on this server |
| **IP Location** | - California - San Jose - Cloudflare Inc. |
| **ASN** | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| **IP History** | 1 change on 1 unique IP addresses over 2 years |
| **Hosting History** | 2 changes on 3 unique name servers over 5 years |

**Whois Record ( last updated on 2023-02-13 )**

```
% NOTE: The registry for this domain name does not publish ownership
%       records (whois records) in the standard format.  This data
%       represents the most likely status of the domain based on
%       information provided by the Internet's domain name servers (DNS).

domain: southpac.co.ck
status: taken
nameserver: dom.ns.cloudflare.com
nameserver: molly.ns.cloudflare.com

% For more information, please visit http://www.vodafone.co.ck
```



**Tools**

| Hosting History |  |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |
| Visit Website | |

| ⬇ Preview the Full Domain Report |
|---|



  

  

View Screenshot History

**Available TLDs**

**General TLDs** | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| SouthPac.com | View Whois |
| SouthPac.net | View Whois |
| SouthPac.org | Buy Domain |
| SouthPac.info | View Whois |
| SouthPac.biz | View Whois |
| ~~SouthPac.us~~ | ~~Buy Domain~~ |

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information

© 2023 DomainTools