**Exhibit "3"**

**From:** Remus, Lisa
**Sent:** Tuesday, May 29, 2018 6:20 PM
**To:** Hirsch, Kyle
**Subject:** FW: FedEx Shipment 781135740654 Delivered

FYI – package to Southpac Trust.



LISA REMUS
Secretary
laremus@bclplaw.com
T: +1 602 364 7041

**From:** TrackingUpdates@fedex.com [mailto:TrackingUpdates@fedex.com]
**Sent:** Tuesday, May 29, 2018 6:17 PM
**To:** Remus, Lisa
**Subject:** FedEx Shipment 781135740654 Delivered



# Your package has been delivered
Tracking # 781135740654

Ship date:
Fri, 5/25/2018

KYLE S. HIRSCH
BRYAN CAVE LEIGHTON
PAISNER LLP
PHOENIX, AZ 85004
US


Delivered

Delivery date:
Tue, 5/29/2018 9:03 am

SOUTHPAC TRUST
INTERNATIONAL, INC
ATTN: CHARLES PETERO
ANZ HOUSE PO BOX 11
MAIRE NUI ROAD
AVATUA, RARATONGA,
CK

## Personalized Message
PSShip eMail Notification

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 781135740654 |
| Status: | Delivered: 05/29/2018 09:03 AM Signed for By: C.HARLES PETERO |
| Reference: | C027347/0235648/008648 |
| Signed for by: | C.HARLES PETERO |
| Delivery location: | AVATUA, RARATONGA, |
| Delivered to: | Receptionist/Front Desk |

2

| | |
|---|---|
| Service type: | FedEx International Priority |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 6/1/2018 by 5:00 pm |

## This tracking update has been requested by:

| | |
|---|---|
| Company name: | Bryan Cave Leighton Paisner LLP |
| Name: | Kyle S. Hirsch |
| Email: | kyle.hirsch@bryancave.com |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:16 PM CDT on 05/29/2018.

All weights are estimated

To track the latest status of your shipment, click on the tracking number above.

This tracking update has been sent to you by FedEx on behalf of the Requestor **kyle.hirsch@bryancave.com**. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.