UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:21-cv-20862-BB

MILLENNIUM FUNDING, INC., *et al.*,

    Plaintiffs,

v.

1701 MANAGEMENT, LLC DBA LIQUIDVPN, *et al.*,

    Defendants,

and,

TERRY LACY, *et al.*

    Garnishees.

_____

**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO SERVE GARNISHEE SOUTHPAC TRUST LIMITED BY ALTERNATIVE MEANS**

**THIS CAUSE** is before the Court upon the motion, ECF No. [_____], of Plaintiffs/Judgment Creditors MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS,

1

INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC and 42 VENTURES, LLC (all collectively "Plaintiffs") for an order granting leave to serve Garnishee Southpac Trust Limited by the alternative means of registered email and FedEx pursuant to Fed. R. Civ. P. 4(f)(3) and (h). The Court has considered the Motion, the record in the case and is otherwise fully advised.

The affidavit Plaintiffs submitted in support of their Motion shows that the proposed email addresses and physical address are reliable contact information for Garnishee Southpac Trust Limited and that the proposed alternative means (registered email and FedEx) are reasonably calculated, under all the circumstances, to apprise Garnishee of the pendency of the action and afford it an opportunity to respond to the writ of garnishment.

Accordingly, after due consideration, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion, **ECF No. [_____]**, is **GRANTED** as follows:

Plaintiffs may effectuate service of the Writ of Garnishment, ECF No. [407], the Preliminary Injunction, ECF No. [399] and other documents by sending to Garnishee Southpac Trust Limited via registered email to the following email addresses:

| Source | Email Address |
| --- | --- |
| Southpac Websites (*see* Aff. of Culpepper at ¶¶4-5). | accounts@southpactrust.com |
| Whois records for SOUTHPACTRUST.COM (see Exhibit "2") | qsvjchkfl@whoisprivacyprotect.com |

And via Fedex to the following address:

2

| Source | Email Address |
|---|---|
| *See* Trademark Assignment [Doc. #406-2] | Southpac Trust Limited P.O. Box 11, Southpac Chambers Rarotongo, Cook Islands |

Plaintiffs shall file a declaration of service of Garnishee Southpac Trust Limited after service is completed.

Plaintiffs may effectuate service of subsequent papers of Garnishee Southpac Trust Limited pursuant to Fed. R. Civ. P. 5(b).

**DONE AND ORDERED** in Miami, Florida, this ___ day of _____, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record *via* E-mail

3