UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20862-BB

MILLENNIUM FUNDING, INC., et al.,

   Plaintiffs,

vs.

1701 MANAGEMENT LLC, et al.,

   Defendants,

and

BUHOSABIO LLC, et al.

   Garnishees.

Hearing Date: March 1, 2023
Hearing Time: 1:30 PM ET
Judge: Honorable Alicia M. Otazo-Reyes

## UPDATE TO AGENDA FOR MARCH 1, 2023 HEARING

On Feb. 6, 2023, Plaintiffs noticed a hearing for Wednesday, March 1, 2023, at 1:30 p.m. ET before the Honorable Alicia M. Otazo-Reyes on a discovery dispute with third-party Andrew Keesee/Andy Keesee for failure to completely respond to Third-Party Subpoena. *See* Doc. #389.

On Feb. 6, 2023, Garnishee Buhosabio, LLC cross-noticed a hearing for same date on objections to Plaintiff's subpoena to third-parties Oriental Bank and Jason Daniel, Esq. *See* Doc. #387

On Feb. 13, 2023, Plaintiffs cross-noticed a hearing for the same date concerning Judgment Debtors failure to obey this Court's order of Jan. 25, 2023 (*see* Doc. #371) and requested that the hearing be converted into a Show Cause hearing. *See* Doc. #405.

Updates re Resolved Disputes

Plaintiff's dispute with Third-Party Andrew Keesee/Andy Keesee has been resolved.

1
**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

Garnishee Buhosabio, LLC dispute with Plaintiffs concerning Third-Party Oriental Bank has been rendered *moot* and resolved.

Garnishee Buhosabio, LLC dispute with Plaintiffs concerning Third-Party Jason Daniel, Esq. is being resolved. Jason Daniel will provide, if in his possession and if the documents exist: (1) the individual(s) that signed attorney-client agreement for registration of "wastewiser"; (2) non-privileged information for which the declaration that the trademark "wastewiser" was being used as early as 05/01/2019 and used in commerce as early as 04/30/2020 such as the email(s) from Buhosabio person indicating the date of first use and first use in commerce and/or the specimen evidencing use (Jason Daniel, Esq. may redact privileged communications from the email) ; and (3) information on owner of "wastewiser" at time of filing.

<u>Disputes that remain on the agenda.</u>

Plaintiffs dispute with the Judgment debtors and the Order to Show Cause hearing remain on the agenda.

Dated:  March 1, 2023                                Respectfully submitted,

*/s/Allan Amir Rivera Fernandez*  
ALLAN RIVERA FERNANDEZ  
FL Bar No. 1011093  
CAPITAL CENTER BLDG.  
SUITE 401  
239 ARTERIAL HOSTOS AVENUE  
HATO REY, PUERTO RICO 00918  
PHONE: (787) 763-1780  
FAX: (787) 763-2145  
E-MAIL: allan@capital.tax  
*Attorney for Garnishee Bushobio LLC and Third-Party* Andrew Keesee/Andy Keesee

/s/ *Joel B. Rothman*  
JOEL B. ROTHMAN  
Florida Bar No. 98220  
joel.rothman@sriplaw.com  
CRAIG A. WIRTH  
Florida Bar Number:  125322  
craig.wirth@sriplaw.com  
**SRIPLAW**  
21301 Powerline Road, Suite 100  
Boca Raton, FL 33433  
561.404.4350 – Telephone  
561.404.4353 – Facsimile  

and

Kerry S. Culpepper
*Admitted pro hac vice*
**CULPEPPER IP, LLLC**
75-170 Hualalai Road, Suite B204
Kailua-Kona, HI  96740
808.464.4047 – Telephone
kculpepper@culpepperip.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on Feb. 28, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all those identified on the Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Electronic Filing.

*s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
