UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC.,
a Nevada corporation, *et al.*,
    Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a
LIQUIDVPN, a Puerto Rico limited
liability company, *et. al.*,

    Defendants.
    _____/

**ORDER**

THIS CAUSE came before the Court upon:

- Plaintiffs/Judgment Creditors MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, 2 BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST

> PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC and 42 VENTURES, LLC's (collectively, "Plaintiffs") Notice of Hearing [D.E. 389];

> Garnishee Buhosabio, LLC's ("Buhosabio") Cross-Notice of Hearing [D.E. 387];

> Plaintiffs' Cross-Notice of Hearing and Request for Hearing to be Converted to Order to Show Cause Hearing ("Cross-Notice and Request for Show Cause Hearing") [D.E. 405]; and

> Plaintiffs' Update to Agenda for March 1, 2023 Hearing ("Plaintiffs' Update") [D.E. 421].

These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 89]. The undersigned held a hearing on these matters on March 1, 2023. Pursuant to Plaintiffs' Update [D.E. 421], Plaintiffs' Notice of Hearing [D.E. 389] and Buhosabio's Cross-Notice of Hearing [D.E. 387] were deemed as MOOT. As to Plaintiffs' Cross-Notice of Hearing and Request for Show Cause Hearing [D.E. 405], Plaintiffs' counsel was directed to address the relief sought therein by way of motion to ensure compliance with due process considerations.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of March, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Beth Bloom
    Counsel of Record

   Charles Muszynski
   PO Box 1423
   Basseterre, St Kitts & Nevis
   Email: usfilefolder@protonmail.com