UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC.,
a Nevada corporation, *et al.*,

    Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a
LIQUIDVPN, a Puerto Rico limited
liability company, *et al.*,

    Defendants.
_____/

## ORDER GRANTING FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiffs' Motion for an Order to Show Cause why Final Default Judgment should not be entered against Garnishee WasteResources, LLC ("WasteResources"), ECF No. [380], ("Motion") filed on January 30, 2023. The Court granted in part and denied in part Plaintiffs Motion, *see* ECF No. [415] and conducted an evidentiary hearing ("Hearing") on damages as to WasteResources, LLC on March 10, 2023.

Florida Statute § 77.081 provides that where a "garnishee fails to answer as required, a default shall be entered against him or her." Fla. St. § 77.081(1). "On the entry of judgment for Plaintiff, a final judgment shall be entered against the garnishee for the amount of plaintiff's claim with interest and costs." *Id*. § 77.081(2).

The Court entered a Default Judgment in favor of Plaintiffs and against Defendants on March 28, 2022, in which it awarded a money judgment of $15,172,403.00. ECF No. [213]. In an effort to satisfy that money judgment, Plaintiffs served a writ of garnishment on WasteResources. *See* ECF No. [332]. On January 24, 2023, a Clerk's Default was entered

against WasteResources. ECF No. [369]. Plaintiff thereafter filed the instant Motion. Pursuant to the Florida Supreme Court's holding in *BellSouth Advert. & Pub. Corp. v. Sec. Bank, N.A.*, the Court conducted a Hearing on damages before granting Final Default Judgment and entering a Final Default Judgment. *BellSouth*, 698 So. 2d 254, 256 (Fla. 1997) (Plaintiff "was required to give notice of trial on damages and to adduce proof of the amount of [judgment debtor's] money held by [garnishee].").

At the Hearing, WasteResources did not appear. Plaintiffs presented multiple exhibits demonstrating that WasteResources is an alter ego of Defendants which the Court accepted into evidence. *See* ECF Nos. [424-1]-[424-7], [425-1], [427-2]-[427-3]. Pursuant to the evidence presented and in accordance with Fla. St. § 77.081(2), the Court finds that Default Judgment in favor of Plaintiffs and against WasteResources is appropriate in the full amount of the unsatisfied Final Judgment against Defendants which is $15,172,403.00. The Court notes that Plaintiffs request that the Default Judgment be entered against WasteResources in the amount of $15,497,199.46, but Plaintiffs fail to set forth the basis for granting an amount greater than the Final Judgment against Defendants.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion for Default Judgment against WasteResources is **GRANTED in part and DENIED in part** consistent with this Order. Final Default Judgment will be entered by separate order.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 13, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record