UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC.,
a Nevada corporation, *et al.*,
      Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a
LIQUIDVPN, a Puerto Rico limited
liability company, *et. al.*,

      Defendants.
_____/

**ORDER SETTING CONTEMPT SHOW CAUSE HEARING**

THIS CAUSE came before the Court upon Plaintiffs MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, 2 BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC,

PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC and 42 VENTURES, LLC (collectively, "Plaintiffs") Motion for Order to Show Cause Why Default Judgment Debtors 1701 Management, LLC ("1701"), Charles Muszynski ("Muszynski"), and AUH20 LLC ("AUH20") (collectively, "Judgment Debtors") Should Not Be Held In Civil Contempt (hereafter, "Motion for Contempt") [D.E. 428]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 432].

On March 28, 2022, the Court granted Final Default Judgment in favor of Plaintiffs and awarded a money judgment of $15,172,403.00 in favor of Plaintiffs and against Defendants 1701 Management, LLC ("1701"), Charles Muszynski ("Muszynski"), and AUH2O LLC ("AUH2O"). See Final Default Judgment [D.E. 213].

On January 24, 2023, the Court found Judgement Debtors in civil contempt and ordered that a fine of $500/day be imposed upon each of them until they each purge themselves of the contempt by completing Forms 1.977. See Order [D.E. 368]. On January 25, 2023, the Court further ordered Judgment Debtors to respond without objections to Plaintiffs' Request for Production and serve responsive documents on Plaintiffs' counsel by February 4, 2023, and to provide a location and time for the in-person deposition of Muszynski. See Order [D.E. 371].

In the Motion, Plaintiffs inform the Court that Judgment Debtors have failed to: respond without objections to Plaintiffs' Request for Production; provide a location and time for the in-person deposition of Muszynski; submit completed Forms 1.977; and pay the $500 per day civil contempt fine.

Therefore, it is

ORDERED AND ADJUDGED as follows:

1. Judgment Debtors SHALL APPEAR via Zoom video conference before the undersigned on **Tuesday, April 11, 2023 at 2:30 P.M.** to show cause why they should not be held in contempt for their failure to comply with the foregoing Orders [D.E. 368, 371].

2. Corporate Judgment Debtors shall be represented by counsel at the show cause hearing. See Nyesa Costa Rica v. Wilson Cap. Grp. Holdings, LLC, No. 11-CV-22036, 2012 WL 1492344, at *3 (S.D. Fla. 2012) ("It is a well-established principle that 'a corporation cannot represent itself and must be represented by counsel.'") (internal citation omitted).

3. Instructions for the Zoom video conference will be emailed to counsel for Plaintiffs prior to the show cause hearing.

4. Plaintiffs shall serve a copy of this Order and the Court's instructions for the Zoom video conference on Judgment Debtors Muszynski, 1701, and AUH20 and shall file proof of such service before the hearing date.

DONE AND ORDERED in Chambers at Miami, Florida this 30th day of March 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies via CM/ECF to:

United States District Judge Beth Bloom
Counsel of Record
Garnishees served by Plaintiffs as instructed herein