UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

vs.

1701 MANAGEMENT LLC, et al.,

    Defendants,

_____/

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Pursuant to Florida Statutes §77.081 and Fed R. Civ. P. 55(a), Plaintiffs by and through their counsel, hereby file this Motion for Entry of Clerk's Default against Garnishees SouthPac Trust Limited and SouthPac Trust Nevis Limited and in support thereof states as follows:

On Feb. 13, 2023, the Writ of Garnishment [Doc. #407] ("Writ") was issued SouthPac Trust Limited.

On Feb. 13, 2023, the Writ of Garnishment [Doc. #408] ("Writ") was issued SouthPac Trust Nevis Limited.

On Feb. 16, 2023, Philroy Walters served the Writ [Doc. #408] and the Order [Doc. #399] on an individual authorized to accept service on behalf of Garnishee SouthPac Trust Nevis Limited. *See* Aff. of Philroy Walters [Doc. #433].

On March 3, 2023, using the registered email provider Rpost, Kerry Culpepper sent by email the Writ [Doc. #407] and the Order [Doc. #399] to Garnishee SouthPac Trust Limited. *See* Decl. of Culpepper [Doc. #437-1]; Ex. "C" [Doc. #437-4].

20-023DBa

On March 8, 2023, FedEx delivered the Writ [Doc. #407] and the Order [Doc. #399] to Garnishee SouthPac Trust Limited. *See* Decl. of Culpepper [Doc. #437-1]; Ex. "A" [Doc. #437-2]; Ex. "B" [Doc. #437-3].

Garnishee SouthPac Trust Limited was served in accordance with the Order [Doc. #417] granting Plaintiffs leave to serve by alternative means.

Pursuant to Florida Statutes §77.04, Garnishees were required "…to serve an answer on the Plaintiff within 20 days after service of the writ…plus up to 1 business day for the garnishee to act expeditiously on the writ, or at any time between such times." More than 21 days have passed since Garnishees SouthPac Trust Limited and SouthPac Trust Nevis Limited were served the Writs, but Garnishees have failed to serve an answer on Plaintiffs or file an answer with the court as required by law.

WHEREFORE, Plaintiffs respectfully request that the Clerk of this Court enter default against Garnishees SouthPac Trust Limited and SouthPac Trust Nevis Limited pursuant to Florida Statutes §77.081(1) and Fed R. Civ. P. 55(a) and for such other and further relief as the Court may deem just and proper.

DATED: Mar. 30, 2023

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

And

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and correct copy of the foregoing was served by the Court's CM/ECF System to all parties and/or counsel registered to receive such service, and by email on to the parties and/or counsel and by the methods of service noted below that on Mar. 30, 2023 and by the methods of service noted below, a copy of the foregoing and was served on Garnishees at the following addresses:

Via Air Mail
Southpac Trust Nevis Limited,
Hunkins Plaza, PO Box 681
Main Street, Charlestown
NEVIS

Via Air Mail
Southpac Trust Limited
PO Box 11, Southpac Chambers
Rarotongo, Cook Islands
68220514

And on Defendants 1701 MANAGEMENT LLC d/b/a LIQUIDVPN and AUH2O LLC as follows at their last known addresses:

Via First Class Mail
Stolberg Law LLC
Agent for 1701 MANAGEMENT LLC
151 Calle de San Francisco
Suite 201
San Juan, PR 00901

Via Airmail
Barret Venture Holdings, LLC
Agent for AUH2O LLC
The Providence House,
Central Government Road
Charlestown, Nevis

Via Airmail
CHARLES MUSZYNSKI
Post Office Box 1423,
Basseterre, St. Kitts & Nevis

Via E-mail
usfilefolder@protonmail.com

DATED: Mar. 30, 2023

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone

        561.404.4353 – Facsimile

And

CULPEPPER IP, LLLC

_/s/ Kerry S. Culpepper_
Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740