# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

MILLENNIUM FUNDING, INC., et al.

PLAINTIFF(S)

v.

1701 MANAGEMENT, LLC., et al.,

DEFENDANT(S).

CASE NUMBER
1:21−cv−20862−BB

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**SouthPac Trust Limited**
**SouthPac Trust Nevis Limited**

as of course, on the date March 31, 2023.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Esperanza Buchhorst−Rodriguez*
Deputy Clerk

cc:  Judge Beth Bloom
     Millennium Funding, Inc.

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)