# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

Case No.:  21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., *et al.*

     Plaintiffs,

     vs.

1701 MANAGEMENT LLC, *et al*,

     Defendants.

_____/

## NOTICE OF SUBMISSION OF EXHIBIT LIST AND EXHIBITS

The Court has set a hearing on April 11, 2023 at 2:30 PM for a hearing to show cause why they should not be held in contempt for their failure to comply with the foregoing Orders [D.E. 368, 371].  *See* D.E. 443.

To promote efficient use of this Court's valuable time, Plaintiffs are submitting an exhibit list of the exhibits they intend to introduce at the hearing and the exhibits.  A hard copy is being mailed to the Court and to Defendants.

DATED: April 5, 2023

                               /s/ *Joel B. Rothman*
                               JOEL B. ROTHMAN
                               Florida Bar No. 98220
                               joel.rothman@sriplaw.com

                               **SRIPLAW**
                               21301 Powerline Road, Suite 100
                               Boca Raton, FL 33433
                               561.404.4350 – Telephone
                               561.404.4353 – Facsimile

                               And

CULPEPPER IP, LLLC

Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

2

20-023DBa

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and was served on Defendants 1701 MANAGEMENT LLC, AUH2O LLC and CHARLES MUSZYNSKI by the methods of service noted below at their last known addresses:

Via First Class Mail
Stolberg Law LLC
Agent for 1701
MANAGEMENT LLC
151 Calle de San Francisco
Suite 201
San Juan, PR 00901

Via Airmail
Barret Venture Holdings,
LLC
Agent for AUH2O LLC
The Providence House,
Central Government Road
Charlestown, Nevis

Via Airmail
CHARLES MUSZYNSKI
Post Office Box 1423,
Basseterre, St. Kitts & Nevis

Via E-mail
usfilefolder@protonmail.com

DATED: April 5, 2023

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

And

3

20-023DBa

CULPEPPER IP, LLLC

Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

20-023DBa

4