UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

    vs.

1701 MANAGEMENT LLC, et al.,

    Defendants.

_____

**PLAINTIFFS' REPLY IN SUPPORT OF THEIR SECOND RENEWED MOTION [DOC. #467] FOR ORDER TO SHOW CAUSE HEARING WHY JUDGMENT DEBTORS SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR VIOLATING THE JAN. 24, 2023 ORDER AND THE APRIL 11, 2023 ORDER AND FOR STANDING ORDER**

    As established in Plaintiffs' Motion [Doc. #467], this Court's Orders [Doc. ##368, 457] of Jan. 24, 2023 fining each of Defendants/Judgment Debtors $500/day for contempt and of April 11, 2023 ordering Defendant/Judgment Debtor Charles Muszynski ("Muszynski") to serve "fully completed Form 1.977 for himself: a fully completed Form 1.977 for AUH20 in his capacity as its manager; …full responses without objections to the pending Request for Production directed at him…" were clear, definite and unambiguous.  Yet Muszynski has continued to refuse to fully complete Forms 1.977.  On behalf of himself, Muszynski has refused to disclose information of the trustee(s) from which he receives funds and on behalf of AUH2O he has failed to disclose the shareholder, member, or partner owning more than 5 percent, meeting minutes, resolutions for AUH2O or the name and address of Trustee(s) based upon a false overreaching interpretation of Nevis law.  In his responses [Doc. ##471-472] of May 1, 2023, Muszynski does not even dispute Plaintiffs' interpretation of the Nevis Limited Liability Ordinance as at best giving Muszynski *the right* to keep certain information confidential but not any obligation to do so or a penalty for not doing so.[1]  Rather, Muszynski submits irrelevant, false and inflammatory arguments[2] about

---

1 Muszynski's /s/ signature in his responses and other documents is improper because he is not a licensed attorney, and the documents were not ECF filed.
2 Plaintiffs have attached as Exhibit "A" a copy of an Order from the US Dist. Court of Washington releasing the

Plaintiffs' counsel and attempts to conflate the noticed discovery dispute (*see* Doc. #466) concerning his failure to answer written interrogatories with the issue of his failure to fully complete Forms 1.977 and pay the $500/day fine as ordered by this Court[3]. Muszynski's responses [Docs. ##471-472] fail to provide any legal basis for refusing to fully complete the Forms 1.977 on behalf of AUH2O and himself. Accordingly, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion and order the show cause hearing why Judgment Debtors should not be held in contempt for failing to comply with this Court's orders and also enter a standing order.

DATED:      May 3, 2023                    Respectfully submitted,

/s/ Joel B. Rothman
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

And

Kerry S. Culpepper
*Admitted pro hac vice*
**CULPEPPER IP, LLLC**
75-170 Hualalai Road
Suite B204
Kailua-Kona, HI  96740
808.464.4047 – Telephone
kculpepper@culpepperip.com

*Attorney for Plaintiffs*

---

Order to show Cause Muszynski attached to his response (Doc. #472 at pg. 64). The Order in a Strike 3 Holdings, LLC case (Doc. #472 at pg. 74) does not even involve any of the Plaintiffs/Judgment Creditors.
3 Indeed, in Muszynski's response he makes clear that he is not going to answer the interrogatories because they were not part of the Court Order.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>May 2, 2023</u> and by the methods of service noted below, a true and correct copy of the foregoing was served on Defendants 1701 MANAGEMENT LLC d/b/a LIQUIDVPN, AUH2O LLC, and CHARLES MUSZYNSKI a/k/a FREDERICK DOUGLAS.

| <u>Via First Class Mail</u> | <u>Via Airmail</u> | <u>Via Airmail</u> |
|---|---|---|
| Stolberg Law LLC<br>Agent for 1701 MANAGEMENT LLC<br>151 Calle de San Francisco<br>Suite 201<br>San Juan, PR 00901 | Barret Venture Holdings, LLC<br>Agent for AUH2O LLC<br>The Providence House,<br>Central Government Road<br>Charlestown, Nevis | CHARLES MUSZYNSKI<br>Post Office Box 1423,<br>Basseterre, St. Kitts & Nevis<br><br><u>Via E-mail</u><br>usfilefolder@protonmail.com |

DATED: May 3, 2023

/**s**/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

And

3

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

4