UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC.,
a Nevada corporation, *et al.*,
    Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a
LIQUIDVPN, a Puerto Rico limited
liability company, *et. al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION RE: D.E. 459

THIS CAUSE came before the Court upon Plaintiffs MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, 2 BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC,

PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC and 42 VENTURES, LLC's (collectively, "Plaintiffs") Motion for Order to Show Cause Why Plaintiffs should not be granted Final Default Judgment against Garnishees Jan Dash ("Dash"), Grant Thornton ("Thornton"), F.A. Hayek Irrevocable Settlement Trust ("F.A. Hayek"), Southpac Trust Limited ("Southpac"), and Southpac Trust Nevis Limited ("Southpac Nevis") (collectively, "Garnishees") for the judgment amount of $15,172,403.00 (hereafter, "Motion for Final Default Judgment") [D.E. 459].  This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 432].  The undersigned held a hearing on this matter on May 12, 2023 (hereafter, "Show Cause Hearing"), pursuant to the undersigned's Order Setting Show Cause Hearing [D.E. 460].  Garnishees received notice of the Show Cause Hearing, see Certificate of Service [D.E. 461], but failed to appear at the Show Cause Hearing.

Based on the foregoing and upon a review of the record, the undersigned respectfully recommends that Plaintiffs' Motion for Final Default Judgment [D.E. 459] be GRANTED and that Final Default Judgment of Garnishment be entered in the form attached hereto.

Plaintiffs shall serve a copy of this Report and Recommendation on Garnishees and shall file proof of service.  Pursuant to Local Magistrate Judge Rule 4(b), the parties have **fourteen days** from the date of this Report and Recommendation to file written objections, if any, with the Honorable Beth Bloom, United States District Judge. Failure to timely file objections shall bar the parties from attacking on appeal the factual findings contained herein.  See Resolution Tr. Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Further, "failure to object in accordance with the provisions of [28 U.S.C.] § 636(b)(1) waives the right to challenge on appeal

2

the district court's order based on unobjected-to factual and legal conclusions." See 11th Cir. R. 3-1 (I.O.P.- 3).

**RESPECTFULLY SUBMITTED** in Miami, Florida, this 12th day of May, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies via CM/ECF to:

United States District Judge Beth Bloom

Counsel of Record

Garnishees served by Plaintiffs as instructed herein

Charles Muszynski, *pro se*
P.O. Box 1423
Basseterre, St. Kitts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC.,
a Nevada corporation, *et al.*,
    Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a
LIQUIDVPN, a Puerto Rico limited
liability company, *et. al.*,

    Defendants.
_____/

**FINAL DEFAULT JUDGMENT OF GARNISHMENT**

It is ORDERED AND ADJUDGED that, pursuant to Fla. Stat. §§77.06(1) and 77.081(2) and Rule 58 of the Federal Rules of Civil Procedure, **FINAL DEFAULT JUDGMENT OF GARNISHMENT** is hereby ENTERED in favor of Plaintiffs MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC. MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS

4

1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC and 42 VENTURES, LLC ("Plaintiffs") and against Garnishees JAN DASH, GRANT THORNTON, F.A. HAYEK IRREV. SETTLEMENT TRUST, SOUTHPAC TRUST LIMITED AND SOUTHPAC TRUST NEVIS LIMITED, jointly and severally, in the amount of **$15,172,403.00**.

        **DONE AND ORDERED** in Miami, Florida, this ___ day of _____, 2023.

                                                                              BETH BLOOM
                                                                            UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record

Charles Muszynski
P.O. Box 1423
Basseterre, St. Kitts