UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC.,
a Nevada corporation, *et al.*,
    Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a
LIQUIDVPN, a Puerto Rico limited
liability company, *et. al.*,

    Defendants.
_____/

## ORDER SETTING SHOW CAUSE HEARING

THIS CAUSE came before the Court upon Plaintiffs MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, 2 BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., MILLENNIUM IP, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC,

PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC and 42 VENTURES, LLC (collectively, "Plaintiffs") Second Renewed Motion for Order to Show Cause Why Default Judgment Debtors 1701 Management, LLC ("1701"), Charles Muszynski ("Muszynski"), and AUH20 LLC ("AUH20") (collectively, "Judgment Debtors") Should Not Be Held In Civil Contempt (hereafter, "Motion") [D.E. 467].  This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 432].

On March 28, 2022, the Court granted Final Default Judgment in favor of Plaintiffs and awarded a money judgment of $15,172,403.00 in favor of Plaintiffs and against Defendants 1701 Management, LLC ("1701"), Charles Muszynski ("Muszynski"), and AUH2O LLC ("AUH2O"). See Final Default Judgment [D.E. 213].

On January 24, 2023, the Court ordered that Judgement Debtors be held in civil contempt and that a fine of $500/day be imposed upon each judgment debtor until they purge themselves of the contempt by completing Forms 1.977.  See Order [D.E. 368].  On January 25, 2023, the Court further ordered Judgment Debtors to respond without objections to Plaintiffs' Request for Production and serve responsive documents on Plaintiffs' counsel by February 4, 2023, and to provide a location and time for the in-person deposition of Muszynski.  See Order [D.E. 371].

On April 11, 2023, the Court ordered Muszynski to serve on Plaintiffs: a fully completed Form 1.977 for himself and for AUH20 in his capacity as its manager; and full responses without objection to Plaintiffs' pending Requests for Production.  See Order [D.E. 457].  In their Motion, Plaintiffs maintain that Muszynski filed a Response [D.E. 464] with Forms 1.977 on behalf of himself, AUH20, and 1701 with numerous deficiencies.  See Motion [D.E. 467 at 5].  Judgment Debtors oppose the Motion.  See Response to Declaration [D.E. 471]; Third Reply to Plaintiffs'

2

Motion for Order to Show Cause [D.E. 472]; Fourth Reply and Objection to Plaintiffs' Request for Standing Order and Plaintiffs' Second Renewed Motion [D.E. 477].

Upon due consideration of the foregoing, it is

ORDERED AND ADJUDGED as follows:

1. Judgment Debtors SHALL APPEAR via Zoom video conference before the undersigned on **Thursday, June 1, 2023 at 10:30 A.M.** to show cause why they should not be held in contempt for their failure to comply with the foregoing Orders [D.E. 371, 457].

2. Corporate Judgment Debtors shall be represented by counsel at the show cause hearing.  See Nyesa Costa Rica v. Wilson Cap. Grp. Holdings, LLC, No. 11-CV-22036, 2012 WL 1492344, at *3 (S.D. Fla. 2012) ("It is a well-established principle that 'a corporation cannot represent itself and must be represented by counsel.'") (internal citation omitted).

3. Instructions for the Zoom video conference will be emailed to counsel for Plaintiffs prior to the show cause hearing.

4. Plaintiffs shall serve a copy of this Order and the Court's instructions for the Zoom video conference on Judgment Debtors Muszynski, 1701, and AUH20 and shall file proof of such service before the hearing date.

DONE AND ORDERED in Chambers at Miami, Florida this 15th day of May, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies via CM/ECF to:

United States District Judge Beth Bloom
Counsel of Record
Garnishees served by Plaintiffs as instructed herein