**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-20862-BLOOM/Otazo-Reyes**

MILLENNIUM FUNDING, INC.,
a Nevada corporation, *et al.*,

      Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a
LIQUIDVPN, a Puerto Rico limited
liability company, *et al.*,

      Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Plaintiffs Millennium Funding, Inc., Voltage

Holdings, LLC, AMBI Distribution Corp., After Productions, LLC, After II Movie, LLC, Morgan

Creek Productions, Inc., Bedeviled LLC, Millennium Media, Inc., Colossal Movie Productions,

LLC, YAR Productions, Inc., FSMQ Film, LLC, FW Productions, LLC, Millennium IP, Inc., I

Am Wrath Production, Inc., Killing Link Distribution, LLC, Badhouse Studios, LLC, LF2

Productions, Inc., LHF Productions, Inc., Venice PI, LLC, Rambo V Productions, Inc., Rupture

CAL, Inc., MON, LLC, SF Film, LLC, Speed Kills Productions, Inc., Nikola Productions, Inc.,

Wonder One, LLC, Bodyguard Productions, Inc., Outpost Productions, Inc., Glacier Films 1, LLC,

Definition Delaware LLC, Hannibal Classics Inc., Justice Everywhere Productions LLC, State of

the Union Distribution and Collections, LLC, Paradox Studios, LLC, Dallas Buyers Club, LLC,

Screen Media Ventures, LLC, and 42 Ventures, LLC's (collectively, "Plaintiffs") Motion for

Order to Show Cause Why Plaintiffs should not be granted Final Default Judgment against

Garnishees Jan Dash, Grant Thornton, F.A. Hayek Irrevocable Settlement Trust, Southpac Trust Limited, and Southpac Trust Nevis Limited (collectively, "Garnishees"), ECF No. [459], filed on April 12, 2023 ("Motion"). On March 10, 2023, all post judgment matters were referred to Magistrate Judge Alicia M. Otazo-Reyes. *See* ECF No. [432]. On May 12, 2023, the Judge Otazo-Reyes issued a R&R recommending that the Motion be granted and Final Default Judgment of Garnishment be entered against Garnishees. ECF No. [484]. The R&R states that the parties shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. Garnishees Southpac Trust Limited and Southpac Trust Nevis Limited subsequently filed a joint Motion with Plaintiffs to voluntarily dissolve the Writs of Garnishment, which the Court granted, ECF No. [493]. No other Garnishees filed any objections to the R&R.

Nevertheless, the Court has conducted a *de novo* review of the R&R, the record in this case, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court agrees with the analysis in the R&R and concludes that the Motion must be **GRANTED** and Default Judgment entered as to Garnishees Jan Dash, Grant Thornton, and F.A. Hayek Irrev. Settlement Trust for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.　　The R&R, **ECF No. [484]**, is **ADOPTED** as to Garnishees Jan Dash, Grant Thornton, and F.A. Hayek Irrev. Settlement Trust;

2.　　The Motion, **ECF No. [459]**, is **GRANTED** as to Garnishees Jan Dash, Grant Thornton, and F.A. Hayek Irrev. Settlement Trust;

3.　　Final Default Judgment of Garnishment will be entered by separate Order.

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 30, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Charles Muszynski
P.O. Box 1423
Basseterre, St. Kitts
West Indie
869-469-1833
Email: usfilefolder@protonmail.com
PRO SE

Jan Dash
33 Calle Bolivia Ste. 400
San Juan, PR 00917

F.A. Hayek Irrevocable Settlement Trust
33 Calle Bolivia Ste. 400
San Juan, PR 00917

Grant Thornton
33 Calle Bolivia Ste. 400
San Juan, PR 00917