

## UNITED STATES DISTRICT COURT SOUTHERN

### DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.,

Plaintiff

     vs.

1701 MANAGEMENT LLC, et al.,

Defendants.

_____/

### DEFENTANT'S AMENDED MOTION TO STAY
### AND SECOND NOTICE OF BANKRUPTCY

YOU ARE HEREBY NOTIFIED that the United States Bankruptcy Court for the Eastern District of Texas, Beaumont Division, entered an Order of relief on behalf of defendant(s)/debtor(s), CHARLES MUSZYNSKI.

The debtor(s)/Defendant(s) filed petition under Title 11, Chapter 7 of the United States Code in the United States Bankruptcy Court for the Eastern District of Texas, Beaumont Division, at 9:03 a.m. Central Time, on the 11th day of May, 2023. The Debtor(s) Case Number is: 23-90112.

Pursuant to Title 11, U.S.C. §362(a), all creditors of said Debtors are hereby stayed from the following as of the filing:

1. the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtors that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the Debtors that arose before the commencement of the case under this title;

2. the enforcement, against the Debtors or against property of the estate, of a judgment obtained before the commencement of the case under this title;

3. any act to obtain possession of property of the estate or of property from the estate or to exercise control over the property of the estate;

4. any act to create, perfect, or enforce any lien against property of the estate;

5. any act to create, perfect, or enforce against property of the Debtors any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

6. any act to collect, assess, or recover a claim that arose before the commencement of the case under this title against any claim against the Debtors;

7. the setoff of any debt owing to the Debtors that arose before the commencement of the case under this title against any claim against the Debtors; and

8. the commencement or continuation of a proceeding before the United States Tax Court concerning the Debtors.

Relief from the automatic stay may be sought by filing a Motion in the United States Bankruptcy Court, pursuant to 11 U.S.C. §362(d).

## VIOLATIONS OF THE AUTOMATIC STAY REFERENCED HEREIN MAY RESULT IN SANCTIONS.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have forwarded a true and correct copy of the foregoing to Plaintiffs' attorney by mail to CulpepperIP, LLC, 75-5915 Walua Rd., Kailua Kona, Hawaii, 96740; emailed to: kculpepper@culpepperip.com; and the Clerk of Court, U. S. District Court, 400 North Miami Avenue, Miami, Florida, 33128; on this 22nd day of May 2023.

BY: _____
Charles Muszynski, pro se

Usfilefolder@protonmail.com

P. O. Box 1423
Basseterre, St. Kitts & Nevis

United States Bankruptcy Court
Eastern District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 05/12/2023 at 09:03 AM and filed on 05/11/2023.

**Charles Muszynski**
2810 US Highway 190 West
#100
Livingston, TX 77351
424-333-0569
SSN / ITIN: xxx-xx-1273



The case was assigned case number 23-90112.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.txeb.uscourts.gov or at the Clerk's Office, 300 Willow, Suite 112, Beaumont, TX 77701.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Jason K. McDonald**
**Clerk, United States**
**Bankruptcy Court**



005420418150933

FOREVER

ATLANTA METRO 301

22 MAY 2023PM 5 L

Clerk of Court, U.S. District Court
400 North Miami Avenue
Miami, Fl 33128