UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.,

   Plaintiffs,

vs.

1701 MANAGEMENT LLC, et al.,

   Defendants,

_____

**PLAINTIFFS' FIRST STATUS REPORT**

    Plaintiffs/Judgment Creditors (all collectively "Plaintiffs"), by and through their counsel, file their First Status Report pursuant to this Court's Order [Doc. #500] of June 1, 2023.

    Plaintiffs' counsel Kerry Culpepper and Defendant Muszynski appeared virtually in the Eastern District of Texas Bankruptcy Court for a preliminary hearing on Plaintiffs' Motion for relief from the automatic stay (Case No. 23-90112). The Court set an evidentiary hearing on the Motion for Aug. 22, 2023 at 9:30 AM and also stated its intent to issue an order to show cause why Defendant Muszynski's petition should not be dismissed.

DATED:  June 30, 2023                    Respectfully submitted,

                                         */s/ Joel B. Rothman*
                                         JOEL B. ROTHMAN
                                         Florida Bar No. 98220
                                         joel.rothman@sriplaw.com

                                         **SRIPLAW**
                                         21301 Powerline Road, Suite 100
                                         Boca Raton, FL 33433
                                         561.404.4350 – Telephone
                                         561.404.4353 – Facsimile

                                         And

                                         Kerry S. Culpepper

*Admitted pro hac vice*
**CULPEPPER IP, LLLC**
75-170 Hualalai Road
Suite B204
Kailua-Kona, HI 96740
808.464.4047 – Telephone
kculpepper@culpepperip.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

     The undersigned hereby certify that on the below date, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all those identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

     The undersigned further hereby certifies a true and correct copy of the foregoing was served by the methods of service and on date noted below on Defendant CHARLES MUSZYNSKI be below means:

Via First Class Mail
Charles Muszynski
855 Forrester Street
Silsbee, TX 77656

Via E-mail
usfilefolder@protonmail.com

DATED: June 30, 2023

                                          /s/ *Joel B. Rothman*
                                          JOEL B. ROTHMAN
                                          Florida Bar No. 98220
                                          joel.rothman@sriplaw.com

                                          **SRIPLAW**
                                          21301 Powerline Road, Suite 100
                                          Boca Raton, FL 33433
                                          561.404.4350 – Telephone
                                          561.404.4353 – Facsimile

                                          And

                                          CULPEPPER IP, LLLC

                                          _____
                                          Kerry S. Culpepper

                                          Virginia Bar No. 45292
                                          Hawaii Bar No. 9837
                                          CULPEPPER IP, LLLC
                                          75-170 Hualalai Road, Suite B204
                                          Kailua-Kona, Hawai'i 96740