# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

vs.

1701 MANAGEMENT LLC, et al.,

    Defendants,

_____

## PLAINTIFFS' SECOND STATUS REPORT

Plaintiffs/Judgment Creditors (all collectively "Plaintiffs"), by and through their counsels, file their Second Status Report pursuant to this Court's Order [Doc. #500] of June 1, 2023.

On June 30, 2023, Plaintiffs' counsel Kerry Culpepper and Defendant Muszynski appeared virtually in the Eastern District of Texas Bankruptcy Court for a preliminary hearing on Plaintiffs' Motion for relief from the automatic stay (Case No. 23-90112). The Bankruptcy Court set an evidentiary hearing on the Motion for Aug. 22, 2023 at 9:30 AM.

On July 5, 2023, the Bankruptcy Court issued an Order to Show Cause why Defendant Muszynski's petition should not be dismissed and set the hearing date on the order for Aug. 22, 2023.

On July 25, 2023, Plaintiffs filed a motion to dismiss Defendant Muszynski's petition.

DATED: July 27, 2023                      Respectfully submitted,

                                                  */s/ Joel B. Rothman*
                                                  JOEL B. ROTHMAN
                                                  Florida Bar No. 98220
                                                  joel.rothman@sriplaw.com

                                                  **SRIPLAW**
                                                  21301 Powerline Road, Suite 100
                                                  Boca Raton, FL 33433
                                                  561.404.4350 – Telephone
                                                  561.404.4353 – Facsimile

And

Kerry S. Culpepper
*Admitted pro hac vice*
**CULPEPPER IP, LLLC**
75-170 Hualalai Road
Suite B204
Kailua-Kona, HI  96740
808.464.4047 – Telephone
kculpepper@culpepperip.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that on the below date, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all those identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

The undersigned further hereby certifies a true and correct copy of the foregoing was served by the methods of service and on date noted below on Defendant CHARLES MUSZYNSKI be below means:

<u>Via Airmail</u>
Charles Muszynski
PO Box 1423
St. Kitts & Nevis, WEST INDIES

<u>Via E-mail</u>
usfilefolder@protonmail.com

DATED: July 27, 2023

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

And

CULPEPPER IP, LLLC

_/s/ Kerry S. Culpepper_
Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

4