UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-20862-BB

MILLENNIUM FUNDING, INC., *et al.*,

Plaintiff(s),

vs.

1701 MANAGEMENT, LLC, *et al.*,

Defendant(s).

Miami, Florida

August 1, 2023

Pages 1 - 34

---

MOTION HEARING
TRANSCRIBED FROM DIGITAL AUDIO RECORDING
BEFORE THE HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE PLAINTIFF(S): KERRY S. CULPEPPER, ESQ.
CULPEPPER IP, LLLC
75-170 Hualalai Road
Kona, HI 96740
808-464-4047
kculpepper@culpepperip.com

FOR THE DEFENDANT(S): LORENZO J. PALOMARES, ESQ.
PALOMARES-STARBUCK & ASSOCIATES
66 West Flagler Street
Miami, FL 33130
305-330-4141
palolaw2@gmail.com

TRANSCRIBED BY: Joanne Mancari, RPR, CRR, CSR
Court Reporter
jemancari@gmail.com

Thereupon,

the following proceedings were held via Zoom videoconference:

THE DEPUTY CLERK: Millennium Funding, Inc., *et al.* v. 1701 Management, LLC, *et al.*, case No. 21 20862, civil, Bloom.

Counsel, please state your appearances for the record.

MR. CULPEPPER: Kerry Culpepper appearing on behalf of plaintiffs. Good afternoon, your Honor.

THE COURT: Good afternoon.

MR. PALOMARES: Good afternoon, your Honor. Lorenzo Palomares on behalf of garnishee F.A. Hayek Trust, from Nevis.

THE COURT: All right. We have an observer.

MR. PALOMARES: Yes. I have my law clerk with me, Judge.

THE COURT: That's the law clerk, Palomares-Starbuck?

MR. PALOMARES: Yes, Judge. That is my law clerk.

THE COURT: We have another tile that says Observer.

MR. PALOMARES: Unbeknownst to me, Judge.

THE COURT: Whoever is on the tile that says Observer, could you identify yourself.

THE DEPUTY CLERK: And also Court Watch, Judge.

THE COURT: All right. We have two tiles, Court Watch and Observer. If you would please identify yourselves.

MR. ZLSAIKA: Yes, your Honor. I am a court observer just watching.

THE COURT: I'm sorry. Could you identify yourself.

MR. ZLSAIKA: Yes. I'm a court observer.

THE COURT: I understand. Could you give us your name and your interest in this matter.

MR. ZLSAIKA: I'm so sorry, your Honor. I'm sorry. The sound was breaking up. My name is Mark Zlsaika, Z-L-S-A-I-K-A.

THE COURT: All right. Who do you represent?

MR. ZLSAIKA: I represent Court Watchers United, from the Country of Panama.

THE COURT: Court Watchers United?

MR. ZLSAIKA: Yes. It is a nonprofit organization.

THE COURT: And I thought I heard you say something about Panama.

MR. ZLSAIKA: Yes. From the Country of Panama, for full disclosure.

THE COURT: Are you located in Panama or you're here in the States?

MR. ZLSAIKA: I'm here in the United States at the moment.

THE COURT: All right. Do Mr. Culpepper or Mr. Palomares know anything about this entity Court Watchers United?

MR. CULPEPPER: This is Mr. Culpepper speaking. I do not know. Court Watchers United, they've appeared in some of the other hearings.

THE COURT: They have appeared before?

MR. CULPEPPER: In one other hearing, I believe, that Jillian appeared to observe.

THE COURT: OK. Mr. Palomares, do you know anything about this entity of Mr. Zlsaika?

MR. PALOMARES: None whatsoever, your Honor.

THE COURT: All right. Mr. Zlsaika, we have rules regarding recording or transmission of court proceedings. Those are prohibited. You may not record these proceedings. You may not transmit them.

Do you understand, sir?

MR. ZLSAIKA: Yes, ma'am, of course.

THE COURT: I'm hearing some background noise. Is that coming from you?

MR. ZLSAIKA: Yes, but once I mute you, you won't hear that any longer. I'm just here as a court observer. I'm not sure why I'm being interrogated here, but it seems irrelevant.

THE COURT: You're not being interrogated, sir. If we were in a live courtroom, we would be able to see you and you can identify yourself to the court security officers. I'm just duplicating that procedure. All right.

OK. So the volume is off. We don't hear the interference.

Now we have another tile that says Observer. Whoever is on that tile, could you please identify yourself.

(Pause)

THE COURT: There doesn't seem to be anybody on this Observer tile. I'm not getting any response.

Stephanie, did they identify themselves when they logged on?

THE DEPUTY CLERK: No, Judge.

THE COURT: All right. All right. So one last opportunity for whoever is behind the Observer tile that is both mute and not showing on video, I will, unless I hear a response from you, I will delete that tile in the hearing.

(Pause)

THE COURT: All right. Hearing no response, Stephanie.

THE DEPUTY CLERK: OK, Judge.

THE COURT: All right. Thank you.

All right. Let's proceed then. We have three matters to attend to.

Let me just for one moment go back to Mr. Zlsaika. Sir, I gave you an instruction that the proceedings may not be recorded or transmitted. Do you agree to abide by those instructions?

MR. ZLSAIKA: Yes, ma'am, as I already stated I did.

THE COURT: Thank you very much.

MR. ZLSAIKA: Thank you.

THE COURT: Thank you.

All right. We have docket entry 508, the garnishee's motion to set aside default judgment. We have a competing motion, plaintiffs' request for issuance of writ of execution, docket entry 509, and we also have plaintiffs' motion to require the garnishee to post bond.

So on the one hand the garnishee is seeking to set aside all of the proceedings that have gone against it and on the other hand plaintiffs are asking for a writ of execution on a bond to ensure their default judgment.

Mr. Palomares, it sounds like your contention on behalf of F.A. Hayek Irrevocable Settlement Trust is that that entity was not served with the writ of garnishment.

MR. PALOMARES: That is correct, Judge, and we stand on our pleading filed under docket, I believe it's 508, and its exhibits, including the letter to Judge Bloom and to me from the attorneys representing the trustee, that they have never been served, they don't do business in the United States, and I --

THE COURT: Is the contention that there's been no service, no jurisdiction? What are the contentions? Because in your papers you seem to be arguing that there had been no service and that there was excusable neglect. So what exactly are you proceeding under?

MR. PALOMARES: We're proceeding under the fact that we want to set the judgment aside and be permitted to answer

the writ of garnishment on a limited, special appearance basis.

THE COURT: I understand that, sir. My question -- I note the relief that you're looking for -- my question was, you seem to be in your papers alluding that there was no service and yet you seem to be also saying that there's no personal jurisdiction. I was asking you to clarify what you're traveling under.

MR. PALOMARES: We're traveling on the motion to set aside and not challenging the jurisdiction at this time, Judge.

THE COURT: You're not challenging personal jurisdiction; you're only challenging service?

MR. PALOMARES: Yes, Judge.

THE COURT: All right. OK. And you're relying on this letter from someone in Charlestowns, Nevis, West Indies.

MR. PALOMARES: And I'm also --

THE COURT: I'm sorry. By the name of Diana Claxton-Whittaker, LLB, principal of Claxton Whittaker & Associates, and therein Ms. Whittaker is stating that -- hold on just a second. Let me see what she's actually saying.

(Pause)

THE COURT: I'm sorry. Where does the letter from Ms. Diana Claxton-Whittaker say that the trustee was not served?

MR. PALOMARES: I believe in her letter, Judge, attached as Exhibit A to the motion establishes that they were

not served, that they don't have any business in the United States.

THE COURT: I'm sorry. I'm sorry. You said you're not challenging personal jurisdiction, so we don't go into business.

Where in the letter does Ms. Claxton-Whittaker say that the trustee of the garnishee was not served?

MR. PALOMARES: Allow me to look at that letter.

THE COURT: That is what I was asking you for assistance on.

MR. PALOMARES: All right, Judge. Allow me. I have to finagle the --

A LAW CLERK: Your Honor, if I may.

THE COURT: Yes. Identify yourself.

A LAW CLERK: My name is Rebecca. I'm the law clerk for Palomares-Starbuck & Associates.

THE COURT: That's quite all right. I think Mr. Palomares can handle this.

MR. PALOMARES: Judge, I'm asking Rebecca to look at the place on the Zoom document.

THE COURT: That's all right. That's all right. You're not savvy, I guess.

MR. PALOMARES: No, Judge.

THE COURT: That's all right, sir.

I see, as I was scrolling through, I see it says, "The

trust has never been properly served in the action." That is her statement. She does not make any statement regarding who -- let me see.

Does she say who the trustee is?

MR. PALOMARES: No, Judge. Under Nevis law it's -- she represents the trust and the trustee, but under Nevis law they are not required to disclose the name --

THE COURT: All right. So let me ask you this question. You're not challenging personal jurisdiction over the trust.

MR. PALOMARES: No, Judge.

THE COURT: You're saying the trust was not properly served, but you're saying that under Nevis law this attorney cannot disclose who the trustee is.

So how do you anticipate what you're saying about you are asking for the court to settle this aside so that service can be properly effectuated if the identification of the trustee has to remain a secret?

MR. PALOMARES: Well, Judge, I direct the court's attention to Mr. Culpepper's affidavit.

THE COURT: Say again.

MR. PALOMARES: I refer the court's attention to Mr. Culpepper's affidavit that he says he learned from Diana Whittaker, the person that signed that letter, who they were. So he has known from February 3rd, under docket number --

THE COURT: I'm sorry. I'm sorry, sir. Let's just stick to my questions.

You're saying that Ms. Diana cannot disclose who this is, and then I asked you how are we finding out, and then you turn it over to Mr. Culpepper and you say that he knows in some fashion.

MR. PALOMARES: Yes, Judge.

THE COURT: All right. Mr. Culpepper, maybe you can assist, sir.

MR. CULPEPPER: Thank you, your Honor. I think it's important to understand the background of what is going on here in this case.

Mr. Muszynski is one of the defendants in this case who judgment was awarded against. He's a beneficiary of this trust who is garnishee. Mr. Muszynski is in contempt of court because he's refused to disclose the information on the trust, such as the trustees and corporate papers for the other defendant AUH2O, under this theory that he doesn't have to disclose it because Nevis law protects him from disclosing it.

If your Honor recalls, it had reached the stage where we had an order to show cause hearing why he should not be arrested for failing to disclose this. He filed for bankruptcy on May 11th and May 12th, which kind of temporally has stalled these proceedings.

