UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC.,
a Nevada corporation, *et al.*,

      Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a
LIQUIDVPN, a Puerto Rico limited
liability company, *et al.*,

      Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Garnishee F.A. Hayek Irrevocable Settlement Trust's Motion to Set Aside Default Judgment, ECF No. [508], filed on July 10, 2023 ("Motion"). On March 10, 2023, all post judgment matters were referred to Magistrate Judge Alicia M. Otazo-Reyes. *See* ECF No. [432]. On August 7, 2023, the Magistrate Judge issued a R&R recommending that the Motion be denied. ECF No. [520]. The R&R states that the parties shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. To date, no party has filed objections, or sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R, the record in this case, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **DENIED** for the reasons set forth therein.

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [520]**, is **ADOPTED**;

2. The Motion, **ECF No. [508]**, is **DENIED**;

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 22, 2023.

 

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record