UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC.,
a Nevada corporation, *et al.*,

    Plaintiffs,

v.

1701 MANAGEMENT LLC d/b/a
LIQUIDVPN, a Puerto Rico limited
liability company, *et al.*,

    Defendants.

_____/

## ORDER ON STAY

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On June 6, 2023, the Court granted Defendant Charles Muszynski's Amended Motion to Stay. *See* ECF No. [502]. Pursuant to that Order, all pending motions involving Charles Muszynski were stayed. *See id*.

Consistent with that Order, it is **ORDERED AND ADJUDGED** as follows:

1. The Court defers ruling on Plaintiffs' Motion for Order to Show Cause Hearing Why Judgment Debtors Should Not be Held in Civil Contempt, ECF No. [428] and Plaintiffs' Second Renewed Motion for Order to Show Cause Hearing Why Judgment Debtors Should Not be Held in Civil Contempt, ECF No. [467] (collectively, the "Motions").

2. Following the stay being lifted, the parties shall file a Joint Notice of Pending Motions and advise the Court of the outstanding motions which require adjudication.

Case No. 21-cv-20862-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 12, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record