UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:21-cv-20862-BB

MILLENNIUM FUNDING, INC., et al.,

                Plaintiffs,

v.

1701 MANAGEMENT, LLC DBA
LIQUIDVPN, et al.,

                Defendants,

and,

TERRY LACY, et al.,

                Garnishees.

_____

## PLAINTIFFS' ADVISORY TO COURT IN RESPONSE TO ORDER TO SHOW CAUSE [DOC. #577]

Plaintiffs/Judgment Creditors MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, AMBI DISTRIBUTION CORP., AFTER PRODUCTIONS, LLC, AFTER II MOVIE, LLC, MORGAN CREEK PRODUCTIONS, INC., BEDEVILED LLC, MILLENNIUM MEDIA, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, YAR PRODUCTIONS, INC., FSMQ FILM, LLC, FW PRODUCTIONS, LLC, MILLENNIUM IP, INC., I AM WRATH PRODUCTION, INC., KILLING LINK DISTRIBUTION, LLC, BADHOUSE STUDIOS, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., MON, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., WONDER ONE, LLC, BODYGUARD PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., GLACIER FILMS 1, LLC, DEFINITION DELAWARE LLC, HANNIBAL CLASSICS INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, PARADOX STUDIOS, LLC, DALLAS BUYERS CLUB, LLC, HITMAN TWO PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC and 42

1

VENTURES, LLC (all collectively "Plaintiffs"), by and through their counsel, submit this Advisory to the Court in response to the Order to Show Cause [Doc. #577] ordering that the Parties "advise the Court by November 7, 2023 whether the motions for summary judgment filed in this action, ECF Nos. [544] and [552], and also referred to in ECF No. [566], should be held in abeyance." As explained below, the General Stay [Doc. #576] of Oct. 25, 2023 stays all statutory and judicial deadlines including the deadlines for Plaintiffs to file oppositions to the Garnishees' motions for summary judgment.

1.     On Sept. 19, 2023, Plaintiffs filed a motion for an adjudication schedule including discovery deadlines to resolve the Writ of Garnishment [Doc. #319] to Garnishee Buhosabio, LLC ("Buhosabio").  *See* Doc. #553.

2.     On Oct. 3, 2023, Magistrate Judge Otazo-Reyes held a hearing on a discovery dispute between Plaintiffs and Garnishee Terry Lacy ("Lacy").  During the hearing, the Court agreed to defer resolution on the discovery dispute until after considering Plaintiffs' forthcoming motion for a stay and granted extensions for Plaintiffs to response to Garnishee Terry Lacy's motion for summary judgment.  *See* Doc. #566.

3.     On Oct. 10, 2023, Plaintiffs filed their motion "for a GENERAL STAY of these post-judgment proceedings including all deadlines of Chapter 77 of Florida statutes pertaining to Writs of Garnishments, deadlines for discovery responses, motion, etc. pending resolution of the bankruptcy proceedings of Defendant Charles Muszynski...Plaintiffs respectfully request that this Court grant this motion and issue a general stay freezing all statutory and judicial deadlines in this case."  Doc. #572.

4.     Garnishee Buhosabio did not file an Opposition to Plaintiffs motion for an adjudication schedule.

5.     Garnishees Lacy and Buhosabio did not file an Opposition to Plaintiffs' motion for a general stay.

6.     On Oct. 25, 2023, Magistrate Judge Otazo-Reyes granted Plaintiffs' motion for a general stay.  *See* Doc. #576.

7.     Because Plaintiffs' motion was granted, all deadlines for filing oppositions to the motions for summary judgment are also stayed because these are "judicial deadlines" as requested for in Plaintiffs' motion.  Doc. #572.  Moreover, this makes sense because the Court put off resolving the discovery dispute between Plaintiffs and Lacy, and on Plaintiffs' motion for an

adjudication schedule that would set discovery for resolving the Writ against Buhosabio.

8.     Accordingly, the General Stay also stays Plaintiffs' deadlines for responding to Lacy and Buhosabio's motions for summary judgment.   Therefore, these motions should be held in abeyance until the termination of Defendant Muszynski's bankruptcy proceedings.   The Court can set a status conference after Defendant Muszynski's bankruptcy proceedings have concluded to set new scheduling orders and deadlines for responding to outstanding motions.

DATED:         Nov. 6, 2023                         Respectfully submitted,


                                                /s/ *Joel B. Rothman*
                                                JOEL B. ROTHMAN
                                                Florida Bar No. 98220
                                                joel.rothman@sriplaw.com

                                                **SRIPLAW**
                                                21301 Powerline Road, Suite 100
                                                Boca Raton, FL 33433
                                                561.404.4350 – Telephone
                                                561.404.4353 – Facsimile

                                                And

                                                Kerry S. Culpepper
                                                *Admitted pro hac vice*
                                                **CULPEPPER IP, LLLC**
                                                75-170 Hualalai Road
                                                Suite B204
                                                Kailua-Kona, HI  96740
                                                808.464.4047 – Telephone
                                                kculpepper@culpepperip.com

                                                *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>Nov. 6, 2023</u> and by the methods of service noted below, a true and correct copy of the foregoing was served on Defendants 1701 MANAGEMENT LLC d/b/a LIQUIDVPN, AUH2O LLC, and CHARLES MUSZYNSKI a/k/a FREDERICK DOUGLAS.

<u>Via First Class Mail</u>
Stolberg Law LLC
Agent for 1701
MANAGEMENT LLC
151 Calle de San Francisco
Suite 201
San Juan, PR 00901

<u>Via Airmail</u>
CHARLES MUSZYNSKI
P.O. Box 1423
Basseterre, St Kitts
West Indies

DATED: Nov. 6, 2023

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

And

CULPEPPER IP, LLLC

Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK