UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.,

   Plaintiffs,

vs.

1701 MANAGEMENT LLC, et al.,

   Defendants,

_____

**PLAINTIFFS' FOURTH STATUS REPORT**

Plaintiffs/Judgment Creditors (all collectively "Plaintiffs"), by and through their counsels, file their Fourth Status Report pursuant to this Court's Orders of June 1, 2023 and Sept. 1, 2023. *See* Docs. ##500, 542.

On Oct. 16, 2023, Plaintiffs filed a motion to dismiss Defendant Muszynski's bankruptcy petition that has been fully briefed and awaiting a ruling. Plaintiffs and Defendant Muszynski have also filed adversary complaints in the bankruptcy court.

DATED: Dec. 4, 2023                       Respectfully submitted,

                                                */s/ Joel B. Rothman*
                                                JOEL B. ROTHMAN
                                                Florida Bar No. 98220
                                                joel.rothman@sriplaw.com

                                                **SRIPLAW**
                                                21301 Powerline Road, Suite 100
                                                Boca Raton, FL 33433
                                                561.404.4350 – Telephone
                                                561.404.4353 – Facsimile

                                                And

                                                Kerry S. Culpepper

*Admitted pro hac vice*
**CULPEPPER IP, LLLC**
75-170 Hualalai Road
Suite B204
Kailua-Kona, HI  96740
808.464.4047 – Telephone
kculpepper@culpepperip.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on the below date, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all those identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

The undersigned further hereby certifies a true and correct copy of the foregoing was served by the methods of service and on date noted below on Defendant CHARLES MUSZYNSKI be below means:

<u>Via Airmail</u>
Charles Muszynski
PO Box 1423
St. Kitts & Nevis, WEST INDIES

DATED: Dec. 4, 2023

<u>/s/ *Joel B. Rothman*</u>
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

And

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

4