# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

vs.

1701 MANAGEMENT LLC, et al.,

    Defendants,

## PLAINTIFFS' SEVENTH STATUS REPORT

Plaintiffs/Judgment Creditors (with the exception of Plaintiff Screen Media Ventures, LLC), by and through their counsels, file their Seventh Status Report pursuant to this Court's Orders of June 1, 2023 and Sept. 1, 2023. *See* Docs. ##500, 542.

### A. Ongoing Bankruptcy of Defendant/Judgment Debtor Muszynski

On May 21, 2024, the United States Bankruptcy Court for the District of Puerto Rico issued an opinion and order dismissing Defendant Muszynski's bankruptcy petition.

On June 25, 2024, the United States Bankruptcy Court for the District of Puerto Rico issued an opinion and order denying Defendant Muszynski's motion for a stay and reconsideration.

On June 25, 2024, Defendant Muszynski filed an amended notice of appeal to the First Circuit Bankruptcy Appellate Panel ("BAP"). The BAP has yet to issue a briefing schedule.

### B. Bankruptcy of Plaintiff/Judgment Creditor Screen Media Ventures, LLC

On June 29, 2024, Plaintiffs/Judgment Creditor Screen Media Ventures, LLC ("SMV") and its parent company, Chicken Soup For The Soul Entertainment Inc., (collectively, the "Debtors"),[1] filed for protection under chapter 11, title 11 of the United States Code (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos

1

"Bankruptcy Code"), in a case captioned *In re: Chicken Soup For The Soul Entertainment Inc., et al*., 24-11442, which is pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Case").

On July 11, 2024, the Bankruptcy Case was converted to a Chapter 7 petition. Although Plaintiffs' counsel Kerry Culpepper has spoken with the Chapter 7 Trustee for the estate of SMV and the Chapter 7 Trustee's counsel, the Chapter 7 Trustee has not decided how he wishes to proceed. Accordingly, Plaintiffs' counsels are unable to take any actions on behalf of SMV until the Chapter 7 Trustee formally approves them as special litigation counsel or ordinary course counsel.

DATED: Aug. 26, 2024          Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

Kerry S. Culpepper
*Admitted pro hac vice*
**CULPEPPER IP, LLLC**
75-170 Hualalai Road
Suite B204
Kailua-Kona, HI  96740
808.464.4047 – Telephone
kculpepper@culpepperip.com

*Attorney for Plaintiffs*

---

Cob, CT 06807.

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that on the below date, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all those identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

The undersigned further hereby certifies a true and correct copy of the foregoing was served by the methods of service and on date noted below on Defendant CHARLES MUSZYNSKI be below means:

<u>Via Airmail</u>
Charles Muszynski
PO Box 1423
St. Kitts & Nevis, WEST INDIES

DATED: Aug. 26, 2024

<u>/s/ *Joel B. Rothman*</u>
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

CULPEPPER IP, LLLC

_____
Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

4