UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-20862-BLOOM/Otazo-Reyes

MILLENNIUM FUNDING, INC., et al.,

    Plaintiffs,

vs.

1701 MANAGEMENT LLC, et al.,

    Defendants,

_____

## PLAINTIFFS' TENTH STATUS REPORT

Plaintiffs/Judgment Creditors (with the exception of Plaintiff Screen Media Ventures, LLC), by and through their counsels, file their Tenth Status Report pursuant to this Court's Orders of June 1, 2023 and Sept. 1, 2023. *See* Docs. ##500, 542.

***A. Ongoing Bankruptcy of Defendant/Judgment Debtor Muszynski***

On May 21, 2024, the United States Bankruptcy Court for the District of Puerto Rico issued an opinion and order dismissing Defendant Muszynski's bankruptcy petition.

On June 25, 2024, the United States Bankruptcy Court for the District of Puerto Rico issued an opinion and order denying Defendant Muszynski's motion for a stay and reconsideration.

On June 25, 2024, Defendant Muszynski filed an amended notice of appeal to the First Circuit Bankruptcy Appellate Panel ("BAP") [BAP NO. PR 24-011].

On Mar. 3, 2025, the BAP issued an order denying Muszynski's appeal.

On Mar. 24, 2025, the BAP issued an order denying Muszynski's petition for rehearing.

On Mar. 31, 2025, Muszynski filed a notice of appeal to the First Circuit Court of Appeals [No. 25-9003].

On July 11, 2025, Muszynski filed his opening brief in the Appeal. Plaintiffs' opposition brief is due Aug. 13, 2025.

The Appellee briefing notice states that the appeal may be ready for argument or submission in the coming November 2025 session.

### B. Bankruptcy of Plaintiff/Judgment Creditor Screen Media Ventures, LLC

On June 29, 2024, Plaintiffs/Judgment Creditor Screen Media Ventures, LLC ("SMV") and its parent company, Chicken Soup For The Soul Entertainment Inc., (collectively, the "Debtors"),[1] filed for protection under chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), in a case captioned *In re: Chicken Soup For The Soul Entertainment Inc., et al.*, 24-11442, which is pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Case").

On July 11, 2024, the Bankruptcy Case was converted to a Chapter 7 petition and George L. Miller was appointed the Chapter 7 Trustee.

On Jan. 14, 2025, the Delaware Bankr. Court granted the Trustee's application to employ Culpepper IP, LLLC as special counsel over Defendant's objection.

Plaintiffs' counsel will file a motion to substitute the Trustee for SMV when the stay is lifted.

DATED: July 14, 2025                         Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

Kerry S. Culpepper
*Admitted pro hac vice*
**CULPEPPER IP, LLLC**
75-170 Hualalai Road
Suite B204
Kailua-Kona, HI  96740
808.464.4047 – Telephone
kculpepper@culpepperip.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on the below date, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all those identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

DATED: July 14, 2025

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

4