**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-20862-BLOOM/Elfenbein**

MILLENNIUM FUNDING, INC., a Nevada corporation, HUNTER KILLER PRODUCTIONS, INC., a Nevada corporation, and VOLTAGE HOLDINGS, LLC, a Nevada corporation,

Plaintiffs,

v.

1701 MANAGEMENT LLC, a Puerto Rico limited liability company, CHARLES MUSZYNSKI, individually, and DOES 1-100,

Defendants.
_______________________________________/

**ORDER REFERRING DISCOVERY TO MAGISTRATE**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Pursuant to 28 U.S.C. § 636 and this District's Magistrate Judge Rules, **ALL DISCOVERY MATTERS** are **REFERRED** to Magistrate Judge Marty Fulgueira Elfenbein. The parties should further consult Magistrate Judge Elfenbein's standing discovery order, which sets forth procedures to presenting discovery disputes and will be issued following the entry of this Order. Magistrate Judge Elfenbein expects all parties to act courteously and professionally in the resolution of their discovery disputes. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is not being provided in good faith.

**DONE AND ORDERED** in Chambers at Miami, Florida on September 14, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record