**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-20862-BLOOM/Elfenbein**

MILLENNIUM FUNDING, INC., a Nevada corporation, HUNTER KILLER PRODUCTIONS, INC., a Nevada corporation, and VOLTAGE HOLDINGS, LLC, a Nevada corporation,

Plaintiffs,

v.

1701 MANAGEMENT LLC, a Puerto Rico limited liability company, CHARLES MUSZYNSKI, individually, and DOES 1-100,

Defendants.
_______________________________________/

**ORDER DENYING LEAVE TO APPEAL *IN FORMA PAUPERIS***

**THIS CAUSE** is before the Court upon Defendant Charles Muszynski's Motion for Leave to Proceed on Appeal *In Forma Pauperis* ("Motion"), ECF No. [644]. The Court has reviewed the Motion, the record, and is otherwise fully advised. For the reasons that follow, the Motion is denied.

Defendant filed a Notice of Appeal of this Court's August 28, 2026, Omnibus Order denying his multiple motions. [643]. Defendant now moves under Federal Rule of Appellate Procedure 24(a)(1) and 28 U.S.C. § 1915(a)(1) for leave to proceed on appeal without prepayment of fees. ECF No. [644] at 1.

Federal Rule of Appellate Procedure 24 provides that:

> a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:

> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms, the party's inability to pay or to give security for fees and costs;
>
> (B) claims an entitlement to redress; and
>
> (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).

Moreover, "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "A party demonstrates good faith by seeking appellate review of any issue that is not frivolous when examined under an objective standard." *Ghee v. Retailers Nat'l Bank*, 271 F. App'x 858, 859 (11th Cir. 2008). A claim is frivolous "where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). "[A]rguable means capable of being convincingly argued." *Sun v. Forrester*, 939 F.2d 924, 925 (11th Cir. 1991) (internal quotations and citations omitted). In other words, an appeal filed IFP is frivolous "when it appears the plaintiff has little or no chance of success," meaning that the "factual allegations are clearly baseless or that the legal theories are indisputably meritless." *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993) (internal quotation marks omitted). "In deciding whether an IFP appeal is frivolous, a district court determines whether there is 'a factual and legal basis, of constitutional dimension, for the asserted wrong, however inartfully pleaded.'" *Sun*, 939 F.2d at 925 (citation omitted).

While Defendant has submitted an affidavit prescribing his inability to pay, and states within the body of his Motion an entitlement to redress and the issues he intends to appeal, the Court finds that Defendant's appeal is not taken in good faith because there are no non-frivolous issues Defendant could raise on appeal.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion**, ECF No.**

**[644]** is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 18, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record