Now, that is important because there's also parallel

proceedings going on in Nevis between plaintiffs and Mr. Muszynski and the other defendant AUH2O. If you could turn to page 4 of my opposition motion, which is docket entry 513. I will wait for you to tell me that you're there.

(Pause)

THE COURT: Which page?

MR. CULPEPPER: If you're looking at the top, ECF notification, it is page 4 of 11.

Are you there, ma'am?

THE COURT: Almost there.

MR. PALOMARES: What docket, Mr. Culpepper?

MR. CULPEPPER: This is docket entry 513. It is plaintiffs' opposition to your motion, Mr. Palomares.

THE COURT: All right.

MR. CULPEPPER: This is page 4 of the motion. So in page 4 of the motion, there is a screenshot here of a document that was filed in the Nevis action signed by Ms. Claxton-Whittaker. She is identifying the members of AUH2O, which is a defendant.

She says that Barrett Venture Holdings is the member from June 13, 2022. She also says that SouthPac Trust was a member, and identifies both of those as trustees of garnishee.

So based on this information we served both of these entities. We served SouthPac and, most importantly, we served Barrett Venture Holdings on May 5th, by personally handing the

document to Ms. Diane Claxton-Whittaker on May 5th.

We filed an affidavit of the gentleman who did that. That's at docket entry 513-5. That affidavit was also admitted into evidence at the hearing on the motion for default judgment.

Ms. Claxton-Whittaker's assertion in this letter that she knew nothing about this or that she wasn't served is false. She was handed the papers herself on May 5th.

The other trustee, who she says was a trustee of F.A. Hayek SouthPac, was served. We also served the Jan Dash in Puerto Rico, who, according to the Schedule K tax returns in 2018/2019, was a trustee of garnishee.

This is very troubling.

Now, first of all, this letter from Ms. Whittaker, as I point out, it's not sworn under penalty of perjury or the laws of the United States, which is required because she is in a foreign country. Maybe that was done purposely because this letter is not -- there are many things in this letter that are patently false, besides her saying that she's never been served in this action, when she was personally handed the writ and, importantly, the temporary restraining order that restrained F.A. Hayek Trust from dissipating assets, but I'll get back to that later.

Besides being served, which that statement was also false, her statement that the trust has never operated in a

U.S. jurisdiction is patently false because the tax returns show --

THE COURT: Right. Mr. Palomares is saying he is not contesting personal jurisdiction, so I don't think we need to get into that issue. He seems to be traveling under service only.

MR. CULPEPPER: I just bring it up because it shows that this letter has inconsistent statements in it.

THE COURT: Right.

MR. CULPEPPER: This letter is not admissible evidence because it is not sworn under perjury of the United States.

THE COURT: Right.

MR. CULPEPPER: If your Honor is willing, I'm willing to go into the other contradictions in Mr. Palomares' motion.

THE COURT: Hold on just a second. I'm taking it one at a time. All right.

According to Mr. Palomares, the support for his motion to set aside default judgment is that the garnishee has not been served, and he relied on this letter from Diana Claxton-Whittaker, which in paragraph 2 says the trust has never been properly served in this action. It doesn't say not served; it says not properly served.

You're saying that you served Ms. Claxton-Whittaker as representative of those two entities that are trustees of the trust? Is that your contention, that she was an authorized

agent to accept service?

Let me hear, taking it one step at a time, where you're going with that.

Then you also say that you served that Grant Thornton entity, that apparently you claim is also a trustee.

Let's just unravel this and explain to me what the service, and I'm just talking right now about service of the writ of garnishment. Put aside all the paper that happened after. I'm concentrating on that now.

So, Mr. Culpepper, your theory is that by serving, as you were just discussing, Ms. Diana Claxton-Whittaker you effectuated service on the garnishee?

MR. CULPEPPER: Yes, your Honor, and I urge the court to look at docket entry 513-5.

THE COURT: All right. Hold on.

(Pause)

THE COURT: So you have pointed me to 513, page 4. Now you want me to look at 513-5?

MR. CULPEPPER: Yes, your Honor. It is the Affidavit of Service by Philroy Walters.

(Pause)

THE COURT: All right.

MR. CULPEPPER: This gentleman, Mr. Philroy Walters, is a bailiff of the Supreme Court. He served Ms. Claxton-Whittaker as the personal representative of -- I'm

sorry. Let me start over.

He served Ms. Diane Claxton-Whittaker, a person who he says he knows is authorized to accept service, for and on behalf of Barrett Venture Holdings, LLC.

As I showed you previously, Ms. Claxton-Whittaker herself is the one who said Barrett Venture Holdings is the trustee of garnishee. At least one of the trustees.

THE COURT: Right. But how does this process server know that Ms. Claxton-Whittaker is authorized to accept service on behalf of this Barrett Ventures Holding, LLC, who, according to that other disclosure, is one of the trustees of F.A. Hayek?

MR. CULPEPPER: He's employed by the court system in Nevis. He personally hands the document to Ms. Diane Claxton-Whittaker. How could there be any issue of whether or not she is authorized to accept service? She says in this letter she is the attorney for the trust. I think we should take Mr. Philroy Walters at his word.

THE COURT: Right.

MR. CULPEPPER: He's sworn under oath.

THE COURT: Mr. Culpepper, I mean, I want to make sure all the Is are dotted and all the Ts are crossed.

Not all attorneys are, under our law, are authorized to accept service. As you know, there's an option here where you can avoid service of process by having an attorney accept process.

You're saying that this Joseph Rowe --

MR. CULPEPPER: Not Joseph Rowe.

THE COURT: That Tyrell, right.

MR. CULPEPPER: Philroy Walters.

THE COURT: Leroy Walters. Hold on.

MR. CULPEPPER: Philroy Walters.

THE COURT: Well, where you pointed me to 513-5 is a letter signed by someone named Tyrell.

MR. CULPEPPER: Docket entry 513-5, but we need to start on page 2, which is the first page of the affidavit.

THE COURT: OK. Hold on. There's only one page to 513-5.

MR. CULPEPPER: There should be -- 513-5, there should be five pages.

THE COURT: OK.

MR. CULPEPPER: It starts Exhibit 4.

THE COURT: OK. It's backwards. I'm with you.

MR. CULPEPPER: So there is an Affidavit of Service.

THE COURT: I'm with you.

MR. CULPEPPER: I will give you a moment to read it. Sorry.

THE COURT: Yes. OK. Let's see.

Affidavit of Service by Philroy Walters. OK. I had not seen that. He is a bailiff.

Oh, I see. That Tyrell is a cover letter.

"A person who I know is authorized to accept service for and on behalf of Barrett Venture Holdings."

So that is what he is saying that he knows that. He doesn't tell us how he knows that.

MR. CULPEPPER: He says by Nevis law, the registered address is where service is deemed valid. So he hands it to the person --

THE COURT: OK. Hold on. Let me read that.

All right. Where does he say that, under Nevis law?

"According to the laws of Nevis, personal service on Barrett Venture Holdings, LLC, on the registered address for the company is deemed as valid personal service on the company."

This is what he's saying.

So let's see. So Ms. Diana Claxton-Whittaker has -- well, let me back up.

Barrett Venture Holdings, LLC has provided Ms. Diana Claxton-Whittaker and her address as the registered address for the company, sort of like registered agent in our jargon. So Mr. Philroy Walters is saying he served Ms. Claxton-Whittaker as the registered agent of Barrett Ventures Holdings, which is one of the trustees of the garnishee.

Have I articulated that logically --

MR. CULPEPPER: Yes.

THE COURT: -- and correctly?

MR. CULPEPPER: Yes, your Honor. I would emphasize that is consistent with this letter from her on June 1st when she says she represents the trustee.

THE COURT: Well, represents is not the same as registered agent. Under the laws of -- well, under any laws, service on a registered agent is service on an entity.

So what do you have, Mr. Palomares, to challenge this evidence in the record of service on one of the trustees of the garnishee by way of evidence?

MR. PALOMARES: First and foremost, if in fact this individual is satisfied or qualified to accept service under the laws of Nevis, Mr. Culpepper is giving a writ of garnishment, docket 313, which states that to -- something that was served in Puerto Rico.

THE COURT: I'm sorry. I'm sorry. You're saying that Ms. Claxton-Whittaker was not served with the actual writ of garnishment?

MR. PALOMARES: No, ma'am. Not exactly what I'm saying, Judge.

Basically, what this affidavit states is that they received a writ of garnishment, docket 313, and they served a TRO, except that the writ of garnishment by an order was, and the writ of garnishment, were served in Puerto Rico. They were not served in Nevis.

THE COURT: I'm sorry. The writ of garnishment, are

you saying it is not addressed to that entity Barrett Ventures? Which docket entry were you referring to?

MR. PALOMARES: Yes, Judge. I believe if you look at docket entry 517 and my answer, Mr. Culpepper, he served it on 33 Calle Bolivia, San Juan --

THE COURT: I got that part. I got that part.

I'm sorry, sir.

MR. PALOMARES: Everybody, on May 30th is also terms --

THE COURT: I'm sorry, sir. Stick to my questions. I'm still trying to unravel this. OK.

We've established that Ms. Diana Claxton-Whittaker was served according to Mr. -- I forget his name. Nevis bailiff. She was authorized to accept service. Now you're saying that she was given the wrong papers. Sounds to me like that's what you're saying.

So you were pointing -- let me see. Let me find the writ of garnishment.

Mr. Culpepper, where is the writ of garnishment that the court issued for F.A. Hayek Irrevocable Settlement Trust, what docket entry?

MR. CULPEPPER: Docket entry 313, and that's exactly what's referred to in the Affidavit of Service of Mr. Philroy Walters.

THE COURT: I'm sorry. 313?

MR. CULPEPPER: Yes, ma'am.

(Pause)

THE COURT: OK. This is the writ of garnishment, and you're commanded to serve this on F.A. Hayek.

Mr. Culpepper, are you saying that Mr. Philroy actually served this document on Ms. Claxton-Whittaker?

MR. CULPEPPER: I'm not the one saying that. That's what -- well, yes, I'm saying that, and also that is what the gentleman says in his affidavit, docket No. 313.

THE COURT: OK. Let me go back to that.

All right. So what is your contention, Mr. Palomares?

MR. PALOMARES: Judge, that I contacted Mr. Culpepper several times by way of emails and communications, and on June 8th, actually eight days after supposedly that service, I informed Mr. Culpepper that he had served in Puerto Rico.

THE COURT: What does service in Puerto Rico have anything to do with if he is serving an actual trustee authorized under Nevis law to accept service?

MR. PALOMARES: I --

THE COURT: What does Puerto Rico have anything to do with this?

MR. PALOMARES: Well, that's why Mr. Culpepper's service is improper because he served it in Puerto Rico.

THE COURT: No. He's saying he might have served it a hundred times, but if he presses the right button, like in

pinball, right, he hits the right one, he's saying that he hit the right one with Ms. Claxton-Whittaker.

MR. PALOMARES: Well, Judge, if that was the case, then he had to have given me the opportunity to answer the writ of garnishment.

THE COURT: No, but it was ignored. It was served on -- when was the service effectuated, Mr. Culpepper? May 5th.

MR. CULPEPPER: This was May 5th on Claxton-Whittaker. But it was also served on the other person who Ms. Whittaker said was trustee, SouthPac, and it was also served on the Jan Dash in Puerto Rico, who also is indicated as trustee in the schedule of the tax returns.

So, as your Honor said, this was served many times.

THE COURT: So which service are you relying upon?

MR. CULPEPPER: I'm relying on all three of them, because the problem is Mr. Palomares won't tell me who is the trustee.

THE COURT: All right. So we have gone through service on Ms. Claxton-Whittaker, authorized to accept service for Barrett Venture Holdings.

Do you have similar paperwork for the other South Park or South whatever?

MR. CULPEPPER: Yes, your Honor. First, if you --

THE COURT: The only reason I'm asking you is for the

timing. Is this timing before the default was entered?

MR. CULPEPPER: Yes, your Honor. Even Ms. Claxton-Whittaker, it was at least served before the hearing on the motion for default judgment.

THE COURT: Before the entry of default by the clerk.

MR. CULPEPPER: Let's just go through this. I am going through, as you said. The first question was when was each purported trustee served.

On January 10th, the writ was served on Jan Dash and Grant Thornton, the entities indicated in the 2018 Schedule K-1, as trustee of F.A. Hayek Irrevocable Settlement Trust. That affidavit of service is at docket No. 378.

THE COURT: OK. Let me go there.

(Pause)

THE COURT: Just to make sure we are all on the same page, what is the date of the clerk's entry of default?

MR. CULPEPPER: One moment, your Honor.

MR. PALOMARES: Your Honor, if I might help the court, I believe I just took it off. I think it is December 2022. I just had it out a minute ago.

(Pause)

THE COURT: All right. So I went to that docket entry that you pointed me to, 378, and it does say that service on Jan Dash of Grant Thornton was effectuated January 10, 2023.

So back to the question. When was the default

entered?

MR. CULPEPPER: I'm looking for it, your Honor. It looks like -- one moment. I'm almost there.

All right. On docket entry No. 402, on February 13, 2003 a default was entered against F.A. Hayek Irrevocable Settlement Trust.

THE COURT: Right.

MR. CULPEPPER: Docket entry 402.

THE COURT: OK. Clerk's entry of default as to Jan Hayek Settlement Trust. All right. So the entry of default was after -- was approximately 30 days after service.

MR. CULPEPPER: Yes, your Honor.

THE COURT: Go ahead, sir.

MR. CULPEPPER: And then later when we received the disclosure from Ms. Claxton-Whittaker that showed that SouthPac and also Barrett Venture Holdings were trustees, we went ahead and served them too.

THE COURT: All right. So like belt and suspenders.

MR. CULPEPPER: Yes, your Honor.

THE COURT: All right.

MR. CULPEPPER: I just want to reiterate, it's troubling that Ms. Claxton-Whittaker says in this letter that she was never -- that the trust had never been served --

THE COURT: Yes.

MR. CULPEPPER: -- when she was personally handed the

papers.

THE COURT: Yes. Everything is very troubling, but the point I'm trying to get at, Mr. Culpepper, is you have made a record of service on the trust 30 days before the entry of clerk's default on a trustee of the trust that has been documented in IRS Form K-1. Am I correct?

MR. CULPEPPER: Yes, your Honor, and I think I showed --

THE COURT: On top of that, then afterwards, before default judgment was entered, Ms. Claxton-Whittaker was served on behalf of the Ventures, and then who was served on behalf of the SouthPac entity?

MR. CULPEPPER: All right. One moment. That one the court granted a motion to serve by alternative means.

THE COURT: OK.

MR. CULPEPPER: So we served them by Fed-Ex.

THE COURT: OK.

MR. CULPEPPER: There were two SouthPacs. We served one by Fed-Ex and one was also hand delivered to someone. Let me find that.

THE COURT: Let's make it a matter of record in terms of the docket entries that show the service.

We have 378 showing service on Jan Dash of Grant Thornton in Puerto Rico who, according to the paperwork you submitted, is a trustee of the garnishee.

MR. CULPEPPER: Your Honor, with respect to SouthPac, let's not include that because SouthPac was actually served its own writ of garnishment that was directly to SouthPac. Well, you know, let's still include that because SouthPac was indicated as trustee and they were also served writs of garnishment.

So on docket entry 433, there's an Affidavit of Service, also by Philroy Walters, saying that on February 16th a writ of garnishment was served on SouthPac Trust Nevis Limited. That is docket entry 433.

THE COURT: All right. Let me pull that.

So we've documented Grant Thornton. We've documented Barrett Ventures, service on Ms. Whittaker, and now we're documenting service on SouthPac, correct?

MR. CULPEPPER: Yes. That is SouthPac Trust Nevis Limited. There is another SouthPac, and that one is at docket 434.

THE COURT: Are there two of them? Are they both trustees?

MR. CULPEPPER: Well, keep in mind, Mr. Muszynski wouldn't disclose. So keeping it in theme with the belt-and-suspenders approach, we served both SouthPac Trusts. We served the SouthPac Trust Nevis and we served the SouthPac Trust Cook Islands. Docket entry 434. Pursuant to the court's order, I served SouthPac Trust Cook Islands by sending by

Fed-Ex to it.

THE COURT: Cook Islands as opposed to Nevis.

MR. CULPEPPER: Right. Nevis was personally served and Cook Islands was served by Fed-Ex.

THE COURT: And that was pursuant to a court order allowing you to do that?

MR. CULPEPPER: Yes, your Honor.

Would you like the docket entry for the court order?

THE COURT: Hold on. Hold on. Let me get back to -- what was the docket entry you gave me for that one? 433?

MR. CULPEPPER: 434.

THE COURT: 434.

MR. CULPEPPER: Actually, it looks like they struck it and made me redo it. I'm sorry. Docket entry 437.

THE COURT: 437. All right.

SouthPac Trust Limited.

MR. CULPEPPER: Yes, your Honor.

THE COURT: But this one is granting to serve by alternative means.

MR. CULPEPPER: Yes. So this 437 is the cover letter, notice of the service, and 437-1 is the declaration.

THE COURT: Right, but that is the one that is by alternative means. I thought you said that some had been done by personal service.

MR. CULPEPPER: This is Cook Islands. Cook Islands

was done by Fed-Ex.

THE COURT: OK.

MR. CULPEPPER: Then also the 433 is the Affidavit of Service of SouthPac Nevis. So 433, docket entry 433 is after the service of SouthPac Nevis.

Docket entry 437 is the service of SouthPac Cook Islands. There are two SouthPacs.

THE COURT: Well, here's Philroy Walters again.

MR. CULPEPPER: Yes.

THE COURT: He is personal service in Nevis and he is saying that he personally served -- who did he serve?

MR. CULPEPPER: Ms. Elridge Glasford.

THE COURT: OK. Where does he say she's a registered address? Let me see. How do we know that Ms. Elridge is the registered agent?

MR. CULPEPPER: We don't really need to go into this because SouthPac appeared and we filed a stipulation later in the case.

Going back to your Honor's point --

THE COURT: I'm sorry. Were you serving SouthPac as trustee of F.A. Hayek or on its own accord?

MR. CULPEPPER: The short answer, SouthPac was served as SouthPac. The writ of garnishment was issued directly to SouthPac because it was trustee of that. So everything was --

THE COURT: I'm sorry. And SouthPac acknowledged

service?

MR. CULPEPPER: Yes. They later filed a stipulation. We vacated that writ because SouthPac told me that they had resigned as trustee for --

THE COURT: I see. So SouthPac is out of the picture.

MR. CULPEPPER: Yes. They resigned.

THE COURT: We don't care about SouthPac anymore.

MR. CULPEPPER: Right. I just bring that up to say I served everyone who Diane Claxton-Whittaker said was a trustee.

THE COURT: I got it, but we didn't really need to go there because SouthPac doesn't play a role anymore.

Jan Dash and Ms. Claxton-Whittaker are the two trustees upon whom you're relying for service on F.A. Hayek, correct?

MR. CULPEPPER: Yes, your Honor.

I just want to reiterate, there's been no evidence introduced in contrary of these service --

THE COURT: I understand. I understand. So that's where I was going with Mr. Palomares when I asked him what do you have against this, and that's when he was giving me some dates, and that's what made us go to the timing issue.

So January 10th, 30 days before the entry of default, Jan Dash of Grant Thornton was served, and the date when Ms. Whittaker was served, was that a belt-and-suspenders service?

MR. CULPEPPER: Yes, your Honor. She was served on May 5th.

THE COURT: After the entry of default, but before the entry of default judgment?

MR. CULPEPPER: Yes, your Honor.

THE COURT: OK. All right. Well, Mr. Palomares, the evidence in the record shows that there was service on F.A. Hayek before the entry of default, and that is the only basis that you're challenging the entry of default judgment.

Do you have anything else to offer to the court at this time?

MR. PALOMARES: Yes, your Honor. My initial motion -- if the court is going to accept the deed of service, people that --

THE COURT: Why do you think I just went through all these motions?

MR. PALOMARES: I understand, Judge, and that is where I'm heading to, Judge.

Then my motion for setting aside an excuse or delay should be granted and give the trust an opportunity to answer the writ, and that's all we're here asking the court to do. I laid out the elements that we have used time and time again in the Eleventh Circuit.

THE COURT: All right. So let's see. We just went through all this and now you're saying, OK, now I'm going on

another tangent and now I'm saying even if there was good service, there's excusable neglect. Why? What is the excusable neglect?

You seem to be saying the excusable neglect was because there was no service. So what is the excuse for not responding now?

MR. PALOMARES: Because Mr. Culpepper has not been able to tie in how does Mr. Jan Dash or Grant Thornton have anything to do with Hayek, and what does --

THE COURT: I'm sorry, sir. We just went through that, and from the K-1, Grant Thornton is a trustee of the trust.

MR. PALOMARES: Yes, Judge.

THE COURT: Right.

MR. PALOMARES: But it's according to 2018, not in 2023, and that's the problem.

THE COURT: Well, do you have something that says that on January 10, 2023 Jan Dash was not a trustee of the trust? Because you haven't offered any evidence.

MR. PALOMARES: I agree with the court, and the evidence is available. I believe that if we follow the rules, I will be able to provide it. If I can get leave, I will be able to provide evidence that Grant Thornton and Jan Dash had nothing to do with F.A. Hayek at the time of service.

THE COURT: All right. Mr. Culpepper, do you have any

idea where this is coming from?

MR. CULPEPPER: I don't. When Mr. Palomares first contacted me, I emailed him the Schedule K and I emailed him the affidavit of Mr. Philroy Walters and he never replied saying that those people aren't the trustees and telling me, most importantly, who is the trustee. He told me point-blank he is not going to tell me who the trustee is. So I don't think I should have to rely on his say-so to just say those aren't the trustees when he won't even give me the current trust agreement.

THE COURT: Yes. Yes. All right. So now you've shifted back, Mr. Palomares, to wrong service as opposed to what you were saying about excusable neglect.

There was service on this trustee based on that K-1. There was subsequent service on Ms. Whittaker prior to the entry of final default judgment, and enough time has passed -- I've had several hearings on this. I went step by step to make sure everything was done properly, and now all of the sudden is when we get the motion to set aside default judgment.

I think your request for more time to challenge things is too little too late. So I will recommend that the motion to set aside default judgment be denied and I will grant the plaintiffs' request for issuance of writ of execution.

I will direct the clerk to reinstate that.

Do you, Mr. Culpepper, still need a bond if you get

the writ of execution?

MR. CULPEPPER: Well, your Honor, if Mr. Palomares says he wants to stay execution of the writ, then we would want a bond.

THE COURT: Where did he ask for that?

MR. CULPEPPER: I'm giving Mr. Palomares an opportunity to say orally if that is what he wants, because if he doesn't want that, then we'd want the writ of execution issued.

THE COURT: Mr. Palomares.

MR. PALOMARES: That's on you, your Honor, if you wish to give it to him. I have not been able to communicate that with my client and I'm unable to advise the court.

THE COURT: All right. So at this point in time with the issuance of the writ of execution, there is nothing in the record asking for a stay. The request for the bond is moot.

Am I correct?

MR. PALOMARES: Yes, Judge.

THE COURT: Mr. Culpepper.

MR. CULPEPPER: Yes. I believe you're correct, your Honor.

THE COURT: All right. All right. So there will be a report and recommendation that the motion to set aside default judgment be denied, and there will be a direction to the clerk to reinstate the issuance of the writ of execution and a denial

of the motion for bond as moot.

Anything else I can do for you today?

MR. PALOMARES: No, your Honor, not from Hayek F.A.

THE COURT: Mr. Culpepper.

MR. CULPEPPER: Nothing further from plaintiffs, your Honor.

THE COURT: Thank you very much.

THE DEPUTY CLERK: Court's adjourned.

(Adjourned)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription to the best of my ability of the digital audio recording in the above-entitled matter.

August 3, 2023 s/ Joanne Mancari
Joanne Mancari, RPR, CRR, CSR
Court Reporter
jemancari@gmail.com

A LAW CLERK: [2] 8/13 8/15
MR. CULPEPPER: [72]
MR. PALOMARES: [39]
MR. ZLSAIKA: [11] 2/23 3/1 3/4 3/8 3/11 3/14 3/18 4/12 4/15 5/22 5/24
THE COURT: [129]
THE DEPUTY CLERK: [5] 2/3 2/20 5/6 5/14 33/8

1

10 [2] 22/24 30/18
10th [2] 22/9 28/22
11 [1] 11/8
11th [1] 10/23
12th [1] 10/23
13 [2] 11/21 23/4
16th [1] 25/8
170 [1] 1/14
1701 [2] 1/7 2/4
1st [1] 18/2

2

2003 [1] 23/5
2018 [2] 22/10 30/15
2018/2019 [1] 12/12
2019 [1] 12/12
2022 [2] 11/21 22/19
2023 [5] 1/6 22/24 30/16 30/18 33/17
20862 [1] 2/4
21 [1] 2/4
21-CV-20862-BB [1] 1/2

3

30 [3] 23/11 24/4 28/22
305-330-4141 [1] 1/19
30th [1] 19/8
313 [5] 18/13 18/21 19/22 19/25 20/9
33 [1] 19/5
33130 [1] 1/19
34 [1] 1/8
378 [3] 22/12 22/23 24/23
3rd [1] 9/25

4

402 [2] 23/4 23/8
4047 [1] 1/15
4141 [1] 1/19
433 [6] 25/7 25/10 26/10 27/3 27/4 27/4
434 [4] 25/17 25/24 26/11 26/12
437 [4] 26/14 26/15 26/20 27/6
437-1 [1] 26/21

5

508 [2] 6/1 6/14
509 [1] 6/4
513 [3] 11/3 11/12 14/17
513-5 [7] 12/3 14/14 14/18 16/7 16/9 16/12 16/13
517 [1] 19/4
5th [6] 11/25 12/1 12/8 21/8 21/9 29/2

6

66 [1] 1/18

7

75-170 [1] 1/14

8

808-464-4047 [1] 1/15
8th [1] 20/14

9

96740 [1] 1/15

A

abide [1] 5/20
ability [1] 33/14
able [5] 4/19 30/8 30/22 30/23 32/12
about [8] 3/13 3/21 4/5 9/15 12/7 14/7 28/7 31/13
above [1] 33/15
above-entitled [1] 33/15
accept [12] 14/1 15/3 15/9 15/15 15/23 15/24 17/1 18/11 19/14 20/18 21/20 29/13
accord [1] 27/21
according [7] 12/11 13/17 15/10 17/10 19/13 24/24 30/15
accurate [1] 33/13
acknowledged [1] 27/25
action [4] 9/1 11/17 12/20 13/21
actual [2] 18/16 20/17
actually [5] 7/19 20/6 20/14 25/2 26/13
address [5] 17/6 17/11 17/18 17/18 27/14
addressed [1] 19/1
adjourned [2] 33/8 33/9
admissible [1] 13/10
admitted [1] 12/3
advise [1] 32/13
affidavit [15] 9/20 9/23 12/2 12/3 14/19 16/10 16/18 16/23 18/20 19/23 20/9 22/12 25/7 27/3 31/4
after [6] 14/9 20/14 23/11 23/11 27/4 29/3
afternoon [3] 2/7 2/8 2/9
afterwards [1] 24/9
again [3] 9/21 27/8 29/22
against [4] 6/7 10/14 23/5 28/20
agent [6] 14/1 17/19 17/21 18/5 18/6 27/15
ago [1] 22/20
agree [2] 5/20 30/20
agreement [1] 31/10
ahead [2] 23/13 23/16
al [4] 1/4 1/7 2/3 2/4
ALICIA [1] 1/11
all [54]
Allow [2] 8/8 8/11
allowing [1] 26/6
alluding [1] 7/4
almost [2] 11/10 23/3
already [1] 5/22
also [21] 2/20 6/4 7/5 7/15 10/25 11/21 12/3 12/10 12/24 14/4 14/5 19/8 20/8 21/10 21/11 21/12 23/16 24/19 25/5 25/8 27/3
alternative [3] 24/14 26/19 26/23
am [4] 2/23 22/6 24/6 32/17
another [4] 2/16 4/24 25/16 30/1
answer [5] 6/25 19/4 21/4 27/22 29/20
anticipate [1] 9/15
any [8] 4/16 5/3 8/1 9/2 15/14 18/5 30/19 30/25
anybody [1] 5/2
anymore [2] 28/7 28/11
anything [7] 3/21 4/4 20/17 20/20 29/10 30/9 33/2
apparently [1] 14/5
appearance [1] 7/1
appearances [2] 1/12 2/5
appeared [4] 3/24 4/1 4/3 27/17
appearing [1] 2/6
approach [1] 25/22
approximately [1] 23/11
are [24] 3/16 4/9 6/8 6/20 6/23 9/7 9/16 10/4 11/9 12/18 12/18 13/24 15/21 15/21 15/22 15/22 18/25 20/5 21/15 22/15 25/18 25/18 27/7 28/12
aren't [2] 31/5 31/9
arguing [1] 6/21
arrested [1] 10/22
articulated [1] 17/23
as [28] 4/16 5/22 7/25 8/25 10/17 11/22 12/14 13/23 14/10 14/25 15/5 15/23 17/12 17/18 17/21 18/4 21/12 21/14 22/7 22/11 23/9 25/5 26/2 27/20 27/23 28/4 31/12 33/1
aside [11] 6/2 6/7 6/25 7/9 9/16 13/18 14/8 29/19 31/19 31/22 32/23
ask [2] 9/8 32/5
asked [2] 10/4 28/19
asking [8] 6/8 7/6 8/9 8/19 9/16 21/25 29/21 32/16
assertion [1] 12/6
assets [1] 12/22
assist [1] 10/9
assistance [1] 8/10
ASSOCIATES [3] 1/18 7/18 8/16
at [21] 3/18 7/9 8/8 8/19 11/7 12/3 12/4 13/16 14/2 14/14 14/18 15/7 15/17 19/3 22/3 22/12 24/3 25/16 29/10 30/24 32/14
attached [1] 7/25
attend [1] 5/17
attention [2] 9/20 9/22
attorney [3] 9/13 15/16 15/24
attorneys [2] 6/16 15/22
audio [2] 1/10 33/14
August [2] 1/6 33/17
AUH2O [3] 10/18 11/2 11/19
authorized [9] 13/25 15/3 15/9 15/15 15/22 17/1 19/14 20/18 21/20
available [1] 30/21
avoid [1] 15/24
awarded [1] 10/14

B

back [8] 5/18 12/22 17/16 20/10 22/25 26/9 27/19 31/12
background [2] 4/13 10/11
backwards [1] 16/17
bailiff [3] 14/24 16/24 19/13
bankruptcy [1] 10/22
Barrett [13] 11/20 11/25 15/4 15/6 15/10 17/2 17/11 17/17 17/21 19/1 21/21 23/16 25/13
based [2] 11/23 31/14
Basically [1] 18/20
basis [2] 7/1 29/8
BB [1] 1/2
be [21] 4/19 5/2 5/19 6/21 6/25 7/4 7/5 9/17 10/21 13/5 15/14 16/13 16/14 29/20 30/4 30/22 30/22 31/22 32/22 32/24 32/24
because [21] 6/20 10/16 10/19 10/25 12/16 12/17 13/1 13/7 13/11 20/23 21/17 25/2 25/4 27/17 27/24 28/3 28/11 30/5 30/7 30/19 32/7
been [13] 6/17 6/19 6/21 9/1 12/19

B

been... [8] 13/19 13/21 23/23 24/5 26/23 28/16 30/7 32/12
before [10] 1/11 4/1 22/1 22/3 22/5 24/4 24/9 28/22 29/3 29/8
behalf [8] 2/6 2/10 6/11 15/4 15/10 17/2 24/11 24/11
behind [1] 5/8
being [3] 4/17 4/18 12/24
believe [7] 4/2 6/14 7/24 19/3 22/19 30/21 32/20
belt [3] 23/18 25/22 28/24
beneficiary [1] 10/14
besides [2] 12/19 12/24
best [1] 33/14
between [1] 11/1
blank [1] 31/6
Bloom [2] 2/4 6/15
Bolivia [1] 19/5
bond [6] 6/5 6/9 31/25 32/4 32/16 33/1
both [5] 5/9 11/22 11/23 25/18 25/22
breaking [1] 3/5
bring [2] 13/7 28/8
business [3] 6/17 8/1 8/5
but [16] 4/15 4/17 9/6 9/13 12/22 15/8 16/9 20/25 21/6 21/10 24/2 26/18 26/22 28/10 29/3 30/15
button [1] 20/25

C

Calle [1] 19/5
can [7] 4/20 8/18 9/17 10/8 15/24 30/22 33/2
cannot [2] 9/14 10/3
care [1] 28/7
case [6] 1/2 2/4 10/12 10/13 21/3 27/18
cause [1] 10/21
certify [1] 33/13
challenge [2] 18/7 31/20
challenging [6] 7/9 7/10 7/11 8/4 9/9 29/9
Charlestowns [1] 7/14
Circuit [1] 29/23
civil [1] 2/4
claim [1] 14/5
clarify [1] 7/6
Claxton [30] 7/17 7/17 7/22 8/6 11/18 12/1 12/6 13/20 13/23 14/11 14/25 15/2 15/5 15/9 15/14 17/15 17/18 17/20 18/16 19/12 20/6 21/2 21/9 21/20 22/3 23/15 23/22 24/10 28/9 28/12
Claxton-Whittaker [12] 7/17 7/22 12/1 13/20 14/11 15/2 15/14 17/15 17/18 19/12 21/9 28/9
clerk [7] 2/12 2/14 2/15 8/15 22/5 31/24 32/24
clerk's [3] 22/16 23/9 24/5
client [1] 32/13
coming [2] 4/14 31/1
commanded [1] 20/4
communicate [1] 32/12
communications [1] 20/13
company [3] 17/12 17/13 17/19
competing [1] 6/2
concentrating [1] 14/9
consistent [1] 18/2
contacted [2] 20/12 31/3
contempt [1] 10/15
contention [4] 6/10 6/19 13/25 20/11
contentions [1] 6/20
contesting [1] 13/4
contradictions [1] 13/14
contrary [1] 28/17
Cook [7] 25/24 25/25 26/2 26/4 26/25 26/25 27/6
corporate [1] 10/17
correct [6] 6/13 24/6 25/14 28/14 32/17 32/20
correctly [1] 17/25
could [6] 2/19 2/25 3/2 4/25 11/2 15/14
Counsel [1] 2/5
country [3] 3/9 3/14 12/17
course [1] 4/12
court [29] 1/1 1/22 2/20 2/21 2/23 3/1 3/8 3/10 3/21 3/24 4/8 4/16 4/20 9/16 10/15 14/13 14/24 15/12 19/20 22/18 24/14 26/5 26/8 29/10 29/13 29/21 30/20 32/13 33/18
court's [4] 9/19 9/22 25/24 33/8
courtroom [1] 4/19
cover [2] 16/25 26/20
crossed [1] 15/21
CRR [2] 1/22 33/17
CSR [2] 1/22 33/17
CULPEPPER [23] 1/13 1/14 2/6 3/20 3/23 10/5 10/8 11/11 14/10 15/20 18/12 19/4 19/19 20/5 20/12 20/15 21/7 24/3 30/7 30/25 31/25 32/19 33/4
Culpepper's [3] 9/20 9/23 20/22
culpepperip.com [1] 1/16
current [1] 31/9
CV [1] 1/2

D

Dash [10] 12/10 21/12 22/9 22/24 24/23 28/12 28/23 30/8 30/18 30/23
date [2] 22/16 28/23
dates [1] 28/21
days [4] 20/14 23/11 24/4 28/22
December [1] 22/19
declaration [1] 26/21
deed [1] 29/13
deemed [2] 17/6 17/12
default [23] 6/2 6/9 12/4 13/18 22/1 22/4 22/5 22/16 22/25 23/5 23/9 23/10 24/5 24/10 28/22 29/3 29/4 29/8 29/9 31/16 31/19 31/22 32/23
defendant [5] 1/8 1/17 10/18 11/2 11/19
defendants [1] 10/13
delay [1] 29/19
delete [1] 5/10
delivered [1] 24/19
denial [1] 32/25
denied [2] 31/22 32/24
Diana [9] 7/16 7/22 9/23 10/3 13/19 14/11 17/15 17/17 19/12
Diane [4] 12/1 15/2 15/13 28/9
did [5] 5/4 5/22 12/2 27/11 32/5
didn't [1] 28/10
digital [2] 1/10 33/14
direct [2] 9/19 31/24
direction [1] 32/24
directly [2] 25/3 27/23
disclose [7] 9/7 9/14 10/3 10/16 10/19 10/22 25/21
disclosing [1] 10/19
disclosure [3] 3/15 15/11 23/15
discussing [1] 14/11
dissipating [1] 12/22
DISTRICT [2] 1/1 1/1
do [24] 3/7 3/20 3/23 4/4 4/11 5/20 6/17 9/15 18/7 20/17 20/20 21/22 26/6 27/14 28/19 29/10 29/15 29/21 30/9 30/17 30/24 30/25 31/25 33/2
docket [31] 6/1 6/4 6/14 9/25 11/3 11/11 11/12 12/3 14/14 16/9 18/13 18/21 19/2 19/4 19/21 19/22 20/9 22/12 22/22 23/4 23/8 24/22 25/7 25/10 25/16 25/24 26/8 26/10 26/14 27/4 27/6
document [5] 8/20 11/16 12/1 15/13 20/6
documented [3] 24/6 25/12 25/12
documenting [1] 25/14
does [12] 7/21 8/6 9/2 9/4 15/8 17/9 20/16 20/20 22/23 27/13 30/8 30/9
doesn't [6] 5/2 10/18 13/21 17/4 28/11 32/8
don't [9] 4/22 6/17 8/1 8/4 13/4 27/16 28/7 31/2 31/7
done [4] 12/17 26/23 27/1 31/18
dotted [1] 15/21
duplicating [1] 4/21

E

each [1] 22/8
ECF [1] 11/7
effectuated [4] 9/17 14/12 21/7 22/24
eight [1] 20/14
elements [1] 29/22
Eleventh [1] 29/23
Elridge [2] 27/12 27/14
else [2] 29/10 33/2
emailed [2] 31/3 31/3
emails [1] 20/13
emphasize [1] 18/1
employed [1] 15/12
enough [1] 31/16
ensure [1] 6/9
entered [4] 22/1 23/1 23/5 24/10
entities [3] 11/24 13/24 22/10
entitled [1] 33/15
entity [7] 3/21 4/5 6/12 14/5 18/6 19/1 24/12
entries [1] 24/22
entry [33] 6/1 6/4 11/3 11/12 12/3 14/14 16/9 19/2 19/4 19/21 19/22 22/5 22/16 22/22 23/4 23/8 23/9 23/10 24/4 25/7 25/10 25/24 26/8 26/10 26/14 27/4 27/6 28/22 29/3 29/4 29/8 29/9 31/16
ESQ [2] 1/13 1/17
established [1] 19/12
establishes [1] 7/25
et [4] 1/4 1/7 2/3 2/4
even [3] 22/2 30/1 31/9
Everybody [1] 19/8
everyone [1] 28/9
everything [3] 24/2 27/24 31/18
evidence [9] 12/4 13/10 18/8 18/9 28/16 29/7 30/19 30/21 30/23
Ex [5] 24/16 24/19 26/1 26/4 27/1
exactly [3] 6/22 18/18 19/22
except [1] 18/22
excusable [5] 6/22 30/2 30/3 30/4 31/13
excuse [2] 29/19 30/5
execution [8] 6/3 6/8 31/23 32/1 32/3 32/8 32/15 32/25
Exhibit [2] 7/25 16/16
exhibits [1] 6/15
explain [1] 14/6

F

fact [2] 6/24 18/10
failing [1] 10/22
false [4] 12/7 12/19 12/25 13/1
fashion [1] 10/6
February [3] 9/25 23/4 25/8
Fed [5] 24/16 24/19 26/1 26/4 27/1
Fed-Ex [5] 24/16 24/19 26/1 26/4 27/1
filed [6] 6/14 10/22 11/17 12/2 27/17 28/2
finagle [1] 8/12
final [1] 31/16
find [2] 19/17 24/20
finding [1] 10/4
first [6] 12/14 16/10 18/10 21/24 22/7 31/2
five [1] 16/14
FL [1] 1/19
Flagler [1] 1/18
FLORIDA [2] 1/1 1/5
follow [1] 30/21
following [1] 2/2
foregoing [1] 33/13
foreign [1] 12/17
foremost [1] 18/10
forget [1] 19/13
Form [1] 24/6
full [1] 3/15
FUNDING [2] 1/3 2/3
further [1] 33/5

G

garnishee [13] 2/10 6/5 6/6 8/7 10/15 11/22 12/12 13/18 14/12 15/7 17/22 18/9 24/25
garnishee's [1] 6/1
garnishment [17] 6/12 7/1 14/8 18/13 18/17 18/21 18/22 18/23 18/25 19/18 19/19 20/3 21/5 25/3 25/6 25/9 27/23
gave [2] 5/19 26/10
gentleman [3] 12/2 14/23 20/9
get [7] 12/22 13/5 24/3 26/9 30/22 31/19 31/25
getting [1] 5/3
give [5] 3/2 16/20 29/20 31/9 32/12
given [2] 19/15 21/4
giving [3] 18/12 28/20 32/6
Glasford [1] 27/12
gmail.com [3] 1/20 1/23 33/18
go [10] 5/18 8/4 13/14 20/10 22/6 22/13 23/13 27/16 28/10 28/21
going [9] 10/11 11/1 14/3 22/7 27/19 28/19 29/13 29/25 31/7
gone [2] 6/7 21/19
good [4] 2/7 2/8 2/9 30/1
got [3] 19/6 19/6 28/10
grant [10] 14/4 22/10 22/24 24/23 25/12 28/23 30/8 30/11 30/23 31/22
granted [2] 24/14 29/20
granting [1] 26/18
guess [1] 8/22

H

had [12] 6/21 10/20 10/21 16/23 20/15 21/4 22/20 23/23 26/23 28/3 30/23 31/17
hand [3] 6/6 6/8 24/19
handed [3] 12/8 12/20 23/25
handing [1] 11/25
handle [1] 8/18
hands [2] 15/13 17/6
happened [1] 14/8
has [13] 9/1 9/18 9/25 10/23 12/25 13/8 13/18 13/20 17/15 17/17 24/5 30/7 31/16
have [35]
haven't [1] 30/19
having [1] 15/24
Hayek [16] 2/10 6/11 12/10 12/22 15/11 19/20 20/4 22/11 23/5 23/10 27/21 28/13 29/8 30/9 30/24 33/3
he [47]
he's [7] 10/14 10/16 15/12 15/19 17/14 20/24 21/1
heading [1] 29/18
hear [4] 4/15 4/22 5/9 14/2
heard [1] 3/12
hearing [8] 1/10 4/2 4/13 5/10 5/12 10/21 12/4 22/4
hearings [2] 3/25 31/17
held [1] 2/2
help [1] 22/18
her [6] 7/24 9/2 12/19 12/25 17/18 18/2
here [8] 3/16 3/18 4/16 4/17 10/11 11/16 15/23 29/21
here's [1] 27/8
hereby [1] 33/13
herself [2] 12/8 15/6
HI [1] 1/15
him [5] 10/19 28/19 31/3 31/3 32/12
his [5] 13/17 15/17 19/13 20/9 31/8
hit [1] 21/1
hits [1] 21/1
hold [8] 7/18 13/15 14/15 16/5 16/11 17/8 26/9 26/9
Holding [1] 15/10
Holdings [10] 11/20 11/25 15/4 15/6 17/2 17/11 17/17 17/21 21/21 23/16
Honor [33] 2/7 2/9 2/23 3/4 4/6 8/13 10/10 10/20 13/13 14/13 14/19 18/1 21/14 21/24 22/2 22/17 22/18 23/2 23/12 23/19 24/7 25/1 26/7 26/17 28/15 29/1 29/5 29/12 32/2 32/11 32/21 33/3 33/6
Honor's [1] 27/19
HONORABLE [1] 1/11
how [7] 9/15 10/4 15/8 15/14 17/4 27/14 30/8
Hualalai [1] 1/14
hundred [1] 20/25

I

I'll [1] 12/22
I'm [51]
I've [1] 31/17
idea [1] 31/1
identification [1] 9/17
identifies [1] 11/22
identify [7] 2/19 2/22 2/25 4/20 4/25 5/4 8/14
identifying [1] 11/18
if [24] 2/22 4/18 8/13 9/17 10/20 11/2 11/7 13/13 18/10 19/3 20/17 20/25 21/3 21/24 22/18 29/13 30/1 30/21 30/22 31/25 32/2 32/7 32/7 32/11
ignored [1] 21/6
important [2] 10/11 10/25
importantly [3] 11/24 12/21 31/6
improper [1] 20/23
in [67]
INC [2] 1/3 2/3
include [2] 25/2 25/4
including [1] 6/15
inconsistent [1] 13/8
indicated [3] 21/12 22/10 25/5
Indies [1] 7/14
individual [1] 18/11
information [2] 10/16 11/23
informed [1] 20/15
initial [1] 29/12
instruction [1] 5/19
instructions [1] 5/21
interest [1] 3/3
interference [1] 4/23
interrogated [2] 4/17 4/18
into [5] 8/4 12/4 13/5 13/14 27/16
introduced [1] 28/17
IP [1] 1/14
irrelevant [1] 4/17
Irrevocable [4] 6/11 19/20 22/11 23/5
IRS [1] 24/6
is [133]
Islands [7] 25/24 25/25 26/2 26/4 26/25 26/25 27/7
issuance [4] 6/3 31/23 32/15 32/25
issue [3] 13/5 15/14 28/21
issued [3] 19/20 27/23 32/9
it [48]
it's [7] 6/14 9/5 10/10 12/15 16/17 23/21 30/15
its [3] 6/14 25/2 27/21

J

Jan [11] 12/10 21/11 22/9 22/24 23/9 24/23 28/12 28/23 30/8 30/18 30/23
January [4] 22/9 22/24 28/22 30/18
jargon [1] 17/19
jemancari [2] 1/23 33/18
Jillian [1] 4/3
Joanne [3] 1/22 33/17 33/17
Joseph [2] 16/1 16/2
Juan [1] 19/5
JUDGE [27] 1/11 2/13 2/15 2/17 2/20 5/6 5/14 6/13 6/15 7/9 7/12 7/24 8/11 8/19 8/23 9/5 9/11 9/19 10/7 18/19 19/3 20/12 21/3 29/17 29/18 30/13 32/18
judgment [14] 6/2 6/9 6/25 10/14 12/5 13/18 22/4 24/10 29/4 29/9 31/16 31/19 31/22 32/24
June [3] 11/21 18/2 20/13
jurisdiction [8] 6/20 7/6 7/9 7/11 8/4 9/9 13/1 13/4
just [22] 2/24 4/16 4/20 5/18 7/19 10/1 13/7 13/15 14/6 14/7 14/11 22/6 22/15 22/19 22/20 23/21 28/8 28/16 29/15 29/24 30/10 31/8

K

K-1 [4] 22/11 24/6 30/11 31/14
kculpepper [1] 1/16
keep [1] 25/20
keeping [1] 25/21
KERRY [2] 1/13 2/6
kind [1] 10/23
knew [1] 12/7
know [8] 3/21 3/24 4/4 15/9 15/23 17/1 25/4 27/14
known [1] 9/25
knows [4] 10/5 15/3 17/3 17/4
Kona [1] 1/15

L

laid [1] 29/22

## L

last [1] 5/7
late [1] 31/21
later [4] 12/23 23/14 27/17 28/2
law [12] 2/12 2/14 2/15 8/15 9/5 9/6 9/13 10/19 15/22 17/5 17/9 20/18
laws [5] 12/16 17/10 18/5 18/5 18/12
learned [1] 9/23
least [2] 15/7 22/3
leave [1] 30/22
Leroy [1] 16/5
let [16] 5/18 7/19 9/3 9/8 14/2 15/1 17/8 17/16 19/17 19/17 20/10 22/13 24/19 25/11 26/9 27/14
let's [10] 5/16 10/1 14/6 16/22 17/15 22/6 24/21 25/2 25/4 29/24
letter [20] 6/15 7/14 7/21 7/24 8/6 8/8 9/24 12/6 12/14 12/18 12/18 13/8 13/10 13/19 15/16 16/8 16/25 18/2 23/22 26/20
like [8] 6/10 17/19 19/15 20/25 23/3 23/18 26/8 26/13
limited [4] 7/1 25/10 25/16 26/16
little [1] 31/21
live [1] 4/19
LLB [1] 7/17
LLC [6] 1/7 2/4 15/4 15/10 17/11 17/17
LLLC [1] 1/14
located [1] 3/16
logged [1] 5/5
logically [1] 17/23
longer [1] 4/16
look [5] 8/8 8/19 14/14 14/18 19/3
looking [3] 7/3 11/7 23/2
looks [2] 23/3 26/13
LORENZO [2] 1/17 2/9

## M

ma'am [5] 4/12 5/22 11/9 18/18 20/1
made [3] 24/3 26/14 28/21
MAGISTRATE [1] 1/11
make [5] 9/2 15/20 22/15 24/21 31/17
MANAGEMENT [2] 1/7 2/4
Mancari [3] 1/22 33/17 33/17
many [2] 12/18 21/14
Mark [1] 3/5
matter [3] 3/3 24/21 33/15
matters [1] 5/16
may [13] 4/9 4/10 5/19 8/13 10/23 10/23 11/25 12/1 12/8 19/8 21/7 21/9 29/2
maybe [2] 10/8 12/17
me [39]
mean [1] 15/20
means [3] 24/14 26/19 26/23
member [2] 11/20 11/22
members [1] 11/18
Miami [2] 1/5 1/19
might [2] 20/24 22/18
MILLENNIUM [2] 1/3 2/3
mind [1] 25/20
minute [1] 22/20
moment [6] 3/19 5/18 16/20 22/17 23/3 24/13
moot [2] 32/16 33/1
more [1] 31/20
most [2] 11/24 31/6
motion [21] 1/10 6/2 6/3 6/4 7/8 7/25 11/3 11/13 11/15 11/16 12/4 13/14 13/17 22/4 24/14 29/12 29/19 31/19 31/21 32/23 33/1
motions [1] 29/16
Mr [1] 19/13
Mr. [35]
Mr. Culpepper [20] 3/20 3/23 10/5 10/8 11/11 14/10 15/20 18/12 19/4 19/19 20/5 20/12 20/15 21/7 24/3 30/7 30/25 31/25 32/19 33/4
Mr. Culpepper's [3] 9/20 9/23 20/22
Mr. Jan [1] 30/8
Mr. Muszynski [4] 10/13 10/15 11/2 25/20
Mr. Palomares [17] 3/21 4/4 6/10 8/18 11/13 13/3 13/17 18/7 20/11 21/17 28/19 29/6 31/2 31/12 32/2 32/6 32/10
Mr. Palomares' [1] 13/14
Mr. Philroy [6] 14/23 15/17 17/20 19/23 20/5 31/4
Mr. Zlsaika [3] 4/5 4/7 5/18
Ms. [34]
Ms. Claxton-Whittaker [16] 8/6 11/18 13/23 14/25 15/5 15/9 17/20 18/16 20/6 21/2 21/20 22/3 23/15 23/22 24/10 28/12
Ms. Claxton-Whittaker's [1] 12/6
Ms. Diana [6] 7/22 10/3 14/11 17/15 17/17 19/12
Ms. Diane [3] 12/1 15/2 15/13
Ms. Elridge [2] 27/12 27/14
Ms. Whittaker [6] 7/18 12/14 21/10 25/13 28/24 31/15
much [2] 5/23 33/7
Muszynski [4] 10/13 10/15 11/2 25/20
mute [2] 4/15 5/9
my [14] 2/12 2/15 3/5 7/2 7/3 8/15 10/2 11/3 19/4 19/10 29/12 29/19 32/13 33/14

## N

name [6] 3/2 3/5 7/16 8/15 9/7 19/13
named [1] 16/8
need [5] 13/4 16/9 27/16 28/10 31/25
neglect [5] 6/22 30/2 30/3 30/4 31/13
never [8] 6/16 9/1 12/19 12/25 13/21 23/23 23/23 31/4
Nevis [24] 2/10 7/14 9/5 9/6 9/13 10/19 11/1 11/17 15/13 17/5 17/9 17/10 18/12 18/24 19/13 20/18 25/9 25/15 25/23 26/2 26/3 27/4 27/5 27/10
no [21] 1/2 2/4 5/6 5/12 6/19 6/20 6/21 7/4 7/5 8/23 9/5 9/11 18/18 20/9 20/24 21/6 22/12 23/4 28/16 30/5 33/3
noise [1] 4/13
None [1] 4/6
nonprofit [1] 3/11
not [47]
note [1] 7/3
nothing [4] 12/7 30/24 32/15 33/5
notice [1] 26/21
notification [1] 11/8
now [14] 4/24 10/25 12/14 14/7 14/9 14/18 19/14 25/13 29/25 29/25 30/1 30/6 31/11 31/18
number [1] 9/25

## O

oath [1] 15/19
observe [1] 4/3
observer [10] 2/11 2/16 2/18 2/22 2/23 3/1 4/16 4/24 5/3 5/8
off [2] 4/22 22/19
offer [1] 29/10
offered [1] 30/19
officers [1] 4/20
Oh [1] 16/25
OK [21] 4/4 4/22 5/14 7/13 16/11 16/15 16/17 16/22 16/23 17/8 19/11 20/3 20/10 22/13 23/9 24/15 24/17 27/2 27/13 29/6 29/25
on [89]
once [1] 4/15
one [26] 4/2 5/7 5/18 6/6 10/13 13/15 14/2 15/6 15/7 15/11 16/11 17/22 18/8 20/7 21/1 21/2 22/17 23/3 24/13 24/13 24/19 24/19 25/16 26/10 26/18 26/22
only [5] 7/11 13/6 16/11 21/25 29/8
operated [1] 12/25
opportunity [4] 5/8 21/4 29/20 32/7
opposed [2] 26/2 31/12
opposition [2] 11/3 11/13
option [1] 15/23
or [12] 3/16 3/20 4/8 5/20 12/7 12/15 15/14 18/11 21/23 27/21 29/19 30/8
orally [1] 32/7
order [6] 10/21 12/21 18/22 25/25 26/5 26/8
organization [1] 3/11
OTAZO [1] 1/11
OTAZO-REYES [1] 1/11
other [10] 3/25 4/2 6/8 10/17 11/2 12/9 13/14 15/11 21/10 21/22
our [3] 6/14 15/22 17/19
out [5] 10/4 12/15 22/20 28/5 29/22
over [3] 9/9 10/5 15/1
own [2] 25/3 27/21

## P

page [10] 11/3 11/6 11/8 11/15 11/16 14/17 16/10 16/10 16/11 22/16
pages [2] 1/8 16/14
palolaw2 [1] 1/20
PALOMARES [22] 1/17 1/18 2/10 2/14 3/21 4/4 6/10 8/16 8/18 11/13 13/3 13/17 18/7 20/11 21/17 28/19 29/6 31/2 31/12 32/2 32/6 32/10
Palomares' [1] 13/14
PALOMARES-STARBUCK [3] 1/18 2/14 8/16
Panama [4] 3/9 3/13 3/14 3/16
paper [1] 14/8
papers [6] 6/21 7/4 10/17 12/8 19/15 24/1
paperwork [2] 21/22 24/24
paragraph [1] 13/20
parallel [1] 10/25
Park [1] 21/22
part [2] 19/6 19/6
passed [1] 31/16
patently [2] 12/19 13/1
Pause [9] 5/1 5/11 7/20 11/5 14/16 14/21 20/2 22/14 22/21
penalty [1] 12/15
people [2] 29/13 31/5
perjury [2] 12/15 13/11
permitted [1] 6/25
person [5] 9/24 15/2 17/1 17/7 21/10
personal [10] 7/5 7/10 8/4 9/9 13/4 14/25 17/10 17/12 26/24 27/10
personally [6] 11/25 12/20 15/13 23/25 26/3 27/11
Philroy [12] 14/20 14/23 15/17 16/4 16/6 16/23 17/20 19/23 20/5 25/8 27/8 31/4
picture [1] 28/5
pinball [1] 21/1

## P

place [1] 8/20
Plaintiff [2] 1/5 1/13
plaintiffs [4] 2/7 6/8 11/1 33/5
plaintiffs' [4] 6/3 6/4 11/13 31/23
play [1] 28/11
pleading [1] 6/14
please [3] 2/5 2/22 4/25
point [5] 12/15 24/3 27/19 31/6 32/14
point-blank [1] 31/6
pointed [3] 14/17 16/7 22/23
pointing [1] 19/17
post [1] 6/5
presses [1] 20/25
previously [1] 15/5
principal [1] 7/17
prior [1] 31/15
problem [2] 21/17 30/16
procedure [1] 4/21
proceed [1] 5/16
proceeding [2] 6/23 6/24
proceedings [7] 2/2 4/8 4/9 5/19 6/7 10/24 11/1
process [3] 15/8 15/24 15/25
prohibited [1] 4/9
properly [6] 9/1 9/12 9/17 13/21 13/22 31/18
protects [1] 10/19
provide [2] 30/22 30/23
provided [1] 17/17
Puerto [9] 12/11 18/14 18/23 20/15 20/16 20/20 20/23 21/12 24/24
pull [1] 25/11
purported [1] 22/8
purposely [1] 12/17
pursuant [2] 25/24 26/5
Put [1] 14/8

## Q

qualified [1] 18/11
question [5] 7/2 7/3 9/9 22/7 22/25
questions [2] 10/2 19/10
quite [1] 8/17

## R

reached [1] 10/20
read [2] 16/20 17/8
really [2] 27/16 28/10
reason [1] 21/25
Rebecca [2] 8/15 8/19
recalls [1] 10/20
received [2] 18/21 23/14
recommend [1] 31/21
recommendation [1] 32/23
record [7] 2/5 4/9 18/8 24/4 24/21 29/7 32/16
recorded [1] 5/20
recording [3] 1/10 4/8 33/15
redo [1] 26/14
refer [1] 9/22
referred [1] 19/23
referring [1] 19/2
refused [1] 10/16
regarding [2] 4/8 9/2
registered [9] 17/5 17/11 17/18 17/19 17/21 18/5 18/6 27/13 27/15
reinstate [2] 31/24 32/25
reiterate [2] 23/21 28/16
relied [1] 13/19
relief [1] 7/3
rely [1] 31/8
relying [4] 7/13 21/15 21/16 28/13
remain [1] 9/18
replied [1] 31/4
report [1] 32/23
Reporter [2] 1/22 33/18
represent [2] 3/7 3/8
representative [2] 13/24 14/25
representing [1] 6/16
represents [3] 9/6 18/3 18/4
request [4] 6/3 31/20 31/23 32/16
require [1] 6/5
required [2] 9/7 12/16
resigned [2] 28/4 28/6
respect [1] 25/1
responding [1] 30/6
response [3] 5/3 5/10 5/12
restrained [1] 12/21
restraining [1] 12/21
returns [3] 12/11 13/1 21/13
REYES [1] 1/11
Rico [9] 12/11 18/14 18/23 20/15 20/16 20/20 20/23 21/12 24/24
right [58]
Road [1] 1/14
role [1] 28/11
Rowe [2] 16/1 16/2
RPR [2] 1/22 33/17
rules [2] 4/7 30/21

## S

said [7] 8/3 15/6 21/11 21/14 22/7 26/23 28/9
same [2] 18/4 22/15
San [1] 19/5
satisfied [1] 18/11
savvy [1] 8/22
say [15] 3/12 7/22 8/6 9/4 9/21 10/5 13/21 14/4 17/9 22/23 27/13 28/8 31/8 31/8 32/7
say-so [1] 31/8
saying [30] 7/5 7/19 9/12 9/13 9/15 10/3 12/19 13/3 13/23 16/1 17/3 17/14 17/20 18/15 18/19 19/1 19/14 19/16 20/5 20/7 20/8 20/24 21/1 25/8 27/11 29/25 30/1 30/4 31/5 31/13
says [18] 2/16 2/18 4/24 8/25 9/23 11/20 11/21 12/9 13/20 13/22 15/3 15/15 17/5 18/3 20/9 23/22 30/17 32/3
schedule [4] 12/11 21/13 22/10 31/3
screenshot [1] 11/16
scrolling [1] 8/25
second [2] 7/19 13/15
secret [1] 9/18
security [1] 4/20
see [12] 4/19 7/19 8/25 8/25 9/3 16/22 16/25 17/15 19/17 27/14 28/5 29/24
seeking [1] 6/6
seem [5] 5/2 6/21 7/4 7/5 30/4
seems [2] 4/17 13/5
seen [1] 16/24
sending [1] 25/25
serve [4] 20/4 24/14 26/18 27/11
served [63]
server [1] 15/8
service [63]
serving [3] 14/10 20/17 27/20
set [8] 6/2 6/6 6/25 7/8 13/18 31/19 31/22 32/23
setting [1] 29/19
settle [1] 9/16
Settlement [5] 6/11 19/20 22/11 23/6 23/10
several [2] 20/13 31/17
she [23] 9/2 9/4 9/6 11/18 11/20 11/21 12/7 12/7 12/8 12/9 12/16 12/20 13/25 15/15 15/15 15/16 18/3 18/3 19/14 19/15 23/23 23/25 29/1
she's [3] 7/19 12/19 27/13
shifted [1] 31/12
short [1] 27/22
should [6] 10/21 15/16 16/13 16/13 29/20 31/8
show [3] 10/21 13/2 24/22
showed [3] 15/5 23/15 24/8
showing [2] 5/9 24/23
shows [2] 13/7 29/7
signed [3] 9/24 11/17 16/8
similar [1] 21/22
sir [11] 4/11 4/18 5/19 7/2 8/24 10/1 10/9 19/7 19/10 23/13 30/10
so [49]
some [5] 3/24 4/13 10/5 26/23 28/20
someone [3] 7/14 16/8 24/19
something [3] 3/12 18/13 30/17
sorry [21] 2/25 3/4 3/4 7/16 7/21 8/3 8/3 10/1 10/1 15/1 16/21 18/15 18/15 18/25 19/7 19/10 19/25 26/14 27/20 27/25 30/10
sort [1] 17/19
sound [1] 3/5
sounds [2] 6/10 19/15
South [2] 21/22 21/23
SOUTHERN [1] 1/1
SouthPac [32] 11/21 11/24 12/10 21/11 23/15 24/12 25/1 25/2 25/3 25/4 25/9 25/14 25/15 25/16 25/22 25/23 25/23 25/25 26/16 27/4 27/5 27/6 27/17 27/20 27/22 27/23 27/24 27/25 28/3 28/5 28/7 28/11
SouthPacs [2] 24/18 27/7
speaking [1] 3/23
special [1] 7/1
stage [1] 10/20
stalled [1] 10/23
stand [1] 6/13
STARBUCK [3] 1/18 2/14 8/16
start [2] 15/1 16/10
starts [1] 16/16
state [1] 2/5
stated [1] 5/22
statement [4] 9/2 9/2 12/24 12/25
statements [1] 13/8
states [10] 1/1 1/11 3/17 3/18 6/17 8/2 12/16 13/11 18/13 18/20
stating [1] 7/18
stay [2] 32/3 32/16
step [3] 14/2 31/17 31/17
Stephanie [2] 5/4 5/13
stick [2] 10/2 19/10
still [3] 19/11 25/4 31/25
stipulation [2] 27/17 28/2
Street [1] 1/18
struck [1] 26/13
submitted [1] 24/25
subsequent [1] 31/15
such [1] 10/17
sudden [1] 31/18
support [1] 13/17
supposedly [1] 20/14

## S

Supreme [1] 14/24
sure [4] 4/17 15/20 22/15 31/18
suspenders [3] 23/18 25/22 28/24
sworn [3] 12/15 13/11 15/19
system [1] 15/12

## T

take [1] 15/17
taking [2] 13/15 14/2
talking [1] 14/7
tangent [1] 30/1
tax [3] 12/11 13/1 21/13
tell [4] 11/4 17/4 21/17 31/7
telling [1] 31/5
temporally [1] 10/23
temporary [1] 12/21
terms [2] 19/9 24/21
Thank [6] 5/15 5/23 5/24 5/25 10/10 33/7
that [162]
that's [16] 2/14 8/17 8/21 8/21 8/24 12/3 19/15 19/22 20/7 20/22 28/18 28/20 28/21 29/21 30/16 32/11
their [1] 6/9
them [5] 4/10 21/16 23/17 24/16 25/18
theme [1] 25/21
themselves [1] 5/4
then [12] 5/16 10/4 10/4 14/4 21/4 23/14 24/9 24/11 27/3 29/19 32/3 32/8
theory [2] 10/18 14/10
there [28] 5/2 6/21 6/22 7/4 11/4 11/9 11/10 11/16 12/18 15/14 16/13 16/13 16/18 22/13 23/3 24/18 25/16 25/18 27/7 28/11 29/7 30/1 30/5 31/14 31/15 32/15 32/22 32/24
there's [8] 6/19 7/5 10/25 15/23 16/11 25/7 28/16 30/2
therein [1] 7/18
Thereupon [1] 1/25
these [5] 4/9 10/24 11/23 28/17 29/16
they [18] 4/1 5/4 5/4 6/16 6/17 7/25 8/1 9/7 9/24 18/20 18/21 18/23 25/5 25/18 26/13 28/2 28/3 28/6
they've [1] 3/24
things [2] 12/18 31/20
think [9] 8/17 10/10 13/4 15/16 22/19 24/7 29/15 31/8 31/20
this [63]
Thornton [9] 14/4 22/10 22/24 24/24 25/12 28/23 30/8 30/11 30/23
those [6] 4/9 5/20 11/22 13/24 31/5 31/8
thought [2] 3/12 26/23
three [2] 5/16 21/16
through [7] 8/25 21/19 22/6 22/7 29/15 29/25 30/10
tie [1] 30/8
tile [7] 2/16 2/18 4/24 4/25 5/3 5/8 5/10
tiles [1] 2/21
time [10] 7/9 13/16 14/2 29/11 29/22 29/22 30/24 31/16 31/20 32/14
times [3] 20/13 20/25 21/14
timing [3] 22/1 22/1 28/21
today [1] 33/2
told [2] 28/3 31/6
too [3] 23/17 31/21 31/21
took [1] 22/19
top [2] 11/7 24/9
TRANSCRIBED [2] 1/10 1/22
transcription [1] 33/14
transmission [1] 4/8
transmit [1] 4/10
transmitted [1] 5/20
traveling [3] 7/7 7/8 13/5
TRO [1] 18/22
troubling [3] 12/13 23/22 24/2
trust [31] 2/10 6/11 9/1 9/6 9/10 9/12 10/15 10/16 11/21 12/22 12/25 13/20 13/25 15/16 19/20 22/11 23/6 23/10 23/23 24/4 24/5 25/9 25/15 25/23 25/24 25/25 26/16 29/20 30/12 30/18 31/10
trustee [31] 6/16 7/22 8/7 9/4 9/6 9/14 9/18 12/9 12/9 12/12 14/5 15/7 18/3 20/17 21/11 21/12 21/18 22/8 22/11 24/5 24/25 25/5 27/21 27/24 28/4 28/9 30/11 30/18 31/6 31/7 31/14
trustees [12] 10/17 11/22 13/24 15/7 15/11 17/22 18/8 23/16 25/19 28/13 31/5 31/9
Trusts [1] 25/22
trying [2] 19/11 24/3
Ts [1] 15/21
turn [2] 10/5 11/2
two [6] 2/21 13/24 24/18 25/18 27/7 28/12
Tyrell [3] 16/3 16/8 16/25

## U

U.S [1] 13/1
unable [1] 32/13
Unbeknownst [1] 2/17
under [19] 6/14 6/23 6/24 7/7 9/5 9/6 9/13 9/25 10/18 12/15 13/5 13/11 15/19 15/22 17/9 18/5 18/5 18/11 20/18
understand [7] 3/2 4/11 7/2 10/11 28/18 28/18 29/17
UNITED [11] 1/1 1/11 3/8 3/10 3/18 3/22 3/24 6/17 8/1 12/16 13/11
unless [1] 5/9
unravel [2] 14/6 19/11
up [4] 3/5 13/7 17/16 28/8
upon [2] 21/15 28/13
urge [1] 14/13
us [3] 3/2 17/4 28/21
used [1] 29/22

## V

vacated [1] 28/3
valid [2] 17/6 17/12
Venture [9] 11/20 11/25 15/4 15/6 17/2 17/11 17/17 21/21 23/16
Ventures [5] 15/10 17/21 19/1 24/11 25/13
very [4] 5/23 12/13 24/2 33/7
via [1] 2/2
video [1] 5/9
videoconference [1] 2/2
volume [1] 4/22

## W

wait [1] 11/4
Walters [12] 14/20 14/23 15/17 16/4 16/5 16/6 16/23 17/20 19/24 25/8 27/8 31/4
want [8] 6/25 14/18 15/20 23/21 28/16 32/3 32/8 32/8
wants [2] 32/3 32/7
was [82]
wasn't [1] 12/7
Watch [2] 2/20 2/21
Watchers [4] 3/8 3/10 3/21 3/24
watching [1] 2/24
way [2] 18/9 20/13
we [47]
we'd [1] 32/8
we're [4] 6/24 7/8 25/13 29/21
we've [3] 19/12 25/12 25/12
well [14] 9/19 16/7 17/16 18/4 18/5 20/8 20/22 21/3 25/3 25/20 27/8 29/6 30/17 32/2
went [6] 22/22 23/16 29/15 29/24 30/10 31/17
were [14] 2/2 4/19 7/25 9/24 14/11 18/23 18/23 19/2 19/17 23/16 24/18 25/5 27/20 31/13
West [2] 1/18 7/14
what [30] 6/20 6/22 7/6 7/19 8/9 9/15 10/11 11/11 14/6 17/3 17/14 18/7 18/18 18/20 19/15 19/21 20/8 20/8 20/11 20/16 20/20 22/16 26/10 28/19 28/21 30/2 30/5 30/9 31/13 32/7
what's [1] 19/23
whatever [1] 21/23
whatsoever [1] 4/6
when [14] 5/4 12/20 18/2 21/7 22/7 22/25 23/14 23/25 28/19 28/20 28/23 31/2 31/9 31/19
where [14] 7/21 8/6 10/20 14/2 15/23 16/7 17/6 17/9 19/19 27/13 28/19 29/17 31/1 32/5
whether [1] 15/14
which [12] 10/23 11/3 11/6 11/19 12/16 12/24 13/20 16/10 17/21 18/13 19/2 21/15
Whittaker [36]
Whittaker's [1] 12/6
who [24] 3/7 9/3 9/4 9/14 9/24 10/3 10/14 10/15 12/2 12/9 12/11 15/2 15/6 15/10 17/1 21/10 21/12 21/17 24/11 24/24 27/11 28/9 31/6 31/7
whoever [3] 2/18 4/24 5/8
whom [1] 28/13
why [5] 4/17 10/21 20/22 29/15 30/2
will [11] 5/9 5/10 11/4 16/20 30/22 30/22 31/21 31/22 31/24 32/22 32/24
willing [2] 13/13 13/13
wish [1] 32/11
won't [3] 4/15 21/17 31/9
word [1] 15/17
would [5] 2/22 4/19 18/1 26/8 32/3
wouldn't [1] 25/21
writ [28] 6/3 6/8 6/12 7/1 12/20 14/8 18/12 18/16 18/21 18/22 18/23 18/25 19/18 19/19 20/3 21/4 22/9 25/3 25/9 27/23 28/3 29/21 31/23 32/1 32/3 32/8 32/15 32/25
writs [1] 25/5
wrong [2] 19/15 31/12

## Y

yes [43]
yet [1] 7/5
you [91]
you're [27] 3/16 4/18 7/3 7/6 7/10 7/11 7/13 8/3 8/22 9/9 9/12 9/13 9/15 10/3 11/4 11/7 13/23 14/3 16/1 18/15 19/14 19/16 20/4 28/13 29/9 29/25 32/20
you've [1] 31/11
your [45]
yourself [5] 2/19 2/25 4/20 4/25 8/14

Y
yourselves [1] 2/22

Z
Z-L-S-A-I-K-A [1] 3/6
Zlsaika [4] 3/5 4/5 4/7 5/18
Zoom [2] 2/2 8/